UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH NELSON, *et. al.*,

    Plaintiffs,

v.

Case No. 22-cv-10918
Hon. Matthew F. Leitman

SERVICE TOWING INC., *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE A FIRST AMENDED COMPLAINT (ECF No. 5)

In this action, Plaintiffs Elizabeth Nelson and Albert Thrower allege that the Defendants, among other things, violated their constitutional rights. (*See* Compl., ECF No. 1.)  On June 29, 2022, Plaintiffs filed a motion to file a First Amended Complaint. (*See* Mot., ECF No. 5.)  Plaintiffs also filed a First Amended Complaint. (*See* First. Am. Compl., ECF No. 6.)

The Court has reviewed the motion and concludes that it should be granted. Accordingly, the Court **GRANTS** Plaintiffs' motion to file a First Amended Complaint and **DEEMS** the First Amended Complaint (ECF No. 6) as the operative Complaint in this action.  Plaintiffs shall now serve each Defendant with a Summons and the First Amended Complaint.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
Dated: July 7, 2022           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
