IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ EA STERN DISTRICT OF ~~WISCONSIN~~ MICHIGAN

E. Nelson et al

Plaintiff,

Case No.: 2:2022cv10918

vs.

Service Towing Inc et al

Defendant.

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff(s) (name) THROWER, NELSON requests that entry of judgment by default be entered against Fouts, Scott, Cummins, Ghanam, City of Warren defendant(s) (name) pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff(s) relies (rely) upon the record in this case and the affidavit submitted herein.

Dated this 18 day of August, ~~2009~~. 2022

_____
Attorney for Plaintiff

FILED USDC - CLRK DET
2022 AUG 18 PM 4:35

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ EA**STERN** DISTRICT OF ~~WISCONSIN~~ MICHIGAN (AT EN)

E Nelson et al
Plaintiff,

vs.

Service Towing Inc et al
Defendant.

Case No.: 2:2022cv10918

### AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

THROWER, Nelson

I, (name), being duly sworn, state as follows:

1. I ~~am the attorney~~ Pro Se for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were filed on ~~(date)~~. 7-28-22

3. Defendant(s) was (were) served with a copy of the summons and complaint on 7-28-22 (date), as reflected on the docket sheet by the proof of service filed on (date). 7-28-22

4. An answer to the complaint was due on (date). PER Judge 8-18-22

5. Defendant(s) has (have) failed to appear, plead or otherwise defend within the time allowed and, therefore, is (are) now in default.

THROWER, NELSON

6. Plaintiff requests that the clerk of court enter default against the defendant(s).

I declare under penalty of perjury

Sworn to and subscribed before me this 18 day of Aug, ~~2009~~ 2022.

that foregoing is true and correct

Notary Public

My Commission Expires: _____

Attorney for Plaintiff
E Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~WESTERN~~ EA*STERN* DISTRICT OF ~~WISCONSIN~~ *Michigan* 

E Nelson et al

Plaintiff,

Case No.: 2:2022 cv 10918

vs.

Sevice Towing Inc et al

Defendant.

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT JUDGMENT

I, *Nelson, Thrower* (~~name~~), being duly sworn, state as follows:

1. I am the ~~attorney~~ *Pro Se* for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant(s) on (date). *7-28-22*

3. An answer to the complaint was due on (date). *8-18-22* No response was served within the time allowed by law nor has (have) the defendant(s) sought additional time within which to respond, *As ordered by Judge*

4. The default of defendant(s) was entered on (date). *8-18-22*

5. As required by the Servicemembers Civil Relief Act of 2003, I have confirmed that the *All* defendant(s) is (are) not currently in active military service.

6. To my best information and belief, *All* defendant(s) is (are) not an infant or incompetent person.

7. The claim of the plaintiff(s) is for: (Describe in detail the relief sought. If the *$50 Million USD*

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~WESTERN~~ EA STERN DISTRICT OF ~~WISCONSIN~~ Michigan

Nelson et al
Plaintiff,

Case No.: 2:2022cv10918

vs.

Service Towing Inc et al
Defendant.

## CERTIFICATE OF SERVICE

I, (name) Tow Power, hereby certify that I am employed by (name) and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

Addressee: Name(s) and address(es) of defendant(s). c/o Atty Barry Moorman Mark Straetmans, Selina 255 E Brown St LLC #230 320 Birmingham MI 48009

Dated this 18 day of Aug, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~WE~~ EA STERN DISTRICT OF ~~WISCONSIN~~ MICHIGAN

E Nelson et al

Plaintiff,

Case No.: 2:2022cv10918

vs.

Service Towing Inc et al

Defendant.

## CERTIFICATE OF SERVICE

I, ~~(name)~~ THROWER, Nelson, hereby certify that I am employed by (name) and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default Judgment and proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

Addressee: Name(s) and address(es) of defendant(s).
Birmingham, MI 48009

Attny Straetmans, Selina 255 E Brown St #370

Dated this __18__ day of __Aug__, ~~2000~~ 2022

Elizabeth Nelson

dollar amount is for a sum certain, the clerk of court may enter the default judgment.  If the dollar amount is not a sum certain and/or additional relief is sought, such as an injunction, a hearing will be set.)

PER 28 USC §1746 I declare under penalty of PERJURY

Sworn to and subscribed before me this __18__ day of __August__, ~~2009:~~ ~~2010~~ 2022

foregoing is true and correct

Notary Public

My Commission Expires:_____

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~WE~~STERN DISTRICT OF ~~WISCONSIN~~ *EA* *MICHIGAN* 

Nelson et al

Plaintiff,

Case No.: 2:2022cv10918

vs.

Sevice Towing Inc et al

Defendant.

## DEFAULT JUDGMENT

Fouts, Scott, Cummins, City of Warren, Ghanam

The defendant(s), (name), having failed to appear, plead or otherwise defend in this action, and default having been entered on 8-18-22 (date), and counsel for plaintiff(s) having requested judgment against the defaulted defendant(s) and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff(s) Elizabeth Nelson, Albert THPower (name) and against defendant(s) Fouts, Scott, Cummins, Ghanam, City of Warren (name), as follows: (describe dollar amounts and relief sought in detail)

Mayor James Fouts
Robert Scott
City of Warren
James Cummins
Gus Ghanam

$50 Million USD
Jointly + Severally

Plus interest on the judgment at the legal rate until the judgment is satisfied.

---

Clerk of Court (if sum certain)
District Judge (in all other instances)

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~WESTERN~~ E*A*STERN DISTRICT OF ~~WISCONSIN~~ *MICHIGAN* (AT EN)

---

*E Nelson et al*

Plaintiff,

Case No.: *2:2022cv10918*

vs.

*Service Towing Inc et al*

Defendant.

---

### ENTRY OF DEFAULT

---

Plaintiff(s) (name) requests that the clerk of court enter default against defendant(s) *Gus Ghanam, City Warren, Fouts, Cummins, Robert Scott* (name) pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that *Ghanam, City of Warren, Mayor Fouts, James Cummins, Robert Scott,* defendant(s) has (have) failed to appear, plead or otherwise defend, the default of *City Warren, Ghanam, Fouts, Cummins, Robert Scott* defendant(s) (name) is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___*18*___ day of ___*Aug*___, ~~2009~~. *2022*

_____
~~Peter Oppeneer~~, Clerk of Court