UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Elizabeth Nelson, et al.,

      Plaintiff(s),

v.              Case No. 2:22-cv-10918-MFL-APP
               Hon. Matthew F. Leitman

Service Towing Inc., et al.,

      Defendant(s),

_____/

## ORDER REQUIRING RESPONSE

The following document has been filed:

    Motion to Dismiss - #38

IT IS HEREBY ORDERED that shall file a response to the above document on or before October 19, 2022. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

  ***COMPLIANCE WITH LOCAL RULE 5.1 AND 7.1 WILL BE ENFORCED**

             s/Anthony P. Patti
             Anthony P. Patti
             U.S. Magistrate Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/Leanne Hosking
             Case Manager

Dated: September 28, 2022