

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Nelson
PO Box 1422
WARREN MI 48090

Case No. 2:22-cv-10918

Judge: MATTHEW LEITMAN

      Plaintiffs(s)

Magistrate: Anthony P. Patti

-vs-

SERVICE TOWING Inc et al.,

FILED USDC - CLRK DET
2022 NOV 14 PM3:51

      Defendants



RECD USDC - CLRK DET
2022 NOV 14 PM3:51

## RESPONSE TO MOTION TO DISMISS #38 and/or MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff ELIZABETH NELSON=P and move for summary judgment &/or responds to MOTION TO DISMISS #38.

(Ds) DWYER, Commissioner of the Warren Police Dept., Michaels, Reichling, Fouts, Gauss , filed a Motion to Dismiss Doc 38. This is (P)'s response.

Per Ex 18, police dept-city Warren website "Police Department (D) Dwyer was re-appointed Commissioner Warren Police Dept…warren police department

1

mission statement "to serve... community and protect the lives, rights, and property of all..people of Warren with integrity, equality, and justice.".

Per Facts Td 28 3rd Amended Complaint rewritten herein, policymaker D Dywer did not "protect .. lives, rights, ..property .. people of Warren w..integrity, equality, and justice", & specifically (P)=Plaintiff=P.

P decided to protect her interest in 4 cars towed  before sold thru  falsified paperwork as "abandoned"  by Ds exited "self-isolation", being "at risk" "people of Warren" travel from Cuyahoga County OH, a then low covid county-to Warren-then high Covid County Macomb 5/2/20, to retrieve 4 licensed, plated, insured vehicles towed from behind privacy fence, built with warren bldg dept permit-during Covid lockdown. Cars towed because  "policymaker"  Ds' Dwyer, Fouts, City attorney Michaels-Van Dyke substation commander Capt Reichling, Warren Property & Maintenance employee Gauss wrote ticket on property 5/1/20 Ex G p1-2 Td39.  This violated P's rights under US Constitution, 4,5,14th Amendment. Rather than "protect the lives", of P Warren Citizen, P was exposure to Covid rate 7x Ex5 p 1-2 higher rate Macomb County, 16X Death Rate comparing Cuyahoga County OH, Ex 8 vs Macomb County Ex 9- & exponentially more risk of death/exposure,-since P "self-isolating" in Cleveland OH,  then 52 yr old Warren citizen was "told E Mich University Dr Td39, Ex K p2 Ex 4 with P-original signature.  P moves to have original signature Ex 4 apply to Td 39-Ex K Aff't.

2

Policymaker Ds failed to control city workers Ds' that they: Falsify address 4 vehicles towed from. Refused P to file a police report as to towing of her 4 vehicles and falsification of address on paperwork. P alleges "custom and policy" perpetrated by (Ds') Dwyer, Fouts, Michaels policymakers. *Monell v. Department of Social Services of the City of New York, infra* which created.. for civil rights P to seek money damages against a city. *Pembaur v City of Cincinnati, infra* "*Monell*.. recovery.. municipality is limited to acts.. 'municipality'-that is, acts which the municipality has officially sanctioned or ordered.'....". "1st P alleges (D Warren) has an unconstitutional policy. These policies may  written or unwritten, so long as .. attributed to a "policymaker."  Warren has an unconstitutional policy" &/or towing cars for "blight" entering private property without search warrant "policymakers.. elected officials (Ds Fouts, Dwyer, Michaels) or those defined as policymakers by state law (Ds Dwyer, Fouts, Michaels). This.. also provides a standard of causation: if a subordinate employee is the party responsible.. deprivation of rights, the local entity may only be responsible if a certain policy was a "moving force" behind their action. This but-for standard .. 2nd a local entity may be liable .. § 1983 for unconstitutional customs and practices. .. advantageous to a civil rights plaintiff when no policymaker can be identified. ... 3) if a policymaker delegates his or her authority to a subordinate employee or explicitly approves of unconstitutional actions,.. act can be said to be "of the municipality"

3

by adoption.  4) civil rights plaintiff may allege deliberate indifference. .. applies to single-incident-type injustices and concerns the city or county's failure to hire, train, or supervise its employees. Deliberate indifference liability attaches when policymakers of ..local entity are aware .. risk and grossly neglect to address it. Blatant unconstitutional policies are (not) authorized by city councils.. admissible evidence proving policymaker authorization or adoption of a subordinate employee's unconstitutional action is often non-existent" .  Ds Dyer, Fouts, Michaels alleges was a final policymaker] acted under color of state law, 2 acts of (Ds) Dwyer, Fouts, Michaels final policymaker deprived  P of rights under United States Constitution. (D) Dwyer, Fouts, Michaels final policymaker had final authority from D City Warren concerning these acts. When Ds' Dwyer, Fouts, Michaels, final policymaker engaged in these acts, Class, Reichling was acting as a final policymaker for D City Warren and acts (Ds) Dwyer, Fouts, Michaels, final policymaker caused the deprivation of the plaintiff's rights; that is, the (Ds) Dwyer, Fouts, Michaels final policymaker's acts were so closely related deprivation of P's rights as to  moving force that caused  ultimate injury  Person acts "under color of state law" when person acts or purports to act in performance of official duties under any state, county, or municipal law, ordinance or regulation.  Monell liability is based on the acts of a final policymaker.  For other bases of Monell liability, Unlawful Official Policy, Practice, or Custom    Based

on a Policy that Fails to Prevent Violations of Law or a Policy of Failure to Train. *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 691. Such liability attach when official or employee who caused a constitutional violation was acting as "final policymaker". *Feliciano v. City*, 988 F.3d 975, 981. "To hold a local governing body liable for an official's conduct, a plaintiff must first show (1) official (1) had final policymaking authority concerning action (and 2) was the policymaker for the local governing body for purposes of particular act." Whether an official is a policymaker for *Monell* purposes is a question of state law for the court." *City of St. Louis v. Praprotnik*, 485 U.S. 112, 123 determination is made on a function-by-function approach analyzed under state organizational structure. A "policy" is a deliberate choice to follow a course of action made from among various alternatives by official responsible for establishing final policy." P seeking to establish municipal liability under this theory demonstrate that an action of final policymaker "was the 'moving force' behind the constitutional violation" P suffered." "To meet this requirement, P show both causation-in-fact & proximate causation." *Id.* A municipality may be liable for the acts of a final policymaker if those acts caused a constitutional violation, even if the constitutional violation occurs only once. *Pembaur v. City of Cincinnati*, 475 U.S. 469, 478 municipality is also liable if a policymaking official fully delegates discretionary authority to a subordinate, and subordinate uses that discretion. *City of St. Louis Id.* Official

may be found to have been delegated final policymaking authority when the

official's discretionary decision is unconstrained by policies not of that official's

making and unreviewable by the municipality's authorized policymakers" See Ex

15 10/12/22 Detroit Free Press "This video is sickening, …Detroit teen punched,

kicked by Warren Police" Warren Police kick black youth. (Ds') Dwyer, Fouts,

Michaels condones this illegal behavior, &/or § 1983 for unconstitutional customs

and practices. warren police chief D Dwyer mission statement Ex 18 p 3/8:

"Professional .. members..Department will conduct themselves in a manner that is

consistent with professional standards for performance, .. standards ..adherence to

our mission (4/8) and other core values. We perform our roles ethically .. integrity

as we represent Warren Police Department, ." (Ds) Dwyer, Fouts, Michaels,

Reichling, Gauss involved in  (P) facts does not comply w Warren police dept

mission statement.  P avers (Ds) Dwyer, Fouts, puts same on paper, but "custom

and policy" does not train officers to adhere to Mission Statement.

(Ds) Dwyer, Fouts, Michaels, Gauss, Reichling, allege a 1st time defense of

"blight" abandoning  "MI Abandoned Vehicle defense" "Warren City Ordinance

Sec. 2.5-7 (Ord. No. 80-731, Sec 1, 8-11-15)" Doc 41  filed 10/10/22 @ pg. 4,

Codes not annexed Td38 Motion to Dismiss or any Ticket with P. name on. "The

purpose .. ensure compliance Warren Code of Ordinances designated ***as blight***

***violations***.  "previous enforcement mechanisms were not ensuring blight

violation code compliance", hence "Sec 2.5-7 Ord. No. 80-731, ..read *in para materia* with the previous Ord. 8-11-15 Sec. 2.5-2. - Definitions. *Blight violation.* A violation of a provision of the Code of Ordinances, including appendices, which is <u>*designated as a blight violation.*</u>"

P states unconstitutional-since "blight" is never defined so as a person would understand  "blight" under "void for vagueness" doctrine. Or absent a definition, common meaning "blight" must be accepted. "The void-for-vagueness doctrine ..uncertain laws, whether criminal or civil, violate due process and cannot be enforced. .. based on individual rights and one based on constitutional structure" "Definition. ..criminal law, a declaration ..law is invalid because it is not .. clear. Laws are .. found void for vagueness if, .. punishment,  law does not specify what is required or what conduct is punishable" " Vague laws raise problems with due process". <u>*Connally v. General Construction Co*</u> .... law is unconstitutionally vague when people "of common intelligence must guess at its meaning." .. unduly vague it raises problems under Due process guarantee, ..applicable to federal government 5..14th Amendment". Definition  "blight" is a violation of criminal statute,  .. "up to 93 days". 2nd-if statute not define a word, "blight" everyday meaning must be used. "Words .. everyday meanings" Canons Construction Galia Gardner. 3rd, criminal statute, "rule of lenity" applies

7

"principle of criminal statutory interpretation .. requires a court to apply any unclear .. law in the manner that is most favorable.. defendant." In re "blight" definition to not include licensed, plated, insured vehicles. *Holloway v. United States*, 526 U.S. 1, 21 Statute cited Ds' Dwyer, thru his policy making authority as Police Commissioner Td39 ExQ-previous Warren police Commissioner Nichols contract p 5 "Police Commissioner ,..head of Police Dept, shall organize and conduct the affairs ..dept for the preservation of quiet and good order of the city and the safety of persons and property therein..it is the policy.." i.e. D Dwyer "policymaker"- nowhere allow D Reichling, Gauss enter private property to remedy "undefined" "blight" violation-which under their definition includes licensed, plated, insured vehicles during Covid lockdown. *"If the alleged violator was served proper notice"* (P) never served Notice infraction, being renter 7568 Hudson -any notice US Constitutionally defective under 4, 5,14[th] Amendments not include P name owner  4 cars 5/1/20. Ex A, Td 39 drivers license listing 7568 Hudson  Warren, Td 39 Ex C lease. Ex4  Afft P Ex K p 1-2 Doc 39 WHO (World Health Organization) declared covid a Worldwide Pandemic 2/20 Ex 1 Ds' Michaels, Dwyer, Reichling, Fouts, Gauss, did not delineate this -as cars could have belonged to multiple parties not listed in any alleged ticket in violation of Supremacy Cl United

States Constitution: A

" . . . means areas .. with obsolete or inadequate infrastructure, ..building

structures are dilapidated".   As a matter of fact/law, cars do  not meet the

definition of "abandoned vehicles",.. *or blight (Er)* *misdemeanor (90) days.*  Ex 23  (D)..

Fouts prepares for influenza..covid, dated 2/26/20, 10 days before any

alleged hearing. Pg 3,"Our residents can feel at ease knowing that their

health and well-being is now and always will be my number one priority.

my administration, beginning with Police Commissioner (D) Bill Dwyer..

are working to ensure your safety..". (D)  *Fouts (Er)* Dwyer (D) Warren police

officers Reichling: are not "D Dwyer..working to ensure your safety..", Ex

23, pg 3, (D) Mayor Fouts Press Statement 2/26/20.  P was exposed a

minimum 7X increased Covid exposure rate, 16x more likely to die as

calculated *infra:*  New York Times data collected from state Health and

County Health Departments.  Per  Ex 5 "May 2, 2020" when (P) left

Cuyahoga County, OH, New York Times Tracking Coronavirus "*Daily*

*Average 63.." cases, of COVID 19.*  Per Ex 5 *(Er)* pg 5 pg 2,"May 2, 20, "Daily

average (deaths) 3.4 New Deaths 0", Cuyahoga County, Oh. Per Ex 12,

Cuyahoga County Pop. 1.241 million 2020. Per Ex 11, Macomb County

Population 870,893   2020, Ex 6 Macomb County "May 2, 20: "*Daily*

*Average 77" Covid cases.* Hence, Macomb, with 1/3 less population-

had+14  new Covid  cases day 5/2/20 than Cuyahoga County. Per Ex 5 pg.

2, "May 2, 20 Daily Average 3.4 New deaths 0" Cuyahoga County. Per Ex

9   "May 2, 20 Daily Average 16 New deaths 11" Macomb County,

showing increased risk (P)16X Death Rate-adjusted 30% more population.

P  was "self-isolating" Cleveland having to exit single family home

creating  infinite increase in Covid exposure. Ds' Dwyer,  Fouts, Michaels,

Captain Reichling, Gauss should have as MI abandoned statute reads, ran

plates, vin, and determined owner 52 yr old (P)  "at risk" individual as

defined by covid emergency orders, Ex 25 4/2020 Dept of Human Services

guidelines, and if they did  not "egg shell" theory tort law applies:"

**Torts.**  Under eggshell-skull rule,..defendant is liable for all injuries caused

by his tortious conduct, even if the plaintiff suffers an unusually high level

of damage (*e.g.*, due to a pre-existing vulnerability).   The rule is supported

by the axiom that "a defendant must take a plaintiff as he finds him."

*Vosburg v. Putney,* 80 Wis. 523 .. seminal case on the eggshell-skull

rule. Prosser, Handbook  Law of Torts § 43, at 261 Restatement 3d of Torts:

Liability for Physical and Emotional Harm, § 31, Ex 25 4/20 Dept Health Human Serv "staying at home during coronavirus crisis 'to avoid being exposed to the coronavirus, it is important for everyone to stay at home during the coronavirus crisis.. immune systems weaken with age, making it harder to fight off infectious diseases. Cancer treatment (which P had Beaumont Grosse Point) … weaken the immune system can also make it harder for the body to fight off the virus..stay home". Ex 26 (D) Fouts covid "The health and safety of residence is our priority..". Yet (Ds) Fouts, Dwyer, Michaels policy-makers actions "health and safety of residence" did not apply to (P). (D) employees, police (Ds) Gauss, Michaels, Reichling, were out towing cars off private property, via (Ds) Dwyer, Fouts, Michaels, via their policy. Td 39 ExL) Affidavit landlord, tenant para 7-8 said Warren police were involved in the 5/1/20 4 car towing, 2nd towing 7/7/21 towing (P) Honda-affiant witnessing. Td39 Ex P pic of markings on Honda "WPD"=Warren Police Dept. 1st towing 5/1/20- 4 vehicles, as alleged "abandoned", per (D) defense to court, 2nd towing as "blight", 7/7/21. See Ex Z Governor Whitmer orders Td39, Ex 3 2020 in effect 1st towing 5/1/20 Temporary requirement to suspend activities that are not necessary to sustain or protect life Covid.. *can result in serious illness or death. ..Older adults and .. chronic health conditions are at particular risk, and there is an*

11

*increased risk of rapid spread of covid.. close proximity to one another"*
Td39 Ex Y "willful violation of this order is a misdemeanor" Ds Fouts,
Dwyer, Michaels, Reichling, Gauss were in violation gov emergency orders
Td39 ExZ. D  mayor Fouts orders Td39 ExY adopting gov orders. (P) Mi
resident 7568 Hudson Ave Warren Mi, Td39 Ex A, Driver's License Td39
Ex C Lease-P lease residence (home=4th Amendment) includes adjacent lot
7560 Hudson fenced Td39Ex D-pic fence, Doc 39 Ex B p1-2 conveyance..
7560 Hudson PID #13-333-278-008.  Td39 Ex D, ExA Td1, pic sent to D
Michaels "uploaded .. May 01, 2020, 10.05 AM" cars-Sentra, Mazda B4
towing.  Other 2 vehicles not pic on adjacent lot. Td39 Ex E p 1-2-title
Mazda, Mazda Ex 2 Pic. Td39 ExF "Evidence of Coverage Mi No Fault
Insurance" 4 cars.

