UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Nelson
PO Box 1422
WARREN MI 48090                               Case No. 2:22-cv-10918

Albert Thrower*
PO Box 6702
Cleveland OH 44101                            Judge: MATTHEW LEITMAN
    Plaintiffs(s)
-vs-                                          Magistrate: Anthony P. Patti

SERVICE TOWING Inc et al.,

   Defendants                    *New Address

FILED
CLERK'S OFFICE
FEB - 9 2023
U.S DISTRICT COURT
EASTERN MICHIGAN

MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT WITH BOTH PLAINTIFFS' SIGNATURES AND TO HAVE EXHIBITS ON THE RECORD SUPPORT SAME FED R CIV PROC 15(a) Foman v Davis 371 US 178

   Per the record the plaintiff ALBERT THROWER was opined by Magistrate to be on case which plaintiffs agree. Per to record P Thrower never signed Summary pleadings. P Thrower Nelson proffer same now with both signatures so as can be considered by the Judge. See Fed R 15(a) Foman v. Davis, 371 U.S. 178, was a case in which the Supreme Court of the United States interpreted Fed. R. Civ. P. 15 to require that federal courts grant a party leave to amend a pleading absent special circumstances such as bad faith or prejudice to the opposing party. It has been

recognized by both other courts and secondary sources as a leading decision on the interpretation of Rule 15."

Defendants will not be prejudiced as they have fully briefed the issues and have all exhibits.

Wherefore plaintiffs pray for leave to submit MOTION FOR SUMMARY JUDGMENT adding plaintiff ALBERT THROWER.

Respectfully submitted,

Elizabeth Nelson pro'se

Albert Thrower pro'se

### CERTIFICATE OF SERVICE

A copy of this motion has been served on all counsel for defendant's 1st class mail with tracking this   2/09/2023 to:

Rachel Selina (P85430)
255 E Brown St Suite 320
Birmingham, MI 48009

Jennifer Mead (P57106)
PO Box 165
Keego Harbor, MI 48320-0165

Scott Damich (P74126)
PO Box 30754
Lansing, MI 48089

E Nelson pro'se

Albert Thrower pro'se