UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH NELSON, *et. al.*,

    Plaintiffs,

v.

SERVICE TOWING INC., *et al.*,

    Defendants.

Case No. 22-cv-10918
Hon. Matthew F. Leitman

_____/

**ORDER (1) OVERRULING PLAINTIFFS' OBJECTIONS (ECF No. 55) TO COMBINED ORDER AND REPORT AND RECOMMENDATION (ECF NO. 54); (2) ADOPTING DISPOSITION RECOMMENED BY MAGISTRATE JUDGE ON DISPOSITIVE MOTIONS; (3) DENYING MOTIONS (ECF Nos. 21, 23, and 38) WITHOUT PREJUDICE; and TERMINATING CERATAIN DEFENDANTS FROM ACTION**

On January 25, 2023, Magistrate Judge Anthony Patti entered a combined Order and Report and Recommendation (the "R & R"). (*See* ECF No. 54.) Plaintiffs have now filed Objections to the R & R. (*See* ECF No. 55.) The Court has carefully reviewed the Objections but cannot understand any points/arguments that Plaintiffs may be making. Accordingly, Plaintiffs have failed to persuade the Court that Magistrate Judge Patti erred in any way. The Objections are **OVERRULED,** and the recommended disposition of the R&R is **ADOPTED**.

**IT IS FURTHER ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**: Defendants State of Michigan, Michigan Department of State's Motion to Dismiss (ECF No. 21), Defendants City of Warren, James

1

Fouts, James Cummins, Gus Ghanam, Robert Scott, and William Dwyer's Motion to Dismiss (ECF No. 23), and Defendants Curtis Gauss, Mary Michaels, William Reichling, and William Dwyer's Motion to Dismiss (ECF No. 38).  The following Defendants are **TERMINATED WITHOUT PREJUDICE**: Curtis Gauss, James Cummins, Gus Ghanam, William Reichling, William Dwyer, and Mary Michaels.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126