*Court*

*132*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Nelson
Albert Thrower

Case No. 2:22-cv-10918

Judge: MATTHEW LEITMAN

Plaintiffs(s)

-vs-

Magistrate: Anthony P. Patti

SERVICE TOWING Inc et al.,

Defendants

FILED USDC - CLRK DET
2023 JUN 1 PM4:31

RESPONSE TO MOTION TO DISMISS #66 and/or
MOTION FOR SUMMARY JUDGMENT

Nelson, Thrower=Ps' or P-N=Nelson, P-T=Thrower responds to MOTION TO

DISMISS #66. Per amended complaint defendants (Ds') Fouts, city of

Warren=city, Scott filed a Motion to Dismiss Td 66.

*Per Haines v. Kerner*, 404 US 520 "court found pro'se pleadings .. held 'less

stringent standards' than …attorneys" Ds' have gone to extremes to prejudice

Court as to previous cases filed against or by P-T in attempt to hold P-T to same

1

standards of lawyer.  1ˢᵗ, Supreme Court states: "pro'se litigants are held to a "less stringent standard" than attorneys" *Haines v Kerner* Id..  Court does not opine there is weighing process of experience a litigant has as to hold him to higher standards of lawyer. P-T cannot find any law & Ds' do not cite any to support this.

P-N is not lawyer, and has signed brief.  Do Ds' suggest Court take one standard reviewing P-T's filing and a different standard on same brief reviewing P-N?, without citing authority. P-T-manager St Anthony the Great Orthodox Monastery owner 7568 Hudson Ave Warren tenant since 2012 in any 4 apartments as available per Ex 31 lease.  Per Ex 32 pic-P-T had personal property taken cans-since recycling suspended, bumper wrap, bags salt etc.  List available.

Per 2ⁿᵈ amended complaint same as if rewritten herein facts must be accepted as true. "Under Federal Rule of Civil Procedure 8(a)(2), a complaint must contain a "short and plain statement of the claim showing .. pleader is entitled to relief." "detailed factual allegations" are not required, *Twombly,* 550 U. S., at 555, … factual matter, accepted as true, "state a claim to relief .. is plausible on its face," *id.*, 570. A claim has facial plausibility when pleaded factual content allows court to draw.. inference defendant is liable for misconduct alleged. *Id.,* at 556"

Per Ex 18, police dept-city Warren website "Police Department (D) Doe was re-appointed Commissioner Warren Police Dept…warren police department

mission statement "to serve... community and protect lives, rights, and property of
..people of Warren integrity, equality, and justice.".

Per Facts Complaint, policymaker D Does/Fouts/Scott/city did not "protect ..
lives, rights, ..property .. people of Warren wi...integrity, equality, and justice"=
Ps'.

P-N upon learning her 4 cars were gone decided to protect her interest cars
towed by Ds Hertz Bros, Ex 63 pg. 1-4 invoices, by Ds' Randy Hertz, Bruce Hertz,
Dennis Hertz, Service Towing Inc=STI Ds', acting in conspiracy with state
actors, before sold thru falsified paperwork as "abandoned" by Ds' STI Hertz
Bros Ds'. Ex 63 invoices 1-4 show falsified address as "7528 Hudson". P-N exited
self-isolation, being at risk "people of Warren" travel from Cuyahoga County OH,
low covid county-to Macomb County Warren-high Covid County Macomb 5/2/20,
to retrieve 4 licensed, plated, insured vehicles towed from behind privacy fence,
during Covid lockdown. Cars towed because "policymaker" Ds' Doe, Fouts, City
Property & Maintenance Scott, employee Doe wrote ticket on property 5/1/20 Ex
46 p1-2. P Nelson contacted P-T 7568 Hudson Ave Warren renter & landlord,
manager who was being treated 5x week for "prostate cancer" @ Cleveland
MetroHealth-Ex 35 pg 1-3 who also had personal property taken by Ds' from
private property. P=N could not retrieve 4 cars without assistance of P-T. This
violated Ps' rights under US Constitution, 4,5,14th Amendment. Rather than

3

"protect the lives", of Ps', Ps' were exposed to Covid rate 7x Ex 5 p 1-2 higher rate Macomb County Ex 6, 16x death rate comparing Cuyahoga County OH, & exponentially more risk of death/exposure,-since Ps' "self-isolating" in Cleveland OH, P-N then 52 yr. old Warren citizen, Ex 41 license was told by E Mich University Dr Ex 4 p2 Aff't "stay in Ohio-thinks are crazy in Mi due to Covid". Ds' Scott, Fouts, Scott, Does, Hertz Bros failed to follow Covid Emergency Guidelines, 4th Amendment US Constitution. Ds' falsified address 4 vehicles towed from 7568 Hudson Ave Warren, private property Ex 63. Cars were towed by Ds' Hertz Bros, STI, in conspiracy with Doe Warren police, Scott. Doe police refused Ps' to file police report re towing P-N 4 vehicles & falsification address on paperwork. Ps' allege "custom and policy" perpetrated by Ds' Does, Fouts, Scott, city policymakers, employees . *Monell v. Department of Social Services .. New York, infra* which created.. for civil rights Ps' to seek money damages against a city. *Pembaur v City of Cincinnati, infra "Monell..* recovery.. municipality is limited to acts.. 'municipality'-.. has officially sanctioned or ordered.' "1st Ps' allege (D city of Warren, Does) has an unconstitutional policy. These policies may written or unwritten, so long as .. attributed to a "policymaker." Warren has an unconstitutional policy" &/or towing cars for "blight" entering private property without search warrant "policymakers.. elected officials (Ds Fouts, Does) or those defined as policymakers by state law (Ds Does, Fouts). This.. also provides a

4

standard of causation: if a subordinate employee (Scott, Does) party responsible..
deprivation of rights, local entity may only be responsible if a certain policy was a
"moving force" behind their action. This but-for standard .. 2nd a local entity may
be liable .. § 1983 for unconstitutional customs and practices. .. advantageous to a
civil rights plaintiff when no policymaker can be identified. 3) if a policymaker
delegates.. authority to a subordinate employee (Scott, Does) or explicitly approves
of unconstitutional actions,.. act can be said "of the municipality" by adoption. 4)
civil rights plaintiff may allege deliberate indifference .. applies to single-incident-
type injustices and concerns city .. failure to hire, train, or supervise its employees.
Deliberate indifference liability attaches when policymakers of ..local entity are
aware .. risk and grossly neglect to address it. Blatant unconstitutional policies are
(not) authorized by city councils.. admissible evidence proving policymaker
authorization or adoption of a subordinate employees' (Scott, Does)
unconstitutional action is often non-existent" . Ds police commissioner Doe,
Fouts, city alleges was a final policymaker] acted under color of state law; 2. acts
of (Ds') Does, Fouts, *final policymaker* deprived Ps' of rights under United
States Constitution. (Ds') Does, Fouts, city, *final policymaker* had final authority
from Ds' City Warren concerning these acts. When Ds' Does, Fouts, city, *final
policymaker* engaged in these acts, (Does, Scott ) was acting as a final policymaker
for D City and acts (Ds') Does, Fouts, *final policymaker* caused the deprivation of

the plaintiff's rights; that is, (Ds' Does, Fouts, *final policymaker*'s acts were so

closely related.. deprivation of Ps' rights as to.. moving force that caused ..ultimate

injury. Person acts "under color of state law" when person acts or purports to act

in performance of official duties under any state, county, or municipal law,

ordinance.." *Monell* liability is based on the acts of a final policymaker. .. other

bases of *Monell* liability, Unlawful Official Policy, Practice, or Custom... Based

on a Policy that Fails to Prevent Violations of Law or a Policy of Failure to

Train *Monell v. Dep't of Soc. Servs. of N.Y.*, 436 U.S. 658, 691. Such liability

attach when .. or employee who caused a constitutional violation was acting as

"final policymaker." *Lytle v Carl*, 382 F3d 978, 981. "To hold a local governing

body liable for an official's conduct, a plaintiff must first show .. official 1) had

final policymaking authority concerning.. action ..and 2) was policymaker for the

local governing body for purposes of particular act." Whether an official is a

policymaker for *Monell* purposes is a question of state law for the court" *City of St*

*Louis v Praprotnik*, 485 US 112, 123 .. determination is made on a function-by-

function approach analyzed under state organizational structure. A "policy" is a

deliberate choice to follow a course of action made from among various

alternatives by ..official responsible for establishing final policy" Ps' seeking to

establish municipal liability under this theory.. demonstrate that an action of final

policymaker "was the 'moving force' behind the constitutional violation Ps'

suffered." "To meet this requirement, Ps'.. show both causation-in-fact & proximate causation." *Id.* A municipality may be liable for the acts of a final policymaker if these acts caused a constitutional violation, even if the constitutional violation occurs only once. *Pembaur v City of Cincinnati*, 475 US 469, 478 municipality is also liable if a policymaking official fully delegates discretionary authority to a subordinate, and subordinate (Scott, Does) uses that discretion. *City of St. Louis Id.* Official may be found to have been delegated final policymaking authority when the official's discretionary decision is unconstrained by policies not of that official's making and unreviewable by the municipality's authorized policymakers" Ex 15 10/12/22 Detroit Free Press "This video is sickening, …Detroit teen punched, kicked by Warren Police" Warren Police kick black youth. (Ds') Does, Fouts, condones this illegal behavior-entering property without search warrant without probable cause as was agreed on by consent decree *NILI v Warren*, Ex 39 &/or § 1983 for unconstitutional customs and practices. warren police chief D Doe mission statement Ex 18 p 3/8: "Professional ..Department will conduct themselves in a manner ….standards for performance, ..adherence to our mission (4/8) and other core values. We perform our roles ethically .. integrity as we represent Warren Police Department, ." (Ds) Does, Fouts, Scott, city involved in (Ps') facts does not comply w Warren police mission

statement. Ps' avers (Ds) Doe, Fouts, puts same on paper, but "custom and policy" does not train officers to adhere to Mission Statement.

(Ds) Does, Fouts, Scott, allege a 1st time defense of "blight" abandoning "MI Abandoned Vehicle defense" "Warren City Ordinance Sec 2.5-7 (Ord 80-731, Sec 1, 8-11-15)" Ex 13 pg. 4, There was no Ticket with P-N name on re cars.. "The purpose .. ensure compliance Warren Code of Ord designated *as blight violations*. "previous enforcement mechanisms were not ensuring blight violation code compliance", hence "Sec 2.5-7 Ord. No. 80-731, ..read *in para materia* with previous Ord 8-11-15 Sec. 2.5-2. - Definitions. *Blight violation.* A violation of a provision of the Code of Ordinances, .. is *designated as a blight violation*."

Ps' aver unconstitutional-since "blight" is never defined .. person would understand "blight" under "void for vagueness" doctrine. Or absent a definition, common meaning "blight" must be accepted. "The void-for-vagueness doctrine ..uncertain laws, whether criminal or civil, violate due process and cannot be enforced. .. based on individual rights and one based on constitutional structure" "Definition. ..criminal law, a declaration ..law is invalid because it is not .. clear. Laws are .. found void for vagueness if, .. punishment, law does not specify what is required or what conduct is punishable" " Vague laws raise problems with due process". *Connally v. General Construction Co* 269 U.S. 385 law is unconstitutionally vague when

people "of common intelligence must guess at its meaning." .. unduly vague

it raises problems under Due process guarantee, ..applicable to federal

government 5..14th Amendment". Definition "blight" is a violation of

criminal statute, .. "up to 93 days". 2nd-if statute not define a word, "blight"

everyday meaning must be used. "Words .. everyday meanings" Canons

Construction Galia Gardner. 3rd, criminal statute, "rule of lenity" applies

"principle of criminal statutory interpretation .. requires a court to apply any

unclear .. law in the manner that is most favorable... defendant." In re

"blight" definition to not include licensed, plated, insured vehicles.

*Holloway v. United States*, 526 U.S. 1, 21 Statute cited Ds' commissioner

Doe, thru his policy making authority as Police Commissioner Ex 40

previous Warren police Commissioner contract p 5 "Police Commissioner

,..head of Police Dept, shall organize .. conduct the affairs ..dept preservation

of quiet and good order of the city and the safety of persons and property

therein..it is the policy.." i.e. D Doe, Fouts "policymaker"- nowhere allow

Ds' Does, Scott, enter private property to remedy "undefined" "blight"

violation-which under their definition includes licensed, plated, insured

vehicles during Covid lockdown. *"If the alleged violator was served proper*

*notice"* (Ps') never served Notice infraction, being renters @ 7568 Hudson

-any notice US Constitutionally defective under 4, 5,14th Amendments not

9

include P-N name owner cars or P-T personal property. 5/1/20. P-N Ex 41,

drivers license listing 7568 Hudson  Warren, Ex 2 lease. Ex4  Afft P-N p 1-

2. Ex 25, 1  WHO (World Health Organization) declared covid a

Worldwide Pandemic 2/20 Ex 1 Ds' Does, Fouts,  Scott, did not delineate

this -as cars could have belonged to multiple parties not listed in any

alleged ticket in violation of Supremacy Cl United States Constitution: Art

VI, Para 2 assuming arguendo (Ds') aver Warren Ord gives *carte blanc* enter

private property, seize cars without search warrant as "equitable relief" then

ordinance in violation  4,5,14[th] Amendment US Constitution, because  does

not state owner car be identified & given constitutional notice. Law Insider

definition  "blight": **"<u>Blight</u>** means areas .. with obsolete or inadequate

infrastructure, ..building structures are dilapidated".   As a matter of

fact/law, cars do  not meet the definition of "abandoned vehicles",..

*misdemeanor (90) days.*   Further, per NILI v Warren  Ex 39 it was agreed

that Warren employees would obtain "administrative search warrant" to

enter private property. (Ds').. Does, Fouts prepares for influenza..covid,

dated 2/26/20,  Ex 23 2/26/20 Press Release 10 days before any alleged

3/4/20 hearing. Pg 3,"Our residents can feel at ease knowing.. health and

well-being is now and always will be my number one priority.  My

administration, … Police Commissioner (D) Dwyer (doe).. are working to

ensure your safety..".  (D) Doe- Dwyer (D) Warren police officers Does,

Scott-city employees & Does are not "Ds Does, Fouts..working to ensure

your safety..", Ex 23, pg 3, (D) Mayor Fouts Press Statement 2/26/20.  Ps'

were exposed a minimum 7X increased Covid exposure rate, 16x more

likely to die as calculated *infra:*  New York Times data collected state and

County Health Departments.  Per  Ex 5 "May 2, 2020" when (Ps') left

Cuyahoga County, OH, New York Times Tracking Coronavirus "*Daily*

*Average 63.." cases, of Covid.* Per Ex 5 pg 5 pg 2,"May 2, 20, "Daily

average (deaths) 3.4 New Deaths 0", Cuyahoga County, Oh.  Per Ex 12,

Cuyahoga County Pop. 1.241 million 2020. Per Ex 11, Macomb County

Population 870,893   2020, Ex 6 Macomb County "May 2, 20: "*Daily*

*Average 77" Covid cases.* Hence, Macomb, with 1/3 less population-

had+14  new Covid  cases day 5/2/20 than Cuyahoga County. Per Ex 5 pg.

2, "May 2, 20 Daily Average 3.4 New deaths 0" Cuyahoga County.  Ex 6

"May 2, 20 Daily Average 16 New deaths 11" Macomb County, showing

increased risk (Ps')16x death rate-adjusted 30% more population. Ps'were

"self-isolating" Cleveland having to exit single family home creating

infinite increase in Covid exposure. Ds' Does  Fouts, Scott, should have as

MI abandoned vehicle statute reads, ran plates, vin, and determined owner

52 yr. old P-N "at risk" individual as  defined by covid emergency orders,

Ex 25 4/2020 Dept of Human Services guidelines, and if they did not "egg shell" theory tort law applies:" **Torts.** Under eggshell-skull rule,..defendant is liable for all injuries caused by his tortious conduct, even if plaintiff suffers an unusually high level of damage (*e.g.*, due to a pre-existing vulnerability). The rule is supported by the axiom that "a defendant must take a plaintiff as he finds him." *Vosburg v. Putney,* 80 Wis. 523 .. seminal case on the eggshell-skull rule. Prosser, Handbook Law of Torts § 43, at 261, Ex 25 4/20 Dept Health Human Serv "staying at home coronavirus crisis 'to avoid being exposed .., it is important for *everyone to stay at home during coronavirus crisis*.. immune systems weaken with age, making it harder to fight off infectious diseases. Cancer treatment (which P-N had Beaumont Grosse Point) . weaken immune system can also make it harder for the body to fight off virus..stay home". P-T per Ex 3/30/20 MetroHealth letter Ex 35 was being treated for prostate cancer 5x week during 5/1/20 towing & Ex 35 p 3 recent heart attack survivor w 3 stents. Ex 26 (D) Fouts covid "The health and safety of residence is our priority..". Yet (Ds') Fouts, Does, city policy-makers actions "health and safety of residence" did not apply to (Ps'). (D) employees, police (Ds) Scott, were out towing cars off private property, via (Ds) Does, Fouts, Scott via their "custom & policy". Ex 36 Affidavit P-T, tenant, para 7-8 said "Warren police were involved in

the 5/1/20 4 car towing" See Ex 49..markings on Honda

"blight","WPD"=Warren Police Dept. towing 5/1/20- 4 vehicles, as alleged

"abandoned", per (Ds') defense./. see Ex 3 Gov Whitmer order, 3/2020 in

effect towing 5/1/20 "Temporary requirement to suspend activities that are

not necessary to sustain or protect life Covid.. *can result in serious illness or*

*death. ..Older adults and .. chronic health conditions are at particular risk,*

*and there is an increased risk of rapid spread of covid.. close proximity to*

*one another"*, "willful violation of this order is a misdemeanor" Ds Fouts,

Does, Scott, were in violation gov emergency orders  D mayor Fouts orders

adopting gov orders. Ps' Leases=residence (home=4th Amendment) includes

adjacent lot 7560 Hudson fenced Ex 50-pic fence, Ex 65 pic P-N Ex 42 p1-2

conveyance.. 7560 Hudson PID #13-333-278-008. Td39 Ex D, ExA Td1,

Ex 43 pic sent to Doe "uploaded .. May 01, 2020, 10.05 AM" cars-Sentra,

Mazda B4 towing. Other 2 vehicles not pic on adjacent lot. Ex 44 Td39 Ex

E p 1-2-title Mazda, Mazda Ex 2 Pic. Td39 ExF "Evidence of Coverage Mi

No Fault Insurance" 4 cars. Ex 45

Ex 46,  Td39 Ex G,-pic ticket wrote by D Doe 5/1/20 7568 Hudson re

tenant= Ex 19 Tsp eviction stayed due to Covid & "harboring in place" telling

tenant to leave when Covid raging, proving Doe-Gauss @ scene 5/1/20 when cars

towed without notice or  "opportunity to be heard",  violated 4, 14th Amendment

US Constitution.  Ex H Td39 article shows Mayor Fouts  "personally involved",

See "promises kept" from Warren Website Ex 47, 48. *Chupa v Morceri, Fouts, et*

*al.*, Case #2:06-cv-12584,  complaint para 30. "Defendant Fouts' action.. was

wrongfully motivated by defendant Fouts'  desire to use municipal power to harass

and injure plaintiffs", showing Fouts "custom and policy".  Td39 ExK  Afft P Ex 4

p1-2,  Ds Does, Scott where aware other tenants in property and did not ascertain

who owned cars before tow. Ds' Does, Scott, did not give Ps' "notice and an

opportunity to be heard, .. right to procedural due process." *Thompson v Ashe*, 250

F3d 399, 407 CA6 *Mullane v. Central Hanover Bank & Trust Co.*, 339 US 306

"Notice must be reasonably calculated…inform interested parties of a pending

action …opportunity to respond" Ds' Does,  Scott, Fouts, Doe police to tow cars

off private property, take personal property 5/1/20, when covid raging, state, city

under emergency orders "stay at home" Gov Emergency Orders Ex 3 pg. 1-3, Ex

30 p 1-8 D Fouts 2/26/2020 Emergency Orders

   Warren Courts were open, and "custom and policy" in Warren is to write a ticket

on vehicle or any alleged infraction, and then administrative hearing date.  D Fouts

Facebook (FB) pg inciting Ds', to attack "blight". Ex 47, 48 D Fouts FB

"personally involved, personally liable" as policymaker " city of warren - State of

the City .. June 24th, I promised ..Warren landlords ..tickets for *blighted* homes . .

violations International Property Maintenance Code Ex 39  N*ILI v  City of Warren*,

2015 ED MI Court opined International Property Maintenance Code was illegally

applied by City of Warren, (D) Fouts (D) City Council-for failing to have an

appeal process among other things. D Fouts.  Ex 40 standard Warren Police

Commissioner contract gives (D) Doe-Dwyer "policymaking" authority over

Warren Police Oxford definition of blight: "vacant properties ..blight

on neighborhood" Cars towed by Ds' Service Towing Inc,  Hertz Bros et al no

"probable cause" per 4th Amendment US Constitution, no search warrant: "right of

people to be secure .. persons, houses, papers, and effects, against unreasonable

searches..seizures, shall not be violated, .. no warrants shall issue, but upon

probable cause"  No "procedural due process" as to "notice and an opportunity to

be heard" in re taking vehicles, personal property 4,14th Amendment of US

Constitution  City Warren thru policymakers Ds' Fouts,  Does, Scott,  knew or

should have known had they been properly trained "lack of training" towed

vehicles was in violation of US Constitution 4,5,14 Amendment 5/1/20 Ex 17,

SAFEAIRBAG.COM, "our records, you have 3 registered vehicles linked to your

address.. 7568 Hudson Ave" Federal Dept Trans knows P-N address "airbag safety

recall". Constitution does not allow Does, Fouts, Scott to enter private property to

inspect vehicles VIN or tow vehicles or to call, conspire with D STI, Hertz Bros. &

tow vehicles off private property without court order or take personal property.

