Case 2:18-cv-14041-MAG-MKM ECF No. 1-2 filed 12/28/18 Page 24 of 46

(15) Exercise such other powers and perform such other duties as may be prescribed by law, or as may be required of him by ordinance or by direction of the council;

(16) Keep himself informed and report to the council, concerning the work of the several administrative officers and departments of the city and, to that end, secure from the officers and the heads of all administrative departments such information and periodical or special reports as he or the council may deem necessary;

(17) Perform all acts required by law, whether herein specifically enumerated or not.

State Law reference— Mandatory that Charter provide for the qualifications and duties of its officers, MCL 117.3(l).

Sec. 7.6 - Administrative appointments.

---

Case 2:18-cv-14041-MAG-MKM ECF No. 1-2 filed 12/28/18 Page 25 of 46

Sec. 7.18 - Deputies.

The clerk and the treasurer, and such other administrative officers as the council shall permit to have deputies, shall appoint and remove their own deputies.

Sec. 7.19 - Administrative appointments.

(a) With the exception of the board of trustees of the City of Warren Employees Retirement System which shall be filled pursuant to section 16.3 of this charter, the mayor shall appoint the appointive officers of the city, the directors of the departments of the city, and members of the commissions and boards of the city, whether the same be established by this charter, or by ordinance: Provided, however, that appointments to the office of city attorney and assessor shall not be effective, until confirmed by the council, in any case where the council shall not act upon the mayor's appointment of a person as city attorney or assessor at the regular council meeting, at which it is announced or at the next subsequent regular council meeting, such appointment shall be deemed to have been confirmed by virtue of such failure to act. The mayor shall certify to the clerk, in writing, the names of each appointee to an appointive office within five days after such appointment is made and shall announce such appointment to the council at the next regular council meeting following the date of such appointment. The terms of office of each appointee may be terminated forthwith, if the council, at such meeting or at its next subsequent regular council meeting(s) shall disapprove such appointment by a resolution which shall state the reasons for such disapproval. In the event of such a disapproval, the mayor may reappoint the person disapproved. If such appointee be again disapproved by the council, the mayor may not again make such appointment in the calendar year in which disapproval occurred. (Amended by electors on 11-8-77)

(b) The appointive administrative officers, the director of any department or member of any commission or board of the city government, and such directors and members as are appointed by the mayor shall hold office at the discretion of the mayor: provided, that, if a definite term of office is specified in this charter, the person holding that office shall hold his office for the full term so specified, unless a vacancy is created in such office as in this charter provided.

Ex 40 p4

**DRIVER LICENSE**
**NOT FOR FEDERAL IDENTIFICATION**

DOB    ISS
EXP **12-10-2024**   124057

**ELIZABETH LUISE NELSON**
7558 HUDSON AVE
WARREN, MI 48091-5012



Sex **F**   Hgt   Eyes **GRN**
Lic Type **O**   End **NONE**
Restrictions **NONE**

DL    Rev 01-21-2011

EX 41







# WARREN

October 8, 2018

Mr. Albert Thrower
St. Anthony the Great Romanian Orthodox
8075 Packard
Warren, MI 48089

Re: Conveyance of Property at 7580 Hudson
PID # 13-333-278-008

Dear Mr. Thrower:

Enclosed is the title commitment for an Owner's Policy with Standard Exceptions in the amount of $1,000.00.

This policy will insure against any claims from a party whose interest is disclosed on a public record, but not for any unknown boundary line disputes, easements, encroachments or unrecorded rights. The title company will require a survey to provide a policy without exceptions.

Please look over the documents, and conduct any baseline environmental study, survey or review of the City's building records you would like before we complete the sale.

When you are satisfied with the property, please contact me to schedule the closing at (586) 574-4671 or mmichaels@cityofwarren.org. All unpaid water bills or property taxes must be paid before we close. At closing, you will need $1.00 cash for the purchase of the lot, plus a $30 check payable to the Macomb County Register of Deeds and a $275 check payable to ATA National Title Group, LLC for the title insurance. If you would like the insurance to be greater than $1,000.00, please let me know, and I will let you know what the title company's price would be for a higher policy.

Should you have any questions, or require further information, please feel free to call me at (586) 574-4671, or Paralegal Valerie Lyons Tack at (586) 574-4673.

Respectfully,

Mary Michaels
Chief Assistant City Attorney

MM/vt Ltr to A Thrower with encl Title Commitment – 7580 Hudson ID 66826

Enclosures
cc: Tom Bommarito, Economic Development Director





**ALTA® COMMITMENT FOR TITLE INSURANCE**

**SCHEDULE A**

Issued by
Stewart Title Guaranty Company

Transaction Identification Data for reference only:

| | |
|---|---|
| Issuing Agent: | ATA National Title Group, LLC |
| Issuing Office: | 38000 Gratiot Avenue |
| | Clinton Township, MI 48035 |
| | Ph:(586) 463-7200 Fax:(586) 469-2492 |
| ALTA® Universal ID: | 1033513 |
| Issuing Office File Number: | 50-18915165-CLN |
| Property Address: | 7590 Hudson, Warren, MI 48091 |
| Revision Number: | |

1. Commitment Date: September 18, 2018, at 8:00 am

2. Policy to be issued:         Proposed Policy Amount     $1,000.00

    (a)  **ALTA® OWNERS POLICY WITH STANDARD EXCEPTIONS**
        Proposed Insured: St. Anthony the Great Romanian Orthodox Monastery

    (b)  **ALTA® LOAN POLICY**
        Proposed Insured:

3. The estate or interest in the land described or referred to in this Commitment is Fee Simple.

4. The Title is, at Commitment Date, vested in:

    **City of Warren**

5. The land referred to in this commitment is situated in the City of Warren, County of Macomb, State of Michigan, as follows:

    Lot 348, Piper's Van Dyke Subdivision No. 4, according to the plat thereof as recorded in Liber 4, Page 92 of Plats, Macomb County Records.

ATA National Title Group, LLC

*Salvatore Tudisco*

Salvatore G. Tudisco
AUTHORIZED SIGNATORY

This page is only part of a 2016 ALTA Commitment for Title Insurance. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I - Requirements; and Schedule B, Part II - Exceptions; and a counter signature by the Company or its issuing agent that may be in electronic form.

Copyright 2006-2016 American Land Title Association. All rights reserved.
The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

ALTA Commitment for Title Insurance  Rev. 8-1-16  Technical Corrections 4-2-18     Page 2
Schedule A

Ex **42** p2

https://warrenm end.com/qalert/ServiceRequestPrintOut.aspx?...



