UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

ELIZABETH NELSON and ALBERT THROWER, Case No. 2:22-cv-10918
                  Hon. Matthew F. Leitman
  Plaintiffs,           Hon. Mag. Anthony P. Patti

-v-

SERVICE TOWING, INC., *et al.*,
  Defendants.
_____/

# SERVICE TOWING, INC. DEFENDANTS' <u>INDEX OF EXHIBITS</u>

**1 – Plaintiff Albert Thrower Deposition Transcript**

**2 – Plaintiff Elizabeth Nelson Deposition Transcript**

**3 – Thrower Violation/Citation history**

**4 -  Thrower/St. Anthony The Great City of Warren Citation Y025638**

**5 -  City of Warren Code of Ordinances Chapter 2.5**

**6 – Default Decision And Order dated 3/4/20**

**7 – Warren Field Inspection Report dated 3/13/20 re: 7568 Hudson**

**8 – Warren Citation Issued To Tenant Branson re: Illegal Occupation of 7568 Hudson**

**9 – Service Towing, Inc./Able Towing, LLC Invoices (4)**

**10 – ECF No. 74—Plaintiffs Amended Complaint**

**11 – 37th District Court Order To Clean Up Property dated 7/07/21**
    **Re: 7568 Hudson**

**12 – Petition For Hearing On Abandoned Vehicle**

**13 – Unpublished And Other Authority**