

*Warren police Officer Matthew Rodriguez. (WDIV)*

On Tuesday, Macomb County prosecutors charged Rodriguez with two misdemeanor charges: assault and battery and willful neglect of duty. He was arraigned at 37th District Court and given a $5,000 personal bond.

### Inmate checked at hospital

The inmate didn't ask for medical attention, but Dwyer ordered for him to be brought to a hospital for evaluation.

The man was taken to the hospital at 9:10 a.m. June 13. He was cleared and returned to his cell three hours later.

He was arraigned on felony charges, given bond, and transferred to the Macomb County Jail at 4:10 p.m. that day.

### 'A disgrace, unprofessional, and he'll pay that price'

Dwyer said Rodriguez is an example of how one officer can tarnish the reputation for everyone in the force.

"You have one person, such as Officer Rodriguez, that gives a black eye to every man and woman that is wearing the blue uniform, serving the public 24/7," Dwyer said. "It's something that -- I've been in law enforcement for a lot of years -- it pains me to see that an officer like Rodriguez can tarnish the reputation of law enforcement the way he did.

*Ex 29 p 4*

"A disgrace, unprofessional, and he'll pay that price."

Macomb County Prosecutor Peter Lucido said nothing in the video justified Rodriguez's attack, and that's what led to the charges.

"There's no duty to hit anyone," Lucido said. "There's no duty to go ahead and do exactly what happened in the video. Unfortunately, as the commissioner's indicated, that type of behavior tarnishes 27 different local law enforcement agencies around Macomb County, as well as it gives a black eye to the ones that put the badge on and the gun to serve and protect, and that's no way to serve, nor protect."

"This is the worst part of the job," Dwyer said. "It's not easy to have to take an officer like we did today and have to go through it, but he gets what he deserves. He brought it upon himself, and it's a shame, but he has tarnished the entire Warren Police Department."

Dwyer said the other two officers did exactly what they are trained and required to do.

"They saw something out of line," Dwyer said. "Immediately, they intervened and worked to de-escalate the situation, and ultimately reported the misconduct to a supervisor shortly thereafter."

*You can watch the full news conference below.*



Copyright 2023 by WDIV ClickOnDetroit - All rights reserved.

**ABOUT THE AUTHOR:**



**Derick Hutchinson**

Derick is the Lead Digital Editor for ClickOnDetroit and has been with Local 4 News since April 2013. Derick specializes in breaking news, crime and local sports.

✉ email

## MY FAVORITES

**What days I watch Local 4:**

☐

EX 29 p5

# City of Warren
## COVID-19 Preparedness and Response Plan

# WARREN
### Mayor James R. Fouts

Implemented: February 24, 2020
Amended: March 12, 2020
Amended: March 16, 2020
Amended: March 21, 2020
Amended: April 24, 2020

A worldwide pandemic known as COVID-19 has disrupted daily life as we know it. According to Governor Whitmer's Executive Order No. 2020-42, Temporary requirement to suspend activities that are not necessary to sustain or protect life, (rescinding Executive Order 2020-21 - Stay home, stay safe, and prior executive orders) employers that require their in-person work must adhere to sound social distancing practices and measures, which include but are not limited to:

(c) Developing a COVID-19 preparedness and response plan, consistent with recommendations in Guidance on Preparing Workplaces for COVID-19, developed by the Occupational Health and Safety Administration. Such plan must be available at company headquarters or the worksite.

(d) Restricting the number of workers present on premises to no more than is strictly necessary to perform the business's, operation's, or government agency's critical infrastructure functions or its minimum basic operations.

(e) Promoting remote work to the fullest extent possible.

(d) Keeping workers and patrons who are on premises at least six feet from one another to the maximum extent possible.

(e) Increasing standards of facility cleaning and disinfection to limit worker and patron exposure to COVID-19, as well as adopting protocols to clean and disinfect in the event of a positive COVID-19 case in the workplace.

(f) Adopting policies to prevent workers from entering the premises if they display respiratory symptoms or have had contact with a person with a confirmed diagnosis of COVID-19.

(g) Any other social distancing practices and mitigation measures recommended by the CDC.

## CRITICAL INFRASTRUCTURE WORKERS DEFINED

In accordance with Governor Whitmer's order, critical infrastructure workers are those workers described by the Director of the U.S. Cybersecurity and Infrastructure Security Agency in his guidance of March 19, 2020 on the COVID-19 response.

This order does not adopt any subsequent guidance document released by this same agency. Consistent with that order, critical infrastructure workers include those workers in each of the following sectors:

(a) Health care and public health.

(b) Law enforcement, public safety, and first responders.

(c) Food and agriculture.

2

EX
30
p1

(d) Energy.

(e) Water and wastewater.

(f) Transportation and logistics.

(g) Public works.

(h) Communications and information technology, including news media.

(i) Other community-based government operations and essential functions.

(j) Critical manufacturing.

(k) Hazardous materials.

(l) Financial services.

(m) Chemical supply chains and safety.

(n) Defense industrial base.

Critical infrastructure workers also include:

(a) Child care workers (including workers at disaster relief child care centers), but only to the extent necessary to serve the children or dependents of workers required to perform in-person work as permitted under this order. This category includes individuals (whether licensed or not) who have arranged to care for the children or dependents of such workers.

(b) Workers at suppliers, distribution centers, or service providers, as described below. (

1) Any suppliers, distribution centers, or service providers whose continued operation is necessary to enable, support, or facilitate another business's or operation's critical infrastructure work, may designate their workers as critical infrastructure workers, provided 7 that only those workers whose in-person presence is necessary to enable, support, or facilitate such work may be so designated.

(2) Any suppliers, distribution centers, or service providers whose continued operation is necessary to enable, support, or facilitate the necessary work of suppliers, distribution centers, or service providers described in subprovision (1) of this subsection may designate their workers as critical infrastructure workers, provided that only those workers whose in-person presence is necessary to enable, support, or facilitate such work may be so designated.

(3) Consistent with the scope of work permitted under subprovision (2) of this subsection, any suppliers, distribution centers, or service providers further down the supply chain whose continued operation is necessary to enable, support, or facilitate the necessary work of other suppliers, distribution centers, or service providers may likewise designate their workers as

critical infrastructure workers, provided that only those workers whose in-person presence is necessary to enable, support, or facilitate such work may be so designated.

(6) Suppliers, distribution centers, and service providers that abuse their designation authority under this subsection shall be subject to sanctions to the fullest extent of the law.

(c) Workers in the insurance industry, but only to the extent that their work cannot be done by telephone or remotely.

(d) Workers and volunteers for businesses or operations (including both religious and secular nonprofit organizations) that provide food, shelter, and other necessities of life for economically disadvantaged or otherwise needy individuals, individuals who need assistance as a result of this emergency, and people with disabilities.

(e) Workers who perform critical labor union functions, including those who administer health and welfare funds and those who monitor the well-being and safety of union members who are critical infrastructure workers, provided that any administration or monitoring should be done by telephone or remotely where possible.

(f) Workers at retail stores who sell groceries, medical supplies, and products necessary to maintain the safety, sanitation, and basic operation of residences, including convenience stores, pet supply stores, auto supplies and repair stores, hardware and home maintenance stores, and home appliance retailers.

(g) Workers at laundromats, coin laundries, and dry cleaners.

(h) Workers at hotels and motels, provided that the hotels or motels do not offer additional in-house amenities such as gyms, pools, spas, dining, entertainment facilities, meeting rooms, or like facilities.

(i) Workers at motor vehicle dealerships who are necessary to facilitate remote and electronic sales or leases, or to deliver motor vehicles to customers, provided that showrooms remain closed to in-person traffic.

