## Orders on Motions
2:22-cv-10918-MFL-APP Nelson v. Service Towing Inc. et al

LR11.2_NOTICE

U.S. District Court

Eastern District of Michigan

**FILED**
JAN 25 2024
CLERK'S OFFICE
DETROIT

### Notice of Electronic Filing

The following transaction was entered on 12/15/2022 at 3:26 PM EST and filed on 12/15/2022

**Case Name:** Nelson v. Service Towing Inc. et al
**Case Number:** 2:22-cv-10918-MFL-APP
**Filer:**
**Document Number:** 52(No document attached)

**Docket Text:**
**TEXT-ONLY ORDER Granting [50] Elizabeth Nelson's Motion for Leave to Refile Pages. The Court accepts ECF [51] as a replacement for Pages 1-24 of ECF [46]. The Court will utilize the Resp--**

TATES DISTRICT COURT
STERN DISTRICT OF MICHIGAN
FICE OF THE CLERK
VIN UNITED STATES COURTHOUSE
LAFAYETTE BLVD., ROOM 564
ROIT, MICHIGAN 48226

OFFICIAL BUSINESS

METROPLEX MI 480
16 DEC 2022 PM 6


US POSTAGE PITNEY BOWES
ZIP 48226 $ 000.57
02 4W
0000350492 DEC 16 2022


U.S. MARSHAL

Albert Thrower
P.O. Box 602637
Cleveland

441 NFE 1    C22C0001/22/24
FORWARD TIME EXP   RTN TO SEND
THROWER ALBERT
PO BOX 5782
CLEVELAND OH 44101-1792

FWD
44104822637918

RETURN TO SENDER

P.O. Box 1422
Warren, MI 48090