UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH NELSON, *et. al.*,

    Plaintiffs,

v.

SERVICE TOWING INC., *et al.*,

    Defendants.

Case No. 22-cv-10918
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Order entered on this day and on February 13, 2023,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiffs.

KINIKIA ESSIX
CLERK OF COURT

By:  s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 26, 2024
Detroit, Michigan