Case No. 24-1219

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ELIZABETH NELSON; ALBERT D. THROWER

    Plaintiffs - Appellants

v.

SERVICE TOWING, INC., et al.

    Defendants - Appellees

Upon consideration of Defendant – Appellee Michigan Department of State's motion to be dismissed as a party to this appeal,

It is **ORDERED** that the motion is **GRANTED** and Michigan Department of State is **DISMISSED** as a party to this appeal.

                                                **ENTERED PURSUANT TO RULE 45(a),**
                                                **RULES OF THE SIXTH CIRCUIT**
                                                Kelly L. Stephens, Clerk

Issued: May 23, 2024

# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/23/2024.

**Case Name:** Elizabeth Nelson, et al v. Service Towing, Inc., et al
**Case Number:** 24-1219

**Docket Text:**
ORDER filed granting motion to dismiss party [7154114-2] filed by Mr. Scott Lawrence Damich. Michigan Department of State is DISMISSED as party to this appeal.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Elizabeth Nelson
P.O. Box 1422
Warren, MI 48090

Albert D. Thrower
P.O. Box 6702
Cleveland, OH 44101

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Ms. Jennifer Ellen Mead
Ms. Rachel Catherine Selina
Mr. Thomas H. Stidham
Mr. Mark E. Straetmans