# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 05, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 24-1219, *Elizabeth Nelson, et al v. Service Towing, Inc., et al*
Originating Case No. 2:22-cv-10918

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Patricia Elder, Senior Case Administrator

cc: Mr. Sandro D. DiMercurio
Ms. Jennifer Ellen Mead
Ms. Elizabeth Nelson
Mr. Thomas H. Stidham
Mr. Mark E. Straetmans
Mr. Albert D. Thrower

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-1219

_____

Filed: March 05, 2025

ELIZABETH NELSON; ALBERT D. THROWER

       Plaintiffs - Appellants

v.

SERVICE TOWING, INC.; ABLE TOWING, LLC; EDWARD D. HERTZ, President; DENNIS HERTZ, Treasurer; BRUCE HERTZ, Secretary; SANDRA A. HERTZ, Resident Agent of Service Towing, Inc.; JOHN DOES, 1-3, City of Warren, MI Property and Maintenance Employees; 2 ZONING DEPARTMENT EMPLOYEES, City of Warren, MI; RANDY [UNKNOWN], John Doe Driver, Truck 226; BRUCE [UNKNOWN], John Doe Driver, Truck 210; DENNIS [UNKNOWN], John Doe Driver, Truck 162; JOHN DOES, 1-3; JOHN DOES, 1-4, Warren, MI Police Department Policemen; CITY OF WARREN, MI; WARREN CHIEF OF POLICE, John Doe; JAMES R. FOUTS, Mayor; ROBERT SCOTT, Supervisor: Property and Maintenance Division, City of Warren, MI; JAMES CUMMINS, Building Department Director; GUS GRAHAM, Public Service Director; WILLIAM DWYER, Commissioner, Warren, MI Police Department; CURTIS GAUSS, #22, City of Warren, MI Property and Maintenance Division; WILLIAM REICHLING, Captain, Substation Van Dyke Supervisor; MARY MICHAELS, City Attorney, Warren, MI

       Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 02/11/2025 the mandate for this case hereby issues today.

COSTS:  None