Td39 Ex G,-pic ticket wrote by D Gauss 5/1/20 7568 Hudson re tenant=
eviction stayed because of Covid and "harboring in place" telling tenant to leave
when Covid raging, proving D Gauss @ scene 5/1/20 when cars towed.
 P Honda was towed from behind, 7/7/21 damaging paint without notice or
"opportunity to be heard",  violated 4, 14th Amendment US Constitution.  Ex H
Td39 article shows Mayor Fouts  "personally involved", See "promises kept" from
Warren Website. *Chupa v Morceri, Fouts, et al*., Case #2:06-cv-12584,  complaint
para 30. "Defendant Fouts' action.. was wrongfully motivated by defendant Fouts'

desire to use municipal power to harass and injure plaintiffs", showing Fouts "custom and policy".  (P) 7/7/21 car towed "operable" Td39 ExK  Afft P Ex 4 p1-2, Td39 ExJ-landlord afft  contrary to court order tow "inoperable vehicles" entered after vehicle towed. Td39 Ex I: Pic Car Speedway after left D Service Towing Inc tow yard. Td39 Ex J court order dated 7/7/21 entered same day Honda towed, Td39 Ex J Afft landlord para 3 "tow employees said 'Honda cannot be towed without damaging it because it is at an angle behind the house  (7568 Hudson", then towed. Td39  Ex J Afft affiant states "he was not in court 7/7/21". P in hospital 7/7/21, Td39 Ex K Afft-& attached Ex 4, cannot be deemed to have "constitutional notice" alleged order by court 7/7/21 entered same day as car towed. Ds where aware other tenants in property and did not ascertain who owned Honda before tow. Ds' Michaels, Gass, Reichling, Dwyer did not give P "notice and an opportunity to be heard, .. right to procedural due process." *Thompson v Ashe*, 250 F3d 399, 407 CA6 *Mullane v. Central Hanover Bank & Trust Co.*, 339 US 306 "Notice must be reasonably calculated…inform interested parties of a pending action …opportunity to respond"  Ds' Gauss, Michaels, Reichling, Dwyer, Fouts, Doe police to go tow cars off private property, 5/1/20, when covid raging, state, city under emergency orders "stay at home" Gov Emergency Orders Ex 3 pg 1-3, Ex Z Td39  Ex 30 p 1-8 D Fouts 2/26/2020 Emergency Orders

Warren Courts open, and "custom and policy" in Warren is to write a ticket on the vehicle or any alleged infraction, and then a court date is set.  D Fouts Facebook (FB) pg inciting Ds', to attack "blight". Ex H p 1-2 Td39 D Fouts FB "personally involved, personally liable" as policymaker " city of warren - State of the City .. June 24th, I promised ..Warren landlords ..tickets for *blighted* homes . . violations International Property Maintenance Code and a Td39 Ex J N*ILI v  City of Warren*, 2015 ED MI Court opined International Property Maintenance Code was illegally applied by City of Warren, (D) Fouts (D) City Council-for failing to have an appeal process among other things. This is 7/7/21 towing of P 2008 Honda without NOTICE, when P in Macomb Ascension hospital. FB post states "blighted homes". Td39  ExP windshield P towed Honda 7/7/21, "blight",  WPD=Warren Police Dept including D Dwyer-policymaker. Td39 Ex Q standard Warren Police Commissioner contract gives (D) Dwyer "policymaking" authority over Warren Police Dept. oxford definition of blight: "vacant properties are a blight on neighborhood"  P Honda does not fit definition "blight", windshield. Td39 Ex P, Ex2  pic 2012 Mazda towed.  Td39 Ex K-Ex 4 hereto Aff't P avers facts are true under oath. Cars towed by Ds' Service Towing Inc,  et al no "probable cause" per 4[th] Amendment US Constitution, no search warrant: "right of people to be secure .. persons, houses, papers, and effects, against unreasonable searches..seizures, shall not be violated, .. no warrants shall issue, but upon probable cause" Td39 Ex A

Driver's License, Ex C, lease, P home. No "procedural due process" as to "notice and an opportunity to be heard" in re taking vehicles 4,14th Amendment of US Constitution City Warren thru policymakers Ds' Fouts, Dwyer, Michaels, employee Gauss knew or should have known had they been properly trained "lack of training" towed vehicles was in violation of US Constitution 4,5,14 Amendment 5/1/20, Ds 'Gauss, Reichling, entered property 7568 Hudson Ave & adjacent lot (7560 Hudson Ave) owned by the same entity combined into 1 lot and towed 4 vehicles after entering property, para 1, D Gauss wrote ticket tenant to leave property for occupying a posted vacant structure. this shows D Gauss were aware tenants were in property Td39 Ex G pg 1-2. P owned cars, a renter lease agreement =home Td39 ExC lease, ExA, ExD insurance papers Td39 Ex E p1-2 Title Mazda, Ex 2 Pic Mazda, Ex 17, SAFEAIRBAG.COM, "our records, you have 3 registered vehicles linked to your address.. 7568 Hudson Ave" Federal Dept Transportation, knows (P)'s address "airbag safety recall". Td1 Ex A pic 5/1/20=2 vehicles parked @ 7568 Hudson Warren B4 towing D Michaels was contacted per "custom & policy"-shown pic Td1 Ex 1 & said "tow off private property, see bottom of Td1 Ex A, 5/1/20 10.05 AM. D Reichling assisted with towing-or sent warren police doe officers to location, thru "custom and policy" of D Dwyer. US constitution does not allow city of warren Gauss, Reichling to enter private property to inspect vehicles VIN or tow vehicles or to call, conspire with (d) service towing inc, et al

Ds & tow vehicles off private property without court order or take personal property. Gov Ex 3 pg 1-4 , D Fouts, Ex 30 pg 1-8 issued emergency orders covid pandemic. Gov "emergency orders" did not suspend US Constitution.  Td39 ExV: City of Warren received  3.5 % of its budget from forfeiture. Ds, Reichling, Gauss should have reviewed falsification 5/1/20 when vehicles  towed and reviewed paperwork and should've informed Gauss, Michaels  after running VIN #'s 4 vehicles were properly titled, plated-Ex D: Td1 Registration Silverado, Ex E Td1 owner P. §1983 for unconstitutional customs & practices. D Reichling doing statutory duty running vin #'s before towing would show owner P 52 yr old woman considered "at risk' during covid-gov emergency order.  Per Ex B Td 1 petition for hearing on abandoned vehicle p. 2 MCL 257.252 "Before determining ..vehicle... is abandoned, police check to see if it is reported as stolen". Ex B Td1 "Complaint Number 20-18750" yet still allowed 4 cars towed either by "failure to train" or entering conspiracy private tow parties Ds', or 'deliberate indifference".

 P has US Constitutional right due process cl 5, 14th Amendment file police report since physical paperwork shown Doe Warren police officer, Reichling,  address falsified to fit statutory definition abandoned vehicle Mi law.  Doe officer was going to file police report but overridden officer 2. This "failure to report a crime" 5/1/20 when initial cars were towed and again on or about 7/21  attempt to file police report.  D Gauss Td39 Ex G pg 1-2, ticketed tenant 7568 Hudson 5/1/20

"illegal occupation" of structure, when gov, D Fouts stayed evictions, exposing failure to train actions by Ds', deliberate indifference by policymakers Ds Fouts, Michaels, Dwyer. P avers Petition for hearing on abandoned vehicle Td1 ExB is *void ab initio* since caused to issue via falsified paperwork, falsified address 257.252a *abandoned vehicle" means ..vehicle .. private property without consent owner. (b).. public property ..48 hours, or on a state trunk line highway"* Discovery needed to ascertain if D Reichling 5/1/20 ran Vin #'s determined P owner following law Td 1 Ex D, E Registration had he been properly trained & not towed cars City of warren website "health and safety of our residents is our priority. it is of utmost importance .. residents informed ..unprecedented times" city of warren covid" approved by (D) mayor Fouts". Actions of Ds' P life was endangered by state actors creating a situation where P had to decide to recover $30G cars-or travel from low covid risk county OH to high covid risk county MI to retrieve P cars-enter Service Towing Inc., exposing P to covid Ex 30 D Fouts 2/26/2020 orders name D "Dwyer" conferring w/ D Fouts re covid. Ds' Service Towing Inc, et al., had 6 in x 4 inch sign on window "1 person in office" but Ds Service Towing Inc employees not enforcing sign allowing anyone enter 7'x7' waiting room. When helper retrieve vehicles 2 people in office, exposing P to higher incident covid in process. I.e., had helper contacted covid in waiting room would've exposed P. D Fouts is "personally liable", "personally involved" in

decisions running City of Warren.  6/21 Fouts state of city address Td39 Ex F, "get

absentee out of state landlords", Td39 Ex G newspaper landlord "arrested" after D

Fouts said "target out of state landlords" 7/7/21 P Honda towed  parked behind

7568 Hudson. Ds' violated P's 42 USC§ 1983, 1985-4,5,14 amendment violation

US Constitution to be free of unconstitutional search & seizure 5/1/20, 7/7/21. Ds

all times relevant to action acting under color of state law.  Ds Reichling, Gauss via

custom and policy acting thru policymaker Fouts, Dwyer, Michaels made an

unreasonable & warrantless seizure of P property, tow 4 vehicles, violating 4,14[th]

Amendment US Constitution. At all times Ds' Dwyer, Michaels, Fouts  acted

pursuant to "policy or custom"  in depriving P of 4 cars 5/1/20, 7/7/21 personal

property without court order or opportunity be heard, acting in individual

capacities in conspiracy &/or concert with private parties. D city of warren failed

to adopt clear policies, failed to properly train its employees Ds Gauss, police

Reichling  removing vehicles from private property during covid emergency.

   Ds' taking P vehicles caused P "at risk person" leave low covid Cuyahoga

County OH to come to high Covid county Macomb MI, exit "self isolation" 7x+

covid exposure rate, 16x+ covid death rate, retrieve cars endangered P's life

violates 42 USC Sec 1983, 1985,1988 in violation gov emergency orders, D Fouts

emergency orders "P can ..invoke federal court jurisdiction.. suffered

.. *threatened* or actual injury resulting from .. putatively illegal action." *Linda RS v*

*Richard D,* 410 US 614, 617, Fouts, Dwyer, Michaels, Gauss, Reichling ignored

Gov emergency covid orders towing "threatened ..injury resulting from putatively

illegal action" *Linda RS id.,* violated P due process, 4,5,14th Amendment US

Constitution. Ds' violated P US Constitutional rights  Due Process Cl 4, 5, 14th

Amendment when address falsified on paperwork submitted Mi Sec State give Ds'

alleged authority tow vehicles 5/1/20, & failed to allow P to file police report.  P

ask for order Ds' policymakers Fouts, Dwyer, Michaels violated  P US

Constitutional rights Due Process Cl 4,5,14th Amendment ensures no party will be

deprived of property without notice and an opportunity to be heard" *Fuentes v*

*Shevin,* 407 US 67, 80,  protection of property ..extended to "any significant

property interest"," uninterrupted use of one's vehicle.. property interest, .. before

'local government may so interrupt its use, owner is entitled to due process' *Bell v*

*Burson,* 402 US 535, 539.  P states 4 vehicles towed off private property

registered, titled, plates, insured without notice, courts open without court order is

an improper seizure prohibited by 4th Amendment. .. include protection of privacy

against arbitrary invasion  US v *Ortiz,* 422 U.S. 891,"*Jacobsen,* 4th Amendment

protects 2 types of expectations, involving `searches,' .. other `seizures.' A `search'

occurs.. expectation of privacy .. society.. is infringed. ..`seizure' of property occurs

..interference ..individual's possessory interests" 4,14 Amendments Due process cl

§ 1983 for unconstitutional customs and practices. P avers "outrageous conduct" in concert &/or conspiracy with Gauss, Reichling, Dwyer, Michaels, city warren. Per complaint facts Ds' violated Ps Constitutional rights US Constitution, 5, 14th amendment, Due Process Cl 42 USC 1983, 1985, 1988. "42 USC 1983 imposes civil liability ..person acting under color of state law who deprives another.. rights, constitution" *Kallstrom v Columbus*, 136 F3d 1055, 1060 6CA "state ..not..greatly increase..risk of harm .. citizens without due process of law through its own affirmative acts" *id* 1066. P claims Ds' Gauss, Dwyer, Fouts, Reichling, Michaels, Warren actions were liable for (P) increased "state created danger" theory of liability. "liability under state-created-danger theory ..affirmative acts by state which either create or increase ..risk ..individual will be exposed to private acts of danger" id. "to bring a 'state created danger' claim,..show:'an affirmative act by state.. either created or increased risk (P) would be exposed to an act.. (2) a special danger to (P) wherein state's actions placed (P).. at risk, .. affects..public at large; 3) state knew or should have known..actions .. endangered (P)" *Jones v Reynolds*, 438 F3d 685, 690 6CA *Harlow*, 457 US @ 818). *Kallstrom*, "an individual's 'interest in preserving her life .. constitutional dimension.'" *Id* 1063 Ex3 gov emergency orders, covid, Ds' Michaels, Fouts, Dwyer, Reichling knew or should have known towing 4 vehicles cause P exit self-isolation, violate Ds' Fouts, Gov "emergency orders" to retrieve cars or lose exposing P to "state created danger",

"1) affirmative act by state (employees) .. either created or increased risk (P) would be exposed 2)..special danger to (P)..state's action placed (P).. at risk", *Cartwright v City of Marine City*, 336 F3d 487, 493 CA6. Ds' were aware of Covid, 5/1/20, Ds' Fouts entering "emergency orders", Ex 23 Fouts 2/26/20 Press Release re covid. D "Dwyer" gov orders "self-isolation" cause P exit self-isolation, retrieve cars. Ds' policymakers Michaels, Dwyer, Fouts, failure to train Reichling, Gauss. . Per Ex 5 "May 2, 2020" when (P) left Cuyahoga County, OH, New York Times Tracking Coronavirus "*Daily Average 63..*" *cases, of COVID 19.* Per Ex 5 pg 5 pg 2,"May 2, 20, "Daily average (deaths) 3.4 New Deaths 0", Cuyahoga County. Ex12, Cuyahoga County Pop. 1.241 million 2020. Ex 11, Macomb County Pop 870,893 2020, Ex 6 Macomb County "May 2, 20: "*Daily Average 77" Covid cases.* Hence, Macomb, with 1/3 less population-had+14 new Covid cases day 5/2/20 than Cuyahoga County. Per Ex 5 pg. 2, "May 2,20 Daily Average 3.4 New deaths 0" Cuyahoga County. Per Ex 9"May 2,20 Daily Average 16 New deaths 11" Macomb County, showing increased risk (P)16x+Death Rate-adjusted 30% more population. P was "self-isolating" Cleveland. Ex 22 Cuyahoga County Exec Budish, "Summer 2020..Covid..Cris is ..worst crisis we have lived through..". Ds' endangering P life thru their actions, "§1983 for unconstitutional customs and practices". See D Fouts 2/26/20 Press Release Ex 23, "We have implemented a public health management decision making training for

all Police…Covid (p3) Our residents can feel ease knowing that their health and

well being …will be my number-one priority…beginning with Police

Commissioner ..Dwyer.. ensure your safety". & or § 1983 for unconstitutional

customs and practices of Ds' policymakers Fouts, Dwyer. See Td39 Ex Q  p3 See

7.3 Duties of the Mayor D Fouts, "enforcement of ordinances ..of the council. "

   Per facts Ds violated P US Constitutional rights Due Process 5,14 amendments

to make police report if laws broken. 7/21 P attempted make police report @

station  D Reichling concerning "falsification" address 4 vehicles were towed.

Police officer Doe Complaint #20-18750 Td1 Ex B  Pet for Hrg. This "failure to

report a crime" 5/1/20 cars towed & 7/21 attempt file police report violated P

Constitutional Due Process to "procedural due process" right "report a crime", file

a complaint.   Gov Covid Order 4/30/20 " *spread .. virus is for people to stay home*

*and keep their distance from others*. .. hold on evictions' Gauss Ex G Td39 ticket

tenant 7568 Hudson - in violation of gov orders- tenant eviction Td39 ExU,

annexed hereto Tsp Ex19#206101LT stayed 3/20 pandemic emergency orders

Td39, Ex Z gov emergency order No. 2020-70 in effect when cars towed 5/1/20.