Gov Ex 3 pg 1-4 , D Fouts, Ex 30 pg 1-8 issued emergency orders covid

pandemic. Gov "emergency orders" did not suspend US Constitution.  Ex 54 City of Warren received 3.5 % of its budget from forfeiture. Ds, Does police, Scott should have reviewed falsification 5/1/20 when vehicles towed and reviewed paperwork and should've informed Scott, Does after running VIN #'s 4 vehicles were properly titled, plated-Ex 56 duplicate SOS title Silverado, owner P-N. §1983 for unconstitutional customs & practices.  Per Ex B Td 1, Ex 55 petition for hearing on abandoned vehicle p. 2 MCL 257.252 "Before determining ..vehicle... is abandoned, police check to see if it is reported as stolen". Ex B Td1 "Complaint Number 20-18750" yet still allowed 4 cars towed either by "failure to train" or entering conspiracy private tow parties Ds', or 'deliberate indifference".

  Ps' have US Constitutional right due process cl 5, 14th Amendment file police report since physical paperwork shown Doe Warren police officer, Scott, STI, Hertz Bros. Does address falsified to fit statutory definition abandoned vehicle Mi law  commit a crime?  Doe officer was going to file police report but overridden officer Doe 2. This "failure to report a crime" 5/1/20 when initial cars were towed and 7/21  attempt to file police report shows failure to train actions by Ds', Does Fouts, Scott deliberate indifference by policymakers Ds Fouts, Does.  Ps' avers Petition for hearing on abandoned vehicle Ex 55, Td1 ExB is *void ab initio* since caused to issue via falsified paperwork, falsified address  257.252a *abandoned vehicle" means ..vehicle .. private property without consent owner. (b).. public*

*property ..48 hours, or on a state trunk line highway"* following law Td 1 Ex D, E

Registration had he been properly trained & not towed cars City of warren website

"health and safety of our residents is our priority. it is of utmost importance ..

residents informed ..unprecedented times" city of warren covid" approved by

(D) mayor Fouts". Actions of Ds' Ps' lives were endangered by state actors

creating a situation where Ps' had to decide to recover $30G cars- travel from low

covid risk county OH to high covid risk county MI to retrieve  P cars-enter Service

Towing Inc., exposing Ps' to covid Ex 30 D Fouts 2/26/2020 orders name D

"Dwyer/Doe" conferring w/ D Fouts re covid. Ds' Service Towing Inc, Hertz

Bros. et al., had  6 in x 4 inch sign on window "1 person in office" but Ds Service

Towing Inc  employees not enforcing sign  allowing anyone enter 7'x7' waiting

room. When helper retrieve vehicles 2 people in office,  exposing P-T to higher

incident covid  in process. I.e., had P-T contacted covid in waiting room would've

exposed P-N. D Fouts is "personally liable", "personally involved" in decisions

running City of Warren.  6/21 Fouts state of city address Td39 Ex F, "get absentee

out of state landlords", Td39 Ex G newspaper landlord "arrested" after D  Fouts

said "target out of state landlords" Ds' violated Ps' 42 USC§ 1983, 1985-4,5,14

amendment violation US Constitution to be free of unconstitutional search &

seizure & privacy 5/1/20. Ds  all times relevant to action acting under color of state

law.  Ds' Does, Scott, via custom and policy acting thru policymaker Fouts, Does,

made warrantless seizure of Ps' property, tow 4 vehicles, take personal property violating 4,14th Amendment US Constitution. At all times Ds' Does, Scott, Fouts acted pursuant to "policy or custom" in depriving P-N cars, P-T personal property without court order or opportunity be heard, acting in individual capacities in conspiracy &/or concert with private parties. D city of warren Doe policymakers failed to adopt clear policies, failed to properly train its employees Ds Does, Scott, entering private property during covid emergency.

Ds' taking P-N cars, P-T personal property caused Ps' "at risk person" leave low covid Cuyahoga County OH to travel to high Covid Macomb MI, exit "self isolation" retrieve cars endangered Ps' lives violates 42 USC Sec 1983, 1985,1988 in violation gov emergency orders, D Fouts emergency orders "Ps' can ..invoke federal court jurisdiction.. suffered .. *threatened* or actual injury resulting from .. putatively illegal action." *Linda RS v Richard D,* 410 US 614, 617, Fouts, Does Scott, ignored Gov emergency covid orders towing "threatened ..injury resulting from putatively illegal action" *Linda RS id.,* violated Ps' Due Process, 4,5,14th Amendment US Constitution. Ds' violated Ps' US Constitutional rights Due Process Cl 4, 5, 14th Amendments when address falsified on paperwork submitted MI SOS Ex 63 invoices give Ds' alleged authority tow vehicles 5/1/20, & failed to allow Ps' to file police report. Ps' ask for order Ds' policymakers Fouts, Does, Scott, violated Ps' US Constitutional rights Due Process Cl 4,5,14th Amendment

ensures no party will be deprived of property without notice and an opportunity to be heard" *Fuentes v Shevin,* 407 US 67, 80, protection of property ..extended to "any significant property interest"," uninterrupted use of one's vehicle.. property interest, .. before 'local government may so interrupt its use, owner is entitled to due process' *Bell v Burson,* 402 US 535, 539. Ps' avers towing 4 registered, titled, plates, insured cars without notice, without court order is an improper seizure prohibited by 4th Amendment. .. include protection of privacy against arbitrary invasion & taking personal property behind house. US v *Ortiz,* 422 U.S. 891,"*Jacobsen,* 4th Amendment protects 2 types of expectations, involving `searches,' .. other `seizures.' A `search' occurs.. expectation of privacy .. society.. is infringed. ..`seizure' of property occurs ..interference ..individual's possessory interests" 4,14 Amendments Due Process Clause § 1983 for unconstitutional customs & practices. Ps' avers "outrageous conduct" in concert &/or conspiracy with Scott, Does, Fouts, city Hertz Bros., STI in a conspiracy.

Per complaint facts Ds' violated Ps Constitutional rights US Constitution, 5, 14th amendment, Due Process Cl 42 USC 1983, 1985, 1988. "42 USC 1983 imposes civil liability ..person acting under color of state law who deprives another.. rights, constitution" *Kallstrom v Columbus,* 136 F3d 1055, 1060 6CA "state ..not..greatly increase..risk of harm .. citizens without due process of law through its own affirmative acts" *id* 1066. Ps' claims Ds' Does, Fouts, city actions were liable for

(Ps') increased "state created danger" theory of liability. "liability under state-created-danger theory ..affirmative acts by state which either create or increase ..risk ..individual will be exposed to private acts of danger" id. "to bring a 'state created danger' claim,..show:'an affirmative act by state.. either created or increased risk (Ps') would be exposed to an act.. 2) a special danger to (Ps') ..state's actions placed (Ps').. at risk, .. affects..public at large; 3) state knew or should have known..actions .. endangered (Ps')" *Jones v Reynolds*, 438 F3d 685, 690 6CA *Harlow*, 457 US @ 818). *Kallstrom*, "an individual's 'interest in preserving her life .. constitutional dimension.'" *Id* 1063 Ex3 gov emergency orders, covid, Ds' Does,, Fouts, Scott, knew or should have known towing 4 vehicles cause Ps' exit self-isolation, violate Ds' Fouts, Gov "emergency orders" to retrieve cars or lose exposing Ps' to "state created danger", "1) affirmative act by state (employees) .. either created or increased risk (Ps') would be exposed 2)..special danger to (Ps')..state's action placed (Ps').. at risk", *Cartwright v City of Marine City*, 336 F3d 487, 493 CA6. Ds' were aware Covid, 5/1/20, Ds' Fouts entering "emergency orders", Ex 23 Fouts 2/26/20 press release re covid. D "Doe" gov orders "self-isolation" cause Ps' exit self-isolation, retrieve cars. Ds' policymakers Does, Fouts, failure to train Does, Scott. Per Ex5 "May 2, 2020" when (Ps') left Cuyahoga County, OH, New York Times Tracking Coronavirus "*Daily Average 63..*" *cases,* covid. Per Ex 5 pg. 5 pg. 2,"May 2, 20, "Daily

20

average (deaths) 3.4 New Deaths 0", Cuyahoga County.  Ex12, Cuyahoga County

Pop. 1.241 million 2020. Ex 11, Macomb County Pop 870,893 2020, Ex 6

Macomb County "May 2, 20: "*Daily Average 77" Covid cases.* Hence, Macomb,

with 1/3 less population-had+14 more new covid  cases per day than Cuyahoga

County. Daily Average 16 New deaths 11" Macomb County, showing increased

risk (Ps')16x+Death Rate-adjusted 30% more population. Ex 22 Cuyahoga

County Exec Budish, "Summer 2020..Covid..Crisis ..worst crisis we have lived

through..". Ds' endangering Ps' lives thru their actions, "§1983 for

unconstitutional customs and practices". See D Fouts 2/26/20 Press Release Ex 23,

"We have implemented a public health management decision making training for

all Police…Covid (p3) Our residents can feel ease knowing that their health and

well being …will be my number-one priority…beginning with.. Commissioner .

Doe-Dwyer.. ensure your safety", of Ds' policymakers Fouts, Doe, See Td39 Ex Q

p3 Sec 7.3 Duties of the Mayor D Fouts, "enforcement of ordinances ..council.."

 Per facts Ds' violated Ps' US Constitutional rights Due Process 5,14 amendments

to make police report if laws broken. 7/21 Ps' attempted make police report @ Van

Dyke Warren substation w Doe concerning "falsification" address vehicles were

towed.  Police officer Doe Complaint #20-18750 Td1 Ex B  Pet for Hrg. This

"failure to report a crime" 5/1/20 cars towed & 7/21 attempt file police report

violated Ps' Constitutional Due Process to "procedural due process" right "report a

crime", file a complaint. Gov Covid Order 4/30/20 "*spread .. virus is for people to stay home and keep their distance from others*. .. *hold on evictions*' Doe Ex 46, Ex G Td39 5/1/20 ticket tenant 7568 Hudson - in violation of gov orders- tenant eviction Td39 ExU, Tp Ex19#206101LT stayed 3/20 eviction pandemic emergency orders Td39, Ex Z gov emergency order No. 2020-70 Ex G:Doe Ex 46 5/1/20 ticket "tenants to leave..uncertified building" during covid when Gov orders "harbor in place" "stay" evictions. Ex U (D) Scott @ 8/21 eviction hearing Ex 19 D-Scott "could not be evicted". Ps'state Ex 46, 5/1/20 ticket was ruse to illegally enter private property-tow 4 cars take personal property.

Did falsifying address Td1 Ex B,C, Td39 ExW rise to Due Process violation 5, 14th Amendment US Constitution?. Falsification is imputed to Ds' Does, Fouts, Scott via lack of training, custom and policy, deliberate indifference.§1983 for unconstitutional customs & practices. M*onroe v Pape*, 365 US 167, 174-76 Supreme Court held .. non-state actors can, …engage in conduct under "color of State law," ..subject to liability under..1983 where they "act jointly" or conspire with state government officials. *Brentwood Acad. v Tenn Secondary Sc. Ath Ass'n*, 531 US 288, 296 "finding liability..criminal law 1983, acting in "conspiracy", "jointly" in re private parties Service Towing Inc Able Towing LLC Hertz Bros et al. At all times policymakers Ds Fouts, Does, Scott acted pursued policies, practices, deliberate indifference ..direct and cause of unconstitutional violations.

Policies include, Does, Fouts, failure to supervise, Ds Scott. Ds' Fouts, Does have

policy making authority Warren #2:21-cv-10446-DPH-APP ECF No. 1, PageID.18

Filed 2/26/21 p 18/26 Warren to implement proper training for Warren police

officers, city workers. Warren historically failed to train *Moldowan v Warren*,

157 F3d, 351, 393-394 6CA Warren imputed to policymakers Ds' Does, Fouts

*Monell v Dep't of Soc. Servs of NY* 436 US 658, 691 "liability attach when official

caused a constitutional violation acting as "final policymaker", i.e. policymakers

Does, Fouts directing grills be seized, tow cars via policy by D Scott, Cummins,

Ps' grills taken 5/1/20, Td39 Ex DD, Warren Weekly 4/21, grills legal in Warren,

contrary D Fouts wishes. D Gauss, continue to seize grills-grill never illegal, in

violation of 4/21 Warren Ord passed by Warren City council. & or § 1983 for

unconstitutional customs and practices of Ds'

Respectfully submitted,

Elizabeth Nelson pro'se/Albert Thrower pro'se

## CERTIFICATE OF SERVICE

A copy of this motion has been served on all counsel for defendant's 1st class mail
with tracking this  6/1/2023 to:

Rachel Selina (P85430)         Jennifer Mead
255 E Brown St Suite 320       PO  806042
Birmingham, MI 48009            St Clair Shores      48080

E Nelson pro'se / Albert Thrower pro'se

*Cont*

# INDEX OF EXHIBITS

**Exhibit Name**                                                                    **Exhibit Number**

COVID Time Line      pages 1-6                                                              1

Lease of Plaintiff   Td 39 Ex C      — *NELSON*                                            2

Governor Whitmer Order 3/23/2020 (Td 39 Ex Z)                                       3 pg. 1-4

AFFIDAVIT OF (P) ELIZABETH NELSON Ex K Td 39      *pg 1-3*                               4

TRACKING CORONAVIRUS IN CUYAHOGA COUNTY, OHIO                                           5

Average cases in Cuyahoga County, Ohio  May 2, 2020 Daily Average 3.4, Deaths 0      5 pg. 2

Tracking coronavirus in Macomb County, mi  5-2-2020 Daily Average 77                    6

AVERAGE CASES IN CUYAHOGA COUNTY, Avg. Test Positivity  May 1, 2020  10.6%     7

AVERAGE CASES MACOMB COUNTY    Avg. Test Positivity   May 1, 2020 13%          8

Macomb county daily average 16,New Deaths 11 May 1, 2020-compare Ex 5 p 2-             9

2020 POPULATION MACOMB COUNTY MI 870,893                                               11

2020 Population Cuyahoga County              1.241 million                             12

Code of Ordinances Warren Mi Sec 2.5-1 et seq                                   13 pg. 1-4

GENERAL CODE OF ORDINANCES WARREN MI Sec 9.1 et seq Penalty                            14

i

10/14/22 Detroit Free Press                                              15

EXPENSES PACER $129.80                                                    16

AIRBAG SAFETY RECALL TO (P) @ 7568 Hudson Ave Warren Mi 48091            17

WARREN POLICE DEPATRMENT MISSION STATEMENT -William Dwyer               18

Td 39 Ex U Tsp of tenant eviction hearing Case 206101LT 37th District Court   19

Cuyahoga County Covid 19 Crisis Summer 2020  County Executive           22

2/26/2020 WARREN MAYOR JIM FOUTS PRESS RELEASE re covid                  23

CURRENT WARREN COVID 19 ACTIONS                                          24

APRIL 2020 Department of Health and HUMAN SERVICES                       25

(D) MAYOR FOUTS PRESS RELEASE  BEFORE THANKSGIVING 2020                  26

Expenses                                                                 27

(D) Mayor Fouts City of Warren Covid  Preparedness and Response Plan 2/26/2020 p 1-8   30

ii

INDEX OF EXHIBITS Cont'd

Exhibit 31    6-1-14 lease of P Albert Thrower

Exhibit 32    Picture of "personal property" of P Thrower taken from behind

7568 Hudson Ave Warren MI property

Exhibit 33    List of personal property taken by defendants Scott, Does *See #46*

Exhibit 34    5/1/20 Ticket wrote on property 2 pages & pictures Doc Gauss

Exhibit 35    MetroHealth Cleveland Hospital records showing P Thrower treated

for prostate cancer 5/1/20 when cars towed pages 1-2

Exhibit 35 pg. 3 ADVANCED CARDIOVASCULAR -P Thrower 3 stents

Exhibit 36    P Thrower Affidavit

Exhibit 37   Invoice 5/1/20 Service Towing Inc. pg. 1-4/8/  — *See Ex 63*

Exhibit 38

Exhibit 39 NILI *2011 LLC v City of Warren*, Case #

Exhibit 40   Previous Warren Police Commissioner employment contract

Exhibit 41   Drivers License P Nelson

Exhibit 42 Conveyance of Property 7568/7560 Hudson Ave

1 lot PID #13-333-278-008

Exhibit 43 5/1/20 10/05 AM Picture of 2 cars before towing

On driveway-Doc 1 pic A 2012 Nissan, 2012 Mazda 5

Exhibit 44   2 Titles of cars towed 2012 Mazda 5's    pg. 1-2

Exhibit 45 "evidence of insurance coverage" 4 cars   pg. 1-4

Exhibit 46    5-1-20   Ticket   *See Ex 34*

Exhibit 47 Warren Weekly "Warren tracks down bad landlord"

Exhibit 48   D Fouts Face Book pg.

Exhibit 49   Pic of Honda towed 7/7/21 "blight-WPD"

iii

Exhibit 50 Picture of privacy fence-built w permit 7560 Hudson Ave

Exhibit 51 General Order Warren Chief of Police-Duties "policymaker"

        Pages 1-8

Exhibit 52 Picture 2009 Silverado-towed 5/1/20-see pic car across

        Street on grass

Exhibit 53 Mail of P Nelson addressed to 7568 Hudson Ave Warren MI

Exhibit 54 Fine Forfeiture 3.5%, $4.5 Million received .2022, 5% 2013

Exhibit 55 Secretary of state MI SOS letter in re Mazda-Petition for Hearing

Exhibit 56 Application P Nelson for Duplicate title 2009 Silverado 12/20/19

Exhibit 57 D Mayor Fouts Emergency Covid Orders

Exhibit 58 Haman v Dwyer et al., Case No. 11-13587 SDMIED

Exhibit 59 Warren Weekly dated 3/2020 (D) Fouts "be prepared not scared"

Exhibit 60 MI SOS Receipt plates 1-8-2020

Exhibit 61 Receipt for Ohio Turnpike 5-3-20

Exhibit 62 MAZDA 5 VIN JM1CW2CL0C0101363 SPECS

Exhibit 63 Invoices STI of 4 cars towed-showing falsified address "7528 Hudson MI" towed from Randy Hertz, Bruce Hertz, Dennis Hertz

Exhibit 64 Receipt 37th District Court Tsp   Case 7/19/ 21       $50

Exhibit 65 P Nelson enjoying adjacent side lot 7560 Hudson Ave

Exhibit 66 Receipt for 2020 Michigan sticker-car towed

iv

**February 18, 2020**
Due to the high case load and numbers of asymptomatic individuals testing positive for COVID-19, all passengers and crew of the Diamond Princess cruise ship are quarantined off the coast of Japan, placed under travel restrictions, and are prevented from returning to the U.S. for at least 14 days after they have left the Diamond Princess.

**February 23, 2020**
As Italy becomes a global COVID-19 hotspot, the Italian government issues Decree-Law No. 6, containing urgent measures to contain and manage the epidemiological emergency caused by COVID-19, effectively locking down the country.

**February 25, 2020**
CDC's Dr. Nancy Messonnier, the incident manager for the COVID-19 response, holds a telebriefing and braces the nation to expect mitigation efforts to contain the SARS-CoV-2 virus in the U.S. that may include school closings, workplace shutdowns, and the canceling of large gatherings and public events, stating that the "disruption to everyday life may be severe."

**February 28, 2020**
CDC reports four additional presumptive positive cases of COVID-19 in California, Oregon, and Washington: one case is likely travel-related, but three are likely due to community spread of the SARS-CoV-2 virus in the U.S.

**February 29, 2020**
CDC updates its Criteria to Guide Evaluation and Testing of Patients Under Investigation (PUI) for COVID-19 to any patients with a severe respiratory illness even in the absence of travel history to affected areas or known exposure to another case to prepare for possible widespread person-to-person transmission.

FDA announces a "new policy...for certain laboratories that develop and begin to use validated COVID-19 diagnostics before FDA has completed review of their emergency use authorization (EUA) requests," allowing laboratories to create tests to address testing shortages in the U.S.

CDC and the Washington Department of Public Health report the first death in an individual with laboratory-confirmed COVID-19 in the U.S. The patient was a male in his 50s who was hospitalized with a pneumonia of unknown cause and later died of his illness.

**March 1, 2020**
CDC creates a hospitalization surveillance network for the SARS-CoV-2 virus called "COVID-NET" to track the numbers and rates of COVID-19 hospitalizations by modifying existing respiratory virus surveillance networks that monitor for hospitalizations associated with influenza and Respiratory Syncytial Virus (RSV).

Ex l p l

**March 3, 2020**
CDC reports 60 cases of COVID-19 across Arizona, California, Florida, Georgia, Illinois, Massachusetts, New Hampshire, New York, Oregon, Rhode Island, Washington, and Wisconsin. Of the 60 COVID-19 infections detected, 21 are travel-related, 11 are from person-to-person spread, and 27 are unknown.

**March 6, 2020**
The Grand Princess cruise ship is stranded off the California coast after officials learn that a California man who had traveled on the ship last month contracted COVID-19 and died. The California Air National Guard drops off a limited supply of testing kits by helicopter; more than 3,500 people are aboard the ship, but only 46 are able to be tested and 21 (mostly crew members) test positive.