**Uploaded On:**          Friday, May 01, 2020 10:05 AM

Ex 43

7/7/2021, 11:26 AM

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| JH1CW2CLQC0101363 | 2012 | MAZDA | 5 | STATION WAGON |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND OR LEGEND |
|---|---|---|---|
| MI0004162927 | 01/09/2020 | 073121 | |

**WEIGHT OR FEE CATEGORY**
21001

**ODOMETER BRAND**
*ACTUAL MILEAGE*

**OWNER(S) NAME AND ADDRESS**
ELIZABETH LUISE NELSON
8075 PACKARD AVE APT 2
WARREN                    MI   48

NO SECURED INTEREST ON RECORD

## Title Assignment by Seller

State and federal laws require the seller to state the mileage when ownership is transferred. Failure to complete or providing false information may result in shall liability, fines, and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS CERTIFICATE AND VOIDS A CROSS.

Purchaser(s) (printed) **Albert Thrower**
Purchaser's Address **1377 W 88**  City **Cleveland**  State **OH**  Date of Sale  Selling Price **$402**

I certify the odometer reading is **073601** and the best of my knowledge reflects the actual odometer mileage in:
☑ actual mileage ☐ not actual mileage - WARNING ODOMETER DISCREPANCY ☐ exceeds mechanical limits of odometer (100,000 miles or higher)

Signature of Seller **Elizabeth Nelson**   Printed Name of Seller **Elizabeth Nelson**   5789249919
Seller's Street Address **8075 Packard Ave Apt 2**   City **Warren**   State **MI**   Zip **48089**

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment.

"I am aware of the above odometer certification made by the seller."
Signature of Buyer(s) **Albert Thrower**   Printed Name of Buyer(s) **Albert Thrower**

NEW LIENHOLDER INFORMATION: The information below must be on application for title and presented to the Michigan Department of State.
Secured Party:                                    Address:

The State of Michigan, Michigan Department of State certifies this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS**                                      **CS7752966**

ELIZABETH NELSON  *Td 39*
PO BOX 1422
WARREN              MI   48090
*E&E p1*

**NOTICE TO SELLERS**
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

*Ex 44 p1*

# STATE OF MICHIGAN

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE |
|---|---|---|---|---|
| JM1CW2BLXC0125056 | 2012 | MAZDA | 5 | STATION WAGON |

| TITLE NUMBER | ISSUE DATE | ODOMETER | BRAND OR LEGEND |
|---|---|---|---|
| MI0004157319 | 01/09/2020 | 106018 | |

**WEIGHT OR FEE CATEGORY**
19001

**ODOMETER BRAND**
*ACTUAL MILEAGE*

**OWNER(S) NAME AND ADDRESS**
ELIZABETH LUISE NELSON
8075 PACKARD AVE APT 2
WARREN          MI    48089

NO SECURED INTEREST ON RECORD

---

### Title Assignment by Seller

State and federal laws require the seller(s) to indicate mileage when ownership is transferred. Failure to complete or providing false information may result in civil liability, fines and/or imprisonment. ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS TITLE AND IS A CRIME.

I warrant the ownership of the vehicle described on Certificate of Title has been transferred to the following purchaser(s) and is free of all previous liens:

Purchaser's (s) Name (print it): ALBERT JAKOWER

Date of Sale: 2-8-21   Selling Price $

Purchaser's Street Address | City | State | Zip

I (we) certify the odometer reading is: [ ][ ][ ][ ][ ][ ] . [X] and to the best of my knowledge the odometer mileage is:
(No Tenths)

☐ actual mileage  ☐ not actual mileage - WARNING ODOMETER DISCREPANCY  ☐ exceeds mechanical limits of odometer (odometer has rolled over)

Signature of Seller: Clinton T. Nelson   Seller(s) Name (printed): Elizabeth Nelson

Seller's Street Address: 8075 Packard Ave # 2   City: Warren   State: MI   Zip: 48089

A $15.00 Late Fee is Due for Failure to Apply for Title Within 15 Calendar Days of Date of Assignment

"I am buyer of the above described vehicle certify the odometer reading as certified by the seller(s)"   SS# 378924919   Seller

Signature of Purchaser: _____   Printed Name of Purchaser: Albert Jakower

NEW LIENHOLDER INFORMATION: The information below must be on an application for title and presented to the Michigan Department of State.

Secured Party: | Address:

The State of Michigan, Michigan Department of State certifies this certificate of title is issued in compliance with the laws of Michigan and constitutes prima facie proof of ownership. Further, on the date of title issuance, the described vehicle was subject to the security interest(s) listed above.

**MAILING ADDRESS**

ELIZABETH NELSON
PO BOX 1422
WARREN          MI    48090

*Td 39. Ex E p2* (handwritten)

G97752967

**NOTICE TO SELLERS**
Sellers must keep a receipt or photocopy of the reassigned title for their records for 18 months or accompany the purchaser to a Secretary of State Office.

*Ex 44 p2* (handwritten)

Auto Policy#: M19526474

**SafeCo Insurance**

**EVIDENCE OF COVERAGE**
Michigan No Fault Insurance

This certifies that the policy of insurance identified here was issued by an authorized insurer and is in force. Coverage meets the limits required by law.

Date Prepared: 02/10/2020
Effective Date: 02/20/2020

Expiration Date: 07/08/2020

Insured:
ALBERT THROWER
ELIZABETH L NELSON
7568 HUDSON AVE
WARREN, MI 48091-5912

Agent:
EMERALD CITY INS AGENCY INC
PO BOX 515097
LOS ANGELES, CA 90051-6571
Phone Number: (866) 472-5336
Agent Number: 110569
Email: GPJ.UB@SAFECO.COM

Year: 2012
Make: MAZD
Model: 5

Vehicle Identification Number
JM1CW2BLXC0125056

24 Hour Claims Hotline: 1-800-332-3226
A formal auto ID card will be issued. If not received in 30 days please contact your agent.

Safeco Insurance Company of Illinois

---

Auto Policy#: M19526474

**SafeCo Insurance**

**EVIDENCE OF COVERAGE**
Michigan No Fault Insurance

This certifies that the policy of insurance identified here was issued by an authorized insurer and is in force. Coverage meets the limits required by law.