## City of Warren COVID-19 Preparedness and Response Plan

In order to comply with Governor Whitmer's Executive Order No. 2020-42 the City of Warren has prepared the following COVID-19 Preparedness and Response Plan. This Plan may be updated as this situation evolves or as COVID-19 Executive Orders are issued or amended.

Executive Order 2020-42 prohibits businesses or operations to operate a business or conduct operations that require workers to leave their homes except to the extent those workers are necessary to sustain or protect life (i.e., critical infrastructure workers) or to conduct minimum basic operations.

Under Executive Order 2020-42, workers who are necessary to conduct minimum basic operations are "those workers whose in-person presence is strictly necessary to allow the business or

3

4

operation to maintain the value of inventory and equipment, care for animals, ensure security, process transactions (including payroll and employee benefits), or facilitate the ability of other workers to work remotely."

Only "critical infrastructure workers" or those required to conduct minimum basic operations may be permitted to perform in-person activities as long as any in-person work is performed consistently with the social distancing measures required under any relevant executive order or public health order. Workers designated as critical infrastructure workers or those required to conduct minimum basic operations will be informed of such designation in writing, if so required.

The City of Warren had previously communicated the March 19, 2020. The City's IT Department was integral in achieving this goal and has been equipped for a few years now to undertake this measure. (Exhibit E)

All employees who were not essential to operations, and whose job duties reasonably allowed to them to work from home were allowed to do so.

Employees were permitted to take paid leave consistent with the Families First Coronavirus Response Act and City of Warren's Personal Policy. Any outside employee who appeared to have a respiratory illness was separated from other employee and sent home.

Employees who remained at city buildings to perform their work were staggered on certain days, in order to have smaller crews on-site, to avoid coming within six feet of other individuals. Some employees were relocated and provided additional resources in order to avoid the shared use of offices, desks, telephones, and tools/equipment. Employees should and have been remaining in their assigned work areas as much as possible. Employees whose job duties regularly require them to be within six feet of members of the public were provided with appropriate personal protective equipment (PPE) or physical barriers consistent with their level of risk of exposure to COVID-19. (Exhibit A) The number of employees permitted in any breakroom/kitchen/lunchroom from have on out shall be limited to enforce social distancing restrictions can be followed.

On February 26, 2020, CDC posters were erected in all city buildings instructing employees and visitors to wash their hands frequently, to cover their coughs and sneezes with tissues, and to avoid touching their faces. Employees and the public had access to restrooms to frequently wash their hands and were given access to hand sanitizer at each department front counter (also on February 26, 2020). Employees also had access to tissues and places to properly dispose of them. Signs regarding proper hand washing methods were posted in all restrooms. Hand shaking was discouraged and will further be prohibited to ensure good hand hygiene. (Exhibits A, F, I)

On February 26, 2020, also I directed the Public Service Department and Building Maintenance Division to increase cleaning and disinfecting of surfaces, equipment, and other elements of the work environment daily using products containing EPA-approved disinfectants. Employees were provided with access to disposable disinfectant wipes so that their workspaces and any commonly used surfaces could be wiped down before each use. In the event that an employee that has been

in the workplace in the past 14 days tests positive for COVID-19, additional cleaning will be conducted. This was demonstrated in one of our departments already in late March, 2020. (Exhibit A, C)

On February 26, 2020, I also directed the Police Commissioner and Fire Commissioner to implement special COVID-19 training to all our police and fire department personnel. In addition dispatch would be able to assist minimizing exposure to our first responders through a series of screening questions. (Exhibit A, M)

- Our Fire Department was able to secure cleaning/disinfecting supplies, special oxygen units, and PPE to maintain our Ambulances and shared spaces.
- Our Police Department was also armed with PPE implemented one man per vehicle directive.

We have not allowed visitors into any city buildings since March 13, 2020 (Community Center) and March 16, 2020 (City Hall, Libraries, etc.) Visitors are only allowed in the workplace if they are deemed essential to address an issue related to critical infrastructure functions. (Exhibits C, D)

In early March 2020 I announced City of Warren Parks will remain open, while play structure have been taped off and their use is prohibited. I have encouraged walking and jogging in the parks while following appropriate social distancing guidelines of maintaining six-feet of space between individuals. (Exhibit L)

To ensure a safe environment and to remain consistent with the Governor's order all visitors entering city building's MUST have a face covering, making certain their mouths and nose are properly covered. All visitors shall be screened prior to entering the building. A screening questionnaire will be utilized to decide if the visitor can enter the building. If a visitor presents with symptoms of COVID-19 or answers yes to any of the screening questions we will not allow them into the building. We will provide the visitor with a handout regarding what to do if they might have COVID-19. (Exhibit N, R)

An entry screening questionnaire should be completed by all employees before being permitted to enter the workplace and should comply with any required screening process by health professionals. Any individual taking employee temperature will be required to wear appropriate personal protective equipment. If an employee fails the screening process, he or she should be sent home until allowed to return to work under the relevant executive orders and public health orders. (Exhibit N)

We implemented this soon after we moved to a work from home mode on March 23, 2020. An employee or resident of the City of Warren's senior housing facilities is considered to have a Suspected Case of COVID-19 if:

- They are experiencing any of the following COVID-19 symptoms:
  - o Fever
  - o Persistent cough
  - o Shortness of breath

- If they have been exposed to a COVID-19 positive person, meaning:
  - An immediate family member has tested positive for or exhibited symptoms of COVID-19; or
  - In the last 14 days, the employee came in close contact with someone who has tested positive for COVID-19.

If an employee qualifies as a Suspected Case (as described above), he or she must:
- Immediately notify supervisor and/or Human Resources/Administrator of office;
- Self-quarantine for 14 days; and
- Seek immediate medical care or advice.

If an employee qualifies as a Confirmed Case, then the City of Warren will:
- Notify all employees/residents of one of the City of Warren's senior housing facilities who may have come into close contact (being within approximately six feet for a prolonged period of time without PPE) with the employee in the past 14 days (while not disclosing the identity of the employee to ensure the individual's privacy); and
- Ensure that the employee/resident of one of the City of Warren's senior housing facilities' work/living area is thoroughly cleaned.
  - These measures have already been taken/were followed in several departments already:
    - Senior Housing
    - Police
    - Fire
    - Building

An employee/resident of one of the City of Warren's senior housing facilities is considered a Confirmed Case of COVID-19 if the person tested positive for COVID-19 or had a health screening with a healthcare provider and that provider deemed them positive.

If an employee/resident of one of the City of Warren's senior housing facilities believes that he or she qualifies as a Confirmed Case (as described above), he or she must:
- Immediately notify supervisor and/or Human Resources/Administrator of Office of his or her diagnosis; and
- Remain out of the workplace until they are allowed to return to work.
  - Remain out of the workplace until they are allowed to return to work.
    - This has already taken place in the following departments:
      - Senior Housing
      - Police

If an employee/resident of one of the City of Warren's senior housing facilities qualifies as a Confirmed Case, then the City of Warren will:
- Notify all employees/residents of one of the City of Warren's senior housing facilities who may have come into close contact with the employee (being within approximately six feet for a prolonged period of time without PPE) in the past 14 days (while not disclosing the identity of the employee to ensure the individual's privacy);

---

- Ensure that the entire workplace, or affected parts thereof (depending on employee's presence in the workplace), is thoroughly cleaned and disinfected.
- If necessary, close the work area or workplace, until all necessary cleaning and disinfecting is completed; and
- Consider, depending on the presence of a confirmed case, the cleaning/disinfecting plans, and when the workplace will reopen.
  - This took place and was implemented in the Building Division and Senior Housing.

Consistent with Executive Order 2020-36, Employees who test positive for COVID-19 or display one or more of the principal symptoms of COVID-19 (fever, uncharacteristic cough, or uncharacteristic shortness of breath) will not be permitted to return to work until either:
1. Both 3 days have passed since their symptoms have resolved and 7 days have passed since their symptoms first appeared or since they were swabbed for the test that yielded the positive result; or
2. They receive a negative COVID-19 test.