Did falsifying address Td1 Ex B,C, Td39 ExW rise to Due Process violation 5, 14th

Amendment US Constitution. Falsification is imputed to Ds' Dwyer, Fouts,

Michaels via lack of training, custom and policy, deliberate indifference.§1983 for

unconstitutional customs & practices.  ExA Td 39 P address license 7568 Hudson

Warren =address 4 cars towed & address  Sec of State cars registered ExB,C,D

Td1,ExE p1-2, ExWp1-3. Per Aff't P Ex 4 pg 1-2, Td39 Ex K pg 1-2, did P have

Due Process, right to file a police report 7/21 re falsification of address, *Monroe v*

*Pape*, 365 US 167, 174-76  Supreme Court held .. non-state actors can, …engage

in conduct under "color of State law," ..subject to liability under..1983 where they

"act jointly" or conspire with state government officials. *Brentwood Acad. v Tenn*

*Secondary Sc. Ath Ass'n,* 531 US 288, 296 "finding liability..criminal law 1983,

acting in "conspiracy", "jointly".  At all times policymakers Ds Fouts, Michaels,

Warren, Dwyer, acted pursued policies, practices, deliberate indifference ..direct

and cause of unconstitutional violations. Policies include,  Dwyer, Fouts, Michaels

failure to supervise, Ds Reichling, Gauss. Ds' Fouts, Michaels, Dwyer have policy

making authority Warren #2:21-cv-10446-DPH-APP ECF No. 1, PageID.18 Filed

2/26/21 p 18/26  Warren to implement proper training for Warren police officers,

city workers. Warren historically failed to train  *Moldowan v  Warren*, 157 F3d,

351, 393-394 6CA Warren imputed to policymakers Ds' Dwyer, Michaels, Fouts,

*Monell v Dep't of Soc. Servs. of N.Y.* 436 US 658, 691 "liability attach when official

.. caused a constitutional violation acting as "final policymaker", i.e. policymakers

Dwyer, Michaels, Fouts directing grills be seized, tow cars via policy by D Gauss,

Reichling. P grills taken 5/1/20, 7/7/21, Td39 Ex DD, Warren Weekly 4/21, grills

legal in Warren, contrary D Fouts wishes  D Gauss, continue to seize grills, in

Violation of 4-21 Warren Ordinance passed by Warren City council, & or § 1983

for unconstitutional customs and practices of Ds'

Respectfully submitted,

*Elizabeth Nelson*

Elizabeth Nelson pro'se

## CERTIFICATE OF SERVICE

A copy of this motion has been served on all counsel for defendant's 1st class mail
with tracking this   11/10/2022 to:

Rachel Selina (P85430)
255 E Brown St Suite 320
Birmingham, MI 48009

Jennifer Mead (P57106)
PO Box 165
Keego Harbor, MI 48320-0165

Scott Damich (P74126)
PO Box 30754
Lansing, MI 48089

E Nelson pro'se

# INDEX OF EXHIBITS

| Exhibit Name | Exhibit Number |
|---|---|
| COVID Time Line     pages 1-6 | 1 |
| Lease of Plaintiff    Td 39 Ex C | 2 |
| Governor Whitmer Order 3/23/2020 (Td 39 Ex Z) | 3 pg. 1-4 |
| AFFIDAVIT OF (P) ELIZABETH NELSON Ex K Td 39 | 4 |
| TRACKING CORONAVIRUS IN CUYAHOGA COUNTY, OHIO | 5 |
| Average cases in Cuyahoga County, Ohio  May 2, 2020 Daily Average 3.4, Deaths 0 | 5 pg. 2 |
| Tracking coronavirus in Macomb County, mi  5-2-2020 Daily Average 77 | 6 |
| AVERAGE CASES IN CUYAHOGA COUNTY, Avg. Test Positivity  May 1, 2020  10.6% | 7 |
| AVERAGE CASES MACOMB COUNTY   Avg. Test Positivity   May 1, 2020 13% | 8 |
| Macomb county daily average 16,New Deaths 11 May 1, 2020-compare Ex 5 p 2- | 9 |
| 2020 POPULATION MACOMB COUNTY MI 870,893 | 11 |
| 2020 Population Cuyahoga County          1.241 million | 12 |
| Code of Ordinances Warren Mi Sec 2.5-1 et seq | 13 pg. 1-4 |
| GENERAL CODE OF ORDINANCES WARREN MI Sec 9.1 et seq Penalty | 14 |

i

10/14/22 Detroit Free Press                                                    15

EXPENSES PACER $129.80                                                         16

AIRBAG SAFETY RECALL TO (P) @ 7568 Hudson Ave Warren Mi 48091                  17

WARREN POLICE DEPATRMENT MISSION STATEMENT -William Dwyer                      18

Td 39 Ex U Tsp of tenant eviction  hearing Case 206101LT 37th District Court   19

Cuyahoga County Covid 19 Crisis Summer 2020   County Executive                22

2/26/2020  WARREN MAYOR JIM FOUTS PRESS RELEASE re covid                       23

CURRENT WARREN COVID 19 ACTIONS                                               24

APRIL 2020 Department of Health and HUMAN SERVICES                             25

(D) MAYOR FOUTS PRESS RELEASE   BEFORE THANKSGIVING 2020                      26

Expenses                                                                       27

(D) Mayor Fouts City of Warren Covid  Preparedness and Response Plan 2/26/2020 p 1-8   30

ii

**February 18, 2020**
Due to the high case load and numbers of asymptomatic individuals testing positive for COVID-19, all passengers and crew of the Diamond Princess cruise ship are quarantined off the coast of Japan, placed under travel restrictions, and are prevented from returning to the U.S. for at least 14 days after they have left the Diamond Princess.

**February 23, 2020**
As Italy becomes a global COVID-19 hotspot, the Italian government issues Decree-Law No. 6, containing urgent measures to contain and manage the epidemiological emergency caused by COVID-19, effectively locking down the country.

**February 25, 2020**
CDC's Dr. Nancy Messonnier, the incident manager for the COVID-19 response, holds a telebriefing and braces the nation to expect mitigation efforts to contain the SARS-CoV-2 virus in the U.S. that may include school closings, workplace shutdowns, and the canceling of large gatherings and public events, stating that the "disruption to everyday life may be severe."

**February 28, 2020**
CDC reports four additional presumptive positive cases of COVID-19 in California, Oregon, and Washington: one case is likely travel-related, but three are likely due to community spread of the SARS-CoV-2 virus in the U.S.

**February 29, 2020**
CDC updates its Criteria to Guide Evaluation and Testing of Patients Under Investigation (PUI) for COVID-19 to any patients with a severe respiratory illness even in the absence of travel history to affected areas or known exposure to another case to prepare for possible widespread person-to-person transmission.

FDA announces a "new policy...for certain laboratories that develop and begin to use validated COVID-19 diagnostics before FDA has completed review of their emergency use authorization (EUA) requests," allowing laboratories to create tests to address testing shortages in the U.S.

CDC and the Washington Department of Public Health report the first death in an individual with laboratory-confirmed COVID-19 in the U.S. The patient was a male in his 50s who was hospitalized with a pneumonia of unknown cause and later died of his illness.

**March 1, 2020**
CDC creates a hospitalization surveillance network for the SARS-CoV-2 virus called "COVID-NET" to track the numbers and rates of COVID-19 hospitalizations by modifying existing respiratory virus surveillance networks that monitor for hospitalizations associated with influenza and Respiratory Syncytial Virus (RSV).

$Ex \ l \ p \ l$

**March 3, 2020**
CDC reports 60 cases of COVID-19 across Arizona, California, Florida, Georgia, Illinois, Massachusetts, New Hampshire, New York, Oregon, Rhode Island, Washington, and Wisconsin. Of the 60 COVID-19 infections detected, 21 are travel-related, 11 are from person-to-person spread, and 27 are unknown.

**March 6, 2020**
The Grand Princess cruise ship is stranded off the California coast after officials learn that a California man who had traveled on the ship last month contracted COVID-19 and died. The California Air National Guard drops off a limited supply of testing kits by helicopter; more than 3,500 people are aboard the ship, but only 46 are able to be tested and 21 (mostly crew members) test positive.

**March 11, 2020**
After more than 118,000 cases in 114 countries and 4,291 deaths, the WHO declares COVID-19 a pandemic.

**March 12, 2020**
FDA no longer requires CDC to perform confirmatory testing for a positive COVID-19 diagnosis.

**March 13, 2020**
The Trump Administration declares a nationwide emergency and issues an additional travel ban on non-U.S. citizens traveling from 26 European countries due to COVID-19.

**March 14, 2020**
CDC issues a "no sail order" for all cruise ships— calling for them to cease activity in all waters that the U.S. holds jurisdiction over.

**March 15, 2020**
States begin to implement shutdowns in order to prevent the spread of COVID-19. The New York City public school system— the largest school system in the U.S., with 1.1 million students— shuts down, while Ohio calls for restaurants and bars to close.

**March 16, 2020**
CDC launches "Clara-Bot," a COVID-19 symptom checker, on its website.

New and old guidelines begin circulating among state health departments for who gets critical care in the event of ventilator shortages: Massachusetts and Pennsylvania use a point system prioritizing patients by likelihood of benefitting from ICU care, while New York's 2015 plan relies on "exclusion criteria"— a list of medical conditions that would make a patient ineligible, like traumatic brain injury, severe burns, or cardiac arrest. Alabama's exclusion criteria list, released in 2010 and since removed from publication, included both "severe or profound mental retardation" and "moderate to severe dementia."

*Ex 1 p 2*

**March 17, 2020**
Moderna Therapeutics begin the first human trials of a vaccine to protect against COVID-19 at a research facility in Seattle, Washington.

The University of Minnesota launches a clinical trial testing hydroxychloroquine, an FDA-approved drug for the prevention and treatment of malaria, for the treatment of COVID-19.

The Centers for Medicare & Medicaid (CMS) temporarily expands telehealth benefits, enabling beneficiaries to receive a wider range of healthcare services from their doctors without having to travel to a healthcare facility.

**March 19, 2020**
CDC asks healthy people to donate blood if they are able amid a national shortage of blood during the COVID-19 pandemic.

California governor Gavin Newsom issues a statewide stay-at-home order to slow the spread of COVID-19 instructing residents to only leave their homes when necessary and shutting down all but essential businesses.

**March 27, 2020**
The Trump Administration signs the Coronavirus Aid, Relief, and Economic Security (CARES) Act into law. The act includes funding for $1,200 per adult (with expanded payments for families with children), expanded unemployment benefits, forgivable small business loans, loans to major industries and corporations, and expanded funding to state and local governments in response to the economic crisis caused by COVID-19.

Apple, in partnership with HHS, CDC, and the White House Coronavirus Task Force, releases an app with a COVID-19 symptom and exposure questionnaire telling people how to isolate and monitor symptoms and giving recommendations on testing and when to contact a medical provider if they believe they have contracted or have been exposed to the SARS-CoV-2 virus.

**March 28, 2020**
To prevent the spread of COVID-19, the White House extends all social distancing measures until through the end of April 2020.

FDA issues an EUA to allow hydroxychloroquine sulfate and chloroquine phosphate products to be added the Strategic National Stockpile for the treatment of COVID-19.

CDC distributes a Health Alert Network (HAN) warning against using chloroquine phosphate without the recommendation of a doctor or pharmacy after one person is made seriously ill and a second dies from ingesting non-pharmaceutical chloroquine phosphate (a chemical aquariums use that is commercially available for purchase at stores or online) to prevent or treat COVID-19.

CDC issues a domestic travel advisory for New York, New Jersey, and Connecticut due to high community transmission of COVID-19 in those states, urging residents to refrain from all non-essential domestic travel for at least 14 days, effective immediately.   *Ex 1 p 3*

**March 31, 2020**
At a White House Press Briefing, Dr. Anthony Fauci and Dr. Deborah Brix announce that between 100,000 and 240,000 deaths in the U.S. are expected— even if social distancing and public health measures are perfectly enacted.

The *Journal of the American Medical Association Ophthalmology* reports that COVID-19 can be transmitted through the eye. One of the first warnings of the emergence of the SARS-CoV-2 virus came late in 2019 from a Chinese ophthalmologist treating patients in Wuhan, Li Wenliang, MD, who died at age 34 from COVID-19.

**April 3, 2020**
At a White House press briefing, CDC announces new mask wearing guidelines and recommends that all people wear a mask when outside of the home.

CDC warns the public about phone scams and phishing attacks that appear to originate from CDC and ask for donations from individuals. This is government impersonation fraud— federal agencies do not request donations from the public.

**April 4, 2020**
CDC launches a new weekly SARS-CoV-2 virus surveillance report called "COVIDView" summarizing weekly data on COVID-19 hospitalizations, deaths, and testing.

More than 1 million cases of COVID-19 had been confirmed worldwide, a more than ten-fold increase in less than a month.

**April 6, 2020**
Hundreds of doctors and civil rights groups urge CDC and the U.S. government to release race and ethnicity data on COVID-19 case-numbers in order to reveal the true impact of the virus on communities of color.

**April 7, 2020**
Data from the Chicago Department of Public Health reported by the Chicago Tribune shows that despite being about 30% of the total population, Black people account for 68% of the COVID-19 related deaths in Chicago and are dying of COVID-19 at a rate nearly six-times greater than that of White Chicagoans, who account about 33% of the population and approximately 14% of deaths. These numbers illuminate for many the racial disparities of the COVID-19 pandemic in the U.S.

HHS announces $186 million in additional funding to state and local jurisdictions for the COVID-19 response.

**April 8, 2020**
HHS announces first contract for ventilator production under the Defense Production Act with General Motors.

**April 9, 2020**
CDC modifies and extends the no sail order for all cruise ships.          *Ex  1 p 4*

**April 10, 2020**
With over 18,600 confirmed deaths and more than 500,000 confirmed cases in under four months, the U.S. is the country with the most reported COVID-19 cases and deaths, surpassing Italy and Spain as a global hot-spot for the virus.

With 159,937 confirmed cases, New York State now has more reported cases of COVID-19 than Spain (153,000), Italy (143,000), or China (82,000). Amid critical hospital bed and ventilator shortages, aerial images emerge of workers in hazmat suits burying coffins in mass graves at Hart Island off the Bronx, an area used for over 150 years by New York City officials as a mass burial site for those with no next-of-kin or who cannot afford funerals.

**April 13, 2020**
Most states in the U.S. report widespread cases of COVID-19.

At a White House press briefing, President Trump announces that the U.S. will cease contributing funding to the WHO, shaking the global public health community.

**April 16, 2020**
The Trump Administration releases a plan outlining how states should reopen, calling for states or metropolitan areas to meet benchmarks like reducing COVID-19 cases or deaths before reopening or stopping mitigation strategies (like required masking), also known as "gating

**April 20, 2020**
As the COVID-19 pandemic grows, shortages of personal protective equipment (PPE) like gowns, eye shields, masks, and even body bags, become dire– particularly in New York

**April 22, 2020**
After two pet cats in separate areas of New York state test positive for the SARS-CoV-2 virus, CDC recommends that people restrict their pets' interactions with other people or animals outside their household to prevent the spread of COVID-19.

**April 23, 2020**
Using funds from the Coronavirus Aid, Relief, and Economic Security (CARES) Act, CDC announces $631 million to fund and expand the existing Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC), allowing state health departments to expand their capacity for the testing, contact tracing, and containment of COVID-19.

**April 24, 2020**
Georgia, Alaska, and Oklahoma begin to partially reopen their states despite concerns from health experts saying it was too early to reopen.

Ex 1 p 5

**April 26, 2020**
Clinicians in the U.S. and U.K. report clusters of children and adolescents requiring admission to intensive care units (ICUs) with a multisystem inflammatory condition that can lead to multiorgan failure— similar to Kawasaki disease and toxic shock syndrome. This condition will become known as Multisystem Inflammatory Syndrome in Children (MIS-C), a serious inflammatory condition that affects children with current or recent COVID-19 infections.

**April 28, 2020**
Polls show that many people in the U.S., particularly those ages under 30 years or making less than $40,000 per year, plan to defer medical care because of the cost of treatment due to the lack of insurance or being under-insured, potentially leading to the further spread of COVID-19, the under-reporting of case numbers, and excess deaths from COVID-19 and other preventable diseases.

**April 30, 2020**
The Trump Administration launches Operation Warp Speed, an initiative to produce a vaccine against the SARS-CoV-2 virus as quickly as possible. The operation funds the development of six promising vaccine candidates while they are still in the clinical trial phase, including the Pfizer-BioNTech and Moderna mRNA vaccines.

Since mid-March 2020, more than 26.5 million people in the U.S. have filed for unemployment, increasing the number of people without health insurance amid a pandemic.

# Mid 2020

**May 1, 2020**
FDA issues an emergency use authorization (EUA) for the use of the antiviral drug Remdesivir for the treatment of suspected or confirmed COVID-19 in people who are hospitalized with severe disease.

CDC develops the "PPE Burn Rate Calculator," a spreadsheet-based model made to help healthcare facilities plan and optimize the use of personal protective equipment or PPE for the COVID-19 response and publishes it on the Apple and Android App stores.

CDC launches the SARS-CoV-2 Sequencing for Public Health Emergency Response, Epidemiology and Surveillance (SPHERES), a national network to provide real-time genomic sequencing data to public health response teams investigating COVID-19 cases, allowing them to track the SARS-CoV-2 virus as it evolves.

As some countries discuss re-opening, WHO convenes the International Health Regulation Emergency Committee for a third time and declares that the global COVID-19 pandemic remains a Public Health Emergency of International Concern (PHEIC).