**March 11, 2020**
After more than 118,000 cases in 114 countries and 4,291 deaths, the WHO declares COVID-19 a pandemic.

**March 12, 2020**
FDA no longer requires CDC to perform confirmatory testing for a positive COVID-19 diagnosis.

**March 13, 2020**
The Trump Administration declares a nationwide emergency and issues an additional travel ban on non-U.S. citizens traveling from 26 European countries due to COVID-19.

**March 14, 2020**
CDC issues a "no sail order" for all cruise ships— calling for them to cease activity in all waters that the U.S. holds jurisdiction over.

**March 15, 2020**
States begin to implement shutdowns in order to prevent the spread of COVID-19. The New York City public school system— the largest school system in the U.S., with 1.1 million students— shuts down, while Ohio calls for restaurants and bars to close.

**March 16, 2020**
CDC launches "Clara-Bot," a COVID-19 symptom checker, on its website.

New and old guidelines begin circulating among state health departments for who gets critical care in the event of ventilator shortages: Massachusetts and Pennsylvania use a point system prioritizing patients by likelihood of benefitting from ICU care, while New York's 2015 plan relies on "exclusion criteria"— a list of medical conditions that would make a patient ineligible, like traumatic brain injury, severe burns, or cardiac arrest. Alabama's exclusion criteria list, released in 2010 and since removed from publication, included both "severe or profound mental retardation" and "moderate to severe dementia."

*Ex 1 p 2*

**March 17, 2020**
Moderna Therapeutics begin the first human trials of a vaccine to protect against COVID-19 at a research facility in Seattle, Washington.

The University of Minnesota launches a clinical trial testing hydroxychloroquine, an FDA-approved drug for the prevention and treatment of malaria, for the treatment of COVID-19.

The Centers for Medicare & Medicaid (CMS) temporarily expands telehealth benefits, enabling beneficiaries to receive a wider range of healthcare services from their doctors without having to travel to a healthcare facility.

**March 19, 2020**
CDC asks healthy people to donate blood if they are able amid a national shortage of blood during the COVID-19 pandemic.

California governor Gavin Newsom issues a statewide stay-at-home order to slow the spread of COVID-19 instructing residents to only leave their homes when necessary and shutting down all but essential businesses.

**March 27, 2020**
The Trump Administration signs the Coronavirus Aid, Relief, and Economic Security (CARES) Act into law. The act includes funding for $1,200 per adult (with expanded payments for families with children), expanded unemployment benefits, forgivable small business loans, loans to major industries and corporations, and expanded funding to state and local governments in response to the economic crisis caused by COVID-19.

Apple, in partnership with HHS, CDC, and the White House Coronavirus Task Force, releases an app with a COVID-19 symptom and exposure questionnaire telling people how to isolate and monitor symptoms and giving recommendations on testing and when to contact a medical provider if they believe they have contracted or have been exposed to the SARS-CoV-2 virus.

**March 28, 2020**
To prevent the spread of COVID-19, the White House extends all social distancing measures until through the end of April 2020.

FDA issues an EUA to allow hydroxychloroquine sulfate and chloroquine phosphate products to be added the Strategic National Stockpile for the treatment of COVID-19.

CDC distributes a Health Alert Network (HAN) warning against using chloroquine phosphate without the recommendation of a doctor or pharmacy after one person is made seriously ill and a second dies from ingesting non-pharmaceutical chloroquine phosphate (a chemical aquariums use that is commercially available for purchase at stores or online) to prevent or treat COVID-19.

CDC issues a domestic travel advisory for New York, New Jersey, and Connecticut due to high community transmission of COVID-19 in those states, urging residents to refrain from all non-essential domestic travel for at least 14 days, effective immediately.

Ex 1 p 3

**March 31, 2020**
At a White House Press Briefing, Dr. Anthony Fauci and Dr. Deborah Brix announce that between 100,000 and 240,000 deaths in the U.S. are expected— even if social distancing and public health measures are perfectly enacted.

The *Journal of the American Medical Association Ophthalmology* reports that COVID-19 can be transmitted through the eye. One of the first warnings of the emergence of the SARS-CoV-2 virus came late in 2019 from a Chinese ophthalmologist treating patients in Wuhan, Li Wenliang, MD, who died at age 34 from COVID-19.

**April 3, 2020**
At a White House press briefing, CDC announces new mask wearing guidelines and recommends that all people wear a mask when outside of the home.

CDC warns the public about phone scams and phishing attacks that appear to originate from CDC and ask for donations from individuals. This is government impersonation fraud— federal agencies do not request donations from the public.

**April 4, 2020**
CDC launches a new weekly SARS-CoV-2 virus surveillance report called "COVIDView" summarizing weekly data on COVID-19 hospitalizations, deaths, and testing.

More than 1 million cases of COVID-19 had been confirmed worldwide, a more than ten-fold increase in less than a month.

**April 6, 2020**
Hundreds of doctors and civil rights groups urge CDC and the U.S. government to release race and ethnicity data on COVID-19 case-numbers in order to reveal the true impact of the virus on communities of color.

**April 7, 2020**
Data from the Chicago Department of Public Health reported by the Chicago Tribune shows that despite being about 30% of the total population, Black people account for 68% of the COVID-19 related deaths in Chicago and are dying of COVID-19 at a rate nearly six-times greater than that of White Chicagoans, who account about 33% of the population and approximately 14% of deaths. These numbers illuminate for many the racial disparities of the COVID-19 pandemic in the U.S.

HHS announces $186 million in additional funding to state and local jurisdictions for the COVID-19 response.

**April 8, 2020**
HHS announces first contract for ventilator production under the Defense Production Act with General Motors.

**April 9, 2020**
CDC modifies and extends the no sail order for all cruise ships.    *Ex 1 p 4*

**April 10, 2020**
With over 18,600 confirmed deaths and more than 500,000 confirmed cases in under four months, the U.S. is the country with the most reported COVID-19 cases and deaths, surpassing Italy and Spain as a global hot-spot for the virus.

With 159,937 confirmed cases, New York State now has more reported cases of COVID-19 than Spain (153,000), Italy (143,000), or China (82,000). Amid critical hospital bed and ventilator shortages, aerial images emerge of workers in hazmat suits burying coffins in mass graves at Hart Island off the Bronx, an area used for over 150 years by New York City officials as a mass burial site for those with no next-of-kin or who cannot afford funerals.

**April 13, 2020**
Most states in the U.S. report widespread cases of COVID-19.

At a White House press briefing, President Trump announces that the U.S. will cease contributing funding to the WHO, shaking the global public health community.

**April 16, 2020**
The Trump Administration releases a plan outlining how states should reopen, calling for states or metropolitan areas to meet benchmarks like reducing COVID-19 cases or deaths before reopening or stopping mitigation strategies (like required masking), also known as "gating

**April 20, 2020**
As the COVID-19 pandemic grows, shortages of personal protective equipment (PPE) like gowns, eye shields, masks, and even body bags, become dire– particularly in New York

**April 22, 2020**
After two pet cats in separate areas of New York state test positive for the SARS-CoV-2 virus, CDC recommends that people restrict their pets' interactions with other people or animals outside their household to prevent the spread of COVID-19.

**April 23, 2020**
Using funds from the Coronavirus Aid, Relief, and Economic Security (CARES) Act, CDC announces $631 million to fund and expand the existing Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC), allowing state health departments to expand their capacity for the testing, contact tracing, and containment of COVID-19.

**April 24, 2020**
Georgia, Alaska, and Oklahoma begin to partially reopen their states despite concerns from health experts saying it was too early to reopen.

Ex 1 p 5

**April 26, 2020**
Clinicians in the U.S. and U.K. report clusters of children and adolescents requiring admission to intensive care units (ICUs) with a multisystem inflammatory condition that can lead to multiorgan failure— similar to Kawasaki disease and toxic shock syndrome. This condition will become known as Multisystem Inflammatory Syndrome in Children (MIS-C), a serious inflammatory condition that affects children with current or recent COVID-19 infections.

**April 28, 2020**
Polls show that many people in the U.S., particularly those ages under 30 years or making less than $40,000 per year, plan to defer medical care because of the cost of treatment due to the lack of insurance or being under-insured, potentially leading to the further spread of COVID-19, the under-reporting of case numbers, and excess deaths from COVID-19 and other preventable diseases.

**April 30, 2020**
The Trump Administration launches Operation Warp Speed, an initiative to produce a vaccine against the SARS-CoV-2 virus as quickly as possible. The operation funds the development of six promising vaccine candidates while they are still in the clinical trial phase, including the Pfizer-BioNTech and Moderna mRNA vaccines.

Since mid-March 2020, more than 26.5 million people in the U.S. have filed for unemployment, increasing the number of people without health insurance amid a pandemic.

# Mid 2020

**May 1, 2020**
FDA issues an emergency use authorization (EUA) for the use of the antiviral drug Remdesivir for the treatment of suspected or confirmed COVID-19 in people who are hospitalized with severe disease.

CDC develops the "PPE Burn Rate Calculator," a spreadsheet-based model made to help healthcare facilities plan and optimize the use of personal protective equipment or PPE for the COVID-19 response and publishes it on the Apple and Android App stores.

CDC launches the SARS-CoV-2 Sequencing for Public Health Emergency Response, Epidemiology and Surveillance (SPHERES), a national network to provide real-time genomic sequencing data to public health response teams investigating COVID-19 cases, allowing them to track the SARS-CoV-2 virus as it evolves.

As some countries discuss re-opening, WHO convenes the International Health Regulation Emergency Committee for a third time and declares that the global COVID-19 pandemic remains a Public Health Emergency of International Concern (PHEIC).

Ex 1 p 6

# RENTAL AGREEMENT

**THIS IS A LEGALLY BINDING CONTRACT.**
**IF NOT UNDERSTOOD, CONSULT AN ATTORNEY.**

AGENCY ™
www.theLPA.com

The Tenant(s) known as _Elizabeth Nelson_ hereby agree to rent the dwelling located at _7568 Hudson Ave Lower Warren MI 48091_
The premises are to be occupied by the above named tenants only. Tenant may not sublet premises.

**TERM** The term shall commence on _8-1-18_, at $ _600_ per month payable on the _1st_ of each month in full.

**LATE FEES** In the event rent is not paid by the _____ ( 5th) day after due date, Tenant agrees to pay a late charge of $ _10_

**UTILITIES** Tenant shall be responsible for the payment of the following utilities: water, electric, gas, heating fuel, Telephone. _Owner Pd_

**APPLIANCES** Appliances provided in this rental are: stove, refrigerator, dishwasher, washing machine, dryer, air conditioner(s), _____
Repairs will be born by said Tenants if damage is due to negligence of Tenants.

**SECURITY** Amount of security deposit is $ _NA_. Security shall be held by Landlord until the time said Tenants have vacated the premises and Landlord has inspected it for damages. Tenant shall not have the right to apply Security Deposit in payment of any rent. Security deposits must be raised proportionately with rent increases.

**INSURANCE** Tenant is responsible for liability/fire insurance coverage on premises. Tenant agrees to obtain a "Renter's Insurance" policy and to provide Owner or agent with a copy of policy within seven (7) days of lease execution.

**NOTICES** Should tenant decide to vacate the premises, a _10_ day written notice to the landlord is required. Should landlord decide to have tenants vacated, a _10_ day written notice is required. Tenant agrees to allow premises to be shown at any and all reasonable times for re-rental.

**REAL ESTATE COMMISSION** (If applicable) In the event a commission was earned by a real estate broker, Tenant shall not take possession of the premises unless all fees due broker are paid in full as agreed. Commission is payable when this lease is signed by the Tenant(s). It is solely for locating the rental for the Tenant and is not refundable under any circumstances regardless of any disputes or conditions between the Landlord and Tenant before or after occupancy is taken.

**ACKNOWLEDGMENT** Tenants hereby acknowledge that they have read, understand and agree to all parts of this document, and have received a copy.

| | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|
| RENT : | 600 | |
| SECURITY: | | |
| BROKER'S FEE: | | |

**THE UNDERSIGNED TENANT(S) ACKNOWLEDGES RECEIPT OF A COPY HEREOF.**

DATE: _8-10-2018_

OWNER/AGENT _____  TENANT _Elizabeth_

ADDRESS _St Anthony the_  TENANT _Elizabeth_

PHONE _Great Orthodox_  PHONE _____
_Monroe MI NB_

**Ex 2**

Whitmer

# Executive Order 2020-21: Temporary requirement to suspend activities that are not necessary to sustain or protect life - RESCINDED

March 23, 2020

EXECUTIVE ORDER

No. 2020-21

Temporary requirement to suspend activities that are not necessary to sustain or protect life

The novel coronavirus (COVID-19) is a respiratory disease that can result in serious illness or death. It is caused by a new strain of coronavirus not previously identified in humans and easily spread from person to person. Older adults and those with chronic health conditions are at particular risk, and there is an increased risk of rapid spread of COVID-19 among persons in close proximity to one another. There is currently no approved vaccine or antiviral treatment for this disease.

https://www.michigan.gov/whitmer/news/state-orders-and-directives/2020/03/23/executive-order-2020-21 1/14

6/1/23, 2:37 PM    Executive Order 2020-21: Temporary requirement to suspend activities that are not necessary to sustain or protect life - RESCINDED

On March 10, 2020, the Michigan Department of Health and Human Services identified the first two presumptive-positive cases of COVID-19 in Michigan. On that same day, I issued Executive Order 2020-4. This order declared a state of emergency across the state of Michigan under section 1 of article 5 of the Michigan Constitution of 1963, the Emergency Management Act, 1976 PA 390, as amended, MCL 30.401–.421, and the Emergency Powers of the Governor Act of 1945, 1945 PA 302, as amended, MCL 10.31–.33.

The Emergency Management Act vests the governor with broad powers and duties to "cop[e] with dangers to this state or the people of this state presented by a disaster or emergency," which the governor may implement through "executive orders, proclamations, and directives having the force and effect of law." MCL 30.403(1)–(2). Similarly, the Emergency Powers of the Governor Act of 1945, provides that, after declaring a state of emergency, "the governor may promulgate reasonable orders, rules, and regulations as he or she considers necessary to protect life and property or to bring the emergency situation within the affected area under control." MCL 10.31(1).

To suppress the spread of COVID-19, to prevent the state's health care system from being overwhelmed, to allow time for the production of critical test kits, ventilators, and personal protective equipment, and to avoid needless deaths, it is reasonable and necessary to direct residents to remain at home or in their place of residence to the maximum extent feasible.

This order takes effect on March 24, 2020 at 12:01 am, and continues through April 13, 2020 at 11:59 pm.

Acting under the Michigan Constitution of 1963 and Michigan law, I order the following:

1. This order must be construed broadly to prohibit in-person work that is not necessary to sustain or protect life.

https://www.michigan.gov/whitmer/news/state-orders-and-directives/2020/03/23/executive-order-2020-21 2/14

*Ex 3  p 1*

**EO 2020, 06P FR1**      Executive Order 2020-21: Temporary requirements to suspend activities that are not necessary to sustain or protect life – RESCINDED

2. Promoting remote work to the fullest extent possible.

3. Keeping workers and patrons who are on premises at least six feet from one another to the maximum extent possible, including for customers who are standing in line.

4. Increasing standards of facility cleaning and disinfection to limit worker and patron exposure to COVID-19, as well as adopting protocols to clean and disinfect in the event of a positive COVID-19 case in the workplace.

5. Adopting policies to prevent workers from entering the premises if they display respiratory symptoms or have had contact with a person who is known or suspected to have COVID-19.

6. Any other social distancing practices and mitigation measures recommended by the Centers for Disease Control.

6. All in-person government activities at whatever level (state, county, or local) that are not necessary to sustain or protect life, or to supporting those businesses and operations that are necessary to sustain or protect life, are suspended.

1. For purposes of this order, necessary government activities include activities performed by critical infrastructure workers, including workers in law enforcement, public safety, and first responders.

2. Such activities also include, but are not limited to, public transit, trash pick-up and disposal, activities necessary to manage and oversee elections,

https://www.michigan.gov/whitmer/state-order-and-directives/2020/03/2020/executive-order-2020-21    3/14

operations necessary to enable transactions that support the work of a business's or operation's critical infrastructure workers, and the maintenance of safe and sanitary public parks so as to allow for outdoor recreation.

3. For purposes of this order, necessary government activities include minimum basic operations, as described in section 4(b). Workers performing such activities need not be designated.

4. Any in-person government activities must be performed consistently with the social distancing practices and other mitigation measures to protect workers and patrons described in section 5(c).

7. Exceptions.

1. Individuals may leave their home or place of residence, and travel as necessary:

1. To engage in outdoor activity, including walking, hiking, running, cycling, or any other recreational activity consistent with remaining at least six feet from people from outside the individual's household.

2. To perform their jobs as critical infrastructure workers after being so designated by their employers. (Critical infrastructure workers who need not be designated under section 5(b) may leave their home for work without a designation.)

3. To conduct minimum basic operations, as described in section 4(b), after being designated to perform such work by their employers.

https://www.michigan.gov/whitmer/state-order-and-directives/2020/03/2020/executive-order-2020-21    4/14

EX 3 p2

## AFFIDAVIT OF PLAINTIFF ELIZABETH NELSON

Now comes the affiant under 28 USC Section 1746 "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that"

Everything is true in the complaint and amended complaints and motion for summary judgment same as if rewritten herein

1) All exhibits are copies of originals and all facts are true in the complaint same as if rewritten herein

2) Affiant was in Cleveland Ohio when notified cars missing, "self-isolating" since she is deemed "at risk" for COVID 19

3) 4/25/20 Doctor @ Eastern Michigan told affiant "Do not come to Michigan because everything is going crazy because of COVID 19.

4) Affiant contacted landlord THROWER 5/2/20 who was "self-isolating" being treated for prostate cancer METROHEALTH CLEVELAND Ohio, to drive her to WARREN MICHIGAN to retrieve her 4 vehicles

5) Affiant was terrified to travel to Michigan and have to interact with people while the COVID 19 was raging.

6) On 7/5/21, affiant took an ambulance to MACOMB ASCENSION HOSPITAL 12 Mile & Hoover and was admitted for an infection.

7) Affiant pulled her 2008 Honda Civic behind house at 7568 Hudson Ave Warren Mi.

8) Honda was operable 7/7/21 as it was driven away from (S) SERVICE TOWING INC. see Ex I pic @ SPEEDWAY GAS STATION MOUND AFTER TOWING RELEASE

9) Affiant was informed by ALBERT THROWER-LANDLORD THAT Warren Police, SERVICE TOWING INC., ROBERT SCOTT, JAMES CUMMINS, AND OTHERS were in the process of towing her car having a view from the basement 7/7/21

10) Upon obtaining release of her car affiant notice that paint was missing Ex I where SERVICE TOWING INC., had towed her car from the rear of auto as ALBERT THROWER Ex L Affidavit heard (D) Service Towing Inc. state they had to tow (P) vehicle as same was parked behind house

11) When towing her car, defendants Warren Building Inspector JAMES CUMMINS, GHANAM, GAUSS, Robert Scott took her mower, WEBER grill, which pursuant to CITY COUNCIL ORDANCE 4/28/21 see Exh DD WARREN WEEKLY MAY 12, 2021, "Fire pit ordinance stands in Warren" she was allowed to have. Affiant never received WEBER grill back and affiant mower was broken when retrieved from Service Towing Inc., since thrown upside down in landlords 2011 Silverado which was towed at the same time. See Ex   affiant purchased new mower from Menards

12) Plaintiffs 2008 HONDA was marked "blight" on the windshield by the defendants

13) Affiant was never served with any infraction as to her 2008 Honda, WEBER GRILL, and lawn mower when same taken 7/7/21.

14) (P) had an agreement w landlord THROWER mow lawn @ 7568 Hudson Ave., and defendants took her mower. Mower was later observed upside down in landlord

Td 39

EX K

Ex 4

15) THROWER vehicle when 2011 Silverado-also towed was released from (D) SERVICE TOWING INC.

16) Mower would not start-in spite of working before, and had to be scrapped @ GLS Scrap yard, Sherman Ave Warren MI- see Pic O of mower @ GLE scrap yard

17) Affiant purchased a new mower @ MENARDS 21 Mile, receipt annexed hereto as Ex BB

18) Affiant avers that she was in MACOMB ASCENSION HOSPITAL 7//7/21 when 2nd towing took place. Landlord Thrower called Affiant from basement (as admitted to by (D) Scott, (D) Mayor Fouts Ex L and (P) -affiant heard screaming "I WANT THAT HONDA TOWED"!

19) All expenses are correct as annexed to this motion

20) Affiant was terrified of (D)s' and that her 4 cars would be towed again 5/2/20 and had to transport same to CLEVELAND OHIO where they would be safe incurring expenses.

21) If (Ds) had not towed cars, affiant would not have transported 4 cars to OHIO.

22) 5/1/20 1st two cars behind duplex Ex D pic =The other 2 cars- 2012 MAZDA 5 Grand Touring, 2009 Silverado were to the right of the pictured cars behind the security fence Ex N before towed 5/1/20.