Date Prepared: 02/10/2020
Effective Date: 02/20/2020

Expiration Date: 07/08/2020

Insured:
ALBERT THROWER
ELIZABETH L NELSON
7568 HUDSON AVE
WARREN, MI 48091-5912

Agent:
EMERALD CITY INS AGENCY INC
PO BOX 515097
LOS ANGELES, CA 90051-6571
Phone Number: (866) 472-5336
Agent Number: 110569
Email: GPJ.UB@SAFECO.COM

Year: 2012
Make: MAZD
Model: 5

Vehicle Identification Number
JM1CW2CLDC0113630

24 Hour Claims Hotline: 1-800-332-3226
A formal auto ID card will be issued. If not received in 30 days please contact your agent.

Safeco Insurance Company of Illinois

Ex 45 p 1

Td 39
Ex F
p 1

**Safeco Insurance**

Auto Policy#: M1960493

**EVIDENCE OF COVERAGE**
Michigan No Fault Insurance

This certifies that the policy of insurance identified here was issued by an authorized insurer and is in force. Coverage meets the limits required by law.

Date Prepared: 03/18/2020
Effective Date: 03/18/2020

Expiration Date: 09/18/2020

Insured:
Albert Thrower
ELIZABETH L NELSON
1312 W 89TH ST
cleveland, OH 44102-1828

Agent:
EMERALD CITY INS AGENCY INC
PO BOX 818097
LOS ANGELES, CA 90081-8971
Phone Number: (866) 472-3326
Agent #: 110569
Email: nicholas.spperow@safeco.com

| Year | Make | Model | Vehicle Identification Number |
|------|------|-------|-------------------------------|
| 2012 | NISS | SENTRA | 3N1AB6AP4CL706413 |

24 Hour Claims Hotline: 1-800-332-3226
A formal auto ID card will be issued. If not received in 30 days please contact your agent.

Safeco Insurance Company of Illinois

---

**Safeco Insurance**

Auto Policy#: M1960493

**EVIDENCE OF COVERAGE**
Michigan No Fault Insurance

This certifies that the policy of insurance identified here was issued by an authorized insurer and is in force. Coverage meets the limits required by law.

Date Prepared: 03/18/2020
Effective Date: 03/18/2020

Expiration Date: 09/18/2020

Insured:
Albert Thrower
ELIZABETH L NELSON
1312 W 89TH ST
cleveland, OH 44102-1828

Agent:
EMERALD CITY INS AGENCY INC
PO BOX 818097
LOS ANGELES, CA 90081-8971
Phone Number: (866) 472-3326
Agent #: 110569
Email: nicholas.spperow@safeco.com

| Year | Make | Model | Vehicle Identification Number |
|------|------|-------|-------------------------------|
| 2009 | CHEV | SILVERADO K1500 LT | 1GCEK29109Z214969 |

24 Hour Claims Hotline: 1-800-332-3226
A formal auto ID card will be issued. If not received in 30 days please contact your agent.

Safeco Insurance Company of Illinois

Ex 45

Td 39
Ex ~~8~~ F
P 2

MI  0652-759-210-108

Name Company or Individual
**Kim Elizabeth Branson**

Street
**7568 Hudson**

City **Warren**   State **MI**   Zip Code **48091-591_**

In violation of local ordinance(s), within the City of Warren Michigan,
At or near  **7568 Hudson**   (address/location of the violation)

The person named above did the following:

| Type | Ordinance No. | Code No. | Description | Charge No. | Repeat offender stat |
|---|---|---|---|---|---|
| Blight ☑ | 208.5 | 9837 | Illegal Occupation of a Posted Vacant Home | 1 | 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ |
| Blight ☐ | | | | 2 | 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ |
| Blight ☐ | | | | 3 | 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ |

☑ I personally observed the blight violation.
☐ After investigation, I have reasonable cause to believe that the person named above is responsible for the blight violation.
If the second box is checked, City Attorney's Office approval is required.

| City Attorney or Assistant City Attorney (Signature) | Month | Day | Year |
|---|---|---|---|
| | | | |

Remarks:  **File # 277572**

I served a copy of the citation on the person named above by:
☐ Personal Service
☑ First Class Mail
☐ Posting on property _____ (address/location)

**SEE THE BACK OF THIS TICKET FOR FURTHER INSTRUCTIONS.**
I declare under penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

| Authorized local official and badge number (Printed) | Agency | Month | Day | Year |
|---|---|---|---|---|
| **Chri Gauss** | **DPMI** | **5** | **1** | **20** |
| Authorized local official (Signature) | ☐ Police Department   ☑ Property Maintenance   ☐ Rental Division | ☐ Zoning   ☐ Other | | |
| **Curtis Gauss** | | | | |

COURT COPY

(KTEN)

TICKET# 028047

05/01/2020 08:36   46   cgauss

~~74~~  ~~#6~~ p 1

Ex  p 1

280047



**Uploaded On:**          Friday, May 01, 2020 10:05 AM

7/7/2021, 11:26 AM

*Ex 46 p2*

# ND FRONT PAGE

eekly 🐦 @candgnews

## Warren tracks down 'bad landlord'

BY BRIAN LOUWERS

brianlouwers@candgnews.com

WARREN — A "bad landlord" with dozens of outstanding tickets for blight at several properties was reportedly arrested by Warren police on July 8 after a "24-hour stakeout" at a rental home on Hudson Avenue, west of Van Dyke Avenue.

"This chronic out-of-state landlord is a resident of Cleveland, Ohio," Warren Mayor Jim Fouts said.

Announcing the arrest on Facebook, Fouts added, "His homes are despicable and clearly blighted!"

According to the mayor, the man had 69 outstanding tickets related to allegedly blighted homes over the last three years. Violations of the International Property Maintenance Code were also cited.

Fouts said Public Service Director Gus Ghanam, Warren Property Maintenance Division Supervisor Bob Scott and Building Department Director Jim Cummins were also involved in the investigation.

A source said the effort to apprehend the landlord began on July 7 and culminated with his arrest at a city tow yard, where his vehicles had been taken.

Fouts said the city currently has a list of seven or more "chronic landlords" facing similar violations. The mayor said fighting blight and holding rental property owners accountable were among the pledges he made during his State of the City remarks last month.

The man was not identified ahead of his expected arraignment in the 37th District Court on July 8, after the *Warren Weekly* went to press.

Look for more on this developing story on Facebook @WarrenWeekly. Follow Staff Writer Brian Louwers on Twitter @warrenreporter.