Employees who have been in "close contact" (being within approximately six feet for a prolonged period of time) with an individual who tests positive for the COVID-19 or who displays one or more of the principal symptoms of COVID-19 will not be permitted to return to work until either:
1. 14 days have passed since the last close contact with the sick or symptomatic individual;

or

2. The symptomatic individual receives a negative COVID-19 test.

The "close contact" rule does not apply to the following classes of workers: health care professionals; workers at a health care facility (including hospitals, surgical centers, health maintenance organizations, nursing homes, hospices, and veteran's facilities); first responders (e.g., police officers, fire fighters, paramedics); child protective service employees; workers at child caring institutions, as defined in MCL 722.111; and workers at correctional facilities.

I directed all city department heads to maintain their staffing to perform essential functions so the workplace can operate smoothly even if/when key employees are absent. We also utilized various methods of media to communicate important messages to employees and residents. (Exhibits A.)
- Newsletters
- Newsletter Magazine
- Water Bill Flyer
- Social Media
- City Website
- Press Releases
- PSA's
- Radio
- TV (both City Cable and broadcast)

A concern I am most proud of is that city services have been able to run smoothly and continuous, coupled with the assistance of residents that I have implemented. (Exhibits C, F, G, H, I)
- Sanitation is on time and consistent, as well as recycling and compost

- I made the decision to not enforcing grass cutting fines in order to allow for safe and clean neighborhoods free of rodents, etc.
- Suspended Water Shut-Offs
- WWTP is functioning
- Established Food Assistance Hotline
  - Partnered with local food pantries
- Partnership to bring more food to Warren residents through Forgotten Harvest, Gleaner's and Salvation Army

9

**EXHIBIT A**

FOR IMMEDIATE RELEASE
February 26, 2020

Contact: Mayor Jim Fouts
Telephone: (586) 574-4520

Warren Mayor Jim Fouts
Prepares Warren For Influenza String A
And Coronavirus (COVID-19)

Warren, MI – Over these past weeks we have all watched as news of the spread of Coronavirus in China, other parts of Asia and across the globe has been thrust onto our TV screens. As Mayor, it is my goal to educate, detect, and prevent any potential threat to our community here in Warren.

These steps have been taken to protect the citizens of Warren during a potential threat to their health:

- I have released a Public Service Announcement (PSA), and will continue to educate the public on the symptoms and prevention of COVID-19.
- We have implemented a public health management decision making (training for all Public and Fire personnel on COVID-19.
- Our dispatchers have been educated on COVID-19 risk assessment so that they can alert and assist our first responders of potential risk on any call on which they are sent.
- I have issued all municipal buildings to display educational materials from the Center for Disease Control and Prevention (CDC), to help educate and identify symptoms of the COVID-19 virus.
- City Hall will feature hand sanitizing stations at each entrance and at each Department counter, to reduce the spread of all viruses.
- I will be setting up meetings at local hospitals (Beaumont and St. John Ascension) to make sure they have protocol in place.
- We will be meeting with local schools to educate them on symptoms to look for with students and staff.
- Masks and gloves will be available for residents visiting city hall, and employees.

10

This virus also affects the economic stability of not only China but also the U.S. and the world. I think our companies may have to rethink investment in China.

The great economic boom that we have had may now have a downturn into a nasty recession because of the inability of the many plants in China to function because of this disease.

This could even affect the U.S. Presidential election in November. It currently affects the production of GM, Ford, and many other U.S. companies.

First, Warren residents should take comfort in knowing, health officials have informed us that the risk of Coronavirus to our community at this time remains low. Secondly, in a series of proactive steps I have authorized City Administration to implement a number of preventative measures.

For further information, please visit the Center for Disease Control and Prevention website at www.cdc.gov and the Michigan Department of Health and Human Services at www.michigan.gov/mdhhs

**There is still more to be learned**

COVID-19 is an emerging disease and there is more to learn about its transmissibility, severity, and other features and what will happen in the United States. New information will further inform the risk assessment.

We will continue to work closely with all Federal, state, county and other municipal partners to mitigate potential risk and immediately address any local signs of infection. Our residents can feel at ease knowing that their health and well-being is now and always will be my number-one priority. My Administration, beginning with Police Commissioner Bill Dwyer, Fire Commissioner Skip McAdams, and all first responders are diligently working to ensure your safety.

Finally, my goal continues to be to serve and protect the citizens and visitors in Warren.

**I WANT EVERYONE TO BE PREPARED NOT SCARED!**

11

---

EXHIBIT B

March 12, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN MAYOR JIM FOUTS TO ANNOUNCE ACTIONS WARREN WILL BE TAKING IN REGARDS TO COVID-19**

Coronavirus (COVID-19) actions will be announced later today to serve and protect all people in Warren.

1.) I will be meeting with major department heads at Noon today.
2.) I will also be meeting with members of the various churches in Warren later today after the staff meeting.
3.) I will also be contacting leaders of the various school districts in Warren.
4.) I will also contact some major state leaders.
I did receive a call from the Governor yesterday.
After all of the above I will then announce additional actions that Warren will be taking to protect people against this virus. I am also requesting that all political leaders in Warren put aside their differences to be united to serve and protect our citizens. All hands on deck for this pandemic and no time for political games or partisanship!

Can be reached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

12

**EXHIBIT C**

March 12, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - COVID-19 ACTION BY MAYOR FOUTS**

Below is a list of actions I have immediately issued to protect Warren citizens:

1) Moratorium on Water shutoffs.
2) Friday Closure of Warren Community Center, Fitzgerald Recreation Center, and Owen Jax Center thru the end of March. Transportation for seniors and those with special needs will remain active. Meals on Wheels at Owen Jax will also sensitively remain active. Civic Theatre Productions on hold.
3) Fire and Police have protocols for assessing potential patients with coronavirus.
4) All non-essential persons prohibited from senior housing facilities at Stilwell and Joseph Coach. All gatherings for various activities such as St. Patrick's Day, Bingo, Euchre, and other such events cancelled.
5) Human Resources will be issuing guidelines to all employees regarding proper steps to take to limit exposure.
6) Building Maintenance will have stepped up efforts to sanitize all publicly utilized areas, including railings, elevators, door knobs and counter tops. This includes repeated cleaning throughout the day.
7) All children's toys have been removed from Libraries and additional efforts have been issued involving cleaning kiosks and keyboards, and patrons will be scanning their own library cards.
8) City inspectors also have protocol in place to assess the homes/facilities before they enter.

I have met with several religious leaders and school officials and both have taken proper precautionary efforts and will cooperate and collaborate with the city to protect their parishioners. I will discuss more of this later.

Can be reached at Office 586-574-4520, Mobile 586-481-4545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square - Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

13

---

**EXHIBIT D**

March 13, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE FROM WARREN MAYOR JIM FOUTS REGARDING WARREN CLOSURES/ACTIONS PERTAINING TO CORONAVIRUS (COVID-19)**

ATTENTION I have ordered the following Warren closures due to the coronavirus epidemic:

1) All Warren Public Libraries will be closed effective this Monday thru at least the end of the month.

2) Warren City Hall will be closed to the public effective this Monday thru at least the end of the month.

3) ALL city personnel will still be reporting to work and we will take emails and phone calls as well.

4) AARP tax service will also be closed until further notice.

Note: I have received reports that there may be suspected cases of the virus in Warren. I await further information including additional testing. This is a FLUID situation and subject to change. GM has also closed down the Tech Center except for essential staff. The GM Tech Center is directly across from Warren City Hall. The Governor is also recommending that all houses of worship should be closed if over 250 people are gathering. I have received calls and suggested to Pastors that they too consider closure in order to make it safe for their parishioners.