Ex 1  p 6

# RENTAL AGREEMENT

### THIS IS A LEGALLY BINDING CONTRACT.
### IF NOT UNDERSTOOD, CONSULT AN ATTORNEY.

www.theLPA.com

The Tenant(s) known as _Elizabeth Nelson_ hereby agree to rent the dwelling located at _7568 Hudson Ave Lower Warren MI 48091_. The premises are to be occupied by the above named tenants only. Tenant may not sublet premises.

**TERM** The term shall commence on _8-1-18_, at $ _600_ per month payable on the _1st_ of each month in full.

**LATE FEES** In the event rent is not paid by the _____ (_5th_) day after due date, Tenant agrees to pay a late charge of $ _10_.  _Owner (R)_

**UTILITIES** Tenant shall be responsible for the payment of the following utilities: water, electric, gas, heating fuel, Telephone.

**APPLIANCES** Appliances provided in this rental are: stove, refrigerator, dishwasher, washing machine, dryer, air conditioner(s), _____. Repairs will be born by said Tenants if damage is due to negligence of Tenants.

**SECURITY** Amount of security deposit is $ _N/A_. Security shall be held by Landlord until the time said Tenants have vacated the premises and Landlord has inspected it for damages. Tenant shall not have the right to apply Security Deposit in payment of any rent. Security deposits must be raised proportionately with rent increases.

**INSURANCE** Tenant is responsible for liability/fire insurance coverage on premises. Tenant agrees to obtain a "Renter's Insurance" policy and to provide Owner or agent with a copy of policy within seven (7) days of lease execution.

**NOTICES** Should tenant decide to vacate the premises, a _10_ day written notice to the landlord is required. Should landlord decide to have tenants vacated, a _10_ day written notice is required. Tenant agrees to allow premises to be shown at any and all reasonable times for re-rental.

**REAL ESTATE COMMISSION** (If applicable) In the event a commission was earned by a real estate broker, Tenant shall not take possession of the premises unless all fees due broker are paid in full as agreed. Commission is payable when this lease is signed by the Tenant(s). It is solely for locating the rental for the Tenant and is not refundable under any circumstances regardless of any disputes or conditions between the Landlord and Tenant before or after occupancy is taken.

**ACKNOWLEDGMENT** Tenants hereby acknowledge that they have read, understand and agree to all parts of this document, and have received a copy.

|              | AMOUNT RECEIVED | BALANCE DUE |
|--------------|-----------------|-------------|
| RENT :       | _600_           |             |
| SECURITY:    |                 |             |
| BROKER'S FEE:|                 |             |

THE UNDERSIGNED TENANT(S) ACKNOWLEDGES RECEIPT OF A COPY HEREOF.

DATE: _8-10-2018_

OWNER/AGENT _[signature]_          TENANT _[signature]_

ADDRESS _St Anthony the_          TENANT _Elizabeth_

PHONE _Great Orthodox_          PHONE _____

_Monroe_

**Ex 2**

**Whitmer**

# Executive Order 2020-21: Temporary requirement to suspend activities that are not necessary to sustain or protect life - RESCINDED

March 23, 2020

**EXECUTIVE ORDER**

**No. 2020-21**

**Temporary requirement to suspend activities that are not necessary to sustain or protect life**

The novel coronavirus (COVID-19) is a respiratory disease that can result in serious illness or death. It is caused by a new strain of coronavirus not previously identified in humans and easily spread from person to person. Older adults and those with chronic health conditions are at particular risk, and there is an increased risk of rapid spread of COVID-19 among persons in close proximity to one another. There is currently no approved vaccine or antiviral treatment for this disease.

On March 10, 2020, the Michigan Department of Health and Human Services identified the first two presumptive-positive cases of COVID-19 in Michigan. On that same day, I issued Executive Order 2020-4. This order declared a state of emergency across the state of Michigan under section 1 of article 5 of the Michigan Constitution of 1963, the Emergency Management Act, 1976 PA 390, as amended, MCL 30.401-.421, and the Emergency Powers of the Governor Act of 1945, 1945 PA 302, as amended, MCL 10.31-.33.

The Emergency Management Act vests the governor with broad powers and duties to "cop[e] with dangers to this state or the people of this state presented by a disaster or emergency," which the governor may implement through "executive orders, proclamations, and directives having the force and effect of law." MCL 30.403(1)-(2). Similarly, the Emergency Powers of the Governor Act of 1945, provides that, after declaring a state of emergency, "the governor may promulgate reasonable orders, rules, and regulations as he or she considers necessary to protect life and property or to bring the emergency situation within the affected area under control." MCL 10.31(1).

To suppress the spread of COVID-19, to prevent the state's health care system from being overwhelmed, to allow time for the production of critical test kits, ventilators, and personal protective equipment, and to avoid needless deaths, it is reasonable and necessary to direct residents to remain at home or in their place of residence to the maximum extent feasible.

This order takes effect on March 24, 2020 at 12:01 am, and continues through April 13, 2020 at 11:59 pm.

Acting under the Michigan Constitution of 1963 and Michigan law, I order the following:

1. This order must be construed broadly to prohibit in-person work that is not necessary to sustain or protect life.

Ex 3   p 1

8/16/22, 8:57 PM                    Executive Order 2020-21: Temporary requirement to suspend activities that are not necessary to sustain or protect life – RESCINDED

2. Promoting remote work to the fullest extent possible.

3. Keeping workers and patrons who are on premises at least six feet from one another to the maximum extent possible, including for customers who are standing in line.

4. Increasing standards of facility cleaning and disinfection to limit worker and patron exposure to COVID-19, as well as adopting protocols to clean and disinfect in the event of a positive COVID-19 case in the workplace.

5. Adopting policies to prevent workers from entering the premises if they display respiratory symptoms or have had contact with a person who is known or suspected to have COVID-19.

6. Any other social distancing practices and mitigation measures recommended by the Centers for Disease Control.

6. All in-person government activities at whatever level (state, county, or local) that are not necessary to sustain or protect life, or to supporting those businesses and operations that are necessary to sustain or protect life, are suspended.

1. For purposes of this order, necessary government activities include activities performed by critical infrastructure workers, including workers in law enforcement, public safety, and first responders.

2. Such activities also include, but are not limited to, public transit, trash pick-up and disposal, activities necessary to manage and oversee elections,

8/16/22, 8:57 PM                    Executive Order 2020-21: Temporary requirement to suspend activities that are not necessary to sustain or protect life – RESCINDED

operations necessary to enable transactions that support the work of a business's or operation's critical infrastructure workers, and the maintenance of safe and sanitary public parks so as to allow for outdoor recreation.

3. For purposes of this order, necessary government activities include minimum basic operations, as described in section 4(b). Workers performing such activities need not be designated.

4. Any in-person government activities must be performed consistently with the social distancing practices and other mitigation measures to protect workers and patrons described in section 5(c).

7. Exceptions.

1. Individuals may leave their home or place of residence, and travel as necessary:

1. To engage in outdoor activity, including walking, hiking, running, cycling, or any other recreational activity consistent with remaining at least six feet from people from outside the individual's household.

2. To perform their jobs as critical infrastructure workers after being so designated by their employers. (Critical infrastructure workers who need not be designated under section 5(a) may leave their home for work without a designation.)

3. To conduct minimum basic operations, as described in section 4(b), after being designated to perform such work by their employers.

EX 3 p2

## AFFIDAVIT OF PLAINTIFF ELIZABETH NELSON

Now comes the affiant under 28 USC Section 1746 "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that"

Everything is true in the complaint and amended complaints and motion for summary judgment same as if rewritten herein

1) All exhibits are copies of originals and all facts are true in the complaint same as if rewritten herein
2) Affiant was in Cleveland Ohio when notified cars missing, "self-isolating" since she is deemed "at risk" for COVID 19
3) 4/25/20 Doctor @ Eastern Michigan told affiant "Do not come to Michigan because everything is going crazy because of COVID 19.
4) Affiant contacted landlord THROWER 5/2/20 who was "self-isolating" being treated for prostate cancer METROHEALTH CLEVELAND Ohio, to drive her to WARREN MICHIGAN to retrieve her  4 vehicles
5) Affiant was terrified to travel to Michigan and have to interact with people while the COVID 19 was raging.
6) On 7/5/21,  affiant took an ambulance to MACOMB ASCENSION HOSPITAL 12 Mile & Hoover and was admitted for an infection.
7) Affiant pulled her 2008 Honda Civic behind house at 7568 Hudson Ave Warren Mi.
8) Honda was operable 7/7/21 as it was driven away from (S) SERVICE TOWING INC. see Ex I pic @ SPEEDWAY GAS STATION MOUND AFTER TOWING RELEASE
9) Affiant was informed by ALBERT THROWER-LANDLORD THAT Warren Police, SERVICE TOWING INC., ROBERT SCOTT, JAMES CUMMINS, AND OTHERS were in the process of towing her car having a view from the basement 7/7/21
10) Upon obtaining release of her car affiant notice that paint was missing Ex I where SERVICE TOWING INC., had towed her car from the rear of auto as ALBERT THROWER Ex L Affidavit heard (D) Service Towing Inc. state they had to tow (P) vehicle as same was parked behind house
11) When towing her car,  defendants Warren Building Inspector  JAMES CUMMINS, GHANAM, GAUSS,  Robert Scott took her mower, WEBER grill, which pursuant to CITY COUNCIL ORDANCE 4/28/21 see Exh DD WARREN WEEKLY MAY 12, 2021, "Fire pit ordinance stands in Warren" she was allowed to have.    Affiant never received WEBER grill back and affiant mower was broken when retrieved from Service Towing Inc., since thrown upside down in landlords 2011 Silverado which was towed at the same time. See Ex    affiant purchased new mower from Menards
12) Plaintiffs 2008 HONDA was marked "blight" on the windshield by the defendants
13) Affiant was never served with any infraction as to her 2008 Honda, WEBER GRILL, and lawn mower when same taken 7/7/21.
14) (P) had an agreement w landlord THROWER mow lawn @ 7568 Hudson Ave., and defendants took her mower. Mower was later observed upside down in landlord

*Td 39*

EX K

*Ex 4*

15) THROWER vehicle when 2011 Silverado-also towed was released from (D) SERVICE TOWING INC.

16) Mower would not start-in spite of working before, and had to be scrapped @ GLS Scrap yard, Sherman Ave Warren MI- see Pic O of mower @ GLE scrap yard

17) Affiant purchased a new mower @ MENARDS 21 Mile, receipt annexed hereto as Ex BB

18) Affiant avers that she was in MACOMB ASCENSION HOSPITAL 7/27/21 when 2nd towing took place. Landlord Thrower called Affiant from basement (as admitted to by (D) Scott, (D) Mayor Fouts Ex L and (P) -affiant heard screaming "I WANT THAT HONDA TOWED"!

19) All expenses are correct as annexed to this motion

20) Affiant was terrified of (D)s' and that her 4 cars would be towed again 5/2/20 and had to transport same to CLEVELAND OHIO where they would be safe incurring expenses.

21) If (Ds) had not towed cars, affiant would not have transported 4 cars to OHIO.

22) 5/1/20 1st two cars behind duplex Ex D pic =The other 2 cars- 2012 MAZDA 5 Grand Touring, 2009 Silverado were to the right of the pictured cars behind the security fence Ex N before towed 5/1/20.

23) About 7/30/21 affiant went with landlord Thrower to Warren Police substation Van Dyke to make a police report on the falsified address 7528 Hudson Ave

24) Pursuant to Title 28 USC Section 1746"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the affiant avers under the penalty of perjury that everything is true
9/26/2022

Affiant Elizabeth Nelson

Td 39

Ex K p 2

Ex 4

Case 2:22-cv-10918-MFL-APP   ECF No. 46, PageID.706   Filed 11/14/23   Page 38 of 71

**The New York Times**    https://nyti.ms/39jvJEY

U.S.A.        World        Health

# Tracking Coronavirus in Cuyahoga County, Ohio: Latest Map and Case Count

Updated Oct. 12, 2022

## New reported cases

**All time**    Last 90 days



| | DAILY AVG. ON OCT. 11 | PER 100,000 | 14-DAY CHANGE |
|---|---|---|---|
| Cases | 138 | 11 | −43% |
| Test positivity | 8.1% | — | — |
| Hospitalized | 239 | 19 | −13% |
| Deaths | 2 | <1 | +40% |

About this data





5-2-20

Ex 5 p2

**The New York Times** https://nyti.ms/39jvJEY

U.S.A.          World          Health

# Tracking Coronavirus in Macomb County, Mich.: Latest Map and Case Count

Updated Oct. 12, 2022

## New reported cases

All time    Last 90 days



| | DAILY AVG. ON OCT. 11 | PER 100,000 | 14-DAY CHANGE |
|---|---|---|---|
| Cases | 210 | 24 | −4% |
| Test positivity | 18% | — | — |
| Hospitalized | 221 | 25 | +4% |
| Deaths | 2 | <1 | −33% |

About this data

*Ex 6*



Ex 7



Average cases per capita in Macomb County



Ex 8



per capita in Cuyahoga County

3o4 Daily Average

O

Same as
5 Pg 2

Ex 8  p 2

macomb county population

☓  ↓  🔍                                          ⚙  ⠿

🔍 All    🖾 Images    📰 News    🗺 Maps    ◇ Shopping    ⋮ More                Tools

About 841,000 results (0.59 seconds)

Macomb County  /  Population

# 870,893 (2020)

Oakland County
1.255 million

• Macomb County
870,893

Trcy

L.von.a

## Macomb County

**County in Michigan**

Macomb County is a county located in the eastern portion o
U.S. state of Michigan, bordering Lake St. Clair, and is part o
northern Metro Detroit. As of the 2020 Census, the populatic
881,217, making it the third-most populous county in the sta
county seat is Mt. Clemens. **Wikipedia**

Explore more  →

Sources include: United States Census Bureau

Feedback

### Population elsewhere

| | |
|---|---|
| Macomb Township | 90,758 (2018) |
| Wayne County, Michigan | 1.753 million (2020) |

### People also ask  ⋮

What percent of Macomb County is black?

What is Macomb County known for?

What is the racial makeup of Macomb County Michigan?

What is the best city to live in Macomb County?

Feedback

### Destinations                                View 1

| Lake Saint Clair | Sterling Heights | Warren | St. Clair Shores |

### Points of interest                          View

| Ford House | Lake St. Clair Metropark | Blake's Orchard & Cider Mill | Westview Orchards & Winery |

---

https://www.census.gov › quickfacts › macombcounty...    ⋮

### Macomb County, Michigan - U.S. Census Bureau QuickFacts

Population Estimates, July 1 2021, (V2021).. 876,792 ...

https://en.wikipedia.org › wiki › Macomb_County_Mi...    ⋮

### Macomb County, Michigan - Wikipedia

As of the 2020 Census, the population was 881,217, making it the third-most populous county in
the state. ... The county seat is Mt. Clemens. ... Macomb County is ...

| Largest city: Warren | Named for: Alexander Macomb |
| Seat: Mount Clemens | Congressional districts: 9th, 10th |

Clinton Township, Macomb... · Washington Township · Bruce Township, Macomb...

https://www.michigan-demographics.com › macomb-co...    ⋮

### Macomb County Demographics - Get Current Census Data for ...

With **876,792 people**, Macomb County is the 3rd most populated county in the state of Michigan
out of 83 counties. But watch out, Macomb County, because Genesee ...

https://worldpopulationreview.com › us-counties › mac...    ⋮

Macomb County, Michigan Population 2022


*Ex 11*

10/12/22, 11:08 PM                                    cuyahoga county population - Google Search

🔍 ‥ ⸱          cuyahoga county population                    ✕  🎤  🔍                    ⚙  ⠿

🔍 All   🖼 Images   📰 News   🗺 Maps   🛍 Shopping   ⋮ More          Tools

About 3,810,000 results (0.56 seconds)

Cuyahoga County / Population

# 1.241 million (2020)

- Cuyahoga County
  1.241 million

Summit County, Ohio
540,810

Cleveland
383,331

Sandusky          **Cleveland**
                          ○
                  Akron

## Cuyahoga County

County in Ohio

Cuyahoga County is a large urban county located in the northeastern part of the U.S. state of Ohio. It is situated on t southern shore of Lake Erie, across the U.S.-Canada maritim border. As of the 2020 census, its population was 1,264,817 it the second-most-populous county in the state. **Wikipedia**

### Population elsewhere

| | |
|---|---|
| Ohio | 11.68 million (2020) |
| Franklin County, Ohio | 1.305 million (2020) |
| Lorain County | 309,134 (2020) |

Explore more  →

Sources include: United States Census Bureau          Feedback

### Destinations          View

Cleveland   Cuyahoga   Lake Erie   Lakewood
            Valley N...

https://www.census.gov › quickfacts › cuyahogacounty...  ⋮

### Cuyahoga County, Ohio - U.S. Census Bureau QuickFacts

Population estimates base, April 1, 2020, (V2021).. **1,264,817** ; Population, percent change - April 1, 2020 (estimates base) to July 1, 2021, (V2021).