23) About 7/30/21 affiant went with landlord Thrower to Warren Police substation Van Dyke to make a police report on the falsified address 7528 Hudson Ave

24) Pursuant to Title 28 USC Section 1746"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the affiant avers under the penalty of perjury that everything is true

9/26/2022

Elizabeth Nelson 5-31-23

**Affiant Elizabeth Nelson**

EX # 4 p2

## AFFIDAVIT OF PLAINTIFF ELIZABETH NELSON

Now comes the affiant under the penalty of perjury per 28 USC Section 1746 and avers:

1) Everything is true in the complaint and amended complaints and motion for summary judgment same as if rewritten herein
2) All exhibits are copies of originals
3) Affiant was in Ohio when notified cars missing, "self isolating" since she is deemed "at risk" for COVID 19
4) Doctor @ Eastern Michigan told affiant "do not come to Michigan because everything is going crazy because of COVID 19.
5) Affiant contacted ALBERT THROWER who was "self isolating being treated for prostrate cancer at METROHEALTH CLEVELAND OHIO, to drive her to WARREN MICHIGAN to retrieve her vehicles
6) Affiant was terrified to travel to Michigan and have to interact with people while the COVID 19 was raging.
7) On 7/5/21, affiant took an ambulance to ASCENSION HOSPITAL 12 Mile & Hoover and was admitted for an infection.
8) Affiant pulled her 2008 Honda Civic behind house at 7568 Hudson Ave Warren Mi.
9) Honda was operable
10) Affiant was informed by ALBERT THROWER-LANDLORD THAT Warren Police, SERVICE TOWING INC., ROBERT SCOTT, JAMES CUMMINS, AND OTHERS HAD TOWED HER CAR.
11) Upon obtaining release of her car affiant notice that paint was missing where SERVICE TOWING INC., had towed her car from the rear
12) When towing her car, Warren Building Inspector and Robert Scott took her mower, WEBER grill, which pursuant to CITY COUNCIL ORDANCE 4/28/21 she was allowed to have. Affiant never received grill back and mower was broken when retrieved from Service Towing Inc., since thrown upside down in landlords 2011 Silverado which was towed at the same time.
13) Affiant needs DISCOVERY to name defendants that towed affiants cars 5/1/20 for liability, interrogatories, compensation & authenticate "chain of evidence" matters


Pursuant to Title 28 USC Section 1746 the affiant avers under the penalty of perjury that everything is true

5/18/2023

_____

*Elizabeth Nelson*
Affiant Elizabeth Nelson


Ex A

Ex 4 p 3

**The New York Times**

https://www.nytimes.com/interactive/2021/us/cuyahoga-ohio-covid-cases.html

U.S.A.          World          Health

# Tracking Coronavirus in Cuyahoga County, Ohio: Latest Map and Case Count

Updated March 23, 2023

We have published redesigned tracking pages to better reflect the current state of the
pandemic. See the new pages here, and read this story to learn more about this change.

## New reported cases



| | DAILY AVG. ON MAR. 23 | PER 100,000 | 14-DAY CHANGE |
|---|---|---|---|
| Cases | 117 | 9 | −25% |
| Test positivity | 7.4% | — | −27% |
| Hospitalized | 235 | 17 | −9% |
| Deaths | 1 | <1 | — |

ww.nytimes.com/interactive/2021/us/cuyahoga-ohio-covid-cases.html

**nts**     **U.S.**    Cuyahoga County, Ohio Covid Case and Risk Tracker



**est positivity rate**

7-day average

**New reported deaths by day**

30-day average

MAY 2, 2023

**Daily average: 3.7**
New deaths: 0

Ex 512

## Average cases per capita in Cuyahoga County

This calendar shows data through 2022 and will no longer be updated in

Gain unlimited access to all of The Times.   $1 a week for your first year.    VIEW OFFER



About this data

## Average cases per capita in Cuyahoga County

Fewer          More

This calendar shows data through 2022 and will no longer be updated in 2023. The Times will continue to report the data for other displays on this page.

**2020**

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | | | | | | | | 1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | |

| May | | | | | | | June | | | | | | | July | | | | | | | Aug. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | | 1 | 2 | 3 | 4 | | | | | | | 1 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | | | | | 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 31 | | | | | | | | | | | | | | | | | | | | | 30 | 31 | | | | |

| Sept. | | | | | | | Oct. | | | | | | | Nov. | | | | | | | Dec. | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 | | | | | | 27 | 28 | 29 | 30 | 31 | |

**2021**

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | | | | | | | 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | |



About this data

## Average cases per capita in Cuyahoga County

Fewer        More

This calendar shows data through 2022 and will no longer be updated in 2023. The Times will continue to report the data for other displays on this page.

**2020**

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | | |

| May | | | | | | | June | | | | | | | July | | | | | | | Aug. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | | 1 | 2 | 3 | 4 | | | | | | | | 1 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | | | | | 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 31 | | | | | | | | | | | | | | | | | | | | | 30 | 31 | | | | | |

| Sept. | | | | | | | Oct. | | | | | | | Nov. | | | | | | | Dec. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 | | | | | | 27 | 28 | 29 | 30 | 31 | | |

**2021**

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | | | | | | | 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | |

10/12/22, 10:30 PM · Macomb County, Michigan Covid Case Tracker - The New York Times

**The New York Times** · https://nyti.ms/3SjvJEY

U.S.A.          World          Health

# Tracking Coronavirus in Macomb County, Mich.: Latest Map and Case Count

Updated Oct. 12, 2022

## New reported cases

**All time** · Last 90 days



|  | DAILY AVG. ON OCT. 11 | PER 100,000 | 14-DAY CHANGE |
|---|---|---|---|
| Cases | 210 | 24 | –4% |
| Test positivity | 18% | — | — |
| Hospitalized | 221 | 25 | +4% |
| Deaths | 2 | <1 | –33% |

About this data

*Ex 6 p 1*

**The New York Times**   https://www.nytimes.com/interactive/2021/us/macomb-michigan-covid-cases.html

U.S.A.          World          Health

# Tracking Coronavirus in Macomb County, Mich.: Latest Map and Case Count

Updated March 23, 2023

We have published redesigned tracking pages to better reflect the current state of the pandemic. See the new pages here, and read this story to learn more about this change.

## New reported cases

**All time**   Last 90 days



|  | DAILY AVG. ON MAR. 23 | PER 100,000 | 14-DAY CHANGE |
|---|---|---|---|
| Cases | 85 | 10 | −24% |
| Test positivity | 11% | — | −11% |
| Hospitalized | 149 | 8 | −8% |
| Deaths | 1 | <1 | — |

ncs    U.S.    Macomb County, Michigan Covid Case and Risk Tracker

est positivity rate

7-day
average

New    MAY 0  2020

**Daily average: 19**
New deaths: 11

30-day
average

Gain unlimited access to all of The Times.  ···· $1 a week for your first year.    VIEW OFFER

Ex 6 p3



**Test positivity rate**

**Hospitalized Covid-19 patients in the Macomb County area**



**New reported deaths by day**



About this data

---

# Average cases per capita in Macomb County

Fewer        More

This calendar shows data through 2022 and will no longer be updated in 2023. The Times will continue to report the data for other displays on this page.

## 2020

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | | | | | | | | 1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | | |

| May | | | | | | | June | | | | | | | July | | | | | | | Aug. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | | 1 | 2 | 3 | 4 | | | | | | | | 1 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | | | | | 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 31 | | | | | | | | | | | | | | | | | | | | | 30 | 31 | | | | | |

| Sept. | | | | | | | Oct. | | | | | | | Nov. | | | | | | | Dec. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 | | | | | | 27 | 28 | 29 | 30 | 31 | | |

## 2021

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | | | | | | | 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | |
| 31 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| May | | | | | | | June | | | | | | | July | | | | | | | Aug. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 | 2 | 3 | 4 | | | | | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 29 | 30 | 31 | | | | |
| 30 | 31 | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Sept. | | | | | | | Oct. | | | | | | | Nov. | | | | | | | Dec. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | | | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | | | | | 26 | 27 | 28 | 29 | 30 | 31 | |
| | | | | | | | 31 | | | | | | | | | | | | | | | | | | | | |

**2022**

| Jan. | | | | | | | Feb. | | | | | | | March | | | | | | | April | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | | 1 | 2 | 3 | 4 | 5 | | | 1 | 2 | 3 | 4 | 5 | | | | | | | 1 | 2 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | | | | | | 27 | 28 | 29 | 30 | 31 | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 30 | 31 | | | | | | | | | | | | | | | | | | | | | | | | | | |

| May | | | | | | | June | | | | | | | July | | | | | | | Aug. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 | | | | | 1 | 2 | | 1 | 2 | 3 | 4 | 5 | 6 | |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 28 | 29 | 30 | 31 | | | |
| | | | | | | | | | | | | | | 31 | | | | | | | | | | | | | |

| Sept. | | | | | | | Oct. | | | | | | | Nov. | | | | | | | Dec. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | | | | | | | | 1 | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 | |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | 30 | 31 | | | | | | | | | | | | | | | | | | | |

## About the data

In data for Michigan, The Times primarily relies on reports from the state, as well as health districts or county governments that often report ahead of the state. The state releases new data once a week, though some counties may still report new data more frequently. Michigan released new data daily until September 2020 and weekdays until July 2021, then on select weekdays until April 2022. The state reports cases and deaths based on a person's permanent or usual residence. The state also includes nonresidents diagnosed in the state, but The Times excludes this category since nonresidents are likely also counted in their home state.

The Times has identified reporting anomalies or methodology changes in the data.

**More about reporting anomalies or changes**

The tallies on this page include probable and confirmed cases and deaths.

**Confirmed cases and deaths**, which are widely considered to be an undercount of the true toll, are counts of individuals whose coronavirus infections were confirmed by a molecular laboratory test. **Probable cases and deaths** count individuals who meet criteria for other types of testing, symptoms and exposure, as developed by national and local governments.

Governments often revise data or report a single-day large increase in cases or deaths from unspecified days without historical revisions, which can cause an irregular pattern in the daily reported figures. The Times is excluding these anomalies from seven-day averages when possible. For agencies that do not report data every day, variation in the schedule on which cases or deaths are reported, such as around holidays, can also cause an irregular pattern in averages. The Times uses an adjustment method to vary the number of days included in an average to remove these irregularities.

---

# Tracking the Coronavirus

### United States

**Latest Maps and Data**
Cases and deaths for every county

**Vaccinations**
How many have been vaccinated, and who's eligible

**Your Places**
Build your own dashboard to track cases

**Hospitals Near You**
How many I.C.U. beds are occupied

### World

**Global Vaccinations**
How many have been vaccinated, by country

### Previous Projects

**Latest Maps and Data**
Cases and deaths for every country

**Vaccines**
Track their development

**Treatments**
Rated by effectiveness and safety

**Mask Mandates**
See state mask guidance for schools and indoors

**Your County's Risk**
See guidance for your local area

**Nursing Homes**
The hardest-hit states and facilities

**Colleges and Universities**
Cases at more than 1,800 schools

**Deaths Above Normal**
The true toll of the pandemic in the U.S.



**Deaths Above Normal**
The true toll of coronavirus around the world

**Early Coronavirus Outbreaks**
Cases in nursing homes, prisons and other places

**Countries**

United States

**States, Territories and Cities**

| | | |
|---|---|---|
| Alabama | Maine | Oklahoma |
| Alaska | Maryland | Oregon |
| Arizona | Massachusetts | Pennsylvania |
| Arkansas | Michigan | Puerto Rico |
| California | Minnesota | Rhode Island |
| Colorado | Mississippi | South Carolina |
| Connecticut | Missouri | South Dakota |
| Delaware | Montana | Tennessee |
| Florida | Nebraska | Texas |
| Georgia | Nevada | U.S. Virgin Islands |
| Guam | New Hampshire | Utah |
| Hawaii | New Jersey | Vermont |
| Idaho | New Mexico | Virginia |
| Illinois | New York | Washington |
| Indiana | New York City | Washington, D.C. |
| Iowa | North Carolina | West Virginia |
| Kansas | North Dakota | Wisconsin |
| Kentucky | Northern Mariana Islands | Wyoming |
| Louisiana | Ohio | |




**Data**

Frequently Asked Questions About the Covid Data

Access the Open Source Covid Data

**Credits**

By Jordan Allen, Sarah Almukhtar, Aliza Aufrichtig, Anne Barnard, Matthew Bloch, Penn Bullock, Sarah Cahalan, Weiyi Cai, Julia Calderone, Keith Collins, Matthew Conlen, Lindsey Cook, Gabriel Gianordoli, Amy Harmon, Rich Harris, Adeel Hassan, Jon Huang, Danya Issawi, Danielle Ivory, K.K. Rebecca Lai, Alex Lemonides, Eleanor Lutz, Allison McCann, Richard A. Oppel Jr., Jugal K. Patel, Allson Saldanha, Kirk Semple, Shelly Seroussi, Julie Walton Shaver, Amy Schoenfeld Walker, Anjali Singhvi, Charlie Smart, Mitch Smith, Albert Sun, Rumsey Taylor, Lisa Waananen Jones, Derek Watkins, Timothy Williams, Jin Wu and Karen Yourish.  ·  Reporting was contributed by Jeff Arnold, Ian Austen, Mike Baker, Brillian Bao, Ellen Barry, Shashank Bengali, Samone Blair, Nicholas Bogel-Burroughs, Aurelien Breeden, Elisha Brown, Emma Bubola, Maddie Burakoff, Alyssa Burr, Christopher Calabrese, Julia Carmel, Zak Cassel, Robert Chiarito, Izzy Colón, Matt Craig, Yves De Jesus, Brendon Derr, Brandon Dupré, Melissa Eddy, John Eligon, Timmy Facciola, Bianca Fortis, Jake Frankenfield, Matt Furber, Robert Gebeloff, Thomas Gibbons-Neff, Matthew Goldstein, Grace Gorenflo, Rebecca Griesbach, Benjamin Guggenheim, Barbara Harvey, Lauryn Higgins, Josh Holder, Jake Holland, Anna Joyce, John Keefe, Ann Hinga Klein, Jacob LaGesse, Alex Lim, Alex Matthews, Patricia Mazzei, Jesse McKinley, Miles McKinley, K.B. Mensah, Sarah Mervosh, Jacob Meschke, Lauren Messman, Andrea Michelson, Jaylynn Moffat-Mowatt, Steven Moity, Paul Moon, Derek M. Norman, Anahad O'Connor, Ashlyn O'Hara, Azi Paybarah, Elian Peltier, Richard Pérez-Peña, Sean Plambeck, Laney Pope, Elisabetta Povoledo, Cierra S. Queen, Savannah Redl, Scott Reinhard, Chloe Reynolds, Thomas Rivas, Frances Robles, Natasha Rodriguez, Jess Ruderman, Kai Schultz, Alex Schwartz, Emily Schwing, Libby Seline, Rachel Sherman, Sarena Snider, Brandon Thorp, Alex Traub, Maura Turcotte, Tracey Tully, Jeremy White, Kristine White, Bonnie G. Wong, Tiffany Wong, Sameer Yasir and John Yoon.  ·  Data acquisition and additional work contributed by Will Houp, Andrew Chavez, Michael Strickland, Tiff Fehr, Miles Watkins, Josh Williams, Nina Pavlich, Carmen Cincotti, Ben Smithgall, Andrew Fischer, Rachel Shorey, Blacki Migliozzi, Alastair Coote, Jaymin Patel, John-Michael Murphy, Isaac White, Steven Speicher, Hugh Mandeville, Robln Berjon, Thu Trinh, Carolyn Price, James G. Robinson, Phil Wells, Yanxing Yang, Michael Beswetherick, Michael Robles, Nikhil Baradwaj, Ariana Giorgi, Bella Virgilio, Dylan Momplaisir, Avery Dews, Bea Malsky, Ilana Marcus, Sean Cataguni and Jason Kao.



10/12/22, 11:52 PM

Google — macomb county population

🔍 All  🖼 Images  📰 News  📍 Maps  🛒 Shopping  ⋮ More          Tools

About 841,000 results (0.59 seconds)

Macomb County  /  Population

# 870,893 (2020)

Oakland County
1.255 million

● Macomb County
870,893

Explore more →

Sources include: United States Census Bureau                    Feedback

## People also ask  ⋮

What percent of Macomb County is black?

What is Macomb County known for?

What is the racial makeup of Macomb County Michigan?

What is the best city to live in Macomb County?

Feedback

https://www.census.gov › quickfacts › macombcounty...  ⋮
### Macomb County, Michigan - U.S. Census Bureau QuickFacts
Population Estimates, July 1 2021, (V2021).. 876,792 ...

https://en.wikipedia.org › wiki › Macomb_County_Mi...  ⋮
### Macomb County, Michigan - Wikipedia
As of the 2020 Census, the population was 881,217, making it the third-most populous county in the state. ... The county seat is Mt. Clemens. ... Macomb County is ...
**Largest city:** Warren          **Named for:** Alexander Macomb
**Seat:** Mount Clemens       **Congressional districts:** 9th, 10th
Clinton Township, Macomb... · Washington Township · Bruce Township, Macomb...

https://www.michigan-demographics.com › macomb-co...  ⋮
### Macomb County Demographics - Get Current Census Data for ...
With 876,792 people, Macomb County is the 3rd most populated county in the state of Michigan out of 83 counties. But watch out, Macomb County, because Genesee ...

https://worldpopulationreview.com › us-counties › mac...
### Macomb County, Michigan Population 2022

## Macomb County
**County in Michigan**

Macomb County is a county located in the eastern portion of the U.S. state of Michigan, bordering Lake St. Clair, and is part of northern Metro Detroit. As of the 2020 Census, the population is 881,217, making it the third-most populous county in the state. county seat is Mt. Clemens. Wikipedia

### Population elsewhere
Macomb Township                        90,759 (2018)
Wayne County, Michigan                 1.753 million (2020)

### Destinations                                        View 1

Lake Saint    Sterling    Warren    St. Clair
Clair         Heights              Shores

### Points of interest                                  View

Ford House    Lake St.    Blake's       Westview
              Clair       Orchard &     Orchards &
              Metropark   Cider Mill    Winery

*Ex 11*

10/12/22, 11:08 PM                                          Cuyahoga county population - Google Search

cuyahoga county population                                    ×   🎤   🔍                              ⚙️  ⠿

🔍 All   🖼 Images   📰 News   📍 Maps   🛍 Shopping   ⋮ More                    Tools

About 3,810,000 results (0.56 seconds)

Cuyahoga County / Population

# 1.241 million (2020)

- **Cuyahoga County**
  1.241 million

Summit County,
Ohio
540,810

Cleveland
383,331

**Explore more →**

Sources include: United States Census Bureau                    Feedback

https://www.census.gov › quickfacts › cuyahogacounty...   ⋮
**Cuyahoga County, Ohio - U.S. Census Bureau QuickFacts**
Population estimates base, April 1, 2020, (V2021).. 1,264,817 ; Population, percent change - April
1, 2020 (estimates base) to July 1, 2021, (V2021).

**People also ask** ⋮

What percentage of Cuyahoga County is black?

What is the population of Cuyahoga County Ohio 2021?

Why is Cleveland's Ohio population declining?

What is the racial makeup of Cuyahoga County Ohio?

Feedback

https://en.wikipedia.org › wiki › Cuyahoga_County_C...   ⋮
**Cuyahoga County, Ohio - Wikipedia**
It is situated on the southern shore of Lake Erie, across the U.S.-Canada maritime border. As of
the 2020 census, its population was 1,264,817, making it the ...
County seat: Cleveland                    Founded: May 1, 1810
Congressional districts: 9th, 11th, 14th, 16th C...   Named for: Cuyahoga River
Defunct townships of... · County Executive of Cuyahoga... · Oakwood

https://www.ohio-demographics.com › cuyahoga-count...   ⋮
**Get Current Census Data for Cuyahoga County, OH**
population icon Population ... With 1,249,387 people, Cuyahoga County is the 2nd most
populated county in the state of Ohio out of 88 counties. But watch out, ...

https://www.countyplanning.us › census-data › 2020-plus   ⋮

Sandusky   **Cleveland**
                    Akron

## Cuyahoga County

County in Ohio

Cuyahoga County is a large urban county located in the
northeastern part of the U.S. state of Ohio. It is situated on t
southern shore of Lake Erie, across the U.S.-Canada mariti
border. As of the 2020 census, its population was 1,264,817
it the second-most-populous county in the state. Wikipedia

**Population elsewhere**

| Ohio | 11.68 million (2020) |
| Franklin County, Ohio | 1.385 million (2020) |
| Lorain County | 369,134 (2020) |

**Destinations**                    View

| Cleveland | Cuyahoga Valley N... | Lake Erie | Lakewood |

**Points of interest**                    View

| The Cleveland Museum... | Rock & Roll Hall of Fame | Cleveland Metroparks Zoo | West Side Market |

Feedback



*Ex 12*

10/13/22, 2:29 PM                Chapter 2.5 - ADMINISTRATIVE HEARINGS BUREAU | Code of Ordinances | Warren, MI | Municode Library

## Code of Ordinances

**Appendices:**

*Cross reference—* Buildings and Building Regulation, Chapter 5; Garbage and Rubbish, Chapter 16; Nuisances, Chapter 21; existing zone-based and existing standards described in Article II and Article V; Property Maintenance, Chapter 26; Sign Erosion and Sign Permit Fees, Chapter 31; Vegetation, Chapter 36; and generally Appendix A, Zoning.

*State Law reference—* MCL 117.4b, MCL 117.4c, and MCL 600.4027.

## Sec. 2.5-1. - Purpose.

The purpose of this chapter is to ensure compliance with the Warren Code of Ordinances designated as blight violations. Previous enforcement mechanisms were not ensuring blight violation code compliance.

(Ord. No. 80-731, § 1, 6-11-19)

## Sec. 2.5-2. - Definitions.

*Blight violation.* A violation of a provision of the Code of Ordinances, including appendices, that is designated as a blight violation.