Ex # p 1



# MAYOR FOUTS KEEPS PROMISES, SLUMLORD ARRESTED AND IN JAIL

At my State of the City reception on June 24th, I promised residents that we would be getting tough on several bad Warren landlords and that would include jail time. I am pleased to announce that after a 24-hour stakeout at a rental home, we apprehended a bad landlord who had at least 69 outstanding tickets for blighted homes over the past three years.

Albert Thrower, a resident of Cleveland, Ohio and a one-time millionaire, owns four homes in the city of Warren that are all in disrepair. Mr. Thrower also had violations of the International Property Maintenance Code and a failure to apply for city certifications.

Mr. Thrower was hiding in the basement of one of his illegally occupied homes before he was apprehended. This arrest demonstrates loud and

This is not the first time that Mr. Thrower has been on the wrong side of the law. Mr. Thrower has been convicted of fraud, mail conspiracy, and mail fraud among other things.

I am very proud of the great work of our property maintenance employees and police officers. We have a list of at least seven more chronic landlords that are facing the same charges and jail time.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

(2) mayor fouts albert thrower - Search Results | Facebook

**Jim Fouts**

Mayor of the South City of Warren, Michigan

**Albert Thrower**

A new candidate has registered for Presidential race of the United States of America-Albert Thrower

## People

**Albert Thrower**

91 mutual friends
Owner-operator at Self-Employed

**Albert Thrower**

Cleveland State University
Lives in Cleveland, Ohio

See all

**Search Results for**

mayor fouts albert thrower

**Filters**

All

Posts

People

Photos

Videos

**City of Warren**

CITY OF WARREN - MAYOR FOUTS KEEPS PROMISES. SLUMLORD ARRESTED

https://www.facebook.com/search/top/?q=mayor fouts albert thrower

9/23/22, 6:47 PM

(2) mayor fouts albert thrower - Search Results | Facebook

Pages

Places

Groups

Events

A message from the Mayor: At my State of the City reception on June 24th, I promised residents that we would be getting tough on several bad Warren landlords and that would include jail time. I am pleased to announce that after a 24-hour stakeout at a rental home, we apprehended a bad landlord who had at least 69 outstanding tickets for blighted homes over the past three years. Albert Thrower, a resident of Cleveland, Ohio and a one-time millionaire, owns four homes in the city of Warren that are all in disrepair. Mr. Thrower also had violations of the International Property Maintenance Code and a failure to apply for city certifications.

Mr. Thrower was hiding in the basement of one of his illegally occupied homes before he was apprehended. This arrest demonstrates loud and clear that bad landlords will be apprehended and will face jail time for property maintenance violations in the city of Warren.

This is not the first time that Mr. Thrower has been on the wrong side of the law. Mr. Thrower has been convicted of fraud, mail conspiracy, and mail fraud among other things.

I am very proud of the great work of our property maintenance employees and police officers. We have a list of at least seven more chronic landlords that are facing the same charges and jail time.

You and 113 others          80 comments   13 Shares

👍 Like          💬 Comment          ↪ Share

**Videos**

https://www.facebook.com/search/top/?q=mayor fouts albert thrower

Ex 48 P
P 3



hudson fence.webo (720×480)



Td 39
Ex N     Ex 50

# General Order

| Revised | Effective Date | Number |
|---|---|---|
| 23 February 1990 | 23 February 1990 | 90-04 |

**TITLE – CHIEF OF POLICE**

| Pages | "2" | Distribution |
|---|---|---|
| 79-10 | Pages | "All" |

## 1. GENERAL STATEMENT, DESCRIPTION, AND QUALIFICATIONS:

### A. Chief of Police

This is advanced and highly responsible administrative and law enforcement work involving responsibility for the overall planning, organizing, and directing the operations of all field operations in the City of Warren Police Department. Work involves considerable responsibility for making decisions requiring action to be taken and requires the exercise of independent judgment in the interpretation of the rules, regulations, and general policies and in the application of laws and ordinances.

Supervision is exercised through subordinate bureau and division commanders. The Chief of Police shall assume full command of the City of Warren Police Department in the absence of the Police Commissioner.

### B. Supervision Received:

Work is performed in accordance with established rules and regulations under the general direction of the Commissioner of Police and is reviewed through conferences and reports.

### C. Examples of Work Performed:

The Chief of Police may be called upon to do any or all of the following: (These examples do not include all of the tasks which the employee may be expected to perform.)

1. Allocate personnel to bureaus and divisions and coordinate all activities of the department to assure efficient operation through subordinate commanding officers and supervision.

2. Develop internal policies and procedures and approve methods and procedures recommended by subordinate commanding officers and supervisors.

3. Review and evaluate the results of various programs through consultation with bureau and division commanders and via the review of reports.

4. Serve as a member of the department's executive management team, providing expert advice and assistance to the Commissioner of Police.

5. Assist in setting department goals and in evaluating the extent of goal accomplishment.

6. Represent the Police Department in relationships with other government officials and member of the public.

7. Participate in the preparation of the annual department budget.

8. Serve as chairman of Department Boards of Inquiry empanelled to evaluate charges preferred against department police personnel.

9. Serve as chairman of Department Awards Board of Review.

10. Conduct special assignments at the direction of the Commissioner of Police.

11. Act for Commissioner of Police as required.

### D. Required Knowledge, Abilities, and Skills:

1. Thorough knowledge of modern police methods and practices and of the principles and practices of police administration.

2. Thorough knowledge of departmental rules and regulations and of the applicable federal, state, and local laws and ordinances.

3. Thorough knowledge of the principles of supervision, organization, and administration.

4. Thorough knowledge of the geography, streets, and important locations in the City of Warren.

5. Thorough knowledge of the Police Department's Operations Manual, the Police Department Rules and Regulations, and the Personnel Rules of Procedure of the Police and Fire Civil Service Commission.

Ex 51 p 1

Case 2:18-cv-14041-MAG-MKM ECF No. 1, PageID.46 Filed 12/26/18 Page 46 of 46

6. Thorough knowledge of the overall resource, authority, and responsibility of the Warren Police Department.

7. Considerable knowledge of the functions and objectives of other state, local, and federal law enforcement agencies and those government planning programs dealing with the Highway Safety Planning and Law Enforcement and Criminal Justice Planning.

8. Ability to analyze complex administrative and technical problems objectively and determine proper courses of action to be taken.