Can be reached at Office 586-574-4520, Mobile 586-481-4545, Home 586-573-8058.

Mayor James R. Fouts
City of Warren
One City Square - Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

14

**EXHIBIT E**

, 2020

...DIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN
...JIM FOUTS DECLARES A STATE OF EMERGENCY

...ief executive (Mayor) of Warren, I have officially declared a State of Emergency
...ty of Warren effective Monday March 23, 2020. This will do the following:

...yees will be able to work from their homes. This allows a safe distancing between
...loyes to ensure their safety by having minimum contact with other employees.
...help to deter the spread of the coronavirus.
...ill allow me to designate our three community centers* as health auxiliary
...This will assist first responders and the medical community when the need

...ial services will remain in operation during this crisis.
...continue working at Warren City Hall, although many employees will be working
...be through telecommunications.

*Community Center, Owen Jax Center and Fitzgerald Recreation.*

...eached at Office 586-574-4520, Mobile 586-481-0545, Home 586-573-8058.

...ames R. Fouts
...Varren
...Square- Suite 215
...MI  48093-6726
...4520
...cityofwarren.org
...ofwarren.org

**EXHIBIT F**

March 25, 2020

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - WARREN
MAYOR JIM FOUTS ESTABLISHES WARREN EMERGENCY FOOD HOTLINE
DURING COVID-19 CRISIS**

During this time of great crisis we need to focus on two words: Faith and Facts
I have an EMERGENCY HOTLINE 586-574-4526 for senior Warren residents as well as those
with pre-existing conditions who are in need of food. Please for those only who are in great
need! This will be coordinated with local food pantries and volunteers from Warren. Those
wishing to help out can also call the HOTLINE number 586-574-4526. Indicate that you are able
to assist and leave your phone number. THANK YOU!

Can be reached at Office 586-574-4522, Mobile 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI  48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

PUT OUT A REQUEST FOR PPE FOR THAT HOSPITAL. *Help is on the way from Michigan suppliers.

7)Don't go to the hospital unless you are very sick as our hospitals are overwhelmed with coronavirus cases. It's somewhat dangerous to go to a hospital at this time. Do work on supporting our medical personnel with any support including masks, lunch cateredfrom a local restaurant, and support for their sacrifice and work that they do! I have arranged for a place in Warren to supply our hospital people in Warren with lunch.

Please support PRESIDENT TRUMP on his strong recommendation that we all follow guidelines indicating that you wear a mask when outside your home. And stay home for the next 2 weeks. We must follow the suggestions of our President, the CDC, and our Governor.*

Thank You!

*On a conference call with the White House today President Trump informed us of the various equipment being received. Such as 100,000 ventilators are on their way. He stressed that the government is working diligently to make sure all hospitals are adequately supplied.

Office 586-574-4520, Cell 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

19

---

April 10, 2020

**EXHIBIT 1**

**ALL MEDIA FOR IMMEDIATE DISTRIBUTION - CITY OF WARREN - UPDATE FROM MAYOR FOUTS ON WARREN SANITATION EFFORTS-LAWN MOWING**

Great union* employees at Sanitation & DPW makes Warren the best in the Metro area! We are the only city in this area that is still picking up everything including compost. All other surrounding cities are NOT picking up compost. What's next for these cities? Recycling? Garbage? These surrounding cities also have private sanitation services and we do not! In Warren we invested NINE MILLION DOLLARS on new one man mechanized sanitation trucks and garbage cans. These adhere to social distancing and are safer for the workers since they don't have to touch the trash. So while trash pick up on other cities is languishing Warren is completing the job.

My priority is always to serve and protect our citizens and that's why I also will NOT ticket people for lawn cutting and edging. That's an essential service and without that service we would have tall weeds, rats, mice, and mosquitoes. Our neighborhoods would become blighted and blight begets blight**. Warren has one of the largest populations of senior citizens and they depend upon a lawn service as do many people with various special needs due to injury and illness. I admire and commend Governor Whitmer's effort to keep us safe but prohibiting grass cutting is one that I must respectfully disagree with.

However, I urge Warren residents to try to get by without lawn cutting until it is absolutely necessary. At least for the next few weeks. The Governor's office responded to my lawn cutting question by saying "No, EXCEPT IF THE SERVICE IS NECESSARY TO MAINTAIN AND IMPROVE THE SAFETY, SANITATION, AND ESSENTIAL OPERATIONS OF A RESIDENCE." My interpretation of this quote is that yes lawn cutting is an essential service! I do strongly support the Governor's efforts to keep us safe by social distancing.

*Only unionized sanitation city in the metro area with the exception of Grosse Pointe.

**That's why we will not be ticketing lawn services for grass cutting and edging. However, this does not mean we will not ticket for other services.

Office 586-574-4520, Cell 586-481-0545, Home 586-573-8058.

Sincerely,

Mayor James R. Fouts
City of Warren
One City Square- Suite 215
Warren, MI 48093-6726
586-574-4520
mayor@cityofwarren.org
www.cityofwarren.org

20

**EXHIBIT J**



Warren
Mayor James R. Fouts

April 20, 2020

Dear Residents,

This letter is to educate and update Stilwell/Joe Coach residents about the unprecedented challenge of coronavirus (COVID-19). We recognize this is an agitating time and has impacted all our lives. We value all our residents and will follow guidelines supports from our leaders to help protect members of our community during this pandemic.

The Centers of Disease Control and Prevention (CDC) states that the best way to avoid this health issue is through prevention:

- Stay home if you are sick & avoid contact with people who are sick.
- If you must leave your apartment for essential needs, please practice social distancing by staying 6 feet apart from others.
- Cover your mouth and nose with a tissue when cough or sneeze or use the inside of your elbow.
- Wash your hands frequently with soap & water for 20 seconds if unavailable, use hand sanitizer that contains at least 60% alcohol.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Wear a cloth face cover in public (if a mask is unavailable you can wear a scarf, bandana and or you can make your own (you could spread the virus even if you do not feel sick).
- Clean and disinfect frequently-touched surfaces.

What we expect from you is to follow the CDC guidelines, as listed above and urge you to take these extra safety measures to help prevent the spread of the virus:

- Stay in your apartment if possible and avoid contact with others
- Avoid any gatherings in your unit or any common areas
- Do not have visitors unless essential for food or medicine

- Do not congregate outside to smoke.



Warren
Mayor James R. Fouts

In addition to the above personal guidelines, we continue to implement property-level measures, including frequent cleaning, sanitizing of the corridors and all common areas throughout the community to minimize the spread of any virus.

If you have any symptoms related to the virus or feel sick with a fever, cough or difficulty breathing please isolate yourself and contact your health care provider. Many providers are providing curbside testing and you must contact your doctor for a prescription to do so. You can also call the COVID-19 helpline for a health screening at 833-559-0659.

We know many residents have questions and concerns due to the COVID-19 exposure within their community/building. While privacy laws prohibit any unauthorized disclosure of an individual's health information, we are working with legal counsel to provide you with information and updates as appropriate. With great understanding and empathy, we continue to make the safety, well-being, privacy, and dignity of our residents a top priority.

Most business offices are closed, but if you have IRS questions you can contact the IRS on the web at IRS.GOV or by telephone at 800-829-1040, 7 a.m. to 7 p.m. Additionally, if you need help with food assistance, please contact the office and additional resources will be provided.

If you have questions or concerns or would like to share information with management, contact the office of Stilwell/Joe Coach at 586-758-1310.

With sincerest appreciation,

Management

April 23, 2020



WARREN
Mayor James R. Fouts

Dear Residents,

The Emergency Management Act gives the governor broad power to cope with danger to Michiganders from a disaster or emergency. The governor implements these powers through executive orders ("EOs"), which have the force and effect of law.