## People also ask  ⋮

What percentage of Cuyahoga County is black?

What is the population of Cuyahoga County Ohio 2021?

Why is Cleveland's Ohio population declining?

What is the racial makeup of Cuyahoga County Ohio?

### Points of interest          View

The         Rock & Roll   Cleveland      West Side
Cleveland   Hall of       Metroparks     Market
Museum...    Fame         Zoo

Feedback

https://en.wikipedia.org › wiki › Cuyahoga_County_C...  ⋮

### Cuyahoga County, Ohio - Wikipedia

It is situated on the southern shore of Lake Erie, across the U.S.-Canada maritime border. As of the 2020 census, its population was **1,264,817**, making it the ...

**County seat:** Cleveland        **Founded:** May 1, 1810
**Congressional districts:** 9th, 11th, 14th, 16th C...   **Named for:** Cuyahoga River
**Defunct townships of...** · County Executive of Cuyahoga... · Oakwood

https://www.ohio-demographics.com › cuyahoga-count...  ⋮

### Get Current Census Data for Cuyahoga County, OH

population icon Population ... With **1,249,387 people**, Cuyahoga County is the 2nd most populated county in the state of Ohio out of 88 counties. But watch out, ...

https://www.countyplanning.us › census-data › 2020-plus  ⋮

*EX 12*

Case 2:22-cv-10918-MFL-APP   ECF No. 46, PageID.714   Filed 11/14/22   Page 46 of 71

Proposition:

Cross reference—Buildings and Building Regulation, Chapter 9; Garbage and Rubbish, Chapter 16; Nuisances, Chapter 21, excluding noise-based and smoking nuisances described in Article II and Article V; Property Maintenance, Chapter 26; Sign Erection and Sign Permit Fees, Chapter 31; Vegetation, Chapter 38; and generally Appendix A.

Zoning.

State Law reference— MCL 117.4o, MCL 117.4c and MCL 600.4027.

## Sec. 2.5-1. - Purpose.

The purpose of this chapter is to ensure compliance with the Warren Code of Ordinances designated as blight violations. Previous enforcement mechanisms were not ensuring blight violation code compliance.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-2. - Definitions.

*Blight violation.* A violation of a provision of the Code of Ordinances, including appendices, that is designated as a blight violation.

*Bureau.* The administrative hearings bureau.

*Credit union organization.* A cooperative, nonprofit entity organized for the purposes of encouraging thrift among its members, providing a variety of financial services to its members, and providing an opportunity for its members to use and control their own money on a democratic basis in order to improve their economic and social condition, including credit unions organized pursuant to: the Credit Union Act, MCL 490.101 to 490.601; the laws of another state or territory of the United States; or the laws of the United States.

*Financial institution.* A state or nationally chartered bank or a state or federally chartered savings and loan association, savings bank, or credit union whose deposits are insured by an agency of the United States government and that maintains a principal office or branch office in the State of Michigan under the laws of the State of Michigan or the United States.

*Government-sponsored enterprise.* That term as defined in 2 USC 622(8), or the Michigan State Housing Development Authority created under the State Housing Development Authority Act of 1966, MCL 125.1401 to 125.1499c.

*Mortgage servicer.* A person that, directly or indirectly, services or offers to service mortgage loans, a defined by MCL 445.1651a.

*Rules committee.* A committee comprised of the city attorney, the public service director, and the director of property maintenance, or their representatives.

*Bureau procedure.* Set of rules establishing the administrative hearings bureau's procedure, including procedures for: issuing written violation notices, default and admission of responsibility, conducting administrative hearings to determine responsibility, issuing final decisions and orders, and appeals.

*Violator.* A person who the administrative hearings officer has found responsible for a blight violation.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-3. - Jurisdiction.

(a) Except as provided in section 2.5-3(b), the bureau has exclusive jurisdiction to make determinations of responsibility and to impose penalties for blight violations.

(b) The bureau does not have jurisdiction over:

(1) A foreclosing governmental unit as defined by MCL 211.78; or

(2) An authority created under the Land Bank Fast Track Act, MCL 124.751—124.774.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-4. - Administrative hearings officer.

(a) *Appointment.*

(1) The mayor shall appoint the primary administrative hearings officer and one (1) alternate.

(b) *Qualifications.*

(1) The primary administrative hearings officer shall be:

i. A current 37th District Court Magistrate or an attorney licensed to practice law in Michigan; and

ii. Qualified as required by MCL 117.4q(11).

(2) An alternate administrative hearings officer shall be:

i. A current Michigan District Court Magistrate or an attorney licensed to practice law in Michigan; and

ii. Qualified as required by MCL 117.4q(11).

(c) *Duties.*

(1) The primary administrative hearings officer shall:

i. Conduct administrative hearings as provided for by the rules of procedure;

ii. If the alleged violator was served proper notice and the alleged violator fails to appear at the scheduled hearing, enter an order of default finding an alleged violator responsible for the violation;

Ex 13 - p 1

Code of Ordinances

iv. Propose necessary rules of procedure changes to the rules committee, as provided in section 2.5-5(a)(2); and

v. Issue written responsibility determinations as provided for by the rules of procedure;

vi. Impose penalties consistent with section 2.5-7 of this chapter.

(d) *Vacancy.*

(1) If the primary administrative hearings officer position is vacant for a period of time longer than thirty (30) days, the administrative hearings bureau is suspended until a primary administrative hearings officer is appointed.

(2) During the suspension, this chapter does not apply and all blight violations are municipal civil infractions handled by the 37th District Court, punishable by a fine of not less than one hundred dollars ($100.00) but not more than one thousand dollars ($1,000.00) and/or costs, assessments, and damages and expenses as provided by MCL 600.8727(3).

(Ord. No. 80-731, § 1, 8-11-15; Ord. No. 80-750, § 1, 2-14-17; Ord. No. 80-786, § 1, 3-9-21)

## Sec. 2.5-5. - Rules of procedure.

(a) *Adoption and amendment.*

(1) The rules committee shall adopt rules of procedure that govern the operation of the administrative hearings bureau.

(2) The rules of procedure shall be amended by the following procedure:

i. The administrative hearings officer proposes changes to the rules of procedure through a written petition to the rules committee;

ii. The rules committee votes on each proposed change. A majority vote determines whether each proposed change is adopted.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-6. - Fine schedule.

(a) City council shall adopt a fine schedule of civil fines and costs for blight violations.

(b) City council shall update the fine schedule as needed.

(Ord. No. 80-731, § 1, 8-11-15)

Code of Ordinances

## Sec. 2.5-7. - Penalties.

(a) *Fines, costs, and other remedies.*

(1) The administrative hearings officer shall impose on the violator:

i. Civil fines and costs, pursuant to the fee schedule; and

ii. A justice system assessment, as provided for by MCL 117.4q(13).

(2) The administrative hearings officer may also order the violator to:

i. Take corrective action to remedy the blight violation;

ii. Reimburse the city for documented enforcement costs; and

iii. Take any other appropriate legal or equitable action.

(3) The administrative hearings officer may waive a fine for a blight violation if he/she finds that the violator:

i. Is the owner-occupier of the dwelling where the blight violation occurred;

ii. Is a first-time offender of a blight ordinance; and

iii. Has corrected the violation.

(b) An administrative hearings officer shall not impose:

(1) A penalty of incarceration; or

(2) A civil fine in excess of ten thousand dollars ($10,000.00).

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-8. - Failure to obey administrative hearings officer's order.

(a) Failure to pay civil fines and costs under section 2.5-7(a)(1) as a separate offense; exemptions and penalties.

(1) Except as provided in section 2.5-8(a)(2), a violator is guilty of a separate offense if:

i. The administrative hearings officer imposes a civil fine and costs of one thousand dollars ($1,000.00) or more on the violator; and

ii. The violator fails to pay the civil fine and costs within thirty (30) days of the administrative hearings officer's responsibility determination.

(2) A violator is exempted from section 2.5-8(a)(1) if the violator:

i. Became the owner of the property by foreclosure or by taking a deed in lieu of foreclosure, and is a government-sponsored enterprise, a financial institution, a mortgage servicer, or a credit union service organization; or

ii. Is the owner of the property, and at the time that the administrative hearings officer imposed the civil fine and costs had filed, pursuant to MCL 211.7cc(2), a valid principal





Code of Ordinances

residence exemption affidavit for the current year certifying that the property is owned and occupied as a principal residence by the owner.

(3) **Penalties.**

    i. A violator found guilty of failing to pay civil fines and costs under section 2.5.8(a)(1) is subject to the following penalty:

        1. For a first violation, the violator is responsible for a municipal civil infraction and may be ordered to pay a civil fine of not more than five hundred dollars ($500.00).

        2. For a subsequent violation, the violator is guilty of a misdemeanor punishable by incarceration for not more than ninety-three (93) days or a fine of not more than five hundred dollars ($500.00), or both.

(b) **Failure to obey the administrative hearings officer's order under** section 2.5.7(a)(2) **as a separate offense.**

    (1) If a violator fails to obey the administrative hearings officer's order to correct the blight violation and/or pay the city for enforcement costs under section 2.5.7(a)(2), that violator is guilty of a misdemeanor punishable by incarceration for not more than ninety (90) days or a fine of not more than five hundred dollars ($500.00), or both.

(c) **Lien, garnishment, or other collection methods authorized by law.**

    (1) If the administrative hearings officer imposes a civil fine and costs on a violator, and the violator fails to pay within thirty (30) days of the administrative hearings officer's responsibility determination, the property maintenance director or his/her representative may pursue any collection method authorized by law including filing a lien on the property involved in the blight violation, pursuant to MCL 117.4r, or filing a writ of garnishment, pursuant to MCL 600.4027, but not both.

(d) **Zoning and building authorizations.**

    (1) As provided for in chapter 9, section 9-1 of the Code of Ordinances and appendix A, article XXIII, section 23.02(b), the city may prohibit a violator with unpaid administrative hearings bureau civil fines or costs from applying for building permits, certificates of compliance, variances, rezoning approvals, site plan approvals, planned unit development approvals, and other zoning and building authorizations.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-9. - Chapter not inconsistent.

This chapter applies to administrative adjudication proceedings conducted by the bureau to the extent that it is not inconsistent with the existing Code.

(Ord. No. 80-731, § 1, 8-11-15)

_Ex 13 P 3_

Case 2:22-cv-10918-MFL-APP   ECF No. 46, PageID.717   Filed 11/14/22   Page 49 of 71

Code of Ordinances    ‹ Chapter 9 - BUILDINGS AND BUILDING REGULATIONS    ARTICLE II. - BUILDING CODE ›

# ARTICLE I. - IN GENERAL

## Sec. 9-1. - Penalty.

(a) Except if there is an administrative hearings officer vacancy as described in chapter 2.5, section 2.5-4(d), the violation of a provision of this chapter is a blight violation. The administrative hearings bureau shall punish a violator found responsible for a blight violation as provided in Warren Code of Ordinances, chapter 2.5, section 2.5-7.

(b) A violator with any unpaid civil fines or costs imposed under chapter 2.5 of the Warren Code of Ordinances may be ineligible to apply for a building permit, certificate of compliance, or a variance, except if:

(1) The person (1) became the owner of the property by foreclosure or by taking a deed in lieu of foreclosure and (2) is a government-sponsored enterprise, a financial institution, a mortgage servicer, or a credit union service organization, as defined by chapter 2.5, section 2.5-2; or

(2) The person shows that the permit, certificate, or variance will correct, in whole or in part, the blight violation that was the subject of the unpaid fines, costs, or justice system assessments.

(Ord. No. 80-527, § 8, 1-13-98; Ord. No. 80-629, § 1, 3-28-06; Ord. No. 80-650, § 1, 5-8-07; Ord. No. 80-731, § 3, 8-11-15; Ord. No. 80-750, § 2, 2-14-17)

**State Law reference—** MCL 125.1509c.

## Secs. 9-2—9-15. - Reserved.

‹ Chapter 9 - BUILDINGS AND BUILDING REGULATIONS    ARTICLE II. - BUILDING CODE ›

*Ex 14 p1*

Case 2:22-cv-10918-MFL-APP   ECF No. 46, PageID.718   Filed 11/14/23   Page 50 of 71

# Detroit Free Press

MACOMB

# 'This video is sickening,' attorney says of Detroit teen punched, kicked by Warren police



**Christina Hall**
Detroit Free Press

Published 5:46 p.m. ET Oct. 12, 2022 | **Updated 8:29 p.m. ET Oct. 12, 2022**

Tyler Wade's attorney said his teenage client was repeatedly punched, kicked and stomped by Warren police officers in a vicious attack after a chase in June that began in Warren and ended in Ferndale.

And attorney James King said it's all on police body camera footage that he released Wednesday, one day after he filed a federal lawsuit on behalf of the Detroit teen. A civilian also recorded the incident.

Ex 15

# PACER

**Public Access to Court Electronic Records**

# *Invoice*

Invoice Date: 10/05/2022

Usage From: 07/01/2022    to: 09/30/2022

## Account Summary

| | |
|---|---|
| **Pages:** | 1,298 |
| Rate: | $0.10 |
| Subtotal: | $129.80 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $129.80 |
| **Previous Balance:** | $0.00 |
| Current Balance: | $129.80 |

| | |
|---|---|
| **Account #:** | 5501555 |
| **Invoice #:** | 5501555-Q32022 |
| **Due Date:** | 11/10/2022 |
| **Amount Due:** | $129.80 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  **$129.80**

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

### All Courts Now Converted to NextGen

In the third quarter, the final three courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* North Carolina Eastern District    * Texas Western District
* Texas Northern District

If you have not upgraded your PACER account, here are some helpful hints:
* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
  * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
  * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

---

*Please detach the coupon below and return with your payment.* ***Thank you!***

# PACER

**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 5501555 | 11/10/2022 | $129.80 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Elizabeth Nelson
9820 Cudell Ave
Cleveland, OH 44102

*Ex 16*

**SAFE**AIRBAGS.COM

P.O. Box 746  |  Wheeling, IL 60090



**VEHICLES REGISTERED TO
YOUR ADDRESS HAVE AN**

# URGENT
# AIRBAG
# SAFETY
# RECALL



099 *AUTO**ALL FOR AADC 480
U223   F3R4-0027064                    3/101/166
**VEHICLE OWNER**
7568 Hudson Ave Apt A
Warren, MI 48091-5912

LOGIN ID: 000570454

Dear Vehicle Owner,

According to our records, you have 3 registered vehicles linked to your address that are affected
by an urgent Takata airbag safety recall. If a part in one of these airbags explodes, it could cause **SERIOUS
INJURY** or **DEATH** to the driver and/or passengers. We can help to arrange the **FREE** airbag safety recall
repair for your affected vehicles.

### Please visit Commercial.SafeAirbags.com to:

See a list of which vehicles are affected.

Find your closest authorized dealer to complete your **FREE** airbag safety
recall repairs.

Update the status of vehicles you no longer own.



**USE YOUR PHONE TO SCAN THIS
CODE TO BE TAKEN DIRECTLY TO
COMMERCIAL.SAFEAIRBAGS.COM**

### WHAT YOU NEED TO KNOW:

All defective airbag safety recall repairs will be completed for **FREE**.

Most airbag safety recall repairs can be completed in as little as one hour, depending on the vehicle model
and the schedule of the dealer completing the recall repair.

A mobile repair at the vehicle's location, vehicle pick-up and delivery, a loaner vehicle or other alternate
transportation may be available - all for **FREE**. Please inquire when scheduling your **FREE** airbag safety
recall repair.

We look forward to keeping you and your passengers safe.

Sincerely,
Airbag Safety Recall Team

*Ex 17*

SafeAirbags.com is affiliated with the Settlement Special Administrator appointed by the District Court for the Southern District of Florida to implement
several settlement agreements entered into by BMW, Ford, Mazda, Nissan, Subaru, and Toyota and to conduct outreach on their behalf for the
replacement of Takata inflators in those brands' vehicles. For this reason, to the extent you own one or more vehicles manufactured by some other
brand, please visit NHTSA.gov to see if that vehicle is affected by the Takata recall.



**SAFE**AIRBAGS.COM

# Police Department



William Dwyer was re-appointed Commissioner of the Warren Police Department on August 14, 2017. He previously served as the Warren Police Commissioner from April 2008 until December 2010. He also was elected as Oakland County Commissioner for the 14th District on November 2, 2010 and started his first two-year term on January 1, 2011. In December of 2018 he retired after his fourth four-year term as an Oakland County Commissioner.