*Bureau.* The administrative hearings bureau.

*Credit union organization.* A cooperative, nonprofit entity organized for the purposes of encouraging thrift among its members, providing a variety of financial services to its members, and providing an opportunity for its members to use and control their own money on a democratic basis in order to improve their economic and social condition, including credit unions organized pursuant to: the Credit Union Act, MCL 490.101 to 490.601; the laws of another state or territory of the United States, or the laws of the United States.

*Financial institution.* A state or nationally chartered bank or a state or federally chartered savings and loan association, savings bank, or credit union whose deposits are insured by an agency of the United States government and that maintains a principal office or branch office in the State of Michigan under the laws of the State of Michigan or the United States.

*Government-sponsored enterprise.* That term as defined in 2 USC 622(8), or the Michigan State Housing Development Authority created under the State Housing Development Authority Act of 1966, MCL 125.1401 to 125.1499c.

*Mortgage servicer.* A person that, directly or indirectly, services or offers to service mortgage loans, as defined by MCL 445.1651a.

*Rules committee.* A committee comprised of the city attorney, the public service director, and the director of property maintenance, or their representatives.

https://library.municode.com/mi/warren/codes/code_of_ordinances?nodeId=PTIICOOR_CH2.5ADHEBU

45

10/13/22, 2:29 PM                Chapter 2.5 - ADMINISTRATIVE HEARINGS BUREAU | Code of Ordinances | Warren, MI | Municode Library

## Code of Ordinances

Bureau.* Set of rules establishing the administrative hearings bureau's program, including procedures for: issuing written violation notices, default and admission of responsibility, conducting administrative hearings to determine responsibility, issuing final decisions and orders, and appeals.

*Violator.* A person who the administrative hearings officer has found responsible for a blight violation.

(Ord. No. 80-731, § 1, 6-11-19)

## Sec. 2.5-3. - Jurisdiction.

(a) Except as provided in section 2.5-3(b), the bureau has exclusive jurisdiction to make determinations of responsibility and to impose penalties for blight violations.

(b) The bureau does not have jurisdiction over:

(1) A foreclosing governmental unit as defined by MCL 211.78; or

(2) An authority created under the Land Bank Fast Track Act, MCL 124.751—124.774.

(Ord. No. 80-731, § 1, 6-11-19)

## Sec. 2.5-4. - Administrative hearings officer.

(a) *Appointment.*

(1) The mayor shall appoint the primary administrative hearings officer and one (1) alternate.

(b) *Qualifications.*

(1) The primary administrative hearings officer shall be:

I. A current 37th District Court Magistrate or an attorney licensed to practice law in Michigan; and

II. Qualified as required by MCL 117.4q(11).

(2) An alternate administrative hearings officer shall be:

I. A current Michigan District Court Magistrate or an attorney licensed to practice law in Michigan; and

II. Qualified as required by MCL 117.4q(11).

(c) *Duties.*

(1) The primary administrative hearings officer shall:

I. Conduct administrative hearings as provided for by the rules of procedure;

II. If the alleged violator was served proper notice and the alleged violator fails to appear at the scheduled hearing, enter an order of default finding an alleged violator responsible for the violation;

https://library.municode.com/mi/warren/codes/code_of_ordinances?nodeId=PTIICOOR_CH2.5ADHEBU

5

Ex 13 - p 1

iv. Propose necessary rules of procedure changes to the rules committee as provided in section 2.5-5(a)(2); and

v. Impose penalties consistent with section 2.5-7 of this chapter.

vi. If the primary administrative hearings officer is unable to conduct a hearing, make a determination, or impose a penalty, the alternate administrative hearings officer shall conduct the hearing, make the determination, and, if applicable, impose the penalty in a manner consistent with (a)(1)(i), (iv), and (v) of this subsection.

(d) Vacancy.

(1) If the primary administrative hearings officer position is vacant for a period of time longer than thirty (30) days, the administrative hearings bureau is suspended until a primary administrative hearings officer is appointed.

(2) During the suspension, this chapter does not apply and all blight violations are municipal civil infractions handled by the 37th District Court, punishable by a fine of not less than one hundred dollars ($100.00) but not more than one thousand dollars ($1,000.00) and/or costs, assessments and damages and expenses as provided by MCL 600.8727(3).

(Ord. No. 80-731, § 1, 8-11-15; Ord. No. 80-780, § 1, 2-14-17; Ord. No. 80-736, § 1, 3-9-21)

## Sec. 2.5-5. - Rules of procedure.

(a) Adoption and amendment.

(1) The rules committee shall adopt rules of procedure that govern the operation of the administrative hearings bureau.

(2) The rules of procedure shall be amended by the following procedure:

i. The administrative hearings officer proposes changes to the rules of procedure through a written petition to the rules committee;

ii. The rules committee votes on each proposed change. A majority vote determines whether each proposed change is adopted.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-6. - Fine schedule.

(a) City council shall adopt a fine schedule of civil fines and costs for blight violations.

(b) City council shall update the fine schedule as needed.

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-7. - Penalties.

(a) Fines, costs, and other remedies.

(1) The administrative hearings officer shall impose on the violator:

i. Civil fines and costs, pursuant to the the fine schedule; and

ii. A justice system assessment, as provided for by MCL 117.4q(19).

(2) The administrative hearings officer may also order the violator to:

i. Take corrective action to remedy the blight violation;

ii. Reimburse the city for documented enforcement costs; and

iii. Take any other appropriate legal or equitable action.

(3) The administrative hearings officer may waive a fine for a blight violation if he/she finds is that the violator:

i. Is the owner-occupier of the dwelling where the blight violation occurred;

ii. Is a first-time offender of a blight ordinance; and

iii. Has corrected the violation.

(b) An administrative hearings officer shall not impose:

(1) A penalty of incarceration; or

(2) A civil fine in excess of ten thousand dollars ($10,000.00).

(Ord. No. 80-731, § 1, 8-11-15)

## Sec. 2.5-8. - Failure to obey administrative hearings officer's order.

(a) Failure to pay civil fines and costs under section 2.5-7(a)(1) as a separate offense; exemptions and penalties.

(1) Except as provided in section 2.5-8(a)(2), a violator is guilty of a separate offense if:

i. The administrative hearings officer imposes a civil fine and costs of one thousand dollars ($1,000.00) or more on the violator; and

ii. The violator fails to pay the civil fine and costs within thirty (30) days of the administrative hearings officer's responsibility determination.

(2) A violator is exempted from section 2.5-8(a)(1) if the violator:

i. Became the owner of the property by foreclosure or by taking a deed in lieu of foreclosure, and is a government-sponsored enterprise, a financial institution, a mortgage servicer, or a credit union service organization; or

ii. Is the owner of the property, and at the time that the administrative hearings officer imposed the civil fine and costs had filed, pursuant to MCL 211.7cc(2), a valid principal

(Ord. No. 80-731, § 1, 8-11-15)

Ex 13 G2

Chapter 2.5 - ADMINISTRATIVE HEARINGS BUREAU | Code of Ordinance | Warren, MI | Municipal Library

residence exemption affidavit for the current year certifying that the property is
owned and occupied as a principal residence by the owner.

(3) **Penalties.**

1. A violator found guilty of failing to pay civil fines and costs under section 2.5.8(X)(1) is
   subject to the following penalty:

   1. For a first violation, the violator is responsible for a municipal civil infraction and
      may be ordered to pay a civil fine of not more than five hundred dollars ($500.00).

   2. For a subsequent violation, the violator is guilty of a misdemeanor punishable by
      incarceration for not more than ninety-three (93) days or a fine of not more than
      five hundred dollars ($500.00), or both.

(b) Failure to obey the administrative hearings officer's order under section 2.5.7(b)(2) as a
    separate offense.

   (1) If a violator fails to obey the administrative hearings officer's order to correct the blight
       violation and/or pay the city for enforcement costs under section 2.5.7(b)(2), that violator
       is guilty of a misdemeanor punishable by incarceration for not more than ninety (90) days
       or a fine of not more than five hundred dollars ($500.00), or both.

(c) Lien, garnishment, or other collection methods authorized by law.

   (1) If the administrative hearings officer imposes a civil fine and costs on a violator, and the
       violator fails to pay within thirty (30) days of the administrative hearings officer's
       responsibility determination, the property maintenance director or his/her representative
       may pursue any collection method authorized by law including filing a lien on the property
       involved in the blight violation, pursuant to MCL 117.4r; or filing a writ of garnishment,
       pursuant to MCL 600.4027, but not both.

(d) Zoning and building authorizations.

   (1) As provided for in chapter 9, section 9-1 of the Code of Ordinances and appendix A, article
       XXIII, section 23.07(k), the city may prohibit a violator with unpaid administrative hearings
       bureau civil fines or costs from applying for building permits, certificates of compliance,
       variances, rezoning approvals, site plan approvals, planned unit development approvals,
       and other zoning and building authorizations.

(Ord. No. 80-731, § 1, 6-11-15)

# Sec. 2.5-9. - Chapter not inconsistent.

This chapter applies to administrative adjudication proceedings conducted by the bureau to the
extent that it is not inconsistent with the existing Code.

(Ord. No. 80-731, § 1, 6-11-15)

Ex 13 P 3

## ARTICLE I. - IN GENERAL

### Sec. 9-1. - Penalty.

(a) Except if there is an administrative hearings officer vacancy as described in chapter 2.5, section 2.5-4(d), the violation of a provision of this chapter is a blight violation. The administrative hearings bureau shall punish a violator found responsible for a blight violation as provided in Warren Code of Ordinances, chapter 2.5, section 2.5-7.

(b) A violator with any unpaid civil fines or costs imposed under chapter 2.5 of the Warren Code of Ordinances may be ineligible to apply for a building permit, certificate of compliance, or a variance, except if:

(1) The person (1) became the owner of the property by foreclosure or by taking a deed in lieu of foreclosure and (2) is a government-sponsored enterprise, a financial institution, a mortgage servicer, or a credit union service organization, as defined by chapter 2.5, section 2.5-2; or

(2) The person shows that the permit, certificate, or variance will correct, in whole or in part, the blight violation that was the subject of the unpaid fines, costs, or justice system assessments.

(Ord. No. 80-527, § 8, 1-13-98; Ord. No. 80-629, § 1, 3-28-06; Ord. No. 80-650, § 1, 5-8-07; Ord. No. 80-731, § 3, 8-11-15; Ord. No. 80-750, § 2, 2-14-17)

State Law reference— MCL 125.1509c.

### Secs. 9-2—9-15. - Reserved.

‹ Chapter 9 - BUILDINGS AND BUILDING REGULATIONS          ARTICLE II. - BUILDING CODE ›

*Ex 14 p1*

Case 2:22-cv-10918-MFL-APP ECF No: 71, PageID.1082 Filed 06/01/23 Page 60 of 100
Case 2:22-cv-10918-MFL-APP ECF No. 46 PageID.719 Filed 11/14/22 Page 50 of 71
10/14/22, 9:01 PM

# Detroit Free Press

MACOMB

# 'This video is sickening,' attorney says of Detroit teen punched, kicked by Warren police



**Christina Hall**
Detroit Free Press

Published 5:46 p.m. ET Oct. 12, 2022 | Updated 8:29 p.m. ET Oct. 12, 2022

Tyler Wade's attorney said his teenage client was repeatedly punched, kicked and stomped by Warren police officers in a vicious attack after a chase in June that began in Warren and ended in Ferndale.

And attorney James King said it's all on police body camera footage that he released Wednesday, one day after he filed a federal lawsuit on behalf of the Detroit teen. A civilian also recorded the incident.

Ex 15

# PACE ₹

**Public Access to Court Electronic Records**

## *Invoice*

Invoice Date: **10/05/2022**

Usage From: **07/01/2022** to: **09/30/2022**

### Account Summary

| | |
|---|---|
| Account #: | 5501555 |
| Invoice #: | 5501555-Q32022 |
| Due Date: | 11/10/2022 |
| Amount Due: | $129.80 |

| | |
|---|---|
| **Pages:** | 1,298 |
| Rate: | $0.10 |
| Subtotal: | $129.80 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $129.80 |
| **Previous Balance:** | $0.00 |
| Current Balance: | $129.80 |

### Total Amount Due: ➡ $129.80

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

### All Courts Now Converted to NextGen

In the third quarter, the final three courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* North Carolina Eastern District        * Texas Western District
* Texas Northern District

If you have not upgraded your PACER account, here are some helpful hints
* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account
* Remember to link your e-filing account to your PACER account.
   * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
   * For instructions on linking accounts, visit: pacer.uscourts.gov/help/nextgen

---

*Please detach the coupon below and return with your payment. Thank you!*

# PACE ₹
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 5501555 | 11/10/2022 | $129.80 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

---

*Visit pacer.uscourts.gov for address changes.*

Elizabeth Nelson
9620 Cudell Ave
Cleveland, OH 44102

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

*Ex 16*



# SAFEAIRBAGS.COM

P.O. Box 746 | Wheeling, IL 60090

## VEHICLES REGISTERED TO YOUR ADDRESS HAVE AN

# URGENT AIRBAG SAFETY RECALL



099 *AUTO**ALL FOR AADC 480
U223  F3R4-0027084                                3/101/166
VEHICLE OWNER
7568 Hudson Ave Apt A
Warren, MI 48091-5912

LOGIN ID: 00057████

Dear Vehicle Owner,

According to our records, you have 3 registered vehicles linked to your address that are affected by an urgent Takata airbag safety recall. If a part in one of these airbags explodes, it could cause **SERIOUS INJURY** or **DEATH** to the driver and/or passengers. We can help to arrange the **FREE** airbag safety recall repair for your affected vehicles.

## Please visit Commercial.SafeAirbags.com to:



USE YOUR PHONE TO SCAN THIS CODE TO BE TAKEN DIRECTLY TO COMMERCIAL.SAFEAIRBAGS.COM

- See a list of which vehicles are affected.
- Find your closest authorized dealer to complete your **FREE** airbag safety recall repairs.
- Update the status of vehicles you no longer own.

## WHAT YOU NEED TO KNOW:

- All defective airbag safety recall repairs will be completed for **FREE**.
- Most airbag safety recall repairs can be completed in as little as one hour, depending on the vehicle model and the schedule of the dealer completing the recall repair.
- A mobile repair at the vehicle's location, vehicle pick-up and delivery, a loaner vehicle or other alternate transportation may be available - all for **FREE**. Please inquire when scheduling your **FREE** airbag safety recall repair.

We look forward to keeping you and your passengers safe.

Sincerely,
Airbag Safety Recall Team

*Ex 17*

SafeAirbags.com is affiliated with the Settlement Special Administrator appointed by the District Court for the Southern District of Florida to implement several settlement agreements entered into by BMW, Ford, Mazda, Nissan, Subaru, and Toyota an  to conduct outreach on their behalf for the replacement of Takata inflators in those brands' vehicles. For this reason, to the extent you own one or more vehicles manufactured by some other brand, please visit NHTSA.gov to see if that vehicle is affected by the Takata recall.



# SAFEAIRBAGS.COM

# Police Department



William Dwyer was re-appointed Commissioner of the Warren Police Department on August 14, 2017. He previously served as the Warren Police Commissioner from April 2005 until December 2010. He also was elected as Oakland County Commissioner for the 14th District on November 2, 2010 and started his first two-year term on January 1, 2011. In December of 2012 he retired after his fourth two-year term as an Oakland County Commissioner.

Prior to his current assignment in Warren, the Commissioner served 23 years with the Farmington Hills Police Department as Police Chief. Before Farmington Hills, he served 25 years with the Detroit Police Department, where he held the position of Commander of Chief's Staff. Prior to that, he was in charge of the Narcotics Division for seven years, having risen through the ranks from the position of Patrol Officer. Commissioner Dwyer holds a Bachelor of Science degree from Mercy College and a Master's degree in Criminal Justice from Wayne State University. He is also a graduate of the FBI Academy.

He is an active member of the International Association of Chiefs of Police and is a past president of the Michigan Association of Chiefs of Police. In addition to having served as president of the Oakland County Chief's Association and the Southeastern Michigan Chiefs of Police Association. Commissioner Dwyer has served on the Advisory Board of Directors for the Oakland County Narcotics Enforcement Team since 1987. He is the past chairman of the High-Intensity Drug Trafficking Area (HIDTA) and served as Vice Chair in September 2003. In 2001, he was appointed to the Federal Anti-Terrorism Task Force and is still presently a member. He was appointed by the Governor to serve as a member of the Governor's Cabinet Council on Crime in 1989 and serves on the Commission on Children, Youth, and Families. He is on the Farmington Hills/Farmington Community Foundation and also serves as a member of the President's Criminal Justice Advisory Committee of Rochester College and a member of the executive committee of Michigan Citizens for Handgun Control. He served as chairperson of the Oakland County CLEMIS Advisory Committee for 11 years.

In 2004, he was appointed by Governor Granholm to the Michigan Homeland Security Advisory Council. Governor Granholm appointed him to the Michigan Public Safety Communications System Advisory Board in April 2005 and re-appointed him in April 2006. He is a member of the Hundred Club of Detroit and serves as president of the Farmington Hills Goodfellows Association. In 2006, he was awarded the Presidential Medal from the Michigan Association of Chiefs of Police. Commissioner Dwyer was appointed to the State Bar of Michigan Custodial Interrogation Recording Task Force in 2005 and became a member of the Community Outreach Impact Committee. In 2008, Commissioner Dwyer received the Callaghan Award from Wayne State University. In 2010, Crime

Stoppers of Michigan named him the Police Executive of the Year. The Commissioner is also an active member of both the Optimist Club and the Rotary Club.

Commissioner Dwyer is a graduate of L'Anse Creuse High School in Mt. Clemens. He and his wife Dodie have two grown sons.

Most recently in 2011, Commissioner Dwyer was one of the founding members of the newly created Macomb County/Federal Task Force to fight against Illegal Narcotic, otherwise known as F.A.N.T.O.M.

## Warren Police Department Mission Statement

To serve the community and protect the lives, rights, and property of all people in the City of Warren with integrity, equality, and justice.

**Value Statement**
The core values of the Warren Police Department are

**Integrity**
Integrity, the adherence to moral and ethical principles and the consistency of honest and dedicated actions, is our standard. We strive to earn the trust and respect of those whom we serve and work with. We do what is right at all times because it is the right thing to do.

**Professionalism**
All members of the Department will conduct themselves in a manner that is consistent with professional standards for performance, both on duty and off duty. These standards include adherence to our mission statement and other core values. We perform our roles ethically and with integrity as we represent the Warren Police Department, regardless of the circumstances. We hold each other and ourselves accountable to these standards.

**Employees**
We value all who demonstrate self-motivation, dedication, and pride in their work and performance, along with the strength to adhere to what is right in all instances and actions.

**Courage**
Courage is not the absence of fear, but rather its mastery. We will remain courageous in our actions. We recognize that there are two types of courage: physical and moral. Physical courage is recognizing danger to oneself or to others, but persisting in our duty regardless. Moral courage is the adherence to principle, integrity, and dedication, no matter how easy it may be to do otherwise. It is putting character ahead of expediency and putting what is right ahead of what may be popular.

**Respect**
Respect means that we treat each other and the communities we serve as we would like to be treated; with compassion and dignity. Within the Department, we strive to ensure all members are supported and empowered, regardless of rank or position. Outside of the Department, we strive to partner with the communities we serve through transparency, accountability, and building mutual trust. We recognize that respect, as a value, must permeate every police action we undertake.

## Police Department Phone Numbers

*Ex 18*

COPY

STATE OF MICHIGAN
IN THE 37th JUDICIAL DISTRICT COURT
FOR THE COUNTY OF MACOMB

ALBERT D. THROWER,

                    Plaintiff,

    v.                              Case No: 20E101LT

KIM ELIZABETH BRANSON
or / CHERYL BRANSON,

                    Defendants.

MOTION HEARING

BEFORE THE HONORABLE MICHAEL C. CHUPA, DISTRICT COURT JUDGE
Warren, Michigan - Friday, August 20, 2021

APPEARANCES:

Plaintiff in Pro Per:      ALBERT THROWER
                           1312 West 89th Street
                           Cleveland, Ohio 44102

Defendants in Pro Per:     KIM BRANSON
                           CHERYL BRANSON
                           7508 Hudson
                           Warren, Michigan 48091

RECORDED &
TRANSCRIBED BY:            Jessica R. Brown, CER - 7230
                           Certified Electronic Reporter
                           586.574.4914

                    37th District Court
                    Warren, Michigan

---

Warren, Michigan
Friday, August 20, 2021 - 9:18 a.m.

THE COURT: Albert Thrower versus Kim and
Cheryl Branson, 20-8101-LT.

Say your name for me, sir.

MR. THROWER: What was that?

THE COURT: Say your name, please.

MR. THROWER: Oh, Albert Thrower. Albert
Thrower.

THE COURT: Thank you.

Say your name, please.

MR. KIM BRANSON: Kim Branson.

THE COURT: Where is the attorney?

MR. KIM BRANSON: Pardon?

THE COURT: All right. This is the date and
time scheduled for a motion to cancel the jury demand.
What do you want to tell me?

MR. THROWER: This Court wanted them to escrow
the rent and, upon checking with the court, they never
escrowed the rent in July. So, I wanted to convert it to
a judge eviction.

THE COURT: Okay.

Have you paid the escrow?

MR. KIM BRANSON: Up until then, yes.