9. Ability to plan, organize, and direct the work of subordinates and to advise, instruct, and train personnel.

10. Ability to write and speak effectively.

11. Ability to deal with the public firmly and courteously and to establish effective working relations with the public, news media, governmental officials, and others contacted in the course of work.

12. Ability to meet specific physical requirements which may be established by competent authority.

13. Skill in the use and care of a wide range of police equipment.

John W. Dwyer
COMMISSIONER OF POLICE

3

JWB/lf

Ex 51 p²





THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W07
COLUMBUS OH 43216-1558

ELIZABETH NELSON
7568 HUDSON AVE
WARREN MI 48091-5912

MICHIGAN MEDICINE
UNIVERSITY OF MICHIGAN

HEALTH INFORMATION MANAGEMENT
2921 S. State Street
Ann Arbor, Michigan 48109

Elizabeth L Nelson
7568 Hudson Ave
Warren MI 48091-5912





PRESORTED
FIRST CLASS





## General Fund Revenues

| Description | Fiscal 2021 Amended Budget Percentage | Fiscal 2021 Amended Budget Amount | Fiscal 2022 City Budget Percentage | Fiscal 2022 City Budget Amount |
|---|---|---|---|---|
| Property Tax | 59.0% | $72,574,0.. | 59.1% | $7.. |
| Intergovernmental | 17.5% | 21,539,390 | 16.1% | 20,636,882 |
| Licenses and Permits | 3.6% | 4,405,6.. | 3.4% | 4,40.. |
| Fines and Forfeitures | 4.0% | 4,950,000 | 3.5% | 4,54.. |
| Interest on Investments | 0.7% | 800,000 | 0.3% | 400,0.. |
| Charges for Services | 4.3% | 5,315,124 | 4.4% | 5,622,124 |
| Miscellaneous | 7.2% | 8,909,8.. | | 8,961,581 |
| Capital Equipment Reserve | 0.0% | | 7.0% | 4,835,305 |
| Use of Fund Balance | 3.7% | 4,541,699 | 3.8% | 3,186,501 |
| Total Revenues | 100.0% | $123,035,212 | 100.0% | $128,437,512 |

## General Fund Appropriations

| Fiscal 2021 Amended Budget Percentage | Fiscal 2021 Amended Budget Amount | Description | Fiscal 2022 City Budget Amount | Fiscal 2022 City Budget Percentage |
|---|---|---|---|---|
| 17.8% | $21,877,974 | General Government | $22,338,6.. | |
| 7.1% | 8,714,585 | District Court | 7,855,515 | 6.0% |
| 22.2% | 27,275,796 | Fire Department | | |
| 38.9% | 47,892,168 | Police Department | 48,892,176 | 38.1% |
| 11.4% | 13,972,315 | Public Service | | |
| 2.2% | 2,740,456 | Street Lighting | | |
| 0.6% | 781,918 | Planning | 2,875,000 | 2.2% |
| 100.0% | $123,035,212 | Total Appropriations | $128,437,512 | 100.0% |

EX
574



| Fiscal 2013 Amended Budget | | Description | Fiscal 2014 Council Adopted Budget | |
| --- | --- | --- | --- | --- |
| Percentage | Amount | | Amount | Percentage |
| 57.5% | $53,368,791 | Property Tax | $66,806,980 | 67.4% |
| 15.5% | 14,457,680 | Intergovernmental | 15,073,772 | 15.2% |
| 2.2% | 2,034,000 | Licenses and Permits | 2,753,000 | 2.8% |
| 5.0% | 4,633,954 | Fines and Forfeitures | 4,445,000 | 4.5% |
| 0.1% | 90,000 | Interest on Investments | 80,000 | 0.1% |
| 4.0% | 3,689,000 | Charges for Services | 3,470,000 | 3.5% |
| 6.8% | 6,298,806 | Miscellaneous | 6,553,550 | 6.5% |
| 8.9% | 8,243,928 | Fund Balance Appropriated | - | 0.0% |
| 100.0% | $92,816,159 | Total Revenues | $99,182,302 | 100.0% |



| Fiscal 2013 Amended Budget | | Description | Fiscal 2014 Council Adopted Budget | |
| --- | --- | --- | --- | --- |
| Percentage | Amount | | Amount | Percentage |
| 17.5% | $16,236,026 | General Government | $16,752,979 | 17.6% |
| 7.0% | 6,525,072 | District Court | 6,234,307 | 6.5% |
| 23.4% | 21,689,324 | Fire Department | 21,352,668 | 22.4% |
| 39.3% | 36,521,546 | Police Department | 38,533,128 | 40.4% |
| 8.3% | 7,739,828 | Public Service | 8,293,911 | 8.7% |
| 3.3% | 3,100,000 | Street Lighting | 3,193,000 | 3.3% |
| 0.5% | 457,363 | Planning | 472,231 | 0.5% |
| 0.6% | 547,000 | Capital Improvements | 550,000 | 0.6% |
| 100.0% | $92,816,159 | Total Appropriations | $95,382,224 | 100.0% |

## Michigan Department of State

### NOTICE OF ABANDONED VEHICLE/VESSEL

*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.*

**PROOF OF NOTICE CERTIFICATE**
I certify that I am eighteen years of age or older, and that on this date the Department served a copy of this original Notice of Abandoned Vehicle and Petition for Hearing on Abandoned Vehicle/Vessel to each party of record by United States mail from Lansing, Michigan, as provided in Section 212 of the Michigan Vehicle Code (MCL 257.212).

T. Bradley

| | |
|---|---|
| Date of Notice | 05/01/2020 |
| Complaint Number | 20-18751 |

ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091-5912

| | |
|---|---|
| Court Name | 37TH DISTRICT COURT |
| Court Address | 8300 COMMON RD |
| | WARREN MI 48093 |

Our records indicate that you are the titled or registered owner of the vehicle/vessel listed below. This is to notify you and any secured party on record that this vehicle/vessel was taken into custody as an abandoned vehicle/vessel by the law enforcement agency listed below.

Unless this is an unregistered, abandoned, scrap vehicle/vessel, you have 20 days from the date of this notice to redeem it by paying the fees and accrued charges to the custodian of the vehicle/vessel. If you do not redeem the vehicle within 10 days from the date of this notice, the secured party may redeem the vehicle/vessel by paying the applicable fees and accrued charges to the custodian of the vehicle/vessel. The vehicle/vessel may be sold at public auction after 20 days. However, if the proceeds from the sale of the vehicle/vessel do not satisfy the towing fees and accrued daily storage fees, the custodian of the vehicle/vessel may collect the balance of those unpaid fees from the last titled or registered owner, subject to MCL 257.252I or Sections 80130m, 81191, and 82161 2014 PA 549.