As you know, on March 10, Governor Whitmer declared a state of emergency and on April 1, declared a state of emergency and state of disaster.

On April 9, she signed EO 2020-42 *to suspend all social activities until the end of April.* This EO has the force and effect of law and states:

1. All individuals must stay at home.

2. All gatherings of people not part of a single household is prohibited.

3. All people who leave home must practice the social distancing measures recommended by the Centers for Disease Control and Prevention ("CDC"). See below.

4. No person shall operate a business that require workers to leave their homes unless those workers are necessary to sustain or protect life or conduct minimum basic operations ("Critical infrastructure workers").

There are *limited exceptions* to the stay at home rule:

1. To engage in outdoor physical activity such as walking, hiking, running, cycling, kayaking, canoeing, or other similar physical activity, as well as any comparable activity for those with limited mobility.

2. To perform a job as a critical infrastructure workers.

3. To pick up medication or seek emergency medical or dental care.

4. To purchase groceries, take-out food, gasoline, needed medical supplies, and products necessary to maintain the safety, sanitation, and basic operation of their home.

Governor Whitmer stated:

*"This virus is both aggressive and persistent . . . To win this fight, and to protect the health and safety of our state and each other, we must be just as aggressive and persistent."*

EO 2020-42.

As tenants, you must do your part to help fight this virus. Your Lease requires you to comply with all laws and refrain from conduct that disturbs, harasses, annoys, or endangers other tenants. See §§ 9 and 25 of your Lease.

April 23, 2020



WARREN
Mayor James R. Fouts

EO 2020-42 is the law, designed to:

*"suppress the spread of COVID-19, to prevent the state's health care system from being overwhelmed, to allow time for the production of critical test kits, ventilators, and personal protective equipment, and to avoid needless deaths . . ."*

EO 2020-42. Alleged violations of this law and your Lease will be taken very seriously and investigated to the fullest extent possible.

We continue to implement property-level measures to protect your health and safety and expect all residents and staff to follow the CDC recommendations:

• Stay informed – the best way to prevent illness is to avoid being exposed to this virus, visit www.cdc.gov.

• Avoid close contact with sick people, stay at home as much as possible.

• Put at least 6 feet of distance between yourself and other people.

• Wash your hands often with soap and water for at least 20 seconds, or if this not available, use a hand sanitizer that contains at least 60% alcohol.

• Avoid touching your eyes, nose, and mouth.

• **Wear a cloth face cover in public** (you could spread the virus even if you do not feel sick).

• Cover your mouth when coughing or sneezing; immediately wash your hands.

• Clean and disinfect frequently touched surfaces.

• If you feel sick with fever, cough, or difficulty breathing, isolate yourself and seek immediate medical care.

We urge all residents to take extra steps to help prevent the spread of the virus:

• Stay in your apartment if possible and avoid contact with others.

• Avoid any gatherings in your unit, patio, or any common areas.

• Do not have visitors unless essential for food or medicine.

• Do not congregate outside to smoke.

If you have questions or concerns, or would like to share information with management, please contact the office of Sidwell/Joe Coach at 866-758-1310.

Management

**EXHIBIT K**




# Prevent the spread of COVID-19 if you are sick

Accessible version: https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/steps-when-sick.html

If you are sick with COVID-19 or think you might have COVID-19, follow the steps below to help protect other people in your home and community.

**Stay home except to get medical care**

- **Stay home.** Most people with COVID-19 have mild illness and are able to recover at home without medical care. Do not leave your home, except to get medical care. Do not visit public areas.

- **Take care of yourself.** Get rest and stay hydrated.

- **Get medical care when needed.** Call your doctor before you go to their office for care. But, if you have trouble breathing or other concerning symptoms, call 911 for immediate help.

- **Avoid public transportation,** ride-sharing, or taxis.

**Separate yourself from other people and pets in your home**

- **As much as possible, stay in a specific room and** away from other people and pets in your home. Also, you should use a separate bathroom, if available. If you need to be around other people or animals in or outside of the home, wear a cloth face covering.

  - See COVID-19 and Animals if you have questions about pets: https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/animals.html

**Monitor your symptoms**

- **Common symptoms of COVID-19 include fever and** cough. Trouble breathing is a more serious symptom that means you should get medical attention.

- **Follow care instructions from your healthcare provider and** local health department. Your local health authorities will give instructions on checking your symptoms and reporting information.





**If you are sick, wear a cloth covering over your nose and mouth**

- **You should wear a cloth face covering over your nose and mouth** if you must be around other people or animals, including pets (even at home).

- **You don't need to wear the cloth face covering if you are alone.** If you can't put on a cloth face covering (because of trouble breathing, for example), cover your coughs and sneezes in some other way. Try to stay at least 6 feet away from other people. This will help protect the people around you.

  **Note:** During the COVID-19 pandemic, medical grade facemasks are reserved for healthcare workers and some first responders. You may need to make a cloth face covering using a scarf or bandana.



**If you are sick get your medical care**

- If you develop emergency warning signs for COVID-19 get medical attention immediately. Emergency warning signs include*:
  - Trouble breathing
  - Persistent pain or pressure in the chest
  - New confusion or not able to be woken
  - Bluish lips or face

  *This list is not all inclusive. Please consult your medical provider for any other symptom that are severe or concerning to you.

If you are having emergency warning signs for COVID-19 get medical attention immediately

**Call ahead before visiting your doctor**

- **Call ahead.** Many medical visits for routine care are being postponed or done by phone or telemedicine.

- **If you have a medical appointment that cannot be postponed, call your doctor's office.** This will help the office protect themselves and other patients.



---

- **Cover your coughs and sneezes.**
  - **Cover your mouth and nose** with a tissue when you cough or sneeze.
  - **Throw used tissues** in a lined trash can.

- **Immediately wash your hands** with soap and water for at least 20 seconds. If soap and water are not readily available, clean your hands with an alcohol-based hand sanitizer that contains at least 60% alcohol.

**Clean your hands often**

- **Wash your hands often** with soap and water for at least 20 seconds. This is especially important after blowing your nose, coughing, or sneezing; going to the bathroom; and before eating or preparing food.

- **Use hand sanitizer** if soap and water are not available. Use an alcohol-based hand sanitizer with at least 60% alcohol, covering all surfaces of your hands and rubbing them together until they feel dry.

- **Soap and water are the best option,** especially if your hands are visibly dirty.

- **Avoid touching** your eyes, nose, and mouth with unwashed hands.

**Avoid sharing personal household items**

- **Do not share** dishes, drinking glasses, cups, eating utensils, towels, or bedding with other people in your home.

- **Wash these items thoroughly after using them** with soap and water or put them in the dishwasher.

**Clean all "high-touch" surfaces everyday**

- **Clean and disinfect** high-touch surfaces in your "sick room" and bathroom. Let someone else clean and disinfect surfaces in common areas, but not your bedroom and bathroom.

- **If a caregiver or other person needs to clean and disinfect** a sick person's bedroom or bathroom, they should do so on an as-needed basis. The caregiver/other person should wear a mask and wait as long as possible after the sick person has used the bathroom.

High-touch surfaces include phones, remote controls, counters, tabletops, doorknobs, bathroom fixtures, toilets, keyboards, tablets, and bedside tables.

**Clean and disinfect areas that may have blood, stool, or body fluids on them.**




---

- **Use household cleaners and disinfectants.** Clean the area or item with soap and water or another cleaning product if it is dirty. Then, use a household disinfectant.

  - **Be sure to follow the instructions** on the label to ensure safe and effective use of the product. Many products recommend keeping the surface wet for several minutes to ensure germs are killed. Many also recommend precautions such as wearing gloves and making sure you have good ventilation during use of the product.

  - **Most EPA-registered household disinfectants** should be effective.