Prior to his current assignment in Warren, the Commissioner served 23 years with the Farmington Hills Police Department as Police Chief. Before Farmington Hills, he served 23 years with the Detroit Police Department, where he held the position of Commander of Chief's Staff. Prior to that, he was in charge of the Narcotics Division for seven years, having risen through the ranks from the position of Patrol Officer. Commissioner Dwyer holds a Bachelor of Science degree from Mercy College and a Master's degree in Criminal Justice from Wayne State University. He is also a graduate of the 97th session of the FBI National Academy.

He is an active member of the International Association of Chiefs of Police and is a past president of the Michigan Association of Chiefs of Police, in addition to having served as president of the Oakland County Chief's Association and the Southeastern Michigan Chiefs of Police Association. Commissioner Dwyer has served on the Advisory Board of Directors for the Oakland County Narcotics Enforcement Team since 1987. He is the past chairman of the High-Intensity Drug Trafficking Area (HIDTA) and served as Vice Chair in September 2003. In 2001, he was appointed to the Federal Anti-Terrorism Task Force and is still presently a member. He was appointed by the Governor to serve as a member of the Governor's Cabinet Council on Crime in 1989 and serves on the Commission on Children, Youth, and Families. He is on the Farmington Hills/Farmington Community Foundation and also serves as a member of the President's Criminal Justice Advisory Committee of Rochester College and a member of the executive committee of Michigan Citizens for Handgun Control. He served as chairperson of the Oakland County CLEMIS Advisory Committee for 11 years.

In 2004, he was appointed by Governor Granholm to the Michigan Homeland Security Advisory Council. Governor Granholm appointed him to the Michigan Public Safety Communications System Advisory Board in April 2005 and re-appointed him in April 2006. He is a member of the Hundred Club of Detroit and serves as president of the Farmington Hills Benevolent Association. In 2005, he was awarded the Presidential Medal from the Michigan Association of Chiefs of Police. Commissioner Dwyer was appointed to the State Bar of Michigan Custodial Interrogation Recording Task Force in 2006 and became a member of the Community Outreach Impact Committee. In 2009, Commissioner Dwyer received the Collegian Award from Wayne State University. In 2010, Crime Stoppers of Michigan named him the Police Executive of the Year. The Commissioner is also an active member of both the Optimist Club and the Rotary Club.

Commissioner Dwyer is a graduate of L'Anse Creuse High School in Mt. Clemens. He and his wife Doris have two grown sons.

Most recently in 2019, Commissioner Dwyer was one of the founding members of the newly created Macomb County/Federal Task Force to fight against illegal Narcotic, otherwise known as F.A.N.T.O.M.

## Warren Police Department Mission Statement

To serve the community and protect the lives, rights, and property of all people in the City of Warren with integrity, equality, and justice.

**Value Statement**
The core values of the Warren Police Department are

**Integrity**
Integrity, the adherence to moral and ethical principles and the consistency of honest and dedicated actions, is our standard. We strive to earn the trust and respect of those whom we serve and work with. We do what is right at all times because it is the right thing to do.

**Professionalism**
All members of the Department will conduct themselves in a manner that is consistent with professional standards for performance, both on duty and off duty. These standards include adherence to our mission statement and other core values. We perform our roles ethically and with integrity as we represent the Warren Police Department, regardless of the circumstances. We hold each other and ourselves accountable to these standards.

**Employees**
We value all who demonstrate self-motivation, dedication, and pride in their work and performance, along with the strength to adhere to what is right in all instances and actions.

**Courage**
Courage is not the absence of fear, but rather its mastery. We will remain courageous in our actions. We recognize that there are two types of courage: physical and moral. Physical courage is recognizing danger to oneself or to others, but persisting in our duty regardless. Moral courage is the adherence to principle, integrity, and dedication, no matter how easy it may be to do otherwise. It is putting character ahead of expediency and putting what is right ahead of what may be popular.

**Respect**
Respect means that we treat each other and the communities we serve as we would like to be treated; with compassion and dignity. Within the Department, we strive to ensure all members are supported and empowered, regardless of rank or position. Outside of the Department, we strive to partner with the communities we serve through transparency, accountability, and building mutual trust. We recognize that respect, as a value, must permeate every police action we undertake.

## Police Department Phone Numbers

*Ex 18*

COPY

STATE OF MICHIGAN

IN THE 37th JUDICIAL DISTRICT COURT

FOR THE COUNTY OF MACOMB

ALBERT D. THROWER,

    Plaintiff,

    v                  Case No: 20610117

KIM ELIZABETH BRANSON

and CHERYL BRANSON,

    Defendants.

BEFORE THE HONORABLE MICHAEL C. CHUPA, DISTRICT COURT JUDGE

Warren, Michigan - Friday, August 20, 2021

MOTION HEARING

APPEARANCES:

Plaintiff in Pro Per:
ALBERT THROWER
1312 West 89th Street
Cleveland, Ohio 44102

Defendants in Pro Per:
KIM BRANSON
CHERYL BRANSON
7568 Hudson
Warren, Michigan 48091

RECORDED &
TRANSCRIBED BY:
Jessica R. Brown, CER - 7230
Certified Electronic Reporter
586.574.4914

---

Warren, Michigan

Friday, August 20, 2021 - 9:18 a.m.

    THE COURT: Albert Thrower versus Kim and

Cheryl Branson, 20-6101-LT.

    Say your name for me, sir.

    MR. THROWER: What was that?

    THE COURT: Say your name, please.

    MR. THROWER: Oh, Albert Thrower. Albert

Thrower.

    THE COURT: Thank you.

    Say your name, please.

    MS. KIM BRANSON: Kim Branson.

    THE COURT: Where is the attorney?

    MS. KIM BRANSON: Pardon?

    THE COURT: All right. This is the date and

time scheduled for a motion to cancel the jury demand.

What do you want to tell me?

    MR. THROWER: This Court wanted them to escrow

the rent and, upon checking with the court, they never

escrowed the rent in July. So, I wanted to convert it to

a judge eviction.

    THE COURT: Okay.

    Have you paid the escrow?

    MS. KIM BRANSON: Up until then, yes.

    THE COURT: So you failed to follow the orders

TD 39
Ex U  p 1

Ex 19

THE COURT: Say your name, please.

MR. SCOTT: Robert Scott, Director of Property
Maintenance, City of Warren.

THE COURT: Okay. Why are you here?

MR. SCOTT: I'm here on behalf -- if I can
intercede, your Honor, on behalf of Ms. Branson and her
roommate. This is a posted vacant house that has been
posted as structurally inhabitable. And due to that --
we couldn't find your order. I had -- I looked for your
order and could not find -- I had your clerk look for the
order also stating that they should put their account in
escrow. We couldn't find it at the time, so I advised
the ladies to stop paying rent because they were paying
rent for a house that is inhabitable.

Though they couldn't be evicted because of the
COVID situation and the current state laws, they -- they
are still occupying the house because we can't find them
a suitable place for them to move into, which they can
afford. I've also referred them to legal -- legal
assistance and they're using a city-based legal
assistance trying to get them into a new -- in a new
residence.

THE COURT: December 9th of '20, defendants
demand jury trial, set for jury trial when able, escrow
order entered today, $510 per month must be paid by

that I set; is that right? How many payments have you
missed?

THE COURT: Right now? Two.

THE COURT: Okay. Okay. Is there anything you
want to say?

MS. KIM BRANSON: We were told not to pay any
rent on -- on that because there was to be no more money
coming from that house to Al Thrower.

THE COURT: Okay. Who told you not to pay the
rent?

MS. KIM BRANSON: The City.

THE COURT: I told you to pay rent to the
court, right?

MS. KIM BRANSON: Yes.

THE COURT: Okay.

Is there anything you want to say, ma'am?

MS. CHERYL BRANSON: Just what she said.

THE COURT: But you knew the court order was in
effect and you had been following it for some period of
time, right?

MS. KIM BRANSON: Yes, seven months.

THE COURT: Okay.

Good morning.

MR. SCOTT: Good morning, your Honor.

Ex U P2

MR. SCOTT: Because the state law will not allow them to evicted out. We have been trying to find them a new residence and assisting them --

THE COURT: I'm sorry to interrupt you, sir.

Why are you looking for their -- to find a residence?

It's their responsibility to find their own domicile.

MR. SCOTT: Well, I -- I'm just -- that's why I referred 'em to legal assistance, so they could -- or, when I say when I'm trying to help, I referred them to legal assistance, your Honor.

THE COURT: You certainly have a right to help if you want to. I'm not opposing that.

MR. SCOTT: Right. It's just -- yeah, my end of helping them is referring to legal assistance, which has been doing a pretty good job for them if I understand correctly.

THE COURT: You just told me the property is unlivable. Why would we delay the hearing in a circumstance where they're residing in a property that's unlivable?

MR. SCOTT: We -- we had -- this has been a long drawn out case, your Honor. It's -- we had made an arrest a few weeks ago in this. The Police Department made an arrest on a warrant that was issued by this Court for Mr. Thrower, so we had an arrest made. He sat in the

7
37th District Court
Warren, Michigan

---

tenants into the court by the 12th of each month. If the 12th is a holiday or a weekend, payment is due the next business day. First escrow payment due December 14th of '20.

MR. SCOTT: Okay. Again, your Honor, like I said I wasn't aware of that. I would never have advised him to go against your order if that -- if I could have confirmed that at the time. I asked several of the clerks to confirm that for me and they couldn't find it at the time.

THE COURT: They confirmed it for me because they were compliant. I told them what to do and they were doing it.

MR. SCOTT: Okay, your Honor.

THE COURT: And then you changed their mind.

Ms. Michaels, I see you there. Do you want to appear as well?

MS. MICHAELS: Mary Michaels for the intervening party, your Honor.

THE COURT: What do you want to tell me?

MS. MICHAELS: Pretty much what Mr. Scott said, that this property has been posted as unsafe therefore cannot be occupied.

THE COURT: Okay. Then why are you guys allowing them to continue then?

6
37th District Court
Warren, Michigan

Ex U
r 3

from different directions.

MR. SCOTT: Your right, your Honor.

MS. MICHAELS: Yes, your Honor.

THE COURT: Do you want -- do you still want a jury trial?

MS. KIM BRAMBON: Yes.

MS. CHERYL BRAMBON: No.

THE COURT: Okay. The Court speaks through its orders. Whether you can find it or not the defendants were painfully aware of the order and they were compliant for six months -- seven months perhaps.

I don't know who did what to whom, I don't know if the property is habitable or not. I don't know if this landlord is a slumlord or not. That's for -- a battle for a different day. What I know is I speak through my orders. I meant what I said and I said what I meant. If you want a jury trial, you have to escrow the funds. That doesn't mean he's going to get a nickel at the end of the day. However, the escrow requirement is statutory. It's established by the Supreme Court through our court rules. My enforcement of the escrow order was well within authority and reason and an appropriate use of judicial resources. We have this purpose to guarantee that right. And, given the fact that in December of last year we had no idea when jury trials were going to kick

house. He was -- knowing that we were outside the house, he sat inside the house for approximately 18 hours knowing this.

MR. THROWER: I object on any of this.

THE COURT: Stop talking, sir.

MR. THROWER: Okay.

MR. SCOTT: So -- so we then arrested him and at that time we took as quick a court date as we could get to try to get this adjudicated.

THE COURT: Okay. So what's the City's position on the failure to comply with the order?

MS. MICHAELS: Your Honor, under landlord/tenant law if a residence is unhabit- -- inhabitable that could be taken into consideration in the payment of rent.

THE COURT: That's absolutely true, but he's requesting a hearing by the Court; they demanded a jury trial. In order to satisfy the condition for jury trial, trial. I followed the court rule, which required an escrow. They failed to meet the escrow conditions twice. So why would we delay the proceedings further? If you're looking to expedite the process, waiting for a jury date is months or a year away. So his request to deny the jury and have a bench trial would expedite the hearing, jury and have a bench trial would expedite the hearing, which it sounded like you guys are saying the same thing

Ex U p 7

THE COURT: Nine a.m., sir.

MR. THROWER: Nine a.m.

MR. SCOTT: Thank you, your Honor.

THE COURT: Have a good day.

(At 9:29 a.m., proceedings concluded)

---

STATE OF MICHIGAN)

COUNTY OF MACOMB)

I, Jessica R. Brown, certify that this transcript, consisting of 12 pages, is a complete, true, and correct transcript to the best of my ability, of the proceedings and testimony taken in this case on Friday, August 20, 2021.

JESSICA R. BROWN, CER-7230
Certified Electronic Reporter
8300 Common Road
Warren, Michigan 48093
586.574.4914

September 14, 2021

---

off again, it seemed prudent to require the occupiers of the property to escrow the funds with the Court. Whether those funds are applied to the rent back -- back rent, if any, or returned to the tenants if rent is not -- is abated, that's a battle for a different day. But two months late is two months late and, quite candidly, it seems like I'm doing you a favor.

Motion to cancel jury trial is granted. Do you have your scheduler handy, Mr. Thrower?

MR. THROWER: Yes.

THE COURT: Ladies, can you appear next Friday? Can you come next Friday for the hearing?

MR. KIM BRANSON: Yes.

THE COURT: Okay.

Mr. Thrower, are you available on Friday?

MR. THROWER: Yes.

THE COURT: Hearing on the action for eviction will be conducted August 27th at nine o'clock in person at the courthouse here. Make sure you have all of your witnesses lined up? whoever is going to testify has to be present and available to be questioned. If somebody is not here, then their testimony is -- doesn't exist so make sure that both of you line up the witnesses. We'll see you next Friday.

MR. THROWER: Okay. That's at 8:45?

Ex U P 5

Cuyahoga County
**Together We Thrive**

Cuyahoga County Executive

Dear Property Owner,

Summer 2020

The **COVID 19 Crisis** is the worst crisis we have lived through in most of our lifetimes. It has impacted people's health, their jobs, and businesses throughout our County. It is part of the duty of County Government to collect property taxes and to distribute those taxes to your municipality, school district and state. We have always offered help to residents who are struggling with their property tax payment. But now, more than ever, I want to be sure you know that **we are here to help you during this time of extreme hardship.**

If you are unable to pay the Second Half 2019 tax balance (due by Thursday August 13, 2020) or if you have had difficulties paying your property taxes in the past and you have delinquent taxes, the County has expanded its delinquent tax payment plan options. These options could assist you in addressing the matter. **We are attempting to reach out to you in a genuine effort to discuss your present situation and try to help you through these unprecedented times. The County has instituted the following measure until further notice:**

- For taxpayers who can't meet the terms of their delinquent contract, the Treasurer may offer you a new contract.

We hope you will take advantage of this opportunity to resolve your tax situation. For further information on our payment plans or to review your situation, please call us Monday through Friday 8:30 a.m. through 4:30 p.m. at (216) 443-7420 for general tax issues or (216) 443-7698 if you have long-term delinquencies. We look forward to hearing from you.

I hope that you and those you love are safe and well.

Sincerely,

*Armond Budish*

County Executive Armond Budish

**Note: If you have recently paid the taxes in full, made arrangements with our office to enter into a payment plan or filed for bankruptcy, please disregard this notice.**

*Ex 22*

FOR IMMEDIATE RELEASE
February 26, 2020

Contact: Mayor Jim Fouts
Telephone: (586) 574-4520

## Warren Mayor Jim Fouts
## Prepares Warren For Influenza String A
## And Coronavirus (COVID-19)

**Warren, MI** – Over these past weeks we have all watched as news of the spread of Coronavirus in China, other parts of Asia and across the globe has been thrust onto our TV screens.  As Mayor, it is my goal to educate, detect, and prevent any potential threat to our community here in Warren.

**These steps have been taken to protect the citizens of Warren during a potential threat to their health:**

- I have released a Public Service Announcement (PSA), and will continue to educate the public on the symptoms and prevention of COVID-19.
- We have implemented a public health management decision making training for all Police and Fire personnel on COVID-19.
- Our dispatchers have been educated on COVID-19 risk assessment so that they can alert and assist our first responders of potential risk on any call on which they are sent.
- I have issued all municipal buildings to display educational materials from the Center for Disease Control and Prevention (CDC), to help educate and identify symptoms of the COVID-19 virus.
- City Hall will feature hand sanitizing stations at each entrance and at each Department counter, to reduce the spread of all viruses.

1

- I will be setting up meetings at local hospitals (Beaumont and St. John Ascension) to make sure they have protocol in place.
- We will be meeting with local schools to educate them on symptoms to look for with students and staff.
- Masks and gloves will be available for residents visiting city hall, and employees.

This virus also affects the economic stability of not only China but also the U.S. and the world.  I think our companies may have to rethink investment in China.

The great economic boom that we have had may now have a downturn into a nasty recession because of the inability of the many plants in China to function because of this disease.

This could even affect the U.S. Presidential election in November.  It currently affects the production of GM, Ford, and many other U.S. companies.

First, Warren residents should take comfort in knowing, health officials have informed us that the risk of Coronavirus to our community at this time remains low.  Secondly, in a series of pro-active steps I have authorized City Administrators to implement a number of preventative measures.