THE COURT: So you failed to follow the orders

                    37th District Court
                    Warren, Michigan

TD 39
EX U   p 1

EX   19

1   THE COURT:  Say your name, please.

2   MR. SCOTT:  Robert Scott, Director of Property

3   Maintenance, City of Warren.

4   THE COURT:  Okay.  Why are you here?

5   MR. SCOTT:  I'm here on behalf -- if I can

6   intercede, your Honor, on behalf of Ms. Branson and her

7   roommate.  This is a posted vacant house that has been

8   posted as structurally inhabitable.  And due to that --

9   we couldn't find your order.  I had -- I looked for your

10   order and could not find -- I had your clerk look for the

11   order also stating that they should put their account in

12   escrow.  We couldn't find it at the time, so I advised

13   the ladies to stop paying rent because they were paying

14   rent for a house that is inhabitable.

15   Though they couldn't be evicted because of the

16   COVID situation and the current state laws, they -- they

17   are still occupying the house because we can't find them

18   a suitable place for them to move into, which they can

19   afford.  I've also referred them to legal -- legal

20   assistance and they're using a city-based legal

21   assistance trying to get them into a new -- in a new

22   residence.

23   THE COURT:  December 9th of '20, defendants

24   demand jury trial, set for jury trial when able, escrow

25   order entered today, $510 per month must be paid by

5

37ᵀᴴ District Court
Warren, Michigan

---

1   that I set; is that right?  How many payments have you

2   missed?

3   MS. KIM BRANSON:  Right now?  Two.

4   THE COURT:  Okay.  Okay.  Is there anything you

5   want to say?

6   MS. KIM BRANSON:  We were told not to pay any

7   rent on -- on that because there was to be no more money

8   coming from that house to Al Thrower.

9   THE COURT:  Okay.  Who told you not to pay the

10   rent?

11   MS. KIM BRANSON:  The City.

12   THE COURT:  I told you to pay rent to the

13   court, right?

14   MS. KIM BRANSON:  Yes.

15   THE COURT:  Okay.

16   Is there anything you want to say, ma'am?

17   MS. CHERYL BRANSON:  Just what she said.  We

18   were told not to pay anything.

19   THE COURT:  But you knew the court order was in

20   effect and you had been following it for some period of

21   time, right?

22   MS. KIM BRANSON:  Yes, seven months.

23   THE COURT:  Okay.

24   Good morning.

25   MR. SCOTT:  Good morning, your Honor.

4

37ᵀᴴ District Court
Warren, Michigan

Ex 19 P 2

Ex 4 P 2

MR. SCOTT:  Because the state law will not allow them to evicted out.  We have been trying to find them a new residence and assisting them --

THE COURT:  I'm sorry to interrupt you, sir.  Why are you looking for their -- to find a residence?  It's their responsibility to find their own domicile.

MR. SCOTT:  Well, I -- I'm just -- that's why I referred 'em to legal assistance, so they could -- er, when I say when I'm trying to help, I referred them to legal assistance, your Honor.

THE COURT:  You certainly have a right to help if you want to.  I'm not opposing that.

MR. SCOTT:  Right.  It's just -- yeah, my end of helping them is referring to legal assistance, which has been doing a pretty good job for them if I understand correctly.

THE COURT:  You just told me the property is unlivable.  Why would we delay the hearing in a circumstance where they're residing in a property that's unlivable?

MR. SCOTT:  We -- we had -- this has been a long drawn out case, your Honor.  It's -- we had made an arrest a few weeks ago in this.  The Police Department made an arrest on a warrant that was issued by this Court for Mr. Thrower, so we had an arrest made.  He sat in the

7

37TH District Court
Warren, Michigan

---

tenants into the court by the 12th of each month.  If the 12th is a holiday or a weekend, payment is due the next business day.  First escrow payment due December 14th of '20.

MR. SCOTT:  Okay.  Again, your Honor, like I said I wasn't aware of that.  I would never have advised him to go against your order if that -- if I could have confirmed that at the time.  I asked several of the clerks to confirm that for me and they couldn't find it at the time.

THE COURT:  They confirmed it for me because they were compliant.  I told them what to do and they were doing it.

MR. SCOTT:  Okay, your Honor.

THE COURT:  And then you changed their mind.  Ms. Michaels, I see you there.  Do you want to appear as well?

MS. MICHAELS:  Mary Michaels for the intervening party, your Honor.

THE COURT:  What do you want to tell me?

MS. MICHAELS:  Pretty much what Mr. Scott said, that this property has been posted as unsafe therefore cannot be occupied.

THE COURT:  Okay.  Then why are you guys allowing them to continue then?

8

37TH District Court
Warren, Michigan

1 from different directions.
2     MR. SCOTT: Your right, your Honor.
3     MS. MICHAELS: Yes, your Honor.
4     THE COURT: Do you want -- do you still want a
5 jury trial?
6     MR. KIM BRANCH: Yes.
7     MR. CHERYL BRANCH: No.
8     THE COURT: Okay. The Court speaks through its
9 orders. Whether you can find it or not the defendants
10 were painfully aware of the order and they were compliant
11 for six months -- seven months perhaps.
12     I don't know who did what to whom, I don't know
13 if the property is habitable or not. I don't know if
14 this landlord is a slumlord or not. That's for -- a
15 battle for a different day. What I know is I speak
16 through my orders. I meant what I said and I said what I
17 meant. If you want a jury trial, you have to escrow the
18 funds. That doesn't mean he's going to get a nickel at
19 the end of the day. However, the escrow requirement is
20 statutory. It's established by the Supreme Court through
21 our court rules. My enforcement of the escrow order was
22 well within authority and reason and an appropriate use
23 of judicial resources. We have this purpose to guarantee
24 that right. And, given the fact that in December of last
25 year we had no idea when jury trials were going to kick

8

JTH District Court
Warren, Michigan

1 house. He was -- knowing that we were outside the house,
2 he sat inside the house for approximately 18 hours
3 knowing this.
4     MS. THROWER: I object on any of this.
5     THE COURT: Stop talking, sir.
6     MR. THROWER: Okay.
7     MR. SCOTT: So -- so we then arrested him and
8 at that time we took so quick a court date so we could
9 get to try to get this adjudicated.
10     THE COURT: Okay. So what's the City's
11 position on the failure to comply with the order?
12     MR. MICHAELS: Your Honor, under
13 landlord/tenant law if a residence is unhabit- --
14 inhabitable that could be taken into consideration in the
15 payment of rent.
16     THE COURT: That's absolutely true, but he's
17 requesting a hearing by the Court; they demanded a jury
18 trial. In order to satisfy the condition for jury trial,
19 I followed the court rule, which required an escrow.
20 They failed to meet the escrow conditions twice. So why
21 would we delay the proceedings further? If you're
22 looking to expedite the process, waiting for a jury date
23 is months or a year away. So his request to deny the
24 jury and have a bench trial would expedite the hearing,
25 which it sounded like you guys are saying the same thing

9

JTH District Court
Warren, Michigan

Ex U p 4
EX 19 p 4

1    THE COURT:  Nine a.m., sir.

2    MR. THROWER:  Nine a.m.

3    MR. SCOTT:  Thank you, your Honor.

4    THE COURT:  Have a good day.

5    (At 9:29 a.m., proceedings concluded)

---

1    STATE OF MICHIGAN)

2    COUNTY OF MACOMB)

3         I, Jessica R. Brown, certify that this transcript,

4    consisting of 12 pages, is a complete, true, and correct

5    transcript to the best of my ability, of the proceedings and

6    testimony taken in this case on Friday, August 20, 2021.

7

8

9    September 14, 2021

10                          JESSICA R. BROWN, CER-7230
                            Certified Electronic Reporter
11                          8300 Common Road
                            Warren, Michigan 48093
12                          586.574.4914

13

14

15

16

17

18

19

20

---

1    off again, it seemed prudent to require the occupiers of

2    the property to escrow the funds with the Court.  Whether

3    those funds are applied to the rent back -- back rent, if

4    any, or returned to the tenants if rent is not -- is

5    abated, that's a battle for a different day.  But two

6    months late is two months late and, quite candidly, it

7    seems like I'm doing you a favor.

8         Motion to cancel jury trial is granted.  Do you

9    have your scheduler handy, Mr. Thrower?

10    MR. THROWER:  Yes.

11    THE COURT:  Ladies, can you appear next Friday?

12    Can you come next Friday for the hearing?

13    MS. KIM BRANSON:  Yes.

14    THE COURT:  Okay.

15    Mr. Thrower, are you available on Friday?

16    MR. THROWER:  Yes.

17    THE COURT:  Hearing on the action for eviction

18    will be conducted August 27th at nine o'clock in person

19    at the courthouse here.  Make sure you have all of your

20    witnesses lined up; whoever is going to testify has to be

21    present and available to be questioned.  If somebody is

22    not here, then their testimony is -- doesn't exist so

23    make sure that both of you line up the witnesses.  We'll

24    see you next Friday.

25    MR. THROWER:  Okay.  That's at 8:45?

10

37TH District Court
Warren, Michigan



Together We Thrive

| Cuyahoga County Exec_____

— Summer 2020

Dear Property Owner,

The COVID 19 Crisis is the worst crisis we have lived through in most of our lifetimes. It has impacted people's health, their jobs, and businesses throughout our County. It is part of the duty of County Government to collect property taxes and to distribute those taxes to your municipality, school district and state. We have always offered help to residents who are struggling with their property tax payment. But now, more than ever, I want to be sure you know that we are here to help you during this time of extreme hardship.

If you are unable to pay the Second Half 2019 tax balance (due by Thursday August 13, 2020) or if you have had difficulties paying your property taxes in the past and you have delinquent taxes, the County has expanded its delinquent tax payment plan options. These options could assist you in addressing the matter. We are attempting to reach out to you in a genuine effort to discuss your present situation and try to help you through these unprecedented times. The County has instituted the following measure until further notice:

- For taxpayers who can't meet the terms of their delinquent contract, the Treasurer may offer you a new contract.

We hope you will take advantage of this opportunity to resolve your tax situation. For further information on our payment plans or to review your situation, please call us Monday through Friday 8:30 a.m. through 4:30 p.m. at (216) 443-7420 for general tax issues or (216) 443-7698 if you have long-term delinquencies. We look forward to hearing from you.

I hope that you and those you love are safe and well.

Sincerely,

County Executive Armond Budish

Note: If you have recently paid the taxes in full, made arrangements with our office to enter into a payment plan or filed for bankruptcy, please disregard this notice.

Ex 22

2079 East Ninth Street   |   Cleveland, Ohio 44115   |   216-443-7181   |   www.cuyahogacounty.us

www.wxyz.com

⚡ 9 weather alerts  🚧 3 closings/del

Warren Mayor Jim Fouts ⟨...⟩ police to increase ⟨...⟩ r enforcement of social distancing ⟨...⟩ idelines. According to a letter from Fouts, he ⟨...⟩ having ⟨...⟩ ice conduct patrols of retail areas and issue warnings or citations for repeated failures to com⟨...⟩ ith social ⟨...⟩



_Posted at 1:25 PM, May 06, 2020 and last updated 10:47 PM, May 06, 2020_

# WARREN, Mich. (WXYZ) — Warren Mayor Jim Fouts is instructing police to increase their enforcement of social distancing guidelines.

According to a letter from Fouts, he will be having police conduct patrols of retail areas and issue warnings or citations for repeated failures to comply with social distancing.

### Recent Stories from wxyz.com

AD



See map here

_Data from The Center for Systems Science and Engineering at Johns Hopkins University_

**Coronavirus Vaccine Resources & Information**

- ⟨...⟩ higan COVID-19 vaccine hub
- City of Detroit CC⟨...⟩ D-19 vaccine hub
- Lapeer County COVID-19 vaccine hub
- Lenawee County COVID-19 vaccine hub
- Livingston County COVID-19 vaccine hub
- Macomb County COVID-19 vaccine hub
- Monroe County COVID-19 vacci⟨...⟩ hub
- ⟨...⟩ i County COVID-19 vaccine hub
- Sanilac County C⟨...⟩ ID-19 vacci⟨...⟩ ⟨...⟩ b
- St. Clair County COVID-19 vaccine hub
- Washtenaw County COVID-19 vaccine hub
- Wayne County COVID-19 vaccine hub

Ex 24 1

www.wxyz.com

"At checkout lanes floors should be clearly marked 6 feet apart and you should be limiting the number of people in your business at a given time. In addition, you should encourage customers to go down aisles one way so they are not bumping into each other," Fouts wrote in the letter.

"I understand that this may pose a hardship on some businesses, but such a hardship is insignificant when compared to the threat posed to our community, particularly our senior citizens and those with preexisting conditions, by COVID-19. I think if you follow these guidelines you will have more consumer's wanting to patronize your business when you put employee and customer safety first," he said.

**Additional Coronavirus information and resources:**

Read our daily Coronavirus Live Blog for the latest updates and news on coronavirus.

Click here for a page with resources including a COVID-19 overview from the CDC, details on cases in Michigan, a timeline of Governor Gretchen Whitmer's orders since the outbreak, coronavirus' impact on Southeast Michigan, and links to more information from the Michigan Department of Health and Human Services, the CDC and the WHO.



FOR IMMEDIATE RELEASE
February 26, 2020

Contact: Mayor Jim Fouts
Telephone: (586) 574-4520

## Warren Mayor Jim Fouts
## Prepares Warren For Influenza String A
## And Coronavirus (COVID-19)

**Warren, MI** – Over these past weeks we have all watched as news of the spread of Coronavirus in China, other parts of Asia and across the globe has been thrust onto our TV screens.  As Mayor, it is my goal to educate, detect, and prevent any potential threat to our community here in Warren.

**These steps have been taken to protect the citizens of Warren during a potential threat to their health:**

- **I have released a Public Service Announcement (PSA), and will continue to educate the public on the symptoms and prevention of COVID-19.**
- **We have implemented a public health management decision making training for all Police and Fire personnel on COVID-19.**
- **Our dispatchers have been educated on COVID-19 risk assessment so that they can alert and assist our first responders of potential risk on any call on which they are sent.**
- **I have issued all municipal buildings to display educational materials from the Center for Disease Control and Prevention (CDC), to help educate and identify symptoms of the COVID-19 virus.**
- **City Hall will feature hand sanitizing stations at each entrance and at each Department counter, to reduce the spread of all viruses.**

- **I will be setting up meetings at local hospitals (Beaumont and St. John Ascension) to make sure they have protocol in place.**
- **We will be meeting with local schools to educate them on symptoms to look for with students and staff.**
- **Masks and gloves will be available for residents visiting city hall, and employees.**

This virus also affects the economic stability of not only China but also the U.S. and the world.  **I think our companies may have to rethink investment in China.**

The great economic boom that we have had may now have a downturn into a nasty recession because of the inability of the many plants in China to function because of this disease.

This could even affect the U.S. Presidential election in November.  It currently affects the production of GM, Ford, and many other U.S. companies.

First, Warren residents should take comfort in knowing, health officials have informed us that the risk of Coronavirus to our community at this time remains low.  Secondly, in a series of pro-active steps I have authorized City Administrators to implement a number of preventative measures.

For further information, please visit the Center for Disease Control and Prevention website at www.cdc.gov and the Michigan Department of Health and Human Services at www.michigan.gov/mdhhs.

**There is still more to be learned**

COVID-19 is an emerging disease and there is more to learn about its transmissibility, severity, and other features and what will happen in the United States.  New information will further inform the risk assessment.

We will continue to work closely with all federal, state, county and other municipal partners to mitigate potential risk and immediately address any local signs of infection.  Our residents can feel at ease knowing that their health and well-being is now and always will be my number-one priority.   My administration, beginning with Police Commissioner Bill Dwyer, Fire Commissioner Skip McAdams, and all first responders are diligently working to ensure your safety.

Finally, my goal continues to be to serve and protect the citizens and visitors in Warren.

**I WANT EVERYONE TO BE PREPARED NOT SCARED!**

Ex 23



 

# Staying Safe at Home During the Coronavirus Crisis

To avoid being exposed to the coronavirus, it's important for everyone to stay at home. This is particularly true for older adults and people with some chronic conditions, who have a higher risk for complications from COVID-19—the illness caused by the coronavirus. The Eldercare Locator and the Alliance for Aging Research have teamed up to bring you the facts—so you can keep yourself and loved ones safe and healthy during this public health emergency.

## Why Older Adults and People with Chronic Conditions are at Higher Risk

Our immune systems weaken as we age, making it harder to fight off infectious diseases. Cancer treatment, immune deficiencies, smoking and prolonged use of medications that weaken the immune system can also make it harder for the body to fight off the virus. People with certain chronic health conditions—including heart disease, lung diseases, obesity, diabetes or liver disease—also have a harder time fighting the virus.

## Protecting Yourself

**There is currently no vaccine available to prevent COVID-19 and no medication to treat it, so the best way to prevent illness is to avoid being exposed to the virus.** COVID-19 is thought to spread primarily through respiratory droplets from coughs or sneezes. It may also be transmitted after you have touched a surface or object with the virus on it and then touch your mouth, nose or eyes. The Centers for Disease Control and Prevention (CDC) advises older adults to:

- Stay home
- If you do need to go out in public, stay at least 6 feet apart from others and wear a simple cloth face covering to help prevent the spread of the disease to others
- Avoid high-touch surfaces like elevator buttons, door handles and counters. If you must touch these surfaces, use a tissue or disposable wipe to touch them
- Don't touch your face, nose, eyes or mouth
- Wash your hands with soap and water often; hand sanitizers are ok to use if they contain at least 60% alcohol

## Symptoms of COVID-19

Not everyone with COVID-19 will experience symptoms, or the symptoms may be mild enough that you don't realize you are infected, even though you are contagious. Symptoms of COVID-19 typically appear 2 to 14 days after exposure and may include:

- Fever
- Cough (usually a dry or unproductive cough)
- Difficulty breathing or shortness of breath
- Fatigue
- Loss of smell and taste
- Body aches
- Nausea, diarrhea, stomach aches or vomiting

## What to Do if You Get Sick

Call your health care provider if you think you may have been exposed to someone with COVID-19 and begin to develop symptoms. They can advise you on whether to get tested for the virus. **In most cases, it's best to stay at home to avoid infecting others—or becoming infected yourself.**

Most people who become infected with COVID-19 can recover at home. For some people, however, the virus can be serious or fatal. Call 911 and seek immediate medical care if you experience:

- Trouble breathing
- Persistent pain or pressure in the chest
- Confusion not experienced previously
- Bluish lips or face
- Any other severe symptoms

## Protecting Yourself from Scams

Unfortunately, there are scammers trying to take advantage of this crisis by pretending to sell you tests or medicines. According to the Consumer Financial Protection Bureau (**www.consumerfinance.gov**), the best defense is to say NO to anyone you don't know who contacts you (by phone, in person, by text message or email) and asks for your Social Security Number, bank account number, credit card information, Medicare ID number, driver's license number or any other personally identifiable information.

## Need Support to Stay Safe at Home?

Every community has resources to help older adults age well at home—for example, programs that provide home-delivered meals, transportation to medical appointments, in-home services, resources for caregivers and other supports that can help older adults live independently and safely at home. While some activities are paused during this crisis, especially those that bring people together in group settings, local Area Agencies on Aging are adapting programs to meet the increasing need for social engagement.

Older adults and caregivers can always contact their local Area Agency on Aging to find out what help may be available locally. To learn what's available in your area, contact the Eldercare Locator at (800) 677-1116 or **eldercare.acl.gov**. You can also get answers to commonly asked questions about the pandemic at **www.coronavirus.gov**.

**In your community, contact:**



Generations
Area 13 Agency On Aging & Disability

1-800-742-9002

  

This fact sheet was developed by the Alliance for Aging Research and the Eldercare Locator, which is administered by the National Association of Area Agencies on Aging (n4a) and funded by the U.S. Administration for Community Living.

April 2020 / Updated versions may be found at eldercare.acl.gov or www.agingresearch.org/COVID19safety.

This project was supported, in part, by grant number 90EEIR001, from the U.S. Administration for Community Living, Department of Health and Human Services, Washington, DC 20201. Grantees undertaking projects under government sponsorship are encouraged to express freely their findings and conclusions. Points of view or opinions do not, therefore, necessarily represent official Administration for Community Living policy.

ww.freep.com

MARKETPLACE
For & Place Classifieds

# Detroit Free Press

SUBSCRI
$1 for the firs

# COVID-19 sweeps through Warren PD, closes City Hall



**Christina Hall**
Detroit Free Press

**View Comments**

Just under three dozen Warren city employees, including 16 police officers, have tested positive for coronavirus or have symptoms that are requiring them to quarantine, city officials said Monday.

Several were in the police department's special response team, which went to a barricaded gunman situation two weeks ago. Police Commissioner Bill Dwyer said. He said those officers were "closely confined in a vehicle" and they wore masks "as much as they could," adding that at some point those officers can't do their job with a mask on.

Other affected officers, Dwyer said. either are on patrol or in training. The officers could have come into contact with the virus as part of their regular duties and with someone who had the virus or from other officers.