The owner may contest that this vehicle/vessel was properly deemed abandoned or removed by completing the enclosed petition to request a hearing with the court listed above. The owner and secured party may contest the reasonableness of the towing and daily storage fees by completing and submitting the petition. The petition must be filed with the court by mail or in person within 20 days of the date of this notice. Please refer to the back of this form and the enclosed petition for more information.

**WARNING:** If you or the secured party do not redeem an abandoned vehicle/vessel or request a hearing within 20 days of the date of this notice, the law enforcement agency may transfer ownership of the vehicle/vessel and terminate all rights of the owner and any secured parties to the vehicle/vessel or to the proceeds of the vehicle/vessel sale.

**Vehicle/Vessel**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2012 | MAZDA | JM1CW2CL0C0101363 | SW |

**Owner Name and Address:**
ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091-5912

**First Secured Party Name and Address:**

**Second Secured Party Name and Address:**

22552 Van Dyke
W          48089

**Law Enforcement Agency Name and Address:**
WARREN POLICE DEPARTMENT
29900 CIVIC CENTER DR
WARREN MI 48093

**Date Vehicle/Vessel Taken into Custody and Approximate Location From Which It was Taken into Custody:**
05/01/2020    7528 HUDSON        WARREN

**Custodian-Location Where Vehicle/Vessel is Held:**
ABLE TOWING AND SERVICE TOWING
6006 RINKE AVE
WARREN MI 48091

55
Ex W P'

0038009207/00100102
Owner Copy

TR-52a-1 (Rev. 01/2019)

## Important Information

Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.

Michigan law [MCL 257.252a, 81151, or 82161 2014 PA 549] presumes that the last owner of record as kept by the Secretary of State of a vehicle is responsible for abandoning a vehicle unless the person provides a record of sale or transfer. Michigan law (80130f 2014 PA 549) presumes that the last titled owner, if there is no titled owner the last registered owner of a vessel, is responsible for abandoning a vessel unless the person provides a record of the transfer of the vessel to another person. A violation for abandoning a vehicle and not redeeming it before disposition is determined under MCL 257.252g or Section 81154(3) or Section 82161(3) 2014 PA 549, or for abandoning a vessel and not redeeming it before disposition is determined under Section 80130k, will result in a civil infraction and subject the owner to a civil fine of $50 plus costs, state assessments, and other statutory penalties.

A person who violates Section 324.8905a(4) is responsible for a state civil infraction and is subject to a civil fine of not less than $500.00 or more than $2,500.00. A person found to have committed a violation described in this subsection in a subsequent proceeding is subject to a civil fine of not less than $1,000.00 or more than $5,000.00 plus costs, state assessments , and other statutory penalties.

Abandoned vehicle references MCL 257.252 a through i. Abandoned vessel references Section 80130, abandoned ORV references Section 81151, and abandoned snowmobile references Section 82161 2014 PA 549.

**Abandoned Vehicle or Vessel includes:**

* A vehicle or vessel on private property without the consent of the owner.
* A vehicle or vessel that has remained on public property for not less than 48 hours.
* A vehicle that has remained on a state trunk line for not less than 18 hours if a valid registration plate is affixed to the vehicle.
* A vehicle that has remained on a state trunk line if a valid registration plate is not affixed to the vehicle.
* A vessel that has remained on a state trunk line and not on a motor vehicle or trailer and is not under the immediate custody of the owner.
* A vessel on a motor vehicle or trailer if the motor vehicle or trailer displays a valid registration plate and has been on a state trunk line for no less than 18 hours and is not under the immediate custody of the owner.

Before determining that a vehicle or vessel is abandoned, the police check to see if it is reported as stolen.

1. Within 24 hours after taking an abandoned vehicle or vessel into custody, law enforcement agency notifies the Michigan Department of State (MDOS) that it has been deemed abandoned. Within seven days of receiving notice from law enforcement, MDOS sends the Notice of Abandoned Vehicle/Vessel to the owner of record as kept by the Secretary of State and any secured parties on record.

2. The owner of record as kept by the Secretary of State (including lessor/lessee) has 20 days from the date of the Notice of Abandoned Vehicle/Vessel to either:
   a) Redeem the vehicle or vessel by paying the accrued towing, storage and abandoned fees to the custodian of the vehicle or vessel, or
   b) Contest that the vehicle or vessel was properly deemed abandoned, or contest the reasonableness of the towing and daily storage fees by completing the attached petition to request a hearing  with the court shown on the front of this form. The petition must be submitted by mail or filed in person at the court.

   An owner who requests a hearing may obtain release of the vehicle or vessel by posting a towing and storage bond with the court, or by paying the abandoned fees to the court and the accrued towing and storage fees to the custodian instead of posting a towing and storage bond. If the court finds the vehicle or vessel was improperly deemed abandoned or removed, the law enforcement agency will reimburse the owner for the towing, storage, and abandoned fees.

3. If the owner does not redeem the vehicle within 10 days after the date of this notice, the secured party of record as kept by the Secretary of State may:
   a) Redeem the vehicle or vessel by paying accrued towing, storage and abandoned fees to the custodian of the vehicle/vessel or
   b) Within 20 days after the date of this notice, contest the reasonableness of the towing and daily storage fees by completing the attached petition to request a hearing with the court shown on the front of this form. The petition must be submitted by mail or filed in person at the court.

4. If the owner or secured party of record as kept by the Secretary of State (including lessor/lessee) does not redeem the vehicle or vessel, or request a hearing within 20 days after the date of this notice:
   a) The vehicle or vessel may be sold at public auction. If the owner or secured party requests a hearing, the vehicle or vessel may be sold at public auction if it is not redeemed by the owner or secured party within 10 days after the disposition of the hearing.

   Upon sale, the law enforcement agency completes a Bill of Sale. The Bill of Sale is used by the purchaser to apply for title or registration in purchaser's name at a Secretary of State office.