**How to discontinue home isolation**

- **People with COVID-19 who have stayed home** (home isolated) can stop home isolation under the following conditions:

  - **If you will not have** a test to determine if you are still contagious, you can leave home after these three things have happened:
    - You have had no fever for at least 72 hours (that is three full days of no fever without the use of medicine that reduces fevers)

    AND

    - other symptoms have improved (for example, when your cough or shortness of breath have improved)

    AND

    - at least 7 days have passed since your symptoms first appeared.

  - **If you will be tested** to determine if you are still contagious, you can leave home after these three things have happened:
    - You no longer have a fever (without the use of medicine that reduces fevers)

    AND

    - other symptoms have improved (for example, when your cough or shortness of breath have improved)

    AND

    - you received two negative tests in a row, 24 hours apart. Your doctor will follow CDC guidelines.

  In all cases, follow the guidance of your healthcare provider and local health department. The decision to stop home isolation should be made in consultation with your healthcare provider and state and local health departments. Local decisions depend on local circumstances.




---



**cdc.gov/coronavirus**

CS 316291A

25

26

Exhibit L

*Water Bill Flyers for March, April, May-thru the COVID-19 crisis*

# COVID-19 Coronavirus Information

- I have an EMERGENCY HOTLINE 586-574-4526 for senior Warren residents as well as those with pre-existing conditions who are in need of food. Please for those only who are in great need! This will be coordinated with local food pantries and volunteers from Warren. Those wishing to help out can also call the HOTLINE number 586-574-4526. Indicate that you are able to assist and leave your phone number.

- I have also arranged for Forgotten Harvest to distribute food at Warren city hall, south parking lot every Monday from 9 am – 1 pm. First come, first served. Stay in your vehicles and food is placed in your trunk.

- Constantly use soap and water and if not available use sanitizers that are at least 60% alcohol.

- Use masks, gloves and wipes to ensure extra safety BUT do not discard of these in public areas, discard in a safe container not out on the street or parking lot as this can become unsightly and dangerous pollution, for health and the sewer systems.

- Cover your mouth when coughing and or sneezing. Use your elbow if necessary.

- Do not shake hands with anyone.

- If you are over age 60 and or have a compromised immune system because of cancer, diabetes, asthma and other such illnesses be EXTRA CAREFUL and avoid going outside your home. These are some things to be mindful of:

  o The older you are the more likely it is that this disease will be fatal. In Michigan deaths have been 50 and up but there have been some much younger.

  o Men have a greater chance of having difficulty with this disease than women. Men are more likely to die and especially men over 60.

  o Anyone with a pre-existing condition can be seriously affected by this disease.

  o Those that smoke are far more likely to have difficulty with this disease. Indeed in many countries such as Italy this is a key factor for a fatal exposure.

  o People who smoke, consume alcohol or drugs, and or have a poor diet are at greater risk too.

**As your Mayor my most important job is to serve and protect the citizens of Warren. With that goal in mind I will continually be updating what we are currently doing to prevent the spread of this horrible virus and how we can do things better. For example:**

1.) I have closed all of the recreation buildings until this virus is no longer a danger and that includes: Warren Community Center, Fitzgerald Recreation Center, and Owen Jax Recreation Center.

2.) I have closed all libraries.

3.) I have closed city hall to the public.

4.) I have closed the parks for everything except jogging or walking

5.) Yellow tape will be on all of the children's playground items.

6.) Almost a month ago I made sure city buildings were equipped with CDC chars for citizens and other protections.

7.) I have issued safe practice guidelines to protect our first responders from the virus.

**Please stay a safe distance away from others and do what is suggested to make sure you remain safe. God Bless!  - Warren Mayor Jim Fouts**

**MDHHS Hotline** to address COVID-19 health questions – Open seven days a week from 8 a.m. to 5 p.m. Call 1-888-535-6136

**Unemployment Claims Hotline** – Monday – Friday, 8 a.m. to 4:30 p.m. Call 1-866-500-0017

## *Mayor Fouts Requesting Heroes Photos*

If you or a loved one are frontline workers, (police, fire, healthcare, grocery worker, etc.) Mayor Fouts would like to feature our heroes in our city Newsbeat Magazine Fall edition, titled Warren's Heroes.

Please submit hero photos, with their name and where they work to wmanere@cityofwarren.org

## Help and Support Each Other

During these hard times, please support your Warren restaurant and businesses. Patronize your local diners, pizzerias, ice cream shops, and small businesses. You can purchase gift cards to use at a later time to help them out.

Now is the time we need to help our neighbors and friends.

### Business Hours For Early Shopping

These stores are open to seniors, 60 and over and the disabled:

**Kroger's:** 7 a.m. – 8 a.m. – M-W-F
**Walmart:** 6 a.m. – 7 a.m. – Tues. only
**Meijers:** 7 a.m. – 8 a.m. – Tues. & Thurs.
**Oakridge Market:** 7 a.m. – 8 a.m. – Mon. & Fri.
**Randazzo's:** 7 a.m. – 8 a.m. – Daily

### MAYOR FOUTS' OFFICE FOOD ASSISTANCE

-EMERGENCY FOOD HOTLINE 586-574-4526 for senior Warren residents as well as those with pre-existing conditions who are in need of food. Please for those only who are in great need! This is coordinated with local food pantries and volunteers from Warren.

-Forgotten Harvest at city hall in the south parking lot every Monday from 9AM-1PM, contactless, first come, first served basis, food placed in your clean trunk.

**Exhibit M**

## POLICE/FIRE DISPATCHER SCREENING QUESTIONNAIRE

- For police calls, the caller is asked whether anyone present has COVID-19 symptoms. This information is given to the responding officers when they are dispatched to a scene.

- For ALL fire department dispatched calls, the dispatchers are **REQUIRED** to ask the patient, or if it is a 2nd party caller, for dispatch to ask the 2nd party caller the following questions:
  - Is the patient having shortness of breath?
  - Does the patient have a fever?
  - Does the patient have a cough?
  - Has any member of the household been suspected to have or diagnosed with COVID-19?

The dispatcher then needs to communicate with the dispatched units per CAD, rip-n-run notes and verbally on air the answers that were given by the patient/2nd hand caller.

29

---

**EXHIBIT N**



# WARREN
Mayor James R. Fouts

## BUILDING ENTRY SCREENING QUESTIONNAIRE
### EMPLOYEES AND VISITORS

Department Visiting: _____

Visitor Name: _____

Date: _____   Time in: _____

**In the past 24 hours, have you experienced any of the following symptoms:**

– Fever
– Persistent Cough
– Shortness of breath

If the visitor answered **"yes"** to any of the symptoms listed above the visitor is not allowed access to building. Visitor handed CDC Handout: What To Do If You Are Sick?

**In the past 14 days, have you:**

Had **close** contact (within approximately six (6) feet for a prolonged period of time) with an individual diagnosed with COVID-19? or who has exhibited the above symptoms in the last 14 days?

– Yes
– No

If the visitor answered **"yes"** to any of the symptoms listed above the visitor is not allowed access to building. Visitor handed CDC Handout: What To Do If You Are Sick?

**Employee Screening Visitors:**

Contact Department and inform them the visitor was not allowed into the building.

Date: _____   Time: _____   Spoke to: _____

30

EXHIBIT O

# HAND SANITIZER
## AVAILABLE HERE

APPLY    RUB    DRY
15-30 Seconds

WARREN
Mayor James R. Fouts

31

EXHIBIT P



Stop the spread of germs that can make you and others sick.

# Cover your Cough

CDC

WARREN
Mayor James R. Fouts

32

**City of Warren**
**COVID-19 PREPAREDNESS AND RESPONSE PLAN**

**Certification**

This is to certify that I have reviewed the City of Warren COVID-19 Preparedness and Response Plan attached hereto and to the best of my knowledge and belief:

1.) It complies with Michigan Governor Whitmer's Executive Order 2020-42 dated Thursday, April 9, 2020.