For further information, please visit the Center for Disease Control and Prevention website at              and the Michigan Department of Health and Human Services at

**There is still more to be learned**

COVID-19 is an emerging disease and there is more to learn about its transmissibility, severity, and other features and what will happen in the United States.  New information will further inform the risk assessment.

2

We will continue to work closely with all federal, state, county and other municipal partners to mitigate potential risk and immediately address any local signs of infection.  Our residents can feel at ease knowing that their health and well-being is now and always will be my number-one priority.  My administration, beginning with Police Commissioner Bill Dwyer, Fire Commissioner Skip McAdams, and all first responders are diligently working to ensure your safety.

Finally, my goal continues to be to serve and protect the citizens and visitors in Warren.

**I WANT EVERYONE TO BE PREPARED NOT SCARED!**

3


Ex 23

# Current Warren COVID-19 Actions

Currently city hall is closed to the public. Both the fitness center and pool are still open by appointment only at the Warren Community Center. The library is closed to the public, but is still allowing curbside service. Data seems to indicate that Michigan and our immediate area are hot spots for COVID-19.

That being the case we have instituted updated guidelines to protect our employees, residents and visitors. These include the following:

A) Employees should not report to work if they have any of the following symptoms: Fever, shortness of breath, uncontrolled cough.

B) Two or more of the following symptoms not explained by a known medical or physical condition they must also not report to work and

these symptoms are: Abdominal pain, diarrhea, loss of taste or smell, Muscle aches, severe headache, sore throat, vomiting.

C) Employees at work must practice good hygiene and infection control practices: mask, disinfecting, and social distancing.

D) If employees become sick during the day, they should immediately be sent home and a COVID test must be scheduled. Disinfecting and cleaning the workplace must immediately follow.

There are also procedures and guidelines dealing with COVID-19 sick leave policy. The city is empowered to conduct these rules and procedures based upon the HB 6032 Public Act 238 passed by the legislature on October 2, 2020.

*I have received more notifications about employees and residents who have tested positive for COVID 19. It seems that in many cases they been exposed to COVID at after work social events involving groups of people. Many have attended various places with some degree of distancing and disinfecting, but still became a victim. Any place in which a number of people congregate will expose any of us to this horrible disease. To be safe it is best not to attend gatherings of more than a few close friends or family. Bars and other similar places seem to be especially risky at the present time.

The less people you associate with the safer you are. Likewise, Thanksgiving should include only a few family members and less people is much safer than more people.

I know of too many people who thought they were safe only to contract the disease.

Please practice safety this Thanksgiving so that the Christmas holiday will be more enjoyable for you.

Sincerely,

Mayor James R. Fouts

Select Language   ⌄

Ex 24



# Staying at Home During the Coronavirus Crisis

our being responsible to the community. It's important for everyone to stay at home. This is especially true for older adults and people with some chronic conditions, who have a higher risk for complications from COVID-19—the illness caused by the coronavirus. The Eldercare Locator and the Alliance for Aging Research have teamed up to bring you this list—so you can keep yourself and loved ones safe and healthy during this public health emergency.

touched a surface or object with the virus on it and then touch your mouth, nose or eyes. They Centers for Disease Control and Prevention (CDC) advises older adults to:

**Stay home**

If you do need to go out in public, stay at least 6 feet apart from others and wear a simple cloth face covering to help prevent the spread of the disease to others

Avoid high-touch surfaces like elevator buttons, door handles and counters. If you must touch these surfaces, use a tissue or disposable wipe to touch them

Don't touch your face, nose, eyes or mouth

Wash your hands with soap and water often; hand sanitizers are ok to use if they contain at least 60% alcohol

Not everyone with COVID-19 will experience symptoms, or the symptoms may be mild enough that you don't realize you are infected, even though you are contagious. Symptoms of COVID-19 typically appear 2 to 14 days after exposure and may include:

Fever

Cough (usually a dry or unproductive cough)

Difficulty breathing or shortness of breath

Fatigue

Loss of smell and taste

Body aches

Nausea, diarrhea, stomach aches or vomiting

Our immune system weakens as we age, making it harder to fight off infectious diseases. Cancer treatment, immune deficiencies, smoking and prolonged use of medications that weaken the immune system can also make it harder for the body to fight off the virus. People with certain chronic health conditions—including heart disease, lung disease, obesity, diabetes or liver disease—also have a harder time fighting the virus.

There is currently no vaccine available to prevent COVID-19 and no medications to treat it, so the best way to prevent illness is to avoid being exposed to the virus. COVID-19 is thought to spread primarily through respiratory droplets from coughs or sneezes. It may also be transmitted after you have

Call your health care provider if you think you may have been exposed to coronavirus or come down with COVID-19 and experience any of these symptoms. They can advise you on whether to get tested for the virus. In most cases, it's best to stay at home to avoid infecting others—or becoming infected yourself.

Most people with COVID-19 recover, but it can become infected with COVID-19 can recover at home. For some people, however, the virus can be serious or fatal. Call 911 and seek immediate medical care if you experience:

Trouble breathing

Persistent pain or pressure in the chest

Confusion not experienced previously

Bluish lips or face

Any other severe symptoms

Unfortunately, there are scammers trying to take advantage of the crisis by pretending to sell you tests or medicines. According to the Consumer Financial Protection Bureau (www.consumerfinance.gov), the best defense is to say NO to anyone you don't know who contacts you by phone, in person, by text message or email and asks for your Social Security Number, bank account number, credit card information, Medicare ID number, driver's license number or any other personally identifiable information

Every community has resources to help older adults age well. Your local Area Agency on Aging and programs that provide home-delivered meals, transportation to medical appointments, in-home services, resources for caregivers and other supports can help older adults live independently and safely at home. Social activities are paused during this time, essentially thin the Area Agencies on Aging settings, local Area Agencies on Aging programs to meet the needs of local social engagement.

Older adults and caregivers can always contact their local Area Agency on Aging. To find out what help may be available locally, contact the Eldercare Locator, which is administered by the U.S. Administration for Community Living. You can also get answers to frequently asked questions about COVID-19 at www.coronavirus.gov.



This fact sheet was developed by the Alliance for Aging Research and the National Association of Area Agencies on Aging (n4a).

April 2020. Updated versions may be found at eldercare.acl.gov.

This project was supported, in part, by grant number 90.18002, from the U.S. Administration for Community Living, Department of Health and Human Services, Washington, DC 20201. Grantees undertaking projects under government sponsorship are encouraged to express freely their findings and conclusions.

*Ex 25*



# COVID-19
# Resources/Information

The health and safety of our residents is our priority. It is of utmost importance to us that we keep our residents informed and continue to conduct city business during these unprecedented times.

Warren has been at the forefront of successfully combating COVID-19 and Mayor Fouts intends to keep us in a leadership position to protect the employees and the community while continuing to deliver effective city services to our residents. All hands-on deck meaning that all of us

*most importance to stop the*

spread of this virus.

Please take the time to review the City of Warren COVID-19 Preparedness and Response Plan. In addition, we encourage residents to stay connected with the City of Warren on Facebook for the latest information and updates.

To see updates from the State of Michigan, visit michigan.gov/coronavirus. Also, visit the Center for Disease Control's website at www.cdc.gov for further guidelines on staying healthy.





Ex 26

ACTUAL OUT OF POCKET EXPENSES OF PLAINTIFF NELSON

1st 5/1/20 Towing Expenses

| | |
|---|---|
| Turnpike fee 5/2/20 to travel to Warren Michigan     2X-round trip  6.50 each | 13.00 |
| Gas for trip round trip 197 miles   Cleveland-Warren | 100.00 |
| Tow fees 4 cars   5/1/20  $350 x 4 = | 1400.00 |
| (D)s' took Grill of plaintiff (P) | 50.00 |
| Disinfectant to clean cars-clean markings off windshields | 10.00 |

Gas to drive 4 cars back to 7568 Hudson Ave – then driven to CLEVELAND OH  250.00
Because of (D) harassment & tow yard employee said (D) ROBERT SCOTT would tow
Cars again if taken back to 7568 Hudson Ave Warren, MI See Affidavit THROWER
Ex K

| | |
|---|---|
| 4X Trips Ohio turnpike for 4 cars      round trip = 8x x 6.50 | 52.00 |
| 4x Cars to Cleveland Ohio  6.50 OHIO Turnpike Fee | 26.00 |
| MASK to travel with  due to COVID 19-disinfectant | 20.00 |

Interest on Expenses

**2nd  7/7/21 Towing expenses**

| | |
|---|---|
| Tow fee 2008 HONDA CIVIC | 315 |
| WEBER GRILL -taken @ same time as admitted in 37th District Court by (D) ROBERT SCOTT  -grill was taken 2nd time | 75.00 |
| MOWER-see receipt for new mower-it was (P) job to mow grass with her mower- (P) had to purchase new mower     RECEIPT MENARDS | 169.00 |
| Gas to Pick up Mower -MENARDS 21 mile | 10.00 |
| Gas in Mower | 1.00 |
| Damage to Paint towing 2008 HONDA from rear  See Ex I   Pic | 800.00 |
| Gas to Drive 2008 HONDA to Cleveland OH-as (P) was afraid would be towed again | 20.00 |
| Ohio Turnpike Fee take 2008 Honda to Cleveland OH          7/21 | 6.50 |
| Transcript of Eviction Hearing 8/22 37th District Court Case 206101LT | 100.00 |

Exh 19 pg 1

**GENERAL EXPENSES FILING ACTION**

| | |
|---|---|
| Cost of Filing lawsuit | 402.00 |
| Round trip Gas to 231 Lafayette Blvd Detroit MI Courthouse   2X | 20.00 |
| Parking   @ Courthouse 2X   $10 each time | 30.00 |
| Cost of Process Server | 150.00 |
| Postage | 20.00 |
| Paper | 15.00 |
| Ink  for printer | 20.00 |
| PACER QUARTERLY ACCOUNT        Ex | 129.80 |
| Paper- 4 reams 500 sheets CVS          @ $7.79 each      + tax | 35.00 |
| Interest on Expenses | |
| Postage Mailing Copies   3 defendants  Ex | 20.00 |
| Postage Mailing Briefs | 20.00 |
| Postage Mailing Briefs | 20.00 |

27
Exh 19 pg 2

5

7

Ex 30 p2

- I made the decision to not enforcing grass cutting fines in order to allow for safe and clean neighborhoods free of rodents, etc.
- Suspended Water Shut-Offs
- WWTP is functioning
- Established Food Assistance Hotline
  - Partnered with local food pantries
- Partnership to bring more food to Warren residents through Forgotten Harvest, Gleaners and Salvation Army

9

**EXHIBIT A**

FOR IMMEDIATE RELEASE                        Contact: Mayor Jim Fouts
February 26, 2020                            Telephone: (586) 574-4520

*Warren Mayor Jim Fouts*
**Prepares Warren For Influenza String A**
**Anti Coronavirus (COVID-19)**

Warren, MI – Over these past weeks we have all watched as news of the spread of Coronavirus in China, other parts of Asia and across the globe has been thrust onto our TV screens. As Mayor, it is my goal to educate, detect, and prevent any potential threat to our community here in Warren.

<u>These steps have been taken to protect the citizens of Warren during a potential threat to their health:</u>

- I have released a Public Service Announcement (PSA), and will continue to educate the public on the symptoms and prevention of COVID-19.
- We have implemented a public health management decision making training for all Police and Fire personnel on COVID-19.
- Our dispatchers have been educated on COVID-19 risk assessment so that they can alert and assist our first responders of potential risk on any call on which they are sent.
- I have issued all municipal buildings to display educational materials from the Center for Disease Control and Prevention (CDC), to help educate and identify symptoms of the COVID-19 virus.
- City Hall will feature hand sanitizing stations at each entrance and at each Department counter, to reduce the spread of all viruses.
- I will be setting up meetings at local hospitals (Beaumont and St. John Ascension) to make sure they have protocols in place.
- We will be meeting with local schools to educate them on symptoms to look for with students and staff.
- Masks and gloves will be available for residents visiting city hall, and employees.

10

This virus also affects the economic stability of not only China but also the U.S. and the world. I think our companies may have to rethink investment in China.

The great economic boom that we have had may now have a downturn into a nasty recession because of the inability of the many plants in China to function because of this disease.

This could even affect the U.S. Presidential election in November. It currently affects the production of GM, Ford, and many other U.S. companies.

First, Warren residents should take comfort in knowing, health officials have informed us that the risk of Coronavirus to our community at this time remains low. Secondly, as a series of pro-active steps I have authorized City Administrators to implement a number of preventative measures.

For further information, please visit the Center for Disease Control and Prevention website at _____ and the Michigan Department of Health and Human Services at _____

<u>There is still more to be learned</u>

COVID-19 is an emerging disease and there is more to learn about its transmissibility, severity, and other features and what will happen in the United States. New information will further inform the risk assessment.

We will continue to work closely with all federal, state, county and other municipal partners to mitigate potential risk and immediately address any local signs of infection. Our residents can feel at ease knowing that their health and well-being is now and always will be my number-one priority. My administration, beginning with Police Commissioner Bill Dwyer, Fire Commissioner Skip McAdams, and all first responders are diligently working to ensure your safety.

Finally, my goal continues to be to serve and protect the citizens and visitors in Warren.

**I WANT EVERYONE TO BE PREPARED NOT SCARED!**

11

**EXHIBIT B**

March 12, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN MAYOR JIM FOUTS TO ANNOUNCE ACTIONS WARREN WILL BE TAKING IN REGARDS TO COVID-19**

Coronavirus (COVID-19) actions will be announced later today to serve and protect all people in Warren.

1) I will be meeting with major department heads at Noon today.
2) I will also be meeting with members of the various churches in Warren later today after the staff meeting.
3) I will also be contacting leaders of the various school districts in Warren.
4) I will also contact some major state leaders.
I did receive a call from the Governor yesterday.
After all of the above I will then announce additional actions that Warren will be taking to protect people against this virus. I am also requesting that all political leaders in Warren put aside their differences to be united to serve and protect our citizens. All hands on deck for this pandemic and no time for political games or partisanship!

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-5955.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

12

Ex 30 p3

**EXHIBIT C**

March 12, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - COVID-19 ACTION BY MAYOR FOUTS**

Below is a list of actions I have immediately issued to protect Warren citizens:

1) Moratorium on Water shutoffs.
2) Friday Closure of Warren Community Center, Fitzgerald Recreation Center, and Owen Jax Center thru the end of March. Transportation for seniors and those with special needs will remain active. Meals on Wheels at Owen Jax will also tentatively remain active. Civic Theatre Productions on hold.
3) Fire and Police have protocol for assessing potential patients with coronavirus.
4) All non-essential persons prohibited from senior housing facilities at Stilwell and Joseph Coach. All gatherings for various activities such as St. Patrick's Day, Bingo, Euchre, and other such events cancelled.
5) Human Resources will be issuing guidelines to all employees regarding proper steps to take to limit exposure.
6) Building Maintenance will have stepped up efforts to sanitize all publicly utilized areas, including railings, elevators, door knobs and counter tops. This includes repeated cleaning throughout the day.
7) All children's toys have been removed from Libraries and additional efforts have been issued involving cleaning kiosks and keyboards, and patrons will be scanning their own library cards.
8) City inspectors also have protocol in place to assess the homes/facilities before they enter.

I have met with several religious leaders and school officials and both have taken proper precautionary efforts and will cooperate and collaborate with the city to protect their parishioners. I will discuss more of this later.

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

13

**EXHIBIT D**

March 13, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE FROM WARREN MAYOR JIM FOUTS REGARDING WARREN CLOSURES/ACTIONS PERTAINING TO CORONAVIRUS (COVID-19)**

ATTENTION: I have ordered the following Warren closures due to the coronavirus epidemic:



1) All Warren Public Libraries will be closed effective this Monday thru at least the end of the month.

2) Warren City Hall will be closed to the public effective this Monday thru at least the end of the month.

3) ALL city personnel will still be reporting to work and we will take emails and phone calls as well.

4) AARP tax service will also be closed until further notice.

Note: I have received reports that there maybe suspected cases of the virus in Warren. I await further information including additional testing. This is a FLUID situation and subject to change. GM has also closed down the Tech Center except for essential staff. The GM Tech Center is directly across from Warren City Hall. The Governor is also recommending that all houses of worship should be closed if over 250 people are gathering. I have received calls and suggested to Pastors that they too consider closure in order to make it safe for their parishioners.