Eggstraordinar

## More Stories


the Memorial Tournament

## ACTUAL OUT OF POCKET EXPENSES OF PLAINTIFF NELSON

1st 5/1/20 Towing Expenses

| | |
|---|---|
| Turnpike fee 5/2/20 to travel to Warren Michigan     2X-round trip 6.50 each | 13.00 |
| Gas for trip round trip 197 miles   Cleveland-Warren | 100.00 |
| Tow fees 4 cars   5/1/20  $350 x 4 = | 1400.00 |
| (D)s' took Grill of plaintiff (P) | 50.00 |
| Disinfectant to clean cars-clean markings off windshields | 10.00 |

Gas to drive 4 cars back to 7568 Hudson Ave – then driven to CLEVELAND OH  250.00
Because of (D) harassment & tow yard employee said (D) ROBERT SCOTT would tow
Cars again if taken back to 7568 Hudson Ave Warren, MI See Affidavit THROWER
Ex K

| | |
|---|---|
| 4X Trips Ohio turnpike for 4 cars     round trip = 8x x 6.50 | 52.00 |
| 4x Cars to Cleveland Ohio  6.50 OHIO Turnpike Fee | 26.00 |
| MASK to travel with  due to COVID 19-disinfectant | 20.00 |

Interest on Expenses

2nd 7/7/21 Towing expenses

| | |
|---|---|
| Tow fee 2008 HONDA CIVIC | 315 |
| WEBER GRILL -taken @ same time as admitted in 37th District Court by (D) ROBERT SCOTT  -grill was taken 2nd time | 75.00 |
| MOWER-see receipt for new mower-it was (P) job to mow grass with her mower- (P) had to purchase new mower     RECEIPT MENARDS | 169.00 |
| Gas to Pick up Mower -MENARDS 21 mile | 10.00 |
| Gas in Mower | 1.00 |
| Damage to Paint towing 2008 HONDA from rear  See Ex I   Pic | 800.00 |
| Gas to Drive 2008 HONDA to Cleveland OH-as (P) was afraid would be towed again | 20.00 |
| Ohio Turnpike Fee take 2008 Honda to Cleveland OH         7/21 | 6.50 |
| Transcript of Eviction Hearing 8/22 37th District Court Case 206101LT | 100.00 |

Exh 17 pg 1

27

**GENERAL EXPENSES FILING ACTION**

| | |
|---|---|
| Cost of Filing lawsuit | 402.00 |
| Round trip Gas to 231 Lafayette Blvd Detroit MI Courthouse   2X | 20.00 |
| Parking   @ Courthouse 2X    $10 each time | 30.00 |
| Cost of Process Server | 150.00 |
| Postage | 20.00 |
| Paper | 15.00 |
| Ink  for printer | 20.00 |
| PACER QUARTERLY ACCOUNT          Ex | 129.80 |
| Paper- 4 reams 500 sheets CVS          @ $7.79 each       + tax | 35.00 |
| Interest on Expenses | |
| Postage Mailing Copies   3 defendants  Ex | 20.00 |
| Postage Mailing Briefs | 20.00 |
| Postage Mailing Briefs | 20.00 |

27

Exh 15 pg 2

Ex 30 p²

- I made the decision to not enforcing grass cutting fines in order to allow for safe and clean neighborhoods free of rodents, etc.
- Suspended Water Shut-Offs
- WWTP is functioning
- Established Food Assistance Hotline
  - Partnered with local food pantries
- Partnership to bring more food to Warren residents through Forgotten Harvest, Gleaner's and Salvation Army

9

This virus also affects the economic stability of not only China but also the U.S. and the world. I think our companies may have to rethink investment in China.

The great economic boom that we have had may now have a downturn into a nasty recession because of the inability of the many plants in China to function because of this disease.

This could even affect the U.S. Presidential election in November. It certainly affects the production of GM, Ford, and many other U.S. companies.

First, Warren residents should take comfort in knowing, health officials have informed us that the risk of Coronavirus to our community at this time remains low. Seriously, as a means of proactive steps I have authorized City Administrators to implement a number of preventative measures.

For further information, please visit the Center for Disease Control and Prevention website at _____ and the Michigan Department of Health and Human Services at _____

There is still more to be learned

COVID-19 is an emerging disease and there is more to learn about its transmissibility, severity, and other features and what will happen in the United States. New information will further inform the risk assessment.

We will continue to work closely with all federal, state, county and other municipal partners to mitigate potential risk and immediately address any local signs of infection. Our residents can feel at ease knowing that their health and well-being is now and always will be my number-one priority. My administration, beginning with Police Commissioner Bill Dwyer, Fire Commissioner Skip McAdams, and all first responders are diligently working to ensure your safety.

Finally, my goal continues to be to serve and protect the citizens and visitors in Warren.

I WANT EVERYONE TO BE PREPARED NOT SCARED!

11

EXHIBIT A

FOR IMMEDIATE RELEASE                                    Contact: Mayor Jim Fouts
February 26, 2020                                        Telephone: (586) 574-4520

Warren Mayor Jim Fouts
Prepares Warren For Influenza Sizing A
And Coronavirus (COVID-19)

Warren, MI – Over these past weeks we have all watched as news of the spread of Coronavirus in China, other parts of Asia and across the globe has been thrust onto our TV screens. As Mayor, it is my goal to educate, detect, and prevent any potential threat to our community here in Warren.

These steps have been taken to protect the citizens of Warren during a potential threat to their health:

- I have released a Public Service Announcement (PSA), and will continue to educate the public on the symptoms and prevention of COVID-19.
- We have implemented a public health management decision making training for all Police and Fire personnel on COVID-19.
- Our dispatchers have been educated on COVID-19 risk assessment so that they can alert and assist our first responders of potential risk on any call on which they are sent.
- I have issued all municipal buildings to display educational materials from the Center for Disease Control and Prevention (CDC), to help educate and identify symptoms of the COVID-19 virus.
- City Hall will feature hand sanitizing stations at each entrance and at each Department counter, to reduce the spread of all viruses.
- I will be setting up meetings at local hospitals (Beaumont and St. John Ascension) to make sure they have protocol on point.
- We will be meeting with local schools to educate them on symptoms to look for with common core tests.
- Masks and gloves will be available for residents visiting city hall, and employees.

10

EXHIBIT B

March 12, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION – CITY OF WARREN - WARREN MAYOR JIM FOUTS TO ANNOUNCE ACTIONS WARREN WILL BE TAKING IN REGARDS TO COVID-19

Coronavirus (COVID-19) actions will be announced later today to serve and protect all people in Warren.

1) I will be meeting with major department heads at Noon today.
2) I will also be meeting with members of the various churches in Warren later today, after the staff meeting.
3) I will also be contacting leaders of the various school districts in Warren.
4) I will also contact some major state leaders.
5) I did receive a call from the Governor yesterday.
After all of the above I will then announce additional actions that Warren will be taking to protect people against this virus. I am also requesting that all political leaders in Warren put aside their differences to be united to serve and protect our citizens. All hands on deck for this pandemic and no time for political games or partisanship!

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-4958.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square, Suite 215
Warren, MI 48093-5276
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

Ex 30 p3

12

EXHIBIT C

March 12, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - COVID-19 ACTION BY MAYOR FOUTS

Below is a list of actions I have immediately issued to protect Warren citizens:

1) Moratorium on Water shutoffs.
2) Friday Closure of Warren Community Center, Fitzgerald Recreation Center, and Owen Jax Center thru the end of Month. Transportation for seniors and those with special needs will remain active. Meals on Wheels at Owen Jax will also tentatively remain active. Civic Theatre Productions on hold.
3) Fire and Police have pressed for screening potential patients with coronavirus.
4) All non-essential persons prohibited from senior housing facilities at Stilwell and Jough Creek. All gatherings for various activities such as St. Patrick's Day, Bingo, Euchre, and other such events cancelled.
5) Human Resources will be issuing guidelines to all employees regarding proper steps to take to limit exposure.
6) Building Maintenance will have stepped up efforts to sanitize all publicly utilized areas, including railings, elevators, door knobs and counter tops. This includes repeated cleaning throughout the day.
7) All children's toys have been removed from Libraries and additional efforts have been issued involving cleaning blocks and keyboards, and patrons will be ensuring their own library cards.
8) City inspectors also have pressured in plans to ensure the homes/facilities before they enter.

I have met with several religious leaders and school officials and both have taken proper precautionary efforts and will reopen and collaborate with the city to protect their parishioners. I will discuss more of this later.

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

13

EXHIBIT D

March 13, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE FROM WARREN MAYOR JIM FOUTS REGARDING WARREN CLOSURES/ACTIONS PERTAINING TO CORONAVIRUS (COVID-19)

ATTENTION: I have ordered the following Warren closures due to the coronavirus epidemic:

1) All Warren Public Libraries will be closed effective this Monday thru at least the end of the month.

2) Warren City Hall will be closed to the public effective this Monday thru at least the end of the month.

3) ALL city personnel will still be reporting to work and we will take emails and phone calls as well.

4) AARP tax service will also be closed until further notice.

Note: I have received reports that there maybe suspected cases of the virus in Warren. I await further information including additional testing. This is a FLUID situation and subject to change. GM has also closed down the Tech Center except for essential staff. The GM Tech Center is directly across from Warren City Hall. The Governor is also recommending that all houses of worship should be closed of over 250 people are gathering. I have received calls and suggested to Pastors that they too consider closure in order to make it safe for their parishioners.

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

14

EXHIBIT E

March 19, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN MAYOR JIM FOUTS DECLARES A STATE OF EMERGENCY

As the chief executive (Mayor) of Warren, I have officially declared a State of Emergency for the city of Warren effective Monday March 23, 2020. This will do the following:

1) Employees will be able to work from their homes. This allows a safe distancing between city employees to ensure their safety by having minimum contact with other employees. This will help to deter the spread of the coronavirus.
2) This will allow me to designate our three community centers* as health auxiliary facilities. This will assist that somewhere and the medical community when the need arises.
3) Essential services will remain in operation during this crisis.
4) I will continue working at Warren City Hall, although many employees will be working from home through telecommunications.

*Warren Community Center, Owen Jax Center and Fitzgerald Recreation.

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

15

EXHIBIT F

March 23, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN MAYOR JIM FOUTS ESTABLISHES WARREN EMERGENCY FOOD HOTLINE DURING COVID-19 CRISIS

During this time of great crisis we need to focus on two words: Faith and Focus I have an EMERGENCY HOTLINE 586-574-4526 for senior Warren residents as well as those with pre-existing conditions who are in need of food. Please for those only who are in great need! This will be coordinated with local food pantries and volunteers from Warren. Those wishing to help out can also call the HOTLINE number 586-574-4526. Indicate that you are able to assist and leave your phone number. THANK YOU.

Can be reached at Office 586-574-4522, Mobile 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

16

Ex 30 p4

**EXHIBIT G**

April 5, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN -
Mayor Fouts Arrange Forgotten Harvest At Warren City Hall Every Monday

Forgotten Harvest will be at Warren City Hall from 9 AM until 1 PM every Monday for the
next six weeks to provide free food packages for unemployed needy Warren residents. They
will have up to 750 packages. No contact as they will put the food packages in the clean
trunk of your car. We have Warren volunteers to help out every Monday. Go to the south
parking lot for the food distribution!

Other: 586-574-4520, Cell 586-481-0545, Home 586-573-8604.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square - Suite 215
Warren, MI 48093-6726
586-574-4520
mayorscity@cityofwarren.org
www.cityofwarren.org

17

PUT OUT A REQUEST FOR PPE FOR THAT HOSPITAL. "Help is on the way from
Michigan suppliers.

7)Don't go to the hospital unless you are very sick as our hospitals are overwhelmed with
coronavirus cases. It's extremely dangerous to go to a hospital at this time. Do want an
supporting our medical personnel with any support including masks, lunch extraordinaire a local
restaurant, and support for their families and work that they do! I have arranged for a place in
Warren to supply our hospital people in Warren with lunch.

Please support PRESIDENT TRUMP on his strong recommendation that we all follow
guidelines including that you wear a mask when outside your home. And stay home for the next
2 weeks. We must follow the suggestions of our President, the CDC, and our Governor."

Thank You!

"On a conference call with the White House today President Trump informed us of the various
equipment being ordered. Such as 100,000 ventilators are on their way. He stressed that the
government is working diligently to make sure all hospitals are adequately supplied."

Other: 586-574-4520, Cell 586-481-0545, Home 586-573-8604.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square - Suite 215
Warren, MI 48093-6726
586-574-4520
mayorscity@cityofwarren.org
www.cityofwarren.org

19

**EXHIBIT H**

April 8, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE
FROM MAYOR FOUTS ON COVID-19 CONCERNS/QUESTIONS

PLEASE BE SAFE by staying home this week, self distancing. This can save your life
and can last 3-4 days on surfaces!

I have requested some clarifications from the Governor's office regarding Warren citizens'
concerns and questions.

1)LANDSCAPING Service has—Apparently and unfortunately it is still an essential
practice is that in Warren if you are merely using a service for lawn care, no this is not
more than that, the city will not be issuing tickets. Anything above and beyond this
adhere to the state mandate. I do respectfully disagree and urge lawn services to provide
service for seniors and those with special needs.

2)UNEMPLOYMENT checks—They are currently overwhelmed with calls. I have
suggested that you log on and do your request over the internet rather than by phone. It takes
you about 20 minutes to complete and then your check will be in the mail.

3)FASTEST WAY TO FILE ONLINE is if your last name begins with A-L 8 a.m.
Wednesday or Friday, M-Z File Sun, Tues or Thurs. Anyone unable to file can file on
Saturday.

4)Governor has taken charge of getting needed supplies for Michigan hospitals and the
Michigan companies to supply what is only supplied by China. Thank you Governor!

ALSO POSTMASTER ANSWERS:
1)I spoke with the Warren Postmaster and he informed that mail may be delayed a day
because of coronavirus illness and 14 day isolation. The main supplier for all Post Offices is
Topeka, Kansas. When they have a problem it affects everyone.
2)The Postmaster has assured me that the mail is safe and that there is no known record of
anyone getting the virus from their mail.

HOSPITALS:
1)I spoke with union officials at various hospitals in the area and they reiterate that the need
to send of PPE (personal protective equipment) and that includes N95 masks, gowns, etc.
fields, eye protectors, and other equipment. NOTE: I spoke with a nurse at Warren Ascension
Hospital on 12/Macomb and she said they are in great need for N95 masks, gowns, and gloves!

18

**EXHIBIT I**

April 10, 2020

ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE
FROM MAYOR FOUTS ON WARREN SANITATION EFFORTS-LAWN MOWING

Great union* employees at Sanitation & DPW makes Warren the best in the Metro area! We are
the only city in this area that is still picking up everything including compost. All other
surrounding cities are NOT picking up compost. What's next for those cities? Recycling?
Garbage? Those surrounding cities also have picture outside as services and we do not! In
Warren we borrowed HIRE MILLION DOLLARS as more our own mechanized sanitation trucks
and garbage men. These others on social distancing and we order for the workers since they don't
have to touch the trash. So while each pick up in other cities is languishing Warren is completing
the job.

My priority is always to serve and protect our citizens and that's why I also will NOT ticket
people for lawn mowing and edging. That's an essential service and without that service we would
have tall weeds, rats, mice, and mosquitoes. Our neighborhoods would become blighted and
blight began light*. Warren has one of the largest populations of senior citizens and that
depend upon a lawn service to do many people with modest special needs due to injury and
illness. I deduce and commend Governor Whitmer's effort to keep us safe but prohibiting grass
cutting is one that I must respectfully disagree with.

However, I urge Warren residents to try to get by without lawn mowing until it is absolutely
necessary. At least for the next few weeks. The Governor's office responded to my lawn cutting
question by saying: "No, EXCEPT IF THE SERVICE IS NECESSARY TO MAINTAIN AND
IMPROVE THE SAFETY, SANITATION, AND ESSENTIAL OPERATIONS OF A
RESIDENCE." My interpretation of this quote is that you have cutting in an essential service! I
do strongly support the Governor's efforts to keep us safe by social distancing.
*Only scheduled sanitation day in the metro area with the exception of Warren Fouts.

**That's why we will not be ticketing lawn service for grass cutting and edging. However, this
does not mean we will not ticket for other services.

Other: ___. Cell ___. Home ___

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square - Suite 215
Warren, MI 48093-6726
586-574-4520
mayorscity@cityofwarren.org
www.cityofwarren.org

Ex 30 p 5

GAUSS

Ex 30 p6



www.theLPA.com

# RENTAL AGREEMENT

**THIS IS A LEGALLY BINDING CONTRACT.**
**IF NOT UNDERSTOOD, CONSULT AN ATTORNEY.**

The Tenant(s) known as _Albert Thrower_, hereby agree to rent the dwelling located at _Any Available 1-4 Apartment Warren. MI_  7568 Hudson A  48091

The premises are to be occupied by the above named tenants only. Tenant may not sublet premises.

**TERM** The term shall commence on _6-1-14_, at $ _100_ per month payable on the _1_ of each month in full.

**LATE FEES** In the event rent is not paid by the _NA_ ( **5th**) day after due date, Tenant agrees to pay a late charge of $_____

**UTILITIES** _Tenant_ _OWNER_ shall be responsible for the payment of the following utilities: water, electric, gas, heating fuel, Telephone.

**APPLIANCES** Appliances provided in this rental are: stove, refrigerator, dishwasher, washing machine, dryer, ____air conditioner(s), _____.
Repairs will be born by said Tenants if damage is due to negligence of Tenants.

**SECURITY** Amount of security deposit is $_____. Security shall be held by Landlord until the time said Tenants have vacated the premises and Landlord has inspected it for damages. Tenant shall **not** have the right to apply Security Deposit in payment of any rent. Security deposits must be raised proportionately with rent increases.

**INSURANCE** Tenant is responsible for liability/fire insurance coverage on premises. Tenant agrees to obtain a "Renter's Insurance" policy and to provide Owner or agent with a copy of policy within seven (7) days of lease execution.

**NOTICES** Should tenant decide to vacate the premises, a _10_ day written notice to the landlord is required. Should landlord decide to have tenants vacated, a _10_ day written notice is required. Tenant agrees to allow premises to be shown at any and all reasonable times for re-rental.

**REAL ESTATE COMMISSION** (If applicable) In the event a commission was earned by a real estate broker, Tenant shall not take possession of the premises unless all fees due broker are paid in full as agreed. Commission is payable when this lease is signed by the Tenant(s). It is solely for locating the rental for the Tenant and is not refundable under any circumstances regardless of any disputes or conditions between the Landlord and Tenant before or after occupancy is taken.

**ACKNOWLEDGMENT** Tenants hereby acknowledge that they have read, understand and agree to all parts of this document, and have received a copy.

|  | AMOUNT RECEIVED | BALANCE DUE |
|---|---|---|
| **RENT :** | _100_ | _____ |
| **SECURITY:** | _____ | _____ |
| **BROKER'S FEE:** | _____ | _____ |

+ Management Duties
* Albert Thrower to live in ANY Available Apartment

**THE UNDERSIGNED TENANT(S) ACKNOWLEDGES RECEIPT OF A COPY HEREOF.**

DATE: _6-1-14_

OWNER/AGENT _Samro Anthony_
the GREAT Monastery
ADDRESS _____

TENANT _____

TENANT _Albert Thrower_    EX 31

PHONE _216 856.6626_
_216 254-3883_

PHONE _____

# RENTAL AGREEMENT

**THIS IS A LEGALLY BINDING CONTRACT.**
**IF NOT UNDERSTOOD, CONSULT AN ATTORNEY.**

www.theLPA.com

The Tenant(s) known as ___Albert Thrower___, her

located at ___Not Available 1-4 Area___



EX 32

Name (Company or Individual)

**Kim Elizabeth Branson**

Street

**7568 Hudson**

City **Warren**   State **MI**   Zip Code **48091-5912**

In violation of local ordinance(s), within the City of Warren, Michigan,

As at **7568 Hudson** (address/location of the violation)

The person named above did the following:

| Type | Ordinance No. | Code No. | Description | Charge No. | Repeat offender code |
|------|---------------|----------|-------------|------------|---------------------|
| Blight | 168.5 | 7851 | ILLEGAL OCCUPATION OF A POSTED VACANT HOME | 1 | |
| Blight | | | | 2 | |
| Blight | | | | 3 | |

Remarks  **File # 277572**

I served a copy of the citation on the person named above by:
- [ ] Personal Service
- [x] First-Class Mail
- [ ] Posting on property

| Authorized local official and badge number (Print) | Agency | Month | Day | Year |
|---|---|---|---|---|
| **CHRI GROSS** | **DPMI** | **5** | **1** | **20** |

Authorized local official (Signature) **Curtis Hames**

- [ ] Police Department
- [x] Property Maintenance
- [ ] Rental Division
- [ ] Zoning
- [ ] Other

**COURT COPY**

E Td 39          cgamss

Ex G ↓ 1

Ex 34 pg 1

280047

QAlert                                            https://warrenmi.c   d.com/qalert/ServiceRequestPrintOut.aspx?...



**Uploaded On:**          Friday, May 01, 2020 10:05 AM

Ex #6 p 2

34

# AFTER VISIT SUMMARY

**NH MetroHealth**

**Albert Thrower** DoB: 4/15/1957

📅 3/30/2020  8:20 AM  ♀ Urologic Surgery 216-778-4391

## Instructions from J. Patrick Spirnak, MD



Labs ordered today
**PROSTATE SPECIFIC ANTIGEN (PSA)**
1 remaining until 3/30/2021

**PROSTATE SPECIFIC ANTIGEN (PSA)**
maining until 3/30/2021

### sit



You saw J. Patrick Spirnak, MD on Monday March 30, 2020. The following issue was addressed: Prostate cancer.

### ₋ext

) PROCEDURE 40 with Irma J. Lengu, MD
**Monday December 21 8:00 AM**

Urologic Surgery
MetroHealth Medical Center
2500 MetroHealth Drive
CLEVELAND OH 44109
216-778-4391

## Primary Care Provider (PCP) Information

· Care Provider
Jill Molnar, APRN-CNP

Phone
216-778-2273

*Ex 35 p 1*

## MyChart

View your After Visit Summary and more online at https://mychart.metrohealth.org/mychart/.