5. If there are no bidders on the vehicle or vessel, the law enforcement agency may do one of the following:
   a) Turn the vehicle or vessel over to the towing firm to satisfy charges against the vehicle or vessel. However, if the proceeds from the sale of the vehicle or vessel do not satisfy the towing fees and accrued daily storage fees, the custodian of the vehicle or vessel may collect the balance of those unpaid fees from the last owner of record as kept by the Secretary of State, subject to MCL 257.252i or Sections 80130m, 81151, and 82161 2014 PA 549.
   b) Obtain title to the vehicle or vessel for the police agency or the unit of government the police agency represents, by paying the towing and storage charges and applying for title to the vehicle or vessel.
   c) Hold another public sale pursuant to MCL 257.252g(1) or Sections 80130k(3)(c), 81151, and 82161 2014 PA 549.

**Registered, Abandoned, Scrap Vehicle or Scrap Vessel:** Per MCL 257.252b(1)(a) or Sections 80130g(1)(a), 81151, and 82161 2014 PA 549, a registered, abandoned, scrap vehicle or scrap vessel is an abandoned vehicle or vessel that is seven or more years old, is currently registered or titled in Michigan or displays a valid current-year registration plate from another state, and is apparently inoperable or is extensively damaged to the extent that the cost of repairing it to make it operational and safe exceeds its fair market value.

1. Follow only steps 1 through 3 listed above for abandoned vehicles or vessels.
2. If the vehicle or vessel is not redeemed by the owner of record as kept by the Secretary of State or secured party within 20 days of this notice or 20 days after a hearing, the law enforcement agency will release the vehicle to a towing service, used or secondhand vehicle parts dealer, scrap metal processor, automotive recycler, or foreign salvage vehicle dealer or release the vessel to a scrap metal processor or landfill operator. Both will require the completion of the Certificate of Scrapping form.

**Unregistered, Abandoned, Scrap Vehicle or Scrap Vessel:** Per MCL 257.252b(1)(b) or Sections 80130g(1)(b), 81151, and 82161 2014 PA 549, an unregistered, abandoned, scrap vehicle is an abandoned vehicle that is seven or more years old, is not currently registered or titled in Michigan and does not display a valid current-year registration plate from another state, and is apparently inoperable or is extensively damaged to the extent that the cost of repairing the vehicle exceeds its fair market value. As unregistered, abandoned scrap vessel is an abandoned vessel that is apparently inoperable or is extensively damaged to the extent that the cost of repairing the vessel exceeds its fair market value and is not currently registered or titled in Michigan and does not display a current-year registration or decal from another state.

Within 24 hours, excluding Saturday, Sunday, and legal holidays, after taking the scrap vehicle into custody, the law enforcement agency will release the scrap vehicle to a towing service, used vehicle parts dealer, or scrap metal processor by completing the Certificate of Scrapping form. A scrap vessel will be released to a towing service by completing the Certificate of Scrapping form.

Owner Copy - back                                                        Ex W p2  52                                    TR-52a-b (Rev. 01/2019)

## Application for Michigan Vehicle Title

MI0004921542

| TRANSACTION TYPE<br>DUPLICATE TITLE ONLY | | PLATE | EXPIRATION | TITLE BRAND | REG. FEE<br>0.00 |
|---|---|---|---|---|---|
| YEAR<br>2009 | MAKE<br>CHEVROLET | MODEL<br>SILVERADO | | VEHICLE IDENTIFICATION NUMBER<br>1GCEK29J09Z214989 | REC. PASSPORT FEE<br>0.00 |
| BODY STYLE<br>PICKUP | FEE CATEGORY<br>31001 | WEIGHT | ODOMETER | ODOMETER BRAND | TITLE FEE<br>20.00 |
| FIRST DRIVER LICENSE NO./ FEIN<br>N 425 210 560 939 | | SECOND DRIVER LICENSE NO./ FEIN | | UNIQUE IDENTIFIER | TITLE LATE FEE<br>0.00 |

| NAME(S) AS IT WILL APPEAR ON CERTIFICATE OF TITLE AND REGISTRATION<br>ELIZABETH LUISE NELSON | | EXPEDITIOUS FEE<br>0.00 |
|---|---|---|
| | FULL RIGHTS TO SURVIVOR<br>NO | TAX<br>0.00 |
| ADDRESS<br>8075 PACKARD AVE APT 2<br>WARREN MI 48089 | MAILING ADDRESS | REG. TRANSFER FEE<br>0.00 |
| | | TOTAL<br>20.00 |

| FIRST SECURED PARTY/ FILING DATE<br>NONE | SECOND SECURED PARTY/ FILING DATE |
|---|---|

### APPLICANT IDENTIFICATION

☐ Owner  ☐ Other   Name: _____   I.D. Presented: _____

| CLAIM FOR TAX EXEMPTION | USE TAX RETURN | | TYPE OF DOCUMENT | |
|---|---|---|---|---|
| REASON:<br>LOST | 1. Purchase price or retail value,<br>whichever is greater. | 0.00 | | |
| I certify the tax exemption shown above is valid. Initial box: | 2. 6% Tax | 0.00 | COUNTY | STATE |
| I certify I own this vehicle and all information on this application is correct to the best of my knowledge. | 3. Credit for tax paid to a reciprocal state<br>(proof attached) | 0.00 | COURT | FILE/ DOCKET # |
| | 4. Tax Being Paid | 0.00 | | |

| New Owner's/Applicant's Signature<br><br>X | PURCHASE DATE:      SELLER'S NAME:<br>12/24/2019 |
|---|---|
| <br>X | If you do not receive your new title within 60 days, please send an e-mail to SOSWebmaster@michigan.gov, call the Department of State Information Center at (888) SOS-MICH (767-6424) or visit a Secretary of State office.<br><br>This form or your title must be presented to purchase or transfer plates. |

Final determination of the correct tax liability will be made by the Michigan Department of Treasury. You may be required to document your tax return or prove you are entitled to the exemption claimed. If you cannot support your claim, minimum penalties can be imposed including criminal prosecution or assessing up to 175% of the tax due.

Exemption - Transfer Between Relatives: An exemption from use tax is allowed when the new owner is the spouse, father, mother, brother, sister, child, stepparent, stepchild, stepbrother, stepsister, half-brother, half-sister, grandparent, grandchild, father-in-law, mother-in-law, brother-in-law, sister-in-law, son-in-law, daughter-in-law, grandparent-in-law, legal ward, or legally-appointed guardian of the previous owner. Documentation proving the relationship may be requested by the Michigan Department of Treasury.

VALIDATION: *Tp 39-X*
03182020 158 23583905 20.00 INST

 *Ek* 56

 CARS0023583905

G96953815

JOCELYN BENSON, Secretary of State
Authority granted under Public Act 300 of 1949 as amended.

TR-11L (2/19)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JEFFERY HAMAN,

                 Plaintiff,

v.

                                           Case No. 11-13587
                                           Honorable David M. Lawson

WILLIAM DWYER, JERE GREEN,
WARREN POLICE DEPARTMENT, CITY
OF WARREN, ROSS, PRIEST, PYLAK, and
SULLIVAN,

                 Defendants.

_____/

## JUDGMENT

On February 16, 2012, the defendants filed an offer of judgment in the amount of $5,000.00

pursuant to Federal Rule of Civil Procedure 68.  On February 24, 2012, the plaintiff filed an

acceptance of the defendants' offer.  Pursuant to Rule 68,

It is hereby **ORDERED AND ADJUDGED** that the plaintiff shall recover from the

defendants, jointly and severally, in the amount of $5,000.00, inclusive of costs and attorney's fees.

                                  s/David M. Lawson
                                  DAVID M. LAWSON
                                  United States District Judge

Dated: February 27, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on February 27, 2012.

        s/Deborah R. Tofil
        DEBORAH R. TOFIL

58

Ex CC

Filed 09/26/22   Page 18 of 19

Interested employers should go to www.macomb.edu. or call 586-445-7321.

The Job Fair will be held at South Campus, Sports and Expo Center from 4-7 p.m.

## Marijuana Odor

If your neighbor is growing marijuana and the smell in the air is strong, contact us to make sure they have the proper permits. Call: (586) 574-4504.

**MAYOR FOUTS WANTS EVERYONE TO BE PREPARED NOT SCARED! Coronavirus (COVID-19) Mayor Fouts has directed these steps be taken to protect the citizens of Warren during a potential threat to their health:**

- Released a Public Service Announcement (PSA), and will continue to educate the public on the symptoms and prevention of COVID-19.
- Implemented a public health management decision making training for all Police and Fire personnel on COVID-19.
- Dispatchers have been educated on COVID-19 risk assessment so that they can alert first responders of potential risk on any call on which they are sent.
- All city bldgs. display educational materials from the CDC.
- All city bldgs. will feature hand sanitizing stations at each entrance and at each Department counter.
- Set up meetings with local hospitals (Beaumont and St. John Ascension).
- Will be meeting with local schools to educate them on symptoms to look for with students and staff.
- Masks and gloves available for residents visiting city hall, and employees.

https://www.cdc.gov/coronavirus/2019-ncov/index.html

| Now Hiring | Sanitation Hiring | Computers For Sale |
|---|---|---|
| **Now Hiring**<br>City of Warren Parks & Recreation Department is hiring for Lifeguards.  Please go to the following website: www.cityofwarren.org. | **Sanitation Hiring**<br>The Sanitation Department is now hiring Temporary Laborer.  Please go to the following website: www.cityofwarren.org. | **Computers For Sale**<br>Twenty-seven Dell OptiPlex 7020 with Windows 7, 4 GB with CD/DVD Drive Mouse and Keyboard included, 19" monitors sold separately.  For information, call 586-574-4564. |

## CENSUS 2020 – "COUNT ME IN WARREN!" STARTING IN MARCH

- The Census form is 10 questions, takes 10 minutes, and determines Warren's population for the next 10 years.
- Census information is CONFIDENTIAL. Federal law prohibits sharing personal Census data with anyone.
- Once the invitation arrives, you should respond for your home in one of three ways:  Online, by phone, or by mail.
- For every Warren household that does not fill out the census, the City loses up to and over $3,800 each year for the next 10 years.
- The Census count determines federal funding for programs in Warren for things like new roads, schools, natural disasters, hospitals, fire departments, etc.
- For more information about Census jobs, volunteering and other resources, please visit: http://www.miwarren.org/the-u-s-census-bureau-is-now-hiring/



## Low Cost Vaccination Clinic April 18

**Sponsored by the Warren Animal Welfare Commission**

Affordable vaccines and microchips available for dogs and cats $40 per pet* Cash only!

Saturday, April 18 - 9 am – 3 pm - Location: Warren DPW - 12801 Stephens
(Between Hoover and Schoenherr)

- All pets MUST be on a leash or in a carrier
- Includes Rabies (1 or 3 year), Distemper, a microchip and Bordetella (dogs) or Felv (cats)
- 3 year rabies requires vaccination records.
- Individual vaccines $10, microchips $10, CASH ONLY

Contact: WarrenAnimalWelfare@gmail.com or call 586-275-5181
WarrenAWC, WarrenAnimalWelfare@gmail.com or call 586-275-5181

March 2020

Ex 66   Ex 59



STATE OF MICHIGAN
**DEPARTMENT OF STATE**
LANSING

Issued:          08-Jan-2020
Letter ID:       L002020203193

### Thank you for visiting the SOS Office!
### Transaction Receipt

Office: Branch 162 - Eastpointe

Cashier Interaction: R5668365

Date: 08-Jan-2020

Total Fees: $111.60

## Accounts

| Name | Customer / Vehicle | Account |
|---|---|---|
| ELIZABETH LUISE NELSON | 2HGFA16928H334838 (VIN) | EEU0881 (License Plate) |

## Fee Details

| Account | Fee Type | Amount |
|---|---|---|
| EEU0881 | MSRP Based Reg Fee | $99.00 |
| | Recreation Passport Fee | $11.00 |
| Payment Fees | Credit Card Fee | $1.60 |
| | | $111.60 |

## Payments

| Payment Type | Payment Information | Tendered | Change |
|---|---|---|---|
| Credit Card | Mastercard 9283 | $111.60 | $0.00 |
| | | $111.60 | $0.00 |

No returns or cancellations unless authorized under Michigan law.

Td 39
*Ex HH*
Ex 60

1-8-20

(2) NELSON in side lot
Adjacent to 7568 Hudson
Warren MI — Rental Home



Ex 65

# 2020

A "P" WILL
PRINT ON
THE TOP AND
BOTTOM OF YOUR
TAB IF YOU
PURCHASED A
**RECREATION
PASSPORT.**

YOUR PLATE
NUMBER IS
PRINTED ON YOUR
TAB. MATCH YOUR
TAB TO THE
CORRECT PLATE.



**IMPORTANT** ↑

TED LINE AND CAREFULLY PEEL
AB IS FULLY REMOVED.

o place it on your license plate.

h the month and year of expiration.

dry, then apply your tab as follows:
t corner.

Plate
Purchased

2020
1 of 4. Vehicles
towed 5-1-20

Ex 66