2.) The plan is consistent with the guidance from U.S. Department of Labor, Occupational Health and Safety Administration publication OSHA 3990-03-2020, Guidance on Preparing Workplaces for COVID -19.

3.) The plan is available on the City of Warren website www.cityofwarren.org and at each City of Warren facility where in-person operations take place during the COVID-19 emergency.

I declare that the foregoing is true and correct.

Signature: _____        Date: April 30, 2020

James R. Fouts, Mayor
City of Warren

33

## AFFIDAVIT OF ALBERT THROWER

Now comes affiant ALBERT THROWER under the penalty of perjury:

(Ps") have a tape recorded conversation where (D) Robert Scott called (P) Albert Thrower on 2168566626 #. (P) Thrower was in Cleveland OH.

1) Identifying ROBERT SCOTT as the caller

2) (D) Scott states "*he **ROBERT SCOTT** is going to tow 4 JUNK cars located at 7568 Hudson Ave"* Warren MI

3) Affiant told (D) Scott that the cars were "not junk" and had book value of $30,000 USD & that cars were insured, had valid license plates, and were on "private property"

4) Affiant tells (D) Scott, "you need a search warrant to come on that property and tow those cars, and I don't think there is a judge in Warren that will give you a search warrant"

5) Affiant told (D) Scott he was diagnosed with prostate cancer & radiation treatment for 40 straight days, asked (D) Scott for "couple of months" for cancer treatment because of radiation & affiant would remove the 4 cars

6) Affiant (PT) told (D) Scott he will sue (D) Robert Scott for $10 million 42 USC Section 1983 if he tows cars

7) Affiant is in process of having computer expert pull tape-recorded conversation off broken laptop hard drive

Ex 31 p 1

8) Under Ohio law, where tape-recorded conversations were recorded, one party consent is all that is needed to admissible in any court of law

9) Affiant asserts earlier it opined broken computer data could not be pulled hard drive but now an expert is the opinion tape recorded conversation can be copied off hard drive.

10) Conversation was civil in nature, (D) Scott told (PT) that he had a cabin he goes to Northern Michigan

11) Phone call was made about 4/15/20.

(D) Scott although admits to being present Ex 9 ADMISSIONS para  when the cars were towed appears to deny liability even though he is a supervisor and (D) Doe Kijewski works under him @ Warren Property & Maintenance

12) (Ps') agree that (Ds') did not cause covid, but their actions created a SCR-state created risk taken as a whole where "(Ps) were placed in a more risky situation in re covid, (Ps') thinking cars were "stolen", as (Ps') were told by MICH resident, "cars were gone". Even the tape recorded conversations, referenced infra, (PT) was led to believe that (D) Scott would NOT tow his cars, because of covid and (PT) told (D) Scott he was "diagnosed with prostate cancer and had be treated with radiation for 40 straight days".

Per 28 USC 1746 affiant avers that under the penalty of perjury that the foregoing is true under the laws of the United States of America

12/16/2023

Affiant Albert Thrower

Ex 31 Affidavit

Michigan Department of State
**PETITION FOR HEARING ON ABANDONED VEHICLE/VESSEL**
*Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.*



> Notice to the Court: A bond for the release of an abandoned vehicle/vessel, pending the court hearing, must cover the accrued towing and storage fees and the $40 abandoned vehicle fee. In the event of bond forfeiture, please remit $25 of the abandoned vehicle fee to: "State of Michigan - Abandoned Vehicle" Attn: Cashier Unit, 7064 Crowner Drive, Lansing, MI 48918. Please include the VIN/HIN/Serial number of the vehicle or vessel. Remit the remaining $15 of the abandoned fee to the towing agency in accordance with MCL 257.252d(3)(a) or Section 80130d(3)(a), 81151, and 82161 2014 PA 548.

Date of Notice 05/01/2020
Complaint Number 20-18750

37TH DISTRICT COURT
8300 COMMON RD
WARREN MI 48093

**I request a court hearing to contest (check box(es) that apply):**

☐ The vehicle/vessel was properly deemed abandoned or removed according to law
☐ The reasonableness of the towing or storage fees

X _____
    Signature of Petitioner                                Date of Signature

**Notice to Owner/Secured Party:**

If the owner wishes to contest that this vehicle/vessel was properly deemed abandoned/removed, or the owner or secured party wish to contest the reasonableness of the towing and daily storage fees, complete this petition to request a hearing with the court listed above. The petition must be filed with the court either by mail or in person within 20 days of the date of this notice, accompanied by a $75 court filing fee.

If the owner or secured party do not request a hearing, the vehicle/vessel may be redeemed by paying the fees and accrued charges to the custodian of the vehicle/vessel. If a hearing is requested, the matter will be resolved after the hearing is conducted in court. The owner or secured party may petition release of the vehicle/vessel by paying the fees and accrued charges to the custodian of the vehicle/vessel or by posting a bond with the court for the abandoned vehicle fee, towing and storage charges. If the court finds the vehicle/vessel was not properly deemed abandoned or removed, the law enforcement agency will reimburse the owner for storage fees.

| Vehicle/Vessel Year | State | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2012 | MAZDA | JM1CW2BLXC0125056 | SW |

**Owner Name and Address:**
ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091-6912

**First Secured Party Name and Address:**

**Second Secured Party Name and Address:**

**Law Enforcement Agency Name and Address:**
WARREN POLICE DEPARTMENT
29900 CIVIC CENTER DR
WARREN MI 48093

**Date Vehicle/Vessel Taken into Custody and Approximate Location From Which it was Taken into Custody:**
05/01/2020  7528 HUDSON     WARREN

**Custodian-Location Where Vehicle/Vessel is Held:**
ABLE TOWING AND SERVICE TOWING
6008 RINKE AVE
WARREN MI 48091

0023119319000080202
Petition to Court                                                      TR-52p-l (Rev. 01/2019)



*Ex B p'*

*Ex 32*

**Michigan Department of State**

## NOTICE OF ABANDONED VEHICLE/VESSEL

Please note: Vehicle includes motor vehicles, ORVs, and snowmobiles. Vessel includes watercraft.

**PROOF OF NOTICE CERTIFICATE**

I certify that I am eighteen years of age or older, and that on this date the Department served a copy of this original Notice of Abandoned Vehicle and Petition for Hearing on Abandoned Vehicle/Vessel to each party of record by United States mail from Lansing, Michigan, as provided in Section 212 of the Michigan Vehicle Code (MCL 257.212).

T. Bradley

| | |
|---|---|
| Date of Notice | 05/01/2020 |
| Complaint Number | 20-18751 |

ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091-5912

Court Name 37TH DISTRICT COURT
Court Address 8300 COMMON RD
WARREN MI 48093

Our records indicate that you are the titled or registered owner of the vehicle/vessel listed below. This is to notify you and any secured party on record that this vehicle/vessel was taken into custody as an abandoned vehicle/vessel by the law enforcement agency listed below.

Unless this is an unregistered, abandoned, scrap vehicle/vessel, you have 20 days from the date of this notice to redeem it by paying the fees and accrued charges to the custodian of the vehicle/vessel. If you do not redeem the vehicle within 10 days from the date of this notice, the secured party may redeem the vehicle/vessel by paying the applicable fees and accrued charges to the custodian of the vehicle/vessel. The vehicle/vessel may be sold at public auction after 20 days. **However, if the proceeds from the sale of the vehicle/vessel do not satisfy the towing fees and accrued daily storage fees, the custodian of the vehicle/vessel may collect the balance of those unpaid fees from the last titled or registered owner, subject to MCL 257.252l or Sections 80130m, 81151, and 82161 2014 PA 549.**

The owner may contest that this vehicle/vessel was properly deemed abandoned or removed by completing the enclosed petition to request a hearing with the court listed above. The owner and secured party may contest the reasonableness of the towing and daily storage fees by completing and submitting the petition. The petition must be filed with the court by mail or in person within 20 days of the date of this notice. Please refer to the back of this form and the enclosed petition for more information.

**WARNING:** If you or the secured party do not redeem an abandoned vehicle/vessel or request a hearing within 20 days of the date of this notice, the law enforcement agency may transfer ownership of the vehicle/vessel and terminate all rights of the owner and any secured parties to the vehicle/vessel or to the proceeds of the vehicle/vessel sale.

**Vehicle/Vessel**

| Year | Make | VIN/HIN/Serial Number | Model and Body Style |
|---|---|---|---|
| 2012 | MAZDA | JM1CW2CL0C0101363 | SW |

**Owner Name and Address:**
ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091-5912

**First Secured Party Name and Address:**

**Second Secured Party Name and Address:**
22552 Van Dyke
W 48089

**Law Enforcement Agency Name and Address:**
WARREN POLICE DEPARTMENT
29900 CIVIC CENTER DR
WARREN MI 48093

**Date Vehicle/Vessel Taken into Custody and Approximate Location From Which it was Taken Into Custody:**
05/01/2020    7528 HUDSON    WARREN

**Custodian-Location Where Vehicle/Vessel is Held:**
ABLE TOWING AND SERVICE TOWING
6006 RINKE AVE
WARREN MI 48091

003680620700100102

Owner Copy

Ex 32 p 2

TR-52e-f (Rev. 01/2019)



# 2020

A "P" WILL
PRINT ON
THE TOP AND
BOTTOM OF YOUR
TAB IF YOU
PURCHASED A
RECREATION
PASSPORT.

YOUR PLATE
NUMBER IS
PRINTED ON YOUR
TAB. MATCH YOUR
TAB TO THE
CORRECT PLATE.

**IMPORTANT**

READ AT DOTTED LINE AND CAREFULLY PEEL
UNTIL TAB IS FULLY REMOVED.

1. Do not remove this tab until ready to place it on your license plate.

2. Your new license plate tab shows both the month and year of expiration.

3. Be sure your license plate is clean and dry, then apply your tab as follows:
   All plates except motorcycle: upper right corner.
   Motorcycle plates: lower right corner.

---

**MICHIGAN REGISTRATION**

JOCELYN BENSON
Secretary of State

Plate: CZR803          Expires: 12/10/2020

DUPLICATE REGISTRATION

2012      MAZDA

Vehicle No.: JM1CW2CL0C0101363

N 425 210 560 939

ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091

STATION WAGON

Fee Cat. or Wt.:          21001

County:          MACOMB

CZR803



**MICHIGAN REGISTRATION**

JOCELYN BENSON
Secretary of State

Plate: CZR803          Expires: 12/10/2020

DUPLICATE REGISTRATION

2012      MAZDA

Vehicle No.: JM1CW2CL0C0101363

N 425 210 560 939

ELIZABETH LUISE NELSON
7568 HUDSON AVE
WARREN MI 48091

STATION WAGON

Fee Cat. or Wt.:          21001

County:          MACOMB

CZR803



Ex 33 pg 8

## MICHIGAN REGISTRATION

JOCELYN BENSON
Secretary of State

Plate: EFB9392       Expires: 12/10/2020

ORIGINAL REGISTRATION
2012        NISSAN

Vehicle No.: 3N1AB6AP4CL706413       Fee Cat. or Wt.:       4 DOOR
N 425 210 560 939       County:       17001
                                              MACOMB

ELIZABETH LUISE NELSON
8075 PACKARD AVE APT 2
WARREN MI 48089

03182020  158  23559602  71.00       License Fee: 71.00

EFB9392

ELIZABETH LUISE NELSON
8075 PACKARD AVE APT 2
WARREN MI 48089

TR-1L

## MICHIGAN REGISTRATION

JOCELYN BENSON
Secretary of State

Plate: EFB9392       Expires: 12/10/2020

ORIGINAL REGISTRATION
2012        NISSAN

Vehicle No.: 3N1AB6AP4CL706413       Fee Cat. or Wt.:       4 DOOR
N 425 210 560 939       County:       17001
                                              MACOMB

ELIZABETH LUISE NELSON
8075 PACKARD AVE APT 2
WARREN MI 48089

03182020  158  23559602  71.00       License Fee: 71.00

EFB9392

**2020**

A "#" WILL
PRINT ON
THE TOP AND
BOTTOM OF YOUR
TAB IF YOU
PURCHASED A
RECREATION
PASSPORT.

YOUR PLATE
NUMBER IS
PRINTED ON YOUR
TAB. MATCH YOUR
TAB TO THE
CORRECT PLATE.

IMPORTANT

BEND AT DOTTED LINE AND CAREFULLY PEEL
UNTIL TAB IS FULLY REMOVED.

1. Do not remove this tab until ready to place it on your license plate.
2. Your new license plate tab shows both the month and year of expiration.
3. Be sure your license plate is clean and dry, then apply your tab as follows:
   All plates except motorcycle: upper right corner.
   Motorcycle plates: lower right corner.

Ex 34

# AFTER VISIT SUMMARY

**Albert Thrower** DoB: 4/15/1957

📅 3/30/2020 8:20 AM ♀ Urologic Surgery 216-778-4391

**MetroHealth**

## Instructions

℞ PROSTATE SPECIFIC ANTIGEN (PSA)
1 remaining until 3/30/2021

PROSTATE SPECIFIC ANTIGEN (PSA)
1 remaining until 3/30/2021

## Today's Visit

You saw J. Patrick Spirnak, MD on Monday March 30, 2020. The following issue was addressed: Prostate cancer.

## What's Next

UPC PROCEDURE 40 with Dr. J. Spirnak, MD
**Monday December 21 8:00 AM**

Urologic Surgery
MetroHealth Medical Center
2500 MetroHealth Drive
CLEVELAND OH 44109
216-778-4391

## My Primary Care Provider (PCP) Information

Primary Care Provider
Jill Molnar, APRN-CNP

Phone
216-778-2273

## MyChart

**View your After Visit Summary and more online at** https://mychart.metrohealth.org/mychart/.

EX 35



Ex 36



Ex 36

Special Billing Receipt: SANITATION RUBBISH

Department of Property Maintenance-Account No:

Parcel #      1333278009

Name        ST ANTHONY THE GREAT ROMANIA

Address      7568 HUDSON
            WARREN MI 48091

Invoice No        17398      Invoice Date      03/25/20

Invoice Amount    472.64     Service Date      03/13/20

---

Telephone: 574-4604           **CITY OF WARREN**              DATE:    02-AUG-21              (C)
                        **OFFICE OF THE CONTROLLER**       Invoice: 17932
                                                    Code #605

: BLIGHT GRASS

rcel:  13-33-278-009                                 **AMOUNT DUE:**      687.50

rge for work done at the above property on:  07-JUL-21

**ST ANTHONY THE GREAT ROMANIA**                Make check payable to:
**7568 HUDSON**                                 **TREASURER, CITY OF WARREN**
**WARREN MI 48091**                             **One City Square**
                                                **Warren, MI 48093**

---

Telephone: 574-4604           **CITY OF WARREN**              DATE:    19-MAY-20              (C)
                        **OFFICE OF THE CONTROLLER**       Invoice: 17428
                                                    Code #605

: BLIGHT GRASS

rcel:  13-33-278-009                                 **AMOUNT DUE:**      475.00

rge for work done at the above property on:  24-MAR-20

Ex 37

  **ST ANTHONY THE GREAT ROMANIA**              Make check payable to:
 \7568 HUDSON                                    **TREASURER, CITY OF WARREN**