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

14

**EXHIBIT E**

March 19, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN MAYOR JIM FOUTS DECLARES A STATE OF EMERGENCY**

As the chief executive (Mayor) of Warren, I have officially declared a State of Emergency for the city of Warren effective Monday March 23, 2020. This will do the following:

1) Employees will be able to work from their homes. This allows a safe distancing between city employees to ensure their safety by having minimum contact with other employees. This will help to deter the spread of the coronavirus.
2) This will allow me to designate our Warren community centers* as health auxiliary facilities. This will assist first responders and the medical community when the need arises.
3) Essential services will remain in operation during this crisis.
4) I will continue working at Warren City Hall, although many employees will be working from home through telecommunications.

*Warren Community Center, Owen Jax Center and Fitzgerald Recreation.

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

15

**EXHIBIT F**

March 25, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN MAYOR JIM FOUTS ESTABLISHES WARREN EMERGENCY FOOD HOTLINE DURING COVID-19 CRISIS**

During this time of great crisis we need to focus on two words: Faith and Facts
I have an EMERGENCY HOTLINE 586-574-4526 for senior Warren residents as well as those with pre-existing conditions who are in need of food. Please for those only who are in great need! This will be coordinated with local food pantries and volunteers from Warren. Those wishing to help out can also call the HOTLINE number 586-574-4526. Indicate that you are able to assist and leave your phone number. THANK YOU?

Can be reached at Office 586-574-4522, Mobile 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

Ex 30 p4   16

**EXHIBIT G**

April 5, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN -**
**Mayor Fouts Arranges Forgotten Harvest At Warren City Hall Every Monday**

Forgotten Harvest will be at Warren City Hall from 9 AM until 1 PM every Monday for the next six weeks to provide free food packages for unemployed needy Warren residents. They will have up to 750 packages. No contact as they will put the food packages in the clean trunk of your car. We have Warren volunteers to help out every Monday. Go to the south parking lot for the food distribution.

Office 586-574-4520, Cell 586-481-0545, Home 586-573-5058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

17

---

**EXHIBIT H**

April 8, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE**
**FROM MAYOR FOUTS ON COVID-19 CONCERNS/QUESTIONS**

PLEASE BE SAFE by staying home this week with safe distancing. The virus is on surfaces and can last 3-4 days on surfaces!
I have requested some clarifications from the Governor's office regarding Warren residents' concerns and questions.

1)LANDSCAPING Service ban-Apparently and unfortunately it is still an effort. However, my position is that in Warren if you are merely using a service for lawn cutting or edging with no more than that, the city will not be issuing tickets. Anything cities are not doing, we do not adhere to the state mandate. I do respectfully disagree and view lawn service as an essential service for seniors and those with special needs.

2)UNEMPLOYMENT checks-They are currently overwhelmed with calls but it was suggested that you log in and do your request over the internet rather than by phone. It will cost you about 20 minutes to complete and then your check will be in the mail.

3)FASTEST WAY TO FILE ONLINE is if your last name begins with A-L file on Sunday, Wednesday or Friday. M-Z File Sun, Tues or Thurs. Anyone unable to do that may file on Saturday.

4)Governor has taken charge of getting needed supplies for Michigan hospitals and is getting Michigan companies to supply what is only supplied by China. Thank you Governor.

**ALSO POSTMASTER ANSWERS:**
4)I spoke with the Warren Postmaster and he indicated that mail may be delayed a day or two because of coronavirus illness and 14 day isolation. The main supplier for all Post Offices is in Topeka, Kansas. When they have a problem it affects everyone.
5)The Postmaster has assured me that the mail is safe and that there is no known record of anyone getting the virus from their mail.

**HOSPITALS:**
6)I spoke with some officials at various hospitals in the area and they indicate that they are still in need of PPE (personal protective equipment) and that includes N95 masks, gowns, scrubs, fluids, eye protectors, and other equipment. NOTE: I spoke with a nurse at Warren Ascension Hospital on 12/Hoover and she said they are in great need for N95 masks, gowns, and gloves.

18

---

PUT OUT A REQUEST FOR PPE FOR THAT HOSPITAL. *Help is on the way from Michigan suppliers.

*"Don't go to the hospital unless you are very sick as our hospitals are overwhelmed with coronavirus cases. It's somewhat dangerous to go to a hospital at this time. Do work on supporting our medical personnel with any support including masks, lunch catered from a local restaurant, and support for their sacrifice and work that they do! I have arranged for a place in Warren to supply our hospital people in Warren with lunch.

Please support PRESIDENT TRUMP on his strong recommendation that we all follow guidelines indicating that you wear a mask when outside your home. And stay home for the next 2 weeks. We must follow the suggestions of our President, the CDC, and our Governor."

Thank You!

*On a conference call with the White House today President Trump informed us of the various equipment being received. Such as 100,000 ventilators on their way. He stressed that the government is working diligently to make sure all hospitals are adequately supplied.

Office 586-574-4520, Cell 586-481-0545, Home 586-573-5058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

19

---

**EXHIBIT I**

April 10, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE**
**FROM MAYOR FOUTS ON WARREN SANITATION EFFORTS-LAWN MOWING**

Great union* employees at Sanitation & DPW makes Warren the best in the Metro area! We are the only city in this area that is still picking up everything including compost. All other surrounding cities are NOT picking up compost. What's next for these cities? Recycling? Garbage? These surrounding cities also have private sanitation services and we do not! In Warren we invested NINE MILLION DOLLARS on new one man mechanized sanitation trucks and garbage cans. These adhere to social distancing and are safer for the workers since they don't have to touch the trash. So while trash pick up in other cities is languishing Warren is completing the job.

My priority is always to serve and protect our citizens and that's why I also will NOT ticket people for lawn cutting and edging. That's an essential service and without that service we would have tall weeds, rats, mice, and mosquitoes. Our neighborhoods would become blighted and blight begets blight*. Warren has one of the largest populations of senior citizens and they depend upon a lawn service as do many people with various special needs due to injury and illness. I admire and commend Governor Whitmer's effort to keep us safe but prohibiting grass cutting is one that I must respectfully disagree with.

However, I urge Warren residents to try to get by without lawn cutting until it is absolutely necessary. At least for the next few weeks. The Governor's office responded to my lawn cutting question by saying: "No, EXCEPT IF THE SERVICE IS NECESSARY TO MAINTAIN AND IMPROVE THE SAFETY, SANITATION, AND ESSENTIAL OPERATIONS OF A RESIDENCE." My interpretation of this quote is that yes lawn cutting is an essential service! I do strongly support the Governor's efforts to keep us safe by social distancing.
*Only unionized sanitation city in the metro area with the exception of Grosse Pointe.

**That's why we will not be ticketing lawn services for grass cutting and edging. However, this does not mean we will not ticket for other services.

Office _____, Cell _____, Home _____.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

*Ex 30 p 5*

EXHIBIT J

WARREN
Mayor James R. Fouts

*April 20, 2020*

*Dear Residents,*

*This letter is to educate and update Stilwell/Joe Couch residence about the unprecedented challenge of coronavirus (COVID-19). We recognize this is an agitating time and has impacted all our lives. We value all our residents and will follow guidelines support from our leaders to help protect members of our community during this pandemic.*

*The Centers of Disease Control and Prevention (CDC) states that the best way to avoid this health issue is through prevention:*

- *Stay home if you are sick & avoid contact with people who are sick*
- *If you must leave your apartment for essential needs, please practice social distancing by staying 6 feet apart from others.*
- *Cover your mouth and nose with a tissue when cough or sneeze or use the inside of your elbow*
- *Wash your hands frequently with soap & water for 20 seconds if unavailable, use hand sanitizer that contains at least 60% alcohol.*
- *Avoid touching your eyes, nose, and mouth with unwashed hands.*
- *Wear a cloth face cover in public. If a mask is unavailable you can wear a scarf, bandana and or you can make your own. (you could spread the virus even if you do not feel sick).*
- *Clean and disinfect frequently-touched surfaces.*

*What we expect from you is to follow the CDC guidelines, as listed above and urge you to take these extra safety measures to help prevent the spread of the virus:*

- *Stay in your apartment if possible and avoid contact with others*
- *Avoid any gatherings in your unit or any common areas*
- *Do not have visitors unless essential for food or medicine*

WARREN
Mayor James R. Fouts

- *Do not congregate outside to smoke.*

*In addition to the above personal guidelines, we continue to implement property-level measures, including frequent cleaning, sanitizing of the corridors and all common areas throughout the community to minimize the spread of any virus.*

*If you have any symptoms related to the virus or feel sick with a fever, cough or difficulty breathing please isolate yourself and contact your health care provider. Many providers are providing curbside testing and you must contact your doctor for a prescription to do so. You can also call the COVID-19 helpline for a health screening at 833-559-0659.*

*We know many residents have questions and concerns due to the COVID-19 exposure within their community/building. While privacy laws prohibit any unauthorized disclosure of an individual's health information, we are working with legal counsel to provide you with information and updates as appropriate. With great understanding and empathy, we continue to make the safety, well-being, privacy, and dignity of our residents a top priority.*

*Most business offices are closed, but if you have IRS questions you can contact the IRS on the web at IRS.GOV or by telephone at 800-829-1040, 7 a.m. to 7 p.m. Additionally, if you need help with food assistance, please contact the office and additional resources will be provided.*

*If you have questions or concerns or would like to share information with management, contact the office of Stilwell/Joe Couch at 586-756-1310.*

*With sincerest appreciation,*

*Management*

April 23, 2020

WARREN
Mayor James R. Fouts

Dear Residents,

The Emergency Management Act gives the governor broad power to cope with danger to Michiganders from a disaster or emergency. The governor implements these powers through executive orders ("EOs"), which have the force and effect of law.

As you know, on March 10, Governor Whitmer declared a state of emergency and on April 1, declared a state of emergency *and* state of disaster.

On April 9, she signed EO 2020-42 *to suspend all social activities until the end of April.* This EO has the force and effect of law and states:

1. All individuals must stay at home.
2. All gatherings of people not part of a single household is prohibited.
3. All people who leave home must practice the social distancing measures recommended by the Centers for Disease Control and Prevention ("CDC"). See below.
4. No person shall operate a business that require workers to leave their homes unless those workers are necessary to sustain or protect life or conduct minimum basic operations ("critical infrastructure workers").

There are *limited exceptions* to the stay at home rule:

1. To engage in outdoor physical activity such as walking, hiking, running, cycling, kayaking, canoeing, or other similar physical activity, as well as any comparable activity for those with limited mobility.
2. To perform a job as a critical infrastructure worker.
3. To pick up medication or seek emergency medical or dental care.
4. To purchase groceries, take-out food, gasoline, needed medical supplies, and products necessary to maintain the safety, sanitation, and basic operation of their home.

Governor Whitmer stated:

> ***"This virus is both aggressive and persistent . . . To win this fight, and to protect the health and safety of our state and each other, we must be just as aggressive and persistent."***

EO 2020-42.

As tenants, you must do your part to help fight this virus. Your Lease requires you to comply with all laws and refrain from conduct that disturbs, harasses, annoys, or endangers other tenants. See §§ 9 and 25 of your Lease.

Gauss 5-1-20

1

April 23, 2020

WARREN
Mayor James R. Fouts

EO 2020-42 is the law, designed to:

> *"suppress the spread of COVID-19, to prevent the state's health care system from being overwhelmed, to allow time for the production of critical test kits, ventilators, and personal protective equipment, and to avoid needless deaths . . ."*

EO 2020-42. Alleged violations of this law and your Lease will be taken very seriously and investigated to the fullest extent possible.

We continue to implement property-level measures to protect your health and safety and expect all residents and staff to follow the CDC recommendations:

- Stay informed – the best way to prevent illness is to avoid being exposed to this virus, visit www.cdc.gov .
- Avoid close contact with sick people, stay at home as much as possible.
- Put at least 6 feet of distance between yourself and other people.
- Wash your hands often with soap and water for at least 20 seconds, or if this not available, use a hand sanitizer that contains at least 60% alcohol.
- Avoid touching your eyes, nose, and mouth.
- Wear a cloth face cover in public (you could spread the virus even if you do not feel sick).
- Cover your mouth when coughing or sneezing; immediately wash your hands.
- Clean and disinfect frequently touched surfaces.
- If you feel sick with fever, cough, or difficulty breathing isolate yourself and seek immediate medical care.

We urge all residents to take extra steps to help prevent the spread of the virus:

- Stay in your apartment if possible and avoid contact with others.
- Avoid any gatherings in your unit, patio, or any common areas.
- Do not have visitors unless essential for food or medicine.
- Do not congregate outside to smoke.

If you have questions or concerns, or would like to share information with management, please contact the office of Stilwell/Joe Couch at 586-756-1310.

Management

Ex 30 p6

EXHIBIT K

## Prevent the spread of COVID-19 if you are sick



cdc.gov/coronavirus

25

26

Exhibit L
*Water Bill Flyers for March, April, May thru the COVID-19 crisis*

# COVID-19 Coronavirus Information

- I have an EMERGENCY HOTLINE 586-574-4536 for senior Warren residents as well as those with pre-existing conditions who are in need of food. Please for those only who are in great need! This will be coordinated with local food pantries and volunteers from Warren. Those wishing to help out can also call the HOTLINE number 586-574-4536.

- I have also arranged for Forgotten Harvest to distribute food at Warren city hall, south parking lot every Monday from 9 am – 1 pm. First come, first served. Stay in your vehicles and food is placed in your trunk.

- Constantly use soap and water and if not available use sanitizers that are at least 60% alcohol.

- Use masks, gloves and wipes to assure extra safety BUT do not discard of them in public areas, discard in a safe container not out on the street or parking lot as this can become unsightly and dangerous pollution, for health and the sewer systems.

- Cover your mouth when coughing and or sneezing. Use your elbow if necessary.

- Do not shake hands with anyone.

- If you are over age 60 and or have a compromised immune system because of cancer, diabetes, asthma and other such illnesses be EXTRA CAREFUL and avoid going outside your home. There are some things to be mindful of:

  o The older you are the more likely it is that this disease will be fatal. In Michigan deaths have been 50 and up but there have been some much younger.

  o Men have a greater chance of having difficulty with this disease than women. Men are more likely to die and especially men over 60.

  o Anyone with a pre-existing condition can be seriously affected by this disease.

  o Those that smoke are far more likely to have difficulty with this disease. Indeed in many countries such as Italy this is a key factor for a fatal exposure.

  o People who smoke, consume alcohol or drugs, and or have a poor diet are at greater risk too.

As your Mayor my most important job is to serve and protect the citizens of Warren. With that goal in mind I will continually be updating what we are currently doing to prevent the spread of this horrible virus and how we can do things better. For example:

1) I have closed all of the recreation buildings until this virus is no longer a danger and that includes: Warren Community Center, Fitzgerald Recreation Center, and Owen Jax Recreation Center.

2) I have closed all libraries.

3) I have closed city hall to the public.

4) I have closed the parks for everything except jogging or walking

5) Yellow tape will be on all of the children's playground items.

6) Almost a month ago I made sure city buildings were equipped with CDC alerts for citizens and other protection.

7) I have issued safe practice guidelines to protect our first responders from the virus. Please stay a safe distance away from others and do what is suggested to make sure you remain safe. God Bless! – Warren Mayor Jim Fouts

MDHHS Hotline to address COVID-19 health questions – Open seven days a week from 8 a.m. to 5 p.m. Call 1-888-535-6136

Unemployment Claims Hotline – Monday – Friday; 8 a.m. to 4:30 p.m. Call 1-866-500-0017

## Mayor Fouts Requesting Heroes Photos

If you or a loved one are frontline workers, (police, fire, healthcare, grocery worker, etc.) Mayor Fouts would like to feature our heroes in our city Newsbeat Magazine Fall edition, titled Warren's Heroes.

Please submit hero photos, with their name and where they work to warrenisru@cityofwarren.org.

## Help and Support Each Other

During these hard times, please support your Warren restaurant and businesses. Patronize your local diners, pharmacies, ice cream shops, and small businesses. You can purchase gift cards for use at a later time to help them out.

Now is the time we need to help our neighbors and friends.

**Business Hours For Early Shopping**

These stores are open to seniors, 60 and over and the disabled:

Kroger's: 7 a.m. – 8 a.m. – M-W-F
Walmart: 6 a.m. – 7 a.m. – Tues. only
Meijers: 7 a.m. – 8 a.m. – Tues. & Thurs.
Oakridge Market: 7 a.m. – 8 a.m. – Mon & Fri.
Randazzo's: 7 a.m. – 8 a.m. – Daily

## MAYOR FOUTS' OFFICE FOOD ASSISTANCE

-EMERGENCY FOOD HOTLINE 586-574-4536 for senior Warren residents as well as those with pre-existing conditions who are in need of food. Please for those only who are in great need! This is coordinated with local food pantries and volunteers from Warren.

-Forgotten Harvest at city hall in the south parking lot every Monday from 9AM-1PM, contactless, first come, first served basis, food placed in your clean trunk.

27

28

Ex 30 p7