# AFTER VISIT SUMMARY

**Albert Thrower**  DoB: 4/15/1957

📅 5/7/2020  ♀ Radiation Oncology 216-778-7328

**MetroHealth**

## Instructions from Tracy Koehl, RN

Your personalized instructions can be found at the end of this document.



**Read the attached information**
Additional instructions from Tracy Koehl, RN

## Today's Visit

You saw Tracy Koehl, RN on Thursday May 7, 2020. The following issue was addressed: Prostate cancer.

## What's Next

| | | |
|---|---|---|
| **JUL 1 2020** | **Follow up Urology with J. Patrick Spirnak, MD**<br>Wednesday July 1 8:20 AM | Urologic Surgery<br>MetroHealth Medical Center<br>2500 MetroHealth Drive<br>CLEVELAND OH 44109<br>216-778-4391 |
| **JUL 10 2020** | **FOLLOW UP RAD ONC 30 with LAYE,PETER, MD**<br>Friday July 10 8:30 AM | Radiation Oncology<br>MetroHealth Medical Center<br>2500 MetroHealth Drive<br>CLEVELAND OH 44109<br>216-778-7328 |
| **DEC 21 2020** | **URO PROCEDURE 40 with Irma J. Lengu, MD**<br>Monday December 21 8:00 AM | Urologic Surgery<br>MetroHealth Medical Center<br>2500 MetroHealth Drive<br>CLEVELAND OH 44109<br>216-778-4391 |

## My Primary Care Provider (PCP) Information

**Primary Care Provider**
Jill Molnar, APRN-CNP

**Phone**
216-778-2273

## MyChart

View your After Visit Summary and more online at https://mychart.metrohealth.org/mychart/.

Albert Thrower (4/15/1957) • Printed at 5/7/20  5:06 PM





# SERVICE HISTORY REPORT

Printed on 09/17/2018 Monday

Srv Dt: 01/01/2017 - 09/17/2018 Clm Type: System Summary Procedure Type System Summary Procedure Code Use code

**ADVANCED CARDIOVASCULAR**
49050 SCHOENHERR RD., #100
SHELBY TOWNSHIP, MI 48315-3848
586-294-5330

**DR LUAY SAYED**
Tax ID: 263705373

**ALBERT THROWER**
1312 W 89TH
CLEVELAND, OH 44102

| | | | | Account No: | 488840 |
| | | | | Cash Balance: | 0.00 |
| | | | | Ins Balance: | 0.00 |

| Date | Dx | Procedure | Qty | Modifier | Fee |
|------|-----|-----------|-----|----------|-----|
| 09/26/17 | I25.10,I21.4 | 92928 ANGIOPLASTY INTRACORONARY | 1.000 | LC | 1,020.00 |
| 09/26/17 | I25.10,I21.4 | 93458 CATH PLACEMENT COR ANGIO W/LV | 1.000 | 26, XU | 525.00 |
| 09/26/17 | I25.10,I21.4 | 93571 FLOW WIRE MEASUREMENT | 1.000 | 26, LC | 165.00 |
| 09/26/17 | I25.10,I21.4 | 99152 MODERATE SEDATION INITIAL 15 | 1.000 | | 25.00 |
| 11/28/17 | I25.110 | 92928 ANGIOPLASTY INTRACORONARY | 1.000 | LD | 1,020.00 |
| 11/28/17 | I25.110 | 93458 CATH PLACEMENT COR ANGIO W/LV | 1.000 | 26, XU | 525.00 |
| 11/28/17 | I25.110 | 99152 MODERATE SEDATION INITIAL 15 | 1.000 | | 25.00 |
| 11/29/17 | I25.110,R07.9 | 99226 OBSERVATION SUBSEQUENT DAY | 1.000 | | 175.00 |

| | |
|---|---|
| **Total Service Charges :** | **3,480.00** |
| **Total Patient Payments:** | 0.00 |
| **Total Insurance Payments:** | 0.00 |
| **Total Adjustments:** | -3,480.00 |

Note: Total payments/adjustments is based on payments/adjustments made during the given date range including the payment made to procedures outside the range

Ex 35 p 3

## AFFIDAVIT OF ALBERT THROWER

Now comes the affiant ALBERT THROWER per 28 USC Section 1746 "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that . :

1) Affiant is the manager of the property located at 7568 Hudson Ave Warren Mi 48091 and the adjacent lot 7560 Hudson Ave Warren Mi 48090

2) Affiant rented an apartment to Elizabeth Nelson @ 7568 Hudson Ave 2018 Lease C with the understanding that the adjacent lot was part of the rental lease for her use. It was approved that she could park numerous vehicles on the properties.

3) Affiant was being treated 5 days a week for prostate cancer at METROHEALTH CLEVELAND OHIO and "self-isolating" due to Covid 19 -5/1/20 being at risk for COVID 19

4) Affiant on 5/3/20 was contacted by ELIZABETH NELSON to assist her in obtaining return of vehicles. (Saturday)

5) Affiant called Warren Police who informed affiant that cars were towed by (D) Service Towing Inc., Able towing LLC on Rinke Ave Warren MI

6) Affiant and Ms. Nelson travelled to Warren Michigan to obtain release of vehicles 5/3/20 Ex FF Ohio Turnpike receipt.

7) Affiant talked to tenant KIM ELIZABETH BRANSON, 2nd Fl tenant whose eviction was placed on hold because of COVID 19.

8) Branson told AFFIANT that Warren Police, Warren Inspectors were out at the property 5/1/20 and towed the 4 vehicles. She said she was told to "go inside and mind her own business"

9) Affiant when obtaining release of 4 vehicles had to enter a 4 x 8 area at SERVICE TOWING INC. and although there was a sign on the door "1 person at a time" this was not being enforced.

10) On 7/7/21 affiant came to WARREN MICHIGAN to mow grass and install a concrete driveway.

11) Warren Property & Maintenance Supervisor ROBERT SCOTT came to 7568 Hudson Ave and was screaming "I want all vehicles towed". Service Towing Inc. employee said "I can't get the Honda because it behind the house parked at an angle. If I tow HONDA, it will damage it. Robert Scott-was observed through the basement window and known to affiant, screamed "I don't care, I want the Honda towed too"

"Tow employees said that "HONDA CANNOT BE TOWED WITHOUT DAMAGING IT BECAUSE IT IS AT AN ANGLE BEHIND THE HOUSE (7568 HUDSON AVE). (D) ROBERT SCOTT screamed, 'I DON'T CARE I WANT THAT CAR TOWED", which it was then towed.

12) Affiant observed HONDA when released from towed yard and back bumper was damaged as is evidenced by Ex I Summary Judgment-pic of rear of Honda

13) 2008 Honda was "operable" and driven off tow yard

*Ex 36 p 1*

14) Affiant was never in court as 7/7/21 order states, indeed per article it says "he was arrested the next day at the tow yard" 7/8/21

15) Elizabeth Nelson was in the hospital with an infection

16) 2008 HONDA belongs to ELIZABETH NELSON.

17) Affiant talked to residence at 7528 Hudson Ave Warren MI 48091, the address defendants falsified on tow paperwork, and they knew -0- about cars being there, their front yard 15 ft from curb and having numerous vehicles themselves

18) On or about 7/30/21 (P) NELSON/affiant attempted to make a police report with WARREN POLICE DEPT. concerning the "falsification" of the address on paperwork where the 4 vehicles were towed from. DOE CITY OF WARREN MI police, Substation Commander CAPTAIN WILLIAM REICHLING, WILLIAM DWYER refused to file the police report. During the course of the attempt to file a police report the DOE WARREN POLICE officer ran the Complaint Number 20-18750 on Ex B (DOC 1-ORIGINAL COMPLAINT) PETITION FOR HEARING ON ABANDONED VEHICLE and said same was COMPLAINT NUMBER FOR WARREN POLICE DEPT

19) 5/1/20 1st two cars behind duplex Ex D pic =The other 2 cars- 2012 MAZDA 5 Grand Touring, 2009 Silverado were to the right of the pictured cars behind the security fence Ex N before towed 5/1/20.

Pursuant to Title 28 USC Section 1746"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the affiant avers under the penalty of perjury that everything is true

Albert Thrower affiant

9/26/2022

Ex 36 p 2



NILI v City of Warren
Class-Settlement.com
PO Box 9009
Hicksville, NY 11802-9009

12996578

PRSRT FIRST CLASS
US Postage
PAID
Kalamazoo, MI
Permit No 297

5/7 1089************AUTO**SCH 5-DIGIT 48089
12996578
THE GREAT R ST. ANTHONY
8075 PACKARD AVE
WARREN, MI 48089-5525

regarding the legal claims at issue in this lawsuit. You also will not be bound by the Orders the Court issues and Judgments the Court makes in this lawsuit.

13. How do I opt out of the Class?
If you want to opt out of the Class, you must send a written "Request to Opt Out", which references the case name, "NILI2011, LLC, et. al v City of Warren " to all of the following addresses:

| | |
|---|---|
| Mark K. Wasvary,<br>Mark K. Wasvary, P.C.<br>2401 W Big Beaver Rd<br>Ste 100<br>Troy, MI 48084 | John Gillooly<br>Garan Lucow Miller, P.C.<br>1155 Brewery Park Blvd<br>Ste 200<br>Detroit, MI 48207 |

If you wish to opt out of the Class, your Request to Opt Out must be postmarked by February 26, 2018.

14. What happens if I do not do anything?
By doing nothing, you are choosing to stay in the Class. You don't have to do anything now if you want to stay in the Class. If you stay in the Class and the Class Representatives obtain money or benefits, either as a result of a trial or a settlement, you will be notified about how to apply for a share. Regardless of whether the Plaintiffs win or lose the trial, if you do not opt out of the Class, you will not be able to sue, or continue to sue Defendant as part of any other lawsuit for the same legal claims that are the subject of this lawsuit. You will also be legally bound by all of the Orders the Court issues and Judgments the Court makes in this lawsuit.

THE LAWYERS REPRESENTING YOU

15. As a Class Member, do I have a lawyer representing my interests in this Class Action?
Yes. The Court has appointed lawyers to represent you and other Class Members. These lawyers are called Class Counsel. The following lawyers are representing the Class:

| | |
|---|---|
| Mark K. Wasvary<br>Mark K. Wasvary, P.C.<br>2401 W. Big Beaver Rd<br>Ste 100<br>Troy, MI 48084<br>(248) 649-5667 | Aaron Cox<br>The Law Offices of<br>Aaron D Cox, PLLC<br>23380 Goddard Rd<br>Taylor, MI 48180<br>(734) 287-3664 |

16. How will the lawyers be compensated, and will the Class Representatives receive compensation?
If recovery is obtained for the Class, Class Counsel will request from the Court an award for attorneys' fees and expenses. Class Counsel may also ask the Court to approve a reasonable incentive award for the Class Representatives. If approved, these fees and expenses and incentive awards will either be paid from the recovery obtained for the Class or separately by Defendant.

17. Should I get my own lawyer?
You do not need to hire your own lawyer because Class Counsel is working for you. However, you are welcome to hire your own lawyer at your own expense. If you hire a lawyer to speak for you or to appear in Court your lawyer must file a Notice of Appearance with the Court.

GETTING MORE INFORMATION

18. Where do I get more information?
This Notice contains a summary of relevant court papers. Complete copies of public pleadings, Court rulings and other filings are available for review and copying at the Clerk's office. The address is 231 W. Lafayette, Detroit, MI 48226.

Additional information regarding lawsuit may be found online at www.aaroncoxlaw.com.

*Please do not contact the Court or Judge Drain. They cannot answer any questions or discuss this action.*

DATED: November 27, 2017

BY ORDER OF THE UNITED STATE DISTRICT COURT--EASTERN DISTRICT OF MICHIGAN

Ex 39 p 1

Ex 39 p2

# AGREEMENT

This Agreement (the "Agreement") is made this 10th day of April, 2017, between the City of Warren (the "City") and Matthew Nichols the ("Deputy Commissioner" or "Employee").

**WHEREAS**, the City hereby desires to employ the services of Matthew Nichols as its Deputy Police Commissioner;

**WHEREAS**, the parties acknowledge that this position is filled by appointment of the Mayor, and the Deputy Commissioner serves at the pleasure of the Mayor;

**WHEREAS**, the Employee hereby accepts such employment in accordance with the terms and conditions of this Agreement;

**NOW THEREFORE**, in consideration of the mutual promises set forth herein, the parties intending to be legally bound, do hereby represent, warrant, covenant and agree as follows:

1. **Term.** The Deputy Police Commissioner is appointed by the Mayor of the City of Warren and he shall serve at the pleasure of the Mayor. He may be terminated at any time and for any reason with or without cause, and without prior notice. This Agreement shall govern the terms and conditions of his employment during which time he serves in such capacity. In the event the Mayor decides that the services of the Employee are no longer needed in this appointed position, for any reason or no reason at all, the Employee shall have the right to return, if he so chooses, to his former position.

2. **Duties of Deputy Police Commissioner.** The Deputy Police Commissioner reports directly to both the Mayor and Police Commissioner and the Police Commissioner shall assign his daily duties.

3. **Salary.** The Deputy Police Commissioner shall be compensated in the annual amount approved by Warren City Council consistent with each fiscal year, currently $118,477.00 in the 2016-2017 budget. The ten percent (10%) pay differential between this position and Captain shall be maintained.

4. **Fringe Benefits.** The Deputy Police Commissioner shall continue to receive the same fringe benefits as members of the Warren Police Command Officers Association including holiday compensation. Provided, however the Parties acknowledge that this is an Exempt position and as such he shall not receive payment for hours worked in excess of forty (40) hours per week and the overtime provisions do not apply. In the event that benefits provided to the Warren Police Command Officers change then the Deputy Commissioners benefits shall be adjusted to reflect those changes, except as otherwise noted in this Agreement.

5. **Other.** In the event the Mayor terminates or suspends the Deputy Commissioner for disciplinary reasons under circumstances that could cause his removal from the department or inability to return as a lieutenant, the Deputy Commissioner will be afforded the rights provided in the WPCOA collective bargaining agreement for the purpose of determining whether the

*Ex 12 p 1*

Deputy Commissioner has been properly removed from the Warren Police Department or barred from returning to the position of lieutenant only.

Provided, however that these rights shall be limited to a discharge or suspension from employment arising from a disciplinary decision, not his removal of him as Deputy Commissioner, which shall not be subject to review. The Parties acknowledge that the Mayor reserves the right to remove the Employee from his appointed position at any time with or without cause at any time at his sole discretion. No arbitrator or other body has jurisdiction to reinstate the employee to the position of Deputy Commissioner, but would only be able to return him to his former rank of lieutenant.

6.     Notices.  All notices under this Agreement shall be given in writing.

7.     Entire Agreement.  This Agreement is the entire agreement of the parties and supersedes any prior written or oral understandings, unless specifically referenced herein.  No extrinsic or oral evidence may be used to modify, vary or construe its terms.  No modification or waiver of any provision of this Agreement shall be valid unless in writing and signed by Employee and the Mayor and City Clerk, upon prior authorization of the City Council.  Oral statements made by any representative or employee of the City cannot alter the terms of this Agreement.

8.     Assignment.  The Employee may not assign any of his rights or delegate any of his duties under this Agreement.

9.     Severability.  The provisions of this Agreement are severable, and if any provision of this Agreement shall be, for any reason, invalid or unenforceable, the remaining provisions shall nevertheless be valid, enforceable, and carried into effect.

10.     Governing Law.  This Agreement shall be governed by and interpreted under the laws of the State of Michigan.

11.     Binding Effect.  The rights and obligations of the parties shall accrue to the benefit of, and be binding upon, the parties and their respective heirs, executors, personal representatives and successors.



2

WITNESS

_____
Mary Menendez

By: _____
Mayor
City of Warren
James R. Fouts

WITNESS

_____

By: _____
Fhil Wegan
City Clerk
City of Warren

_____
DEPUTY POLICE COMMISSIONER

By: _____
Matthew Nichols
Deputy Police Commissioner

3

CITY OF WARREN

**Sec. 7.3 - Duties of the mayor.**

Under the provisions of this charter, insofar as is required by law, and for all ceremonial purposes, the mayor shall be the administrative and executive head of this city. He shall be a conservator of the peace and may exercise within the city the powers conferred upon sheriffs to suppress disorder; he shall have authority to command the assistance of all able-bodied citizens to aid in the enforcement of the ordinances and regulations of the council, and the authority of the city government. The powers and duties of the mayor shall include the following duties and functions:

(1) Keep an office in a convenient place to be provided by the council;

(2) See that all laws and ordinances are enforced within the city;

(3) Except as in this charter otherwise provided, have power of appointment and removal over officers, departmental directors, and the members of commissions and boards;

(4) See that all terms and conditions imposed in favor of the city or its inhabitants in any public utility franchise, or in any contract, are faithfully kept and performed;

(5) Authenticate by his signature such instruments and proceedings as are required to be authenticated by him by law or by the council;

(6) Prepare the annual budget proposal and present it to the council with an explanation thereof at the time and in the manner required by this charter;

(7) Keep the council fully advised at all times as to the financial conditions and needs of the city;

(8) On or before the first day of September in each year, prepare and submit to the council and the public, as of the end of the fiscal year, a complete report of the finances and administrative activities of the city during the prior fiscal year;

(9) Recommend to the council for adoption such measures as he may deem necessary or expedient;

(10) Be responsible for the efficient administration of all departments of the city government;

(11) Approve the administrative rules and regulations of the several directors, commissions, or boards in charge of the departments of the city government, before such rules and regulations shall be filed with the city clerk;

(12) Require and receive monthly reports relative to the activities of each department from the respective department heads;

(13) Act as and be the sole spokesman for the administrative service and officers of the city, except for the clerk, the treasurer, and the assessor insofar as their duties are provided by law;

(14) Exercise and perform all administrative functions of the city which are not imposed

5

Ex Q p3

40



# General Order

| Subject: WARREN POLICE DEPARTMENT ORGANIZATION Review | Date of Issue 7 November 2013 | Effective Date 7 NOVEMBER 2013 | PA Code "G" | Number 13-13 |
|---|---|---|---|---|
| | Rescinds 13-07 | Amends | | Division All |

## I. PURPOSE

The City of Warren, Michigan, by Section 7.16 of the Warren Charter, creates a Police Department for the purpose of maintaining peace and order and for the protection of persons and property.

## II. POLICY

The Police Commissioner, as the executive head of the Police Department, shall organize and conduct the affairs of the department for the preservation of quiet and good order of the city and for the safety of persons and property therein. It is the policy of the Warren Police Department to have an organization with a structure developed in accordance with professional standards and, by consideration of sound span-of-control principles, integrate related activities under control of intermediate supervisors. He/she shall allow them sufficient authority in the performance of their duties and shall hold them accountable for effective conduct of such activities.

## III. GENERAL ORGANIZATION

A. Bureau: A Bureau is the principle organizational sub-entity of the department. All Bureau Captains report directly to the Police Commissioner. The department is organized into three (3) bureaus:
   1. Administrative Services Bureau
   2. Investigative Services Bureau
   3. Patrol Services Bureau

B. Division: A Division is the second major organizational sub-entity of the department and the principle sub-entity of a Bureau. A Divisional Commander reports to the Bureau Captain.

C. Unit: A Unit is the third major organizational sub-entity and may be independent or may be the principle organizational sub-entity of a Division. A Unit is commanded by a designated officer in charge (OIC) who reports to the appropriate Division or Bureau Commander.

G.O. #13-13
November 2013

D. Chain of Command: Authority is delegated through the following channels and shall be recognized in the following designated order, to the level of execution. The reverse shall also apply.
   1. Commissioner of Police
   2. Deputy Police Commissioner
   3. Captain
   4. Lieutenant
   5. Sergeant
   6. Detective/Corporal
   7. Police Officer
   8. Civilian Supervisor/Secretary/Dispatcher
   9. Civilian Employee/Clerical/Dispatcher

**COMMISSIONER OF POLICE**
Reports to: Mayor
Responsibilities: The efficient and effective operation of the Police Department through planning, organizing, and directing its activities. (See Duties – Police Commissioner G.O.)

**DEPUTY POLICE COMMISSIONER**
Reports to: Police Commissioner
Responsibilities: Work with a high level of proficiency directly with the Police Commissioner and Internal Affairs Lieutenant on confidential administrative tasks. Supervise office activities and other civilian employees in the day-to-day operation of the department. Perform highly-skilled secretarial duties as necessary. Act as liaison between the public and the Police Department/Commissioner. (See Duties - Police Commissioner G.O.)

**INTERNAL AFFAIRS DIVISION**
Reports to: Lieutenant or Sergeant
Responsibilities: Reports directly to the Commissioner. Investigate all complaints of misconduct and inadequate or inappropriate service. Investigate complaints and perform background investigations on all new department employees. (See Internal Affairs Division G.O.)

**DEPUTY POLICE COMMISSIONER**
Reports to: Mayor/Police Commissioner
Responsibilities: Overall planning, directing the coordination of all field duties. (now known as Deputy Commissioner) G.O.)

**DEPUTY POLICE COMMISSIONER**
Reports to: Assist Deputy Police Commissioner and Police Commissioner
Responsibilities: Assist Deputy Police Commissioner with compiling, typing and maintaining documents and records and perform other secretarial duties as needed. Perform additional duties as requested in the absence of the Office Commissioner.

Ex Ø